# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

July 31, 2020

Re: DOE v. THE TRUSTEES OF INDIANA UNIVERSITY et al
Cause Number: 1:20−cv−02006−JRS−MJD

TO ALL COUNSEL OF RECORD:

     Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge Doris L. Pryor to the docket of Judge Mark J. Dinsmore on July 31, 2020. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:20−cv−02006−JRS−MJD should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Ashley Hossack
Ashley Hossack, Deputy Clerk