UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02006-JRS-MJD |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY SCHOOL OF MEDICINE, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff moves to proceed anonymously in this case, under the pseudonym "John Doe," by which he has filed his complaint and all subsequent documents. Plaintiff further references "Jane Roe" but has failed to disclose her identity to the Court. Although Defendants are aware of Plaintiff's actual name and his references to Jane Roe, the Court must independently determine whether the standard for anonymous litigation is satisfied.

Accordingly, and for completeness of the record, on or before **August 13, 2020**, Plaintiff is **ORDERED** to file, **under seal**, a disclosure statement providing his true name, as well as the true name of "Jane Roe". By way of this Order, the Court hereby authorizes Plaintiff to file the statement under seal. Plaintiff is not required to file a motion to seal; rather, Plaintiff need only file a cover sheet citing to this Order pursuant to S.D. Ind. L.R. 5-11(d).

SO ORDERED.

Dated:  7 AUG 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.