IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) Civ. No. 1:20-cv-02006-JRS-MJD |
| | ) |
| The Trustees of Indiana University, | ) |
| Indiana University School of Medicine, | ) |
| Indiana University Purdue University-Indianapolis, | ) |
| Indiana University Kelley School of Business, | ) |
| Gregory Kuester, in his official and individual capacity, | ) |
| Bradley Allen, in his official and individual capacity, | ) |
| and Jay Hess, in his official and individual capacity. | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

**Defendants**

I certify that I am admitted to practice in this Court.

| | |
|---|---|
|    August 25, 2020    | */s/ Kathleen A. Watson* |
| Date | Signature |

 Kathleen A. Watson      32018-49
Print Name                   Bar Number

HOOVER HULL TURNER LLP

111 Monument Circle, Suite 4400
Address

P.O. Box 44989

Indianapolis    IN       46244-0989
City            State           Zip Code

(317) 822-4400     (317) 822-0234

1

        Phone Number    Fax Number

        <u>kwatson@hooverhullturner.com</u>
        E-mail

## **<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's Electronic Notification system, this 25th day of August 2020.

        */s/ Kathleen A. Watson*

1140554

2