**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | |
| **v.** | **Civ. No. 1:20-CV-02006-JRS-MJD** |
| **THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY SCHOOL OF MEDICINE, INDIANA UNIVERSITY PURDUE UNIVERSITY – INDIANAPOLIS, INDIANA UNIVERSITY KELLEY SCHOOL OF BUSINESS, GREGORY KUESTER, in his official and individual capacity, BRADLEY ALLEN, in his official and individual capacity, and JAY HESS, in his official and individual capacity,** | |
| **Defendants.** | |

**PLAINTIFF JOHN DOE'S MOTION FOR PRELIMINARY INJUNCTION AND**
**REQUEST FOR AN EVIDENTIARY HEARING**

Plaintiff John Doe, pursuant to Fed. R. Civ. P. 65(a) and Local Rule 65-2, respectfully moves for a preliminary injunction against Defendants The Trustees of Indiana University, Indiana University School of Medicine, Indiana University Purdue University-Indianapolis, and Jay Hess, for the reasons set forth in the attached Plaintiff John Doe's Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction and an Evidentiary Hearing, the Declaration of John Doe in Support of Motion for Preliminary Injunction, and the Affidavit of Dr. Suzanne M. Miller. Plaintiff respectfully requests that the Court hold an evidentiary hearing as soon as practicable, after briefing to be set by the Court pursuant to Local Rule 65-2.

1.      Plaintiff requests that the Court issue a preliminary injunction enjoining Defendants from enforcing the dismissal of Plaintiff John Doe from Indiana University School of Medicine, and permitting him to return to Indiana University School of Medicine immediately, pending adjudication of the merits of the Amended Complaint.

2.      In support of his Motion for Injunctive Relief, Plaintiff relies on his Amended Complaint dated July 31, 2020 (ECF No. 8), the Memorandum of Law in Support of Plaintiff John Doe's Motion for Injunctive Relief and Request for an Evidentiary Hearing filed contemporaneously with this Motion, and the following Exhibits:

A.  Exhibit 1: Declaration of Plaintiff John Doe, dated October 6, 2020;

B.  Exhibit 2: Affidavit of Dr. Suzanne M. Miller, dated October 7, 2020;

C.  Exhibit 3: Sexual Misconduct Policy for the 2018 – 2019 Academic Year;

D.  Exhibit 4: IUSM's Student Promotions Committee ("SPC") Guidelines for the 2019 – 2020 Academic Year;

E.  Exhibit 5: Code of Student Rights, Responsibilities, & Conduct;

F.  Exhibit 6: Administrative Suspension Letter, dated February 22, 2019;

G.  Exhibit 7: Title IX Investigation Outcome Letter with Sanctions, dated May 23, 2019;

H.  Exhibit 8: SPC Meeting Notification, dated May 24, 2019;

I.  Exhibit 9: Doe's Title IX Appeal Submission, dated May 29, 2019;

J.  Exhibit 10: Title IX Appeal Decision, dated June 7, 2019;

K.  Exhibit 11: Doe's SPC Submission, dated October 25, 2019;

L.  Exhibit 12: SPC Decision Letter, dated October 29, 2019;

M.  Exhibit 13: Reconsideration Denial Letter, dated November 26, 2019;

N.  Exhibit 14: Doe's SPC Appeal Request Submission, dated December 17, 2019;

O.  Exhibit 15: Doe's SPC Appeal Committee Submission, dated January 10, 2020;

P.  Exhibit 16: SPC Appeal Committee Decision Letter of Dismissal, dated January 16, 2020;

Q.  Exhibit 17: Appeal Grant Letter with Eligibility Conditions from Dean Hess, dated March 27, 2020 (received March 31, 2020);

R.  Exhibit 18: Title IX Sanction Completion Verification, dated May 14, 2020;

S.  Exhibit 19: Prior Misconduct Review Committee Correspondence and Submission, dated May 21, 2020;

T.  Exhibit 20: IUKSB Rejection Notification, dated May 29, 2020; and

U.  Exhibit 21: IUSM Dismissal Letter, dated June 16, 2020.

3.      As described in detail in his Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and the accompanying documents, Plaintiff submits that, in the absence of injunctive relief, (i) he will suffer irreparable harm, (ii) for which he lacks an adequate remedy at law, and (iii) he is likely to succeed on the merits of his claims.

4.      Further, Plaintiff seeks injunctive relief as time is of the essence. Specifically, there are critical upcoming deadlines by which this matter is unlikely to be resolved. For instance, Indiana University School of Medicine students are required to submit their preferred clerkship locations beginning December 10, 2020. If the requested relief is not granted, Plaintiff John Doe will likely be unable to ever become a practicing physician in the United States.

5.      In accordance with this Court's Order dated August 14, 2020 (ECF No. 13), Plaintiff submits the foregoing Exhibits 1 through 21 with redactions as necessary to preserve the anonymity of the parties. Plaintiff will simultaneously serve opposing counsel with unredacted copies.

6.      Plaintiff anticipates that an evidentiary hearing will last one-half to one full day.

3

Accordingly, Plaintiff John Doe respectfully requests that the Court hold a hearing on his

Motion for Injunctive Relief and grant the preliminary injunctive relief requested.

**Dated: New York, New York**
      **October 7, 2020**

        **Respectfully submitted,**

        ***Attorneys for Plaintiff John Doe***

        **NESENOFF & MILTENBERG, LLP**

        **By: */s/ Andrew T. Miltenberg***
        **Andrew T. Miltenberg, Esq. (*pro hac vice*)**
        **Stuart Bernstein, Esq. (*pro hac vice*)**
        **363 Seventh Avenue, Fifth Floor**
        **New York, New York 10001**
        **(212) 736-4500**
        **amiltenberg@nmllplaw.com**
        **sbernstein@nmllplaw.com**

        **Tara J. Davis, Esq. (*pro hac vice*)**
        **Regina M. Federico, Esq. (*pro hac vice*)**
        **101 Federal Street, Nineteenth Floor**
        **Boston, Massachusetts 02110**
        **(617) 209-2188**
        **tdavis@nmllplaw.com**
        **rfederico@nmllplaw.com**

        **DELK MCNALLY, LLP**
        **By: */s/ Michael T. McNally***
        **Michael McNally, Esq.**
        **IN No. 23676-49**
        **211 South Walnut Street**
        **Muncie, Indiana 47305**
        **(317) 442-4444**
        **mcnally@delkmcnally.com**