

**IUPUI**
**OFFICE OF STUDENT CONDUCT**
DIVISION OF STUDENT AFFAIRS
Indiana University–Purdue University Indianapolis

May 23, 2019

Dear ▮▮▮▮:

This letter will serve as documentation summarizing the outcome of a judicial conference convened with a university hearing panel in order to review charges placed in association with alleged violations of the *Indiana University Code of Student Rights, Responsibilities, and Conduct* and the *Indiana University Sexual Misconduct Policy (UA-03)*. Specifically, a report was made to the Office of Student Conduct which alleged that you engaged in violent behaviors and threats of violence towards ▮▮▮▮ over the course of your dating relationship from October 2017 to October 2018.

An investigation into the matter was conducted by our office and summarized in a Final Investigation Report and accompanying appendix. In accordance with your rights under the *Sexual Misconduct Policy,* you were notified on Friday, April 26, 2019, that the Final Investigation Report was available. It is noted that you were charged with alleged violations of Part II: H, Section 20(e) and Part II: H, Section 21(c) of the *Code,* and the *Dating Violence* provision of the *Sexual Misconduct Policy*. These charges were outlined on pages 32-33 of the Final Investigation Report.

After a full review of the information made available in the hearing, the Hearing Commission has determined that the preponderance of the information indicates you are responsible for violating Part II: H, Section 20(e) of the *Code* and the *Dating Violence* provision of the *Sexual Misconduct Policy,* and not responsible for and Part II: H, Section 21(c) of the *Code.* In order to substantiate a policy violation, it was necessary for the information available to the Hearing Commission to demonstrate that it was more likely than not that you engaged in the alleged act of dating violence, specifically physical and/or verbal abuse as defined in the *Sexual Misconduct Policy,* over the course of your dating relationship with Ms. ▮▮▮▮ between October 2017 and October 2018.

In regards to the allegation of physical abuse within your dating relationship, the Hearing Commission placed the greatest weight on the material facts of the investigation not in dispute and your agreement during the hearing that they were not in dispute, the photo of the bruise on ▮▮▮▮ back and the timestamp that corresponds with the incident at ▮▮▮▮ father's residence on page 24 of the Report, the amount of force it would take to cause the damage to the doorframe in the way pictured on pages 19-20 of the Report, and the messages from ▮▮▮▮ to your mother and the timestamps that correspond with the incident at ▮▮▮▮ father's residence on page 21-23 of the Report. The panel concluded that these actions constituted violence committed by a person who is or has been in a relationship of a romantic or intimate nature in violation of the Sexual Misconduct Policy.

In regards to the allegation of verbal abuse, the Hearing Commission found that there was insufficient information to demonstrate that you were verbally abusive towards ▮▮▮▮. Specifically, the panel placed weight on the verbal exchanges being arguments between you and ▮▮▮▮, resulting in what was identified by you as a "toxic relationship," and could not conclude that there was

EXHIBIT 7

violence committed by a person who is or has been in a relationship of a romantic or intimate nature in violation of the Sexual Misconduct Policy.

As a result of these findings and in consideration of the nature of the violations and your complete disciplinary record, the panel has assigned the following sanctions:

1. Your enrollment with IUPUI and all Indiana University campuses is hereby suspended effective immediately and until May 16, 2020. During your period of suspension, you are restricted from enrolling or participating in any academic program and prohibited from all Indiana University property, including all campuses and at all university-related activities. Any violation of this restriction will result in your immediate removal and possible arrest by the University Police. A hold has been placed on your records preventing future class registration and a notation of suspension will be placed on your academic transcript until the term of your suspension has expired and you have successfully completed all assigned educational outcomes.

2. It is expected that you will seek an assessment from a licensed professional in the field of mental health that specializes in the subject area of "interpersonal relationships." You must first seek approval of your chosen provider from this office. It is your responsibility to provide documentation signed by the provider on company letterhead that you have completed the assessment, engaged in psychoeducation, and reviewed recommendations for further education and/or treatment. The documentation must verify that you are not considered a threat of harm to others at this time and have demonstrated an understanding of and ability to apply behavioral management strategies that would allow you to reenter the university environment without disruption of threat to others. A proper waiver must be on file with the provider to allow my office to discuss the results of the assessment with the provider. Documentation of completion must be received by the IUPUI Office of Student Conduct by 5:00pm on May 15, 2020.

3. It is expected that you will complete the "Integrity Seminar" provided by the Academic Integrity Seminar Cooperation (AIS). This seminar is designed to examine the importance of trust and mutual obligation to individuals and societies. We believe you will find the seminar to be challenging and thought-provoking. You will receive personal attention and individualized responses from a tutor who will evaluate your work. Tutors are looking for thoughtful engagement with the assigned readings through fully developed responses to essay questions. Most students are able to finish the seminar over one weekend, but it can be completed intermittently. Please begin this sanction promptly to ensure that you have successfully completed it before your assigned deadline. You will need to use a credit card or check to pay the $100 course fee online before AIS will verify your completion of the sanction. Once the seminar is successfully completed and paid in full, your AIS tutor will inform the Office of Student Conduct of your completion. Our office will also receive a copy of your seminar answers and related AIS commentary. To begin the Integrity Seminar, send an e-mail from your IUPUI account to Justin Coon at justincoon@integrityseminar.org. Within three business days you will receive detailed instructions and a set of readings (all available online). Check your spam filter if

you encounter any delays. Your backup AIS contact is DeForest McDuff at Deforest@integrityseminar.org.

    a. It is also expected that, after completing the "Integrity Seminar," you will review the American Medical Association Code of Medical Ethics and schedule a follow-up meeting with Johnny Pryor, Assistant Vice Chancellor for Student Affairs, to reflect on the Integrity Seminar, the Code of Medical Ethics, and how they relate to intimate relationships. You can schedule your follow-up meeting with Assistant Vice Chancellor Pryor by calling 317-274-4408. Documentation of completion must be received by the IUPUI Office of Student Conduct by 5:00pm on May 15, 2020.

4. You are advised that you are to have no contact of any kind with ▓▓▓▓▓▓▓▓, which includes but is not limited to direct contact (i.e. in person, electronic, phone, etc.) or through third parties acting on your behalf. Failure to adhere to this directive may result in further disciplinary action, including possible interim suspension.

The Hearing Commission determined that these sanctions are appropriate due your description of your relationship with ▓▓▓▓▓▓▓▓ as being different from other dating relationships you have had in the past. The Hearing Commission hopes that through these sanctions, you can discover what made your relationship with ▓▓▓▓▓▓▓▓ different and gain the skills necessary to prevent this type of "toxic" relationship in the future.

You are reminded that you may appeal the outcome list above in accordance with the *Indiana University Procedures for the Adjudication of Sexual Misconduct*. A copy of the procedures is included with this letter. Any appeal must be submitted, in writing, no later than 5:00pm on Wednesday, May 29, 2019. Please submit your appeal in writing to the Dean of Students, Dr. Jason Spratt at jtspratt@iupui.edu or at Campus Center 270.

The panel hopes you take the opportunity to reflect on your involvement with this incident and the university process that has followed. If you have questions, please feel free to contact the Office of Student Conduct at 317.274.4431.

Sincerely,

Kelly Freiberger
Student Conduct Coordinator