

# INDIANA UNIVERSITY
### SCHOOL OF MEDICINE
Medical Student Education

March 27, 2020

Dear ███,

Thank you for meeting with me on March 4, 2020. Based on my review of your appeal, I will alert the School's Student Promotions Committee that I am granting your appeal. To be eligible to return to the IU School of Medicine, you must complete all the sanctions outlined in the IUPUI Office of Student Conduct letter dated May 23, 2019. As noted in that letter, "Documentation of completion must be received by the IUPUI Office of Student Conduct by 5:00 pm on May 15, 2020." It is presumed that you have already been working to meet the campus' expectations.

Further, I am placing the following additional conditions on your eligibility to return to the IU School of Medicine:

1. You must take one additional year of an administrative leave and would be eligible to return to medical school in April 2021 joining the Class of 2023.
2. If allowed to return, you would audit your Transitions 2 course to ensure you are ready to return to clinical training.
3. You will seek guidance from Dr. Brad Allen, Senior Associate Dean from Medical School Education, about which campus you feel will be best suited for your training.
4. You will need to continue behavioral counseling and sign a release that such information can be shared with the Dean's Office if requested. A clearance from your provider will also be required, stating that you are "cleared" to resume medical school, that you are experiencing no behavioral or other conditions that may adversely impact your ability to pursue medical education, and that you can withstand the rigors and pressure inherent in the medical education process
5. Any subsequent violation of academic or personal codes of conduct as defined by the University or the School during your administrative leave may jeopardize your ability to return in May 2021 as anticipated.

Upon completion of these additional requirements, you will be eligible to meet with Dr. Allen, to apply for reinstatement. This meeting should occur no later than September 1, 2020. If Dr. Allen determines you have satisfactorily completed the requirements, you will be eligible to return to audit the Transitions 2 course for 2021 in April of next year and to return to Phase 2 of your training in May 2021.

If you are cleared to return by Dr. Allen, you will work with Dr. Marti Reeser, Assistant Dean for Academic Records and Promotion on setting up your Phase 2 schedule. Dr. Reeser also works closely with our dual degree students and is available to talk with you further about those opportunities. He can be reached at (317) 274-2208 or dreeser@iu.edu.

Sincerely,

*[signature]*

Jay L. Hess, MD, PhD, MHSA
Dean

EXHIBIT 17