UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02006-JRS-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al. | ) ) |
| | ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

The Court, *sua sponte*, hereby **RESCHEDULES** the Telephonic Initial Pretrial Conference currently set for October 21, 2020 to **Wednesday, October 14, 2020 at 4:00 p.m. (Eastern)**. The parties shall file a proposed Case Management Plan **by no later than 10:00 a.m. (Eastern) on October 13, 2020**, Section III(A) through (E) of which shall include the deadlines set forth by the Court's Scheduling Order. [Dkt. 32 at 1-2.] All other requirements of the Scheduling Court's Order [Dkt. 32] remain in effect.

In addition, the Court and parties will be discussing scheduling deadlines regarding Plaintiff's Motion for Preliminary Injunction and Request for an Evidentiary Hearing. [Dkt. 37].

SO ORDERED.

Dated: 8 OCT 2020

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.