

# INDIANA UNIVERSITY
## SCHOOL OF MEDICINE
### Office of the Dean

June 16, 2020

Dear Mr. Doe,

It has come to my attention that in your application for admission to the Kelley School of Business MBA program, you made certain statements regarding your status as a student in the IU School of Medicine. The first paragraph of a narrative you submitted, related to your KSB application, reads as follows:

> In March 2020, after a 17-months' long investigation and adjudication process, Dean Jay Hess of Indiana University School of Medicine granted my appeal and overturned the erroneous findings of an IUPUI Hearing Panel and the subsequent action taken by IUSM. This appeal fully authorizes my return to IUSM without limits or restrictions. I filed this appeal in response to a May 2019 Hearing Panel where I was erroneously found responsible for violation of IUPUI's Sexual Misconduct Policy Part II, H 20: Physical abuse of any person, including the following: e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03. The allegations were initiated by an ex-girlfriend with whom I had a tumultuous relationship. I was issued a one-year suspension, which would have expired on May 15, 2020. At no time were any outside law enforcement officials involved nor were there any witnesses to the alleged behavior. I have never been arrested, nor have I ever been accused of any crime in my entire life.

Having compared this paragraph to my letter to you dated March 27, 2020, it is my conclusion that statements in support of your KSB application do not accurately represent the discussion I had with you nor my letter to you dated March 27, 2020. Specifically, your statements that "… Dean Jay Hess of Indiana University School of Medicine granted my appeal and overturned the erroneous findings of an IUPUI Hearing Panel and the subsequent action taken by IUSM" is not correct. I did not overturn the IUPUI Title XI process decision. Nor is it accurate that "… [t]his appeal fully authorizes my return to IUSM without limits or restrictions." My letter of March 27, 2020 clearly states that conditions were placed on your eligibility to return to the IU School of Medicine.

As a result of this conduct on your part, I have concluded that you are to be dismissed from the IU School of Medicine, immediately.

Sincerely,

Jay L. Hess, MD, PhD, MHSA
Executive Vice President for University Clinical Affairs
Dean of the School of Medicine
Indiana University

CONFIDENTIAL

IU_0541