EXHIBIT 1002



TRAUMA-INFORMED PRACTICE AND STUDENT CONDUCT

# Complainant Trauma and Respondent Stress

Julia M. Lash, PhD, HSPP
Director, IUPUI Counseling and Psychological Services

CONFIDENTIAL

IU_0542

# Agenda

- Define *Trauma-Informed Practice* and understand why it is important

- Define *trauma*

- Recognize the psychobiological responses associated with trauma

- Understand the unique impact of interpersonal violence

- Apply understanding to your role with Student Conduct

- Identify signs of stress in the respondent

- Differentiate between complainant trauma and respondent stress

# Trauma-Informed Practice

…takes into account knowledge about trauma — its impact, interpersonal dynamic, and paths to recovery — and incorporate this knowledge into all aspects of [practice].

(Brown & Gonzales, Presenters, Dare to Act Conference, December 2004

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0544



CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0545

# Social "Perspectives"

- Sexual assault is an act of passion that can't be controlled.
- Rape doesn't happen that often.
- If a victim of sexual assault does not fight back, they must have "wanted it."
- A person can't sexually assault their partner or spouse.
- Men cannot be victims of sexual violence.
- A lot of victims lie about being raped or give false reports.
- People that drink a lot or use drugs and are raped should have known better.
- If someone isn't hysterical they weren't really assaulted.

# The Facts

- Sexual assault is an act of dominance
  - It is the use of a sex act to fulfill the perpetrator's desire for power/control, revenge, recreation, proof of masculinity, and/or sexual gratification.

- Nearly 1 in 5 women (~22 million) have been raped in their lifetimes
  - Nearly half of female survivors were raped before they were 18
  - 90% of rape victims are female

- 3-7% of males have been sexually victimized as adults
  - 16-22% of college males report having been pressured or forced to have sex

# The Facts

Most sexual assaults:

- Are perpetrated by someone known to the victim (~75%)
  - Often a current or former romantic partner (>25%)

- Occur at or near the victim's home (55%)
  - An additional 12% occur at or near the home of a friend, relative, or acquaintance.

- Do not involve a weapon (15-30%)
- Do not include physical violence/injury (~30% minor, 5% major)

CONFIDENTIAL

IU_0548

# The Facts

- ~99% of sexual violence perpetrators are male

- >60% of men that have self-reported attempted/rape admitted to committing repeated assaults

- 21-35% of college males indicated some likelihood of raping if they could be assured of not being caught

While most perpetrators are men – most men are NOT perpetrators
~7% of men are responsible for >90% of sexual assaults

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0549

# Perpetrators Select Vulnerable Victims

**Racial risk factors in rape :**
- 34% of multiracial women
- 27% of American Indian and Alaska Native women,
- 22% of Black women,
- 19% of White women,
- 15% of Hispanic women.
                    (2010 NCVS)

**Also at higher risk of being raped:**
- People with disabilities 2x
- LGBT community
  - Bisexual women 1.7x
  - Gay or bisexual men 2.2x
  - Trans women (21%) and men (18%)
- Prison inmates (60% by prison staff)
- Homeless
- Substance abusing
- Undocumented individuals
- First year college students

# Social "Perspectives"

- Sexual assault is an act of passion that can't be controlled.
- Rape doesn't happen that often.
- If a victim of sexual assault does not fight back, they must have "wanted it."
- A person can't sexually assault their partner or spouse.
- Men cannot be victims of sexual violence.
- A lot of victims lie about being raped or give false reports.
- People that drink a lot or use drugs and are raped should have known better.
- If someone isn't hysterical they weren't really assaulted.

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0551

# Trauma-Informed Practice

…takes into account knowledge about trauma — its impact, interpersonal dynamic, and paths to recovery — and incorporate this knowledge into all aspects of [practice].

(Brown & Gonzales, Presenters, Dare to Act Conference, December 2004

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0552



**Neurobiology and Psychological Impact**

# Sexual Violence and "Trauma"

CONFIDENTIAL

IU_0554

# Traumatic is NOT the same as Stressful

## Table 1.1 Stressors in the Human Experience

| Life/Developmental Stressors | Disasters and Acts of Violence | |
| --- | --- | --- |
| | Natural Disasters | Human-generated Events |
| • Childbirth<br>• Birth of a sibling<br>• Early parent death<br>• Separation from loved ones<br>• Family discord<br>• Accidents<br>• Financial problems<br>• Divorce<br>• Hospitalization<br>• Surgery<br>• Physical illness<br>• Unemployment<br>• Aging | • Hurricanes<br>• Tornadoes<br>• Earthquakes<br>• Floods<br>• Pandemics<br>• Tsunami<br>• Wildfires | Unintentional events<br>• Transportation and industrial disasters<br>• Hazardous materials events<br><br>Intentional events<br>• Terrorism<br>• War<br>• Civil or ethnic conflict<br>• Sexual abuse<br>• Child maltreatment<br>• Torture<br>• Aggressive assaults |



TRAUMATIC EVENTS

# DSM-5 Criteria for PTSD

**Criterion A:**

The person was exposed to:

- death,

- threatened death,

- actual or threatened serious injury, or,

- actual or threatened sexual violence

# Trauma Response



Trauma is specifically an event that **overwhelms** the central nervous system, *altering the way we process and recall memories*. - van der Kolk

CONFIDENTIAL

## Stress
demands tax internal resources

## Distress
Typical coping not working

## CRISIS
Overwhelmed Need external support



TRAUMA

Acute awareness of threat to life/safety

Survival response activated

# Psychological Trauma

May result following the experience of an extraordinary event or events…

…after which an individual's sense of vulnerability and safety are shattered…

…producing an emotional state of extreme discomfort and stress…

…that requires the use of extraordinary coping responses and behaviors.

# Trauma Response – Biological Reflex

Individual and situational factors determine if the reflex is activated





CONFIDENTIAL

**The Trauma Response**

# Psycho-Biological Response

CONFIDENTIAL

IU_0563



Acute Threat

CONFIDENTIAL

IU_0564

# Response to 

Our minds and bodies respond to threat at an instinctual level.

Survival is the goal.

## FREEZE – FIGHT/FLIGHT - FAINT



CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

# General Adaptation Syndrome



# These are NORMAL reactions to ABNORMAL situations!!

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0568

# Trauma and Memory

CONFIDENTIAL



**Conscious**

**Unconscious**

Time and Space Context Understanding

Narrative

Facts Words

Learned Behaviors

Trauma Response

Emotions Sensations

Habits Reflexes

# Trauma Memories

We remember trauma less in words and more with our feelings and our bodies
[van der Kolk & Fisler, 1995]



Information is stored as:
- Images or pictures
- Physical sensations
- Feelings
- Behaviors

They can be triggered by external reminders of the trauma
Memories can feel as intense as at the time of the original trauma

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0571

# "Typical" Memories



Image
Sensations
Emotion
Behavior
Meaning

# Trauma Memories



# Extended Impact of Trauma

CONFIDENTIAL

# Acute Impact of Traumatic Experience

Elevated for

**96 HOURS (4 DAYS) after the assault**


And

**EVERY TIME the MEMORY is reactivated**

(when they retell the story)



CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

(Foundation for Enrichment 2015)

IU_0576

# Short-Circuit to Safety



# Brain Changes over Time





# Chronic Health Effects of Trauma

*Trauma survivors have symptoms instead of memories*

*(Harvey, 1990)*



# **The Victim may…**

How might this impact your view of victim credibility??

– Have difficulty remembering specifics

– Become easily confused

– Have difficulty formulating verbal responses

– Look to others for reassurance

– Avoid eye contact

– Appear calm, unemotional, detached

– Startle easily

– Speak softly

– Appear embarrassed or ashamed

– Assume blame

**Additional Impact on the Victim**

# Interpersonal Violence

IU_0581

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0582

# Coercive Control

**Coercion**
Boundaries
Rules
Expectations

…in isolation may
seem insignificant



Intermittent reward
Enforced
dependency
Ever changing
Destabilizing
Terror



**Impact**
Forced to violate own
moral principles
Hates self and
expects to be hated
Internalizes controls
to anticipate/avoid
failures
Easier to comply than
challenge



**CONFIDENTIAL**
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

**IU_0583**
Williamson, 2010

## PTSD and complex PTSD symptoms

source: European Journal of Psychotraumatology
2013, 4: 20706
http://dx.doi.org/10.3402/ejpt.v4i0.20706

**PTSD**
- Sense of threat
- Avoidance
- Re-experiencing

**Complex PTSD**
- Interpersonal disturbances — Loss of Trust
- Negative self-concept — Self-blame/doubt
- Affect dysregulation — Life is a Trigger
- Sense of threat
- Avoidance
- Re-experiencing

**Threat to Life/Safety          by Another Person**

# Prior and Repeated Victimization

CONFIDENTIAL

IU_0585

# Prior Victimization: College Women

|  |  | Pre-College |
|---|---|---|
| **Forcible** | Attempted | 13.3 |
| | Completed | 6.0 |
| | Attempted or Completed | 15.4 |
| **Incapacitated** | Attempted | 16.2 |
| | Completed | 9.0 |
| | Attempted or Completed | 17.5 |
| **Attempted or Completed** | Either Forcible or Incapacitated | 28.0 |
| | Both Forcible and Incapacitated | 4.8 |

**+** **=** 

>6%

(K.B. Carey et al. 2015)

# Complex Tra__ _____d V__timization

**Risk Factors**
- Child sexual abuse
- Severity of previous victimization
- Adolescent sexual
- Recent victimization
- Physical abuse
- Ethnic minority
- Dysfunction

*victimized*

➤ *will be*

**Impact of Sexual Violence**
- Increased distress
- Psychiatric disorders
- Addiction
- Interpersonal problems
- Behavioral problems
- Cognitive problems
- Feelings of shame, blame
- ...power...lessness

How might prior victimization impact your view of victim credibility??

The lasting psychological impact of sexual violence may make survivors appear as more vulnerable targets for perpetrators of sexual violence.

CONFIDENTIAL

# Implications for Higher Education

- Nearly 15% of our entering undergraduate female students have prev...

  –

- Mar...

- ~50...n once

- The...

  –
  –
  – more likely to have post-trauma symptoms
  – more susceptible to re-traumatization

Trauma Informed Practice MUST consider Complex Trauma

# Male Victims

CONFIDENTIAL

IU_0589

# Male Victims of Sexual Assault

- 3-7% of males have been sexually victimized as adults

- 12-27% of gay/bisexual men report having been sexually assaulted

- 16-22% of college males report having been pressured or forced to have sex at some point in their life

- Victimized men are 1.7 times more likely to have psychological symptoms than non-victimized men

  - Depression, anxiety, substance abuse, self-harm, self-blame, shame, low self-efficacy, suicidal ideation, sexual dysfunction, relationship problems, subsequent victimization
  - More anger and hostility than female victims
  - Question sexuality and masculinity – independent of gender of perpetrator

- Often viewed as perpetrator



CONFIDENTIAL    INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

(As reviewed by Tewksbury, 2007)

IU_0590

# Response to Male Victims: Research

Vignette: male victim, heterosexual/homosexual; male/female perpetrator; Participants: male a...

- Women have pro-victim attitudes, regardless of se... ... victim or gender of the perpetrator

- Men engage in victim-blaming of ... ... sexually assaulted, especially when the perpetrator is ...

- Men engage ... ...osexual men that have been sexually assaulted by a fe...

- ... ... attitudes when a heterosexual man is sexually assaulted by a man

- ... ...e more positive views of female than male perpetrators

**Gender Stereotypes and Biases**

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0591
(Davies et al, 2006)

# Healing: A Process

CONFIDENTIAL

# From Victim to Survivor to Thriver

**Healing…**

| Victim | Survivor | Thriver |
|---|---|---|
| Doesn't deserve nice things or trying for the "good life." | Struggling for reasons & chance to heal | Gratitude |
| Low self esteem/shame/unworthy | Sees self as healing | |
| Hyper vigilant | to relax | Gratitude for new life |
| Alone | Seeking help | Oneness |
| Feels Selfish | Deserves to seek help | Proud of Healthy Self caring |
| Damaged | Naming what happened | Was wounded & now healing |
| Confusion & numbness | Learning to grieve, grieving past ungrieved trauma | Grieving at current losses |
| Overwhelmed by past | Naming & grieving what happened | Living in the present |

Victim

Survivor

Thriver

# Reprocessing and Integration

- Information moves from the primitive (survival oriented) part of the brain to the cortex

- Emotional reactions are connected to the past event – the present is no longer overwhelming

- Focus is on the present and interpersonal connections are meaningful

- Meaning making has transformed the memory of the trauma



CONFIDENTIAL

IU_0594

# Mediators of Long-Term Trauma Impact

**Victim**

– Age and developmental stage of the survivor

• adolescent survivors are more vulnerable

– Previous experience with stress

– Coping resources

**Perpetrator**

– Relationship with the victim

– Degree of the violence used

**Environment**

– Social and cultural influences

– Support systems

– Attitude of those immediately contacted after the assault

# Trauma Informed Practice

CONFIDENTIAL

IU_0596

# "Victim" Lens

Physical and psychological boundaries have been violated

Sense of safety has been taken

Confusion & numbness

May blame self in attempt to understand/control

Fearful of everyone

Wants to forget/pretend it didn't happen

Feels damaged

Hopeless

Suspicious of others

# Trauma-Informed Practice

…takes into account knowledge about trauma — its impact, interpersonal dynamic, and paths to recovery — and incorporate this knowledge into all aspects of [practice].

(Brown & Gonzales, Presenters, Dare to Act Conference, December 2004)



# Importance of Early Responders

The first responder's actions and attitudes may be critical to the way in which the victim copes with the trauma and to the length of time it may take to recover. In order to gain the victim's trust and cooperation and to enable the victim to provide accurate, complete information about the crime, the first responder must make every effort to…

*suspend judgment and to treat the victim with respect and unconditional support.*



West Virginia Foundation for
Rape Information and Services, Inc.
112 Braddock Street, Fairmont, WV 26554
304-366-9500    FAX 304-366-9501

# Immediate Response: First Disclosure

*There is no need to ask about details of the assault.*

*Rather, focus on what the survivor may need in the moment.*

➢ "I am sorry this happened to you."

➢ "How can I help?"

➢ "Do you have a safe place to be?"

➢ "Have you had a chance to see a doctor?"

➢ "I am glad you shared this with me."

➢ "Thank you for telling me."

➢ "What happened is not your fault."

➢ "I believe you."

# Supporting the Victim

*The first steps in healing…*

**Responsible Employees**

➢ Believe them → don't question the story
➢ Recognize the associated stigma
➢ Be supportive and patient
➢ Check personal biases
➢ Listen without judgment
➢ Ask how you can help
➢ Remind them that the assault is not their fault
➢ Empower and help the person regain control by letting them decide what to do

The Victim Experience

# Conduct Process

# Considering the Victim

- Trauma response remains active for 96 hours
  - Consider the safety of the environment
  - Speak at a moderate tone of voice
  - Avoid commands or directives ("look at me…you should…")
  - Provide options and choices – and respect them

- Recognize the associated stigma
  - Avoid minimizing, judging, blaming
  - Understand reasons for self-blame
  - Avoid asking "Why did you….?"

- Sleep helps with the consolidation of memory
  - Allow time to sleep/rest before investigative interview

# Considering the Victim

- Each re-activation of the memory activates trauma response
  - Attend to the safety and privacy of the environment
  - Take time to develop sense of trust
  - Be aware of body language

- Emotions may vary from calm to distraught and fearful
  - Avoid making assumptions based on emotions displayed

- Memories will be spotty, non-sequential, sensory/emotion based
  - Allow time for the person to respond - Come back to a question later if needed
  - Who-what-when-where-why and closed-ended questions will NOT work
  - Open ended questions and sensory based questions are indicated
  - Apply specialized training

# Participate or Not?

Victims may…

– Assume blame

– Feel damaged

– Experience embarrassment or shame

– Be confused

– Feel overwhelmed

Consider…

Associated stigma

Social implications

Re-traumatization

Avoid minimizing or judging

Personal biases

Respect for victim rights

# Investigation Phase

Trauma response remains active for 96 hours

- Attend to the safety and privacy of the environment
- Take time to develop sense of trust
- Be aware of body language
- Speak at a moderate tone of voice
- Avoid commands or directives ("look at me…you should…")
- Provide options and choices – and respect them

Sleep helps with the consolidation of memory

- Allow time to sleep/rest before investigative interview

# The Victim May…

- Delay or avoid responding
- Have difficulty remembering specifics
- Avoid eye contact
- Become easily confused
- Speak softly
- Have difficulty formulating verbal responses
- Struggle with providing time line or details

- Look to others for reassurance
- Appear calm, unemotional, detached
- Startle easily
- Seem emotionally distraught
- Appear embarrassed or ashamed
- Assume blame

**These are NORMAL reactions to ABNORMAL situations!!**

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0607

# As the Investigator

Avoid making assumptions based on emotions displayed or memory gaps

Apply specialized training
- Who-what-when-where-why will NOT work
- Closed-ended questions will NOT work
- Open ended questions and sensory based questions are indicated
- Allow time for the person to respond
- Come back to a question later if clarification is needed
- Go back in time – set the stage of the trauma
  - Cognitive Interviewing
  - Forensic Experiential Trauma Interviewing

Your understanding of the impact of trauma on the investigation process will help as you review the report.

# Present at Hearing or Not??

Consider…

- Associated stigma
- Re-traumatization
- Re-victimization
- Re-activation of memories
- Respect for victim rights

*Not being present at a hearing does NOT mean the complainant doesn't care!*

# Hearing Board Member Considerations

- Social stigma
- Rape Myths
- Personal biases
- Tendency to judge
- Assumption of control
- Desire to "make sense" of
- Wanting to "fix"

- Safety of the environment
- Speak at a moderate tone of voice
- Allow time for the person to respond
- Use open ended questions
- Avoid commands or directives
  - ("look at me…you should…")
- Come back to a question later if clarification is needed
- Respect victim rights

# Is Your Process Trauma-Informed?

A program, organization, or system that is trauma-informed:

- *Realizes* the widespread impact of trauma and understands potential paths for recovery;

- *Recognizes* the signs and symptoms of trauma in clients, families, staff, and others involved with the system;

- *Responds* by fully integrating knowledge about trauma into policies, procedures, and practices; and

- Seeks to actively resist *re-traumatization*.

http://www.samhsa.gov/nctic/trauma-interventions

Experiences and Responses

# Respondent Stress

CONFIDENTIAL

IU_0612

This is your brain on sex…



# SEX

# TRAUMA





# Respondent Memory of Sexual Encounter



Absence of threat to safety

integrated memory

No Trauma Response

# Respondent Memories

# Psychological Definitions

| Stress | • External events<br>• Typical coping strategies are taxed |
|---|---|
| Crisis | • Coping mechanisms are overwhelmed<br>• External support needed |

# Stress…

a state of mental or emotional strain; difficulties that cause worry or emotional tension



# Profile of a Crisis

Stressful Event – single hazardous event
OR accumulation of many stressors



Initial Problem Solving Attempts Fail

    Problem remains unsolved

Tension and anxiety increase

Internal Strengths and Social Supports Fail



Tension and Anxiety become Overwhelming

Person becomes a threat to self or others OR

Person cannot perform necessary functions

# Impact of being Accused



Anxiety
Worry
Fearfulness
Somatic complaints
Sleep disturbances

Depression
Helplessness
Hopelessness
Anger

Imprisonment
Family disruption
Loss of job/career
Damage to reputation

Intrusive Thoughts
Helplessness
Loss of self-control

Stigma
Concealing
Withdrawal

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0620
(Aslan, 2008)

# **Stress Vulnerability**



| Anxiety Worry Fearfulness Somatic complaints Sleep disturbances | Depression Helplessness Hopelessness Anger |
|---|---|
| Intrusive Thoughts Helplessness Loss of self-control | Stigma Concealing Withdrawal |

CONFIDENTIAL
INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0621

Zubin & Spring 1977

# Emotional Responses and Coping

|  | Falsely Accused |
|---|---|
| Depression | * |
| Anxiety | * |
| Intrusive Thoughts | ** |
| Task Focused Coping | *** |
| Avoidant Coping | ** |
| Emotional Coping | *** |

# Emotional Distress

*In the "guilty":*
- the person feels sorry for what he or she has done,
- the person feels sorry for being caught,
- the person is feigning his or her emotional display, attempting to show an unfelt remorse, or
- the person is responding to the stress of the challenging situation

*In the "innocent":*
- the person is responding to the stress of the challenging situation

Detached    Sad    Denial

Anxious    Numb    Overwhelmed

# Potential Trauma to the Respondent

*Interrogation techniques*

induces powerlessness and hopelessness and provides "benefits" to confession

***Not** the same as interviewing or investigating*

MAY cause trauma

Coercion:
◦ Guilt-presumptive approach
◦ Threats/promises
◦ Fatigue/isolation/hopelessness

False  Confessions

Voluntary: Psychological need, External pressure

Compliant: Minimize consequences, Escape interrogation

Persuaded: Doubt memory, Doubt innocence

# Emotional Distress

## Depression

- sad, anxious, irritable or "empty" mood
- loss of interest or pleasure
- loss/gain of appetite/weight
- insomnia, hypersomnia
- fatigue, loss of energy
- guilt, worthlessness, helplessness
- difficulty with focus/concentration
- indecisiveness
- thoughts of death

## Anxiety

- anxiety
- worry
- restlessness
- fatigue
- difficulty concentrating
- irritability
- muscle tension
- sleep disturbance
- panic

# Risk of Harm

## To Self

Direct:

> *I'm going to kill myself.*
>
> *I can't do this any more.*

Indirect:

> *I give up.*
>
> *It would be better if I was gone.*
>
> Saying "goodbye"
>
> Giving away items

Suicide Prevention Approach

## To Others

Direct:

> *I will kill you.*
>
> *I'm going to blow this place up.*

Indirect:

> *You will pay.*
>
> *This isn't over.*
>
> Intimidating gestures, nonverbal communication, visual images.
>
> Elevated risk if also suicidal

Threat Assessment Approach

# Experience of the Respondent

➢ The Respondent WILL experience emotional distress and possibly a crisis
  • whether responsible or not responsible.
  • This is NOT a trauma response

➢ You can NOT tell who IS responsible by the Respondent's emotional reaction.

➢ Establish a support framework that is accessible to ALL Respondents
  • Outside of the conduct process
  • Independent of alleged offense
  • Consider safety of campus for violent offenses

➢ Allow conduct/Title IX officers and/or law enforcement to do the investigation

➢ As you review the information, stay open to all information

# Sources of Support



| Investigation | Hearing | Outcome | Post-Process |
|---|---|---|---|
| Friends | Advisor | Mail/email | Responsible |
| Family | In person | Not-Responsible |
| Academic Concerns | | | |
| Counseling | Security/Police Presence | Security/Police Presence | Eligibility for Campus Services |

# Summary

CONFIDENTIAL

IU_0629

## Complainant trauma

- Experienced acute threat to life/safety
- A specific psychobiological response was triggered
- Memory impacted and likely fragmented
- Emotional reactions may be triggered
- Emotional reactions may be extreme, flat, and incongruent with expectations

# Trauma-Informed Practice

…takes into account knowledge about trauma — its impact, interpersonal dynamic, and paths to recovery — and incorporate this knowledge into all aspects of [practice].

(Brown & Gonzales, Presenters, Dare to Act Conference, December 2004)

CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS

IU_0631



CONFIDENTIAL

INDIANA UNIVERSITY–PURDUE UNIVERSITY INDIANAPOLIS