| | |
|---|---|
| **Message** | |
| **From**: | Roe, Jane  [/O=IU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN= JaneRoe |
| **Sent**: | 11/27/2018 10:40:57 PM |
| **To**: | Kuester, Gregory [/o=IU/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0d84ced7d7e44491874e1fd28b856563-gkueste] |
| **Subject**: | Re: follow-up |

Hello,

That sounds like a good first step. Thank you for the update, I appreciate it.

Have a good day !

Jane

Sent from my iPhone

On Nov 27, 2018, at 3:02 PM, Kuester, Gregory <gkueste@iu.edu> wrote:

> Jane,
>
> Thanks again for speaking with me today.  I wanted to let you know that based on the information pertaining to weapons that you previously shared with the Dean and with me today, our office has reported that information to IUPD.  Your name was not shared with IUPD and they did not ask for it.  I don't know if IUPD will make contact with Mr. Doe, but I wanted to give you a heads up that they are aware of the concern.
>
> If you have any questions, please let me know.
>
> Greg
>
>
> **Gregory Kuester, J.D.**
> Investigator for Student Conduct
>
> **Office of Student Conduct**
> Indiana University–Purdue University Indianapolis
> 420 University Blvd, Suite 270
> Indianapolis, IN 46202
> 317-274-4431
> conduct.iupui.edu
>
> <image001.png>
>
> ***CONFIDENTIALITY NOTICE:*** *This email message, including all attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. Please contact the sender by reply email and immediately destroy all copies of the original message including all attachments. Even if you are the intended recipient of this email, the author requests that you not forward it to any other person without the author's prior consent.*