| | |
|---|---|
| **Message** | |
| **From**: | Kuester, Gregory [/O=IU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D84CED7D7E44491874E1FD28B856563-GKUESTE] |
| **Sent**: | 3/28/2019 8:33:03 PM |
| **To**: | Dickey, Sara [/o=IU/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=sadickey26c]; Freiberger, Kelly [/o=IU/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=kefreibebf0] |
| **Subject**: | RE: Appendix Redactions |

Yes, thanks Kelly for all of your help today! Just emailed the parties.

See you guys in two weeks.

Greg

---

**From:** Dickey, Sara <sadickey@iupui.edu>
**Sent:** Thursday, March 28, 2019 4:27 PM
**To:** Freiberger, Kelly <kefreibe@iupui.edu>; Kuester, Gregory <gkueste@iu.edu>
**Subject:** Re: Appendix Redactions

Thanks Kelly!

Sara

**Sara Dickey**
Associate Dean of Students and Director
Deputy Title IX Coordinator

**Office of Student Conduct**
Division of Student Affairs
420 University Blvd, Suite 270
Indianapolis, IN 46202
317-274-4431

conduct.iupui.edu



***CONFIDENTIALITY NOTICE:*** *This email message, including all attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. Please contact the sender by reply email and immediately destroy all copies of the original message including all attachments. Even if you are the intended recipient of this email, the author requests that you not forward it to any other person without the author's prior consent.*

---

**From:** "Freiberger, Kelly" <kefreibe@iupui.edu>
**Date:** Thursday, March 28, 2019 at 3:32 PM
**To:** "Dickey, Sara" <sadickey@iupui.edu>, "Kuester, Gregory" <gkueste@iu.edu>
**Subject:** RE: Appendix Redactions

Both are ready to go. The links will become inactive at 11:59pm April 8th. I am also adding you both to the Doe Folder on Box so that you have access to the settings and links.

   Roe     Files: https://iu.box.com/s/m6oqihbmyrxg632f54lffeov802fpyav

Doe Files: https://iu.box.com/s/tgb3ebo5yotkg85glu0mm0lt8dibbaey

**Kelly Freiberger**
Hearing Officer and Coordinator
*Pronouns: She, Her, Hers*

**IUPUI Office of Student Conduct**
420 University Blvd, Suite 270
Indianapolis, IN 46202

Phone: 317-274-4431
conduct.iupui.edu
Twitter: @IUPUIstuconduct



---

**From:** Dickey, Sara <sadickey@iupui.edu>
**Sent:** Thursday, March 28, 2019 1:28 PM
**To:** Kuester, Gregory <gkueste@iu.edu>; Freiberger, Kelly <kefreibe@iupui.edu>
**Subject:** Re: Appendix Redactions

Kelly, Go ahead and create the box accounts for the parties. The Preliminary Report is available in the G Drive.

Greg, the language is below. Kelly will send you a link for each person that you'll add.

**[Name],**

My Preliminary Investigation Report is complete. The report is available to you through Box, which is authenticated through your IUPUI username and password. The link to the file is here:
You may also review a hard copy of this report at the Office of Student Conduct any time during business hours, which are 8am-5pm Monday through Friday. To set up a time to review the report, please call our office at (317) 274-4431. Should you wish to provide clarifying information in response to the report, you must do so no later than **5pm** on **[date—10 calendar days]**. This information can be submitted to me via email or dropped off at our office, suite 270 of the Campus Center.

Please note that any form of reproduction, dissemination, modification, distribution and/or publication of the report or the above link to the report is strictly prohibited and may result in additional charges under the IU Code of Student Rights, Responsibilities and Conduct.

If you have any questions, please let me know.

Thank you,
**[Investigator]**




Sara Dickey

Associate Dean of Students and Director
Deputy Title IX Coordinator

**Office of Student Conduct**
Division of Student Affairs
420 University Blvd, Suite 270
Indianapolis, IN 46202
317-274-4431
conduct.iupui.edu



**CONFIDENTIALITY NOTICE:** *This email message, including all attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. Please contact the sender by reply email and immediately destroy all copies of the original message including all attachments. Even if you are the intended recipient of this email, the author requests that you not forward it to any other person without the author's prior consent.*

---

**From:** "Kuester, Gregory" <gkueste@iu.edu>
**Date:** Thursday, March 28, 2019 at 1:17 PM
**To:** "Freiberger, Kelly" <kefreibe@iupui.edu>, "Dickey, Sara" <sadickey@iupui.edu>
**Subject:** RE: Appendix Redactions

Awesome. Thanks, Kelly.

Sara, I don't need to review again. I'm ready to send to parties—just need to know how to do it. Also, do we have standard prelim review language?

Greg

---

**From:** Freiberger, Kelly <kefreibe@iupui.edu>
**Sent:** Thursday, March 28, 2019 1:07 PM
**To:** Kuester, Gregory <gkueste@iu.edu>; Dickey, Sara <sadickey@iupui.edu>
**Subject:** RE: Appendix Redactions

I completed the redactions and saved it in SM Investigations > 2018-2019 >   Doe   as "   Doe   Appendix_Redacted." Feel free to rename it if necessary. Sara, would you like to put it on Box for Greg to review, or is it time for me to put it on Box for the complainant and respondent?

Kelly

**Kelly Freiberger**
Hearing Officer and Coordinator
*Pronouns: She, Her, Hers*

**IUPUI Office of Student Conduct**
420 University Blvd, Suite 270
Indianapolis, IN 46202

Phone: 317-274-4431
conduct.iupui.edu
Twitter: @IUPUIstuconduct



**From:** Kuester, Gregory <gkueste@iu.edu>
**Sent:** Thursday, March 28, 2019 11:20 AM
**To:** Freiberger, Kelly <kefreibe@iupui.edu>; Dickey, Sara <sadickey@iupui.edu>
**Subject:** Appendix Redactions

Kelly,

Here are the redactions.  Feel free to call me with questions, 443-871-8463.  Thank you!

- p 20
    - Paragraph 5
    - Redact entire paragraph starting "I have seriously..."
    - Confidential
- p 110
    - Redact all phone numbers and personal emails
    - Confidential
- p 150
    - "Weapons"
    - Redact entire weapons section
    - Prejudicial
- p 154 (1 of 2)
    - Sixth bullet from the top beginning "Recently..."
    - Redact entire bullet and four sub-bullets discussing Complainant's education record
    - Confidential
- p 154 (2 of 2)
    - "Weapons"
    - Redact the entire weapons section
    - Prejudicial
- p 158
    - "Proposed resolution"
    - Redact entire proposed resolution section
    - Confidential