**EXHIBIT 1041**



---------- Forwarded message ---------
**From:** John Doe
**Date:** Wed, Apr 10, 2019 at 2:11 PM
**Subject:** Fw: Third-Year IUSM Orientation
**To:** John Doe

John Doe
MS2 | Indiana University School of Medicine
Class of 2021

---

**From:** Kuester, Gregory
**Sent:** Wednesday, April 10, 2019 12:55 PM
**To:** John Doe
**Subject:** RE: Third-Year IUSM Orientation

John

I spoke with the Director of the Office of Student Conduct and no changes will be made to our NCO at this time.

Greg

---

**From:** John Doe
**Sent:** Monday, April 8, 2019 5:25 PM
**To:** Kuester, Gregory <gkueste@iu.edu>
**Subject:** Third-Year IUSM Orientation

CONFIDENTIAL                                                                                          P000170

Dear Greg,

I wanted to reach out to you about the NCO that is in place with respect to [Roe] and me.  IU has gone to great measures and expense to try to afford me the opportunity to participate in Transitions/Orientation for our upcoming clinical rotations, which commenced today, while still ensuring that the NCO is complied with to the letter. I am attending the first part of orientation by video-conference.

For the balance of the program, I will need to relocate to the West Lafayette Campus to another apartment which IU has procured for me, which I am willing to do if it is necessary.  However, at this point I wanted to reach out to you about perhaps finding a way to tailor the NCOs. I believe that the medical school is following the NCO issued by you and that is why I am contacting you. I have no intentions of interacting with [Roe] during any portion of the program. If the NCO could be modified to prohibit me from speaking to [Roe] or communicating with her via text, email or phone it should reassure her that I have absolutely no intentions of revisiting any part of our relationship or communicating with her in any fashion. I am comfortable with also including a geographic limitation (either feet or yards or as far as we can sit away from each other in orientation in any given location). I know I'm not supposed to look at her or sit near her and can assure you I will follow those instructions. I have no desire to have anything further to do with her in any way. I simply want to attend my classes and continue on with my education. This process has been very stressful for me. I have postponed my boards until May and have been studying to catch up so I can take them and pass. Relocating to another apartment away from familiar surroundings and my support system will take more time away from my studies. Of course, I will do it if necessary (and am grateful IU has provided this as an alternative) but I am hoping something can be worked out to minimize the cost and time associated with relocating.

My education is the most important thing to me and I worry that I'm missing out on critical information even though the school has been very generous in its efforts to accommodate the NCO.  I do not want to sound ungrateful for all of these efforts, because I truly appreciate what IU has done to make sure I can continue with my education while this investigation is ongoing.  However, I have abided by the NCO without any issues whatsoever and in light of this I was hoping that a solution could be created that would allow me the same live access that the other students have.  Please understand that in asking this, I mean no disrespect whatsoever.

Would you please let me know if there is anything I can do?

Thank you.

[John Doe], M.S.

CONFIDENTIAL                                                                                                                                              P000171

▮ Indiana University School of Medicine

▮ Class of 2021

▮

CONFIDENTIAL                                                                                          P000172