EXHIBIT 1042

**Redacted**

CONFIDENTIAL
IU_0001369

# Redacted

**From:** Doe, John
**Sent:** Friday, April 12, 2019 4:59 PM
**To:** Kuester, Gregory
**Subject:** Witnesses and Impact

Hello Greg,

Thank you for getting back to me about those two points in the preliminary report. I did want to respond to you about them.

I know that the time for submitting witness requests has passed, but the need to interview my parents became really clear to me when I looked at the preliminary report. You actually had texts from my mother attached to it that Jane had and which I did not have that were directly related to the garage door incident. Since my mom was in communication with her at that time and had firsthand knowledge about what happened she was directly connected to that incident. She can also talk about Jane provocative behavior, as can my dad and my brother, which I think is also related to some of the things she told you that were in the report. I didn't know about her version of the events until I could read the report, so I think that talking to them fits the criteria you mentioned.

Regarding Jane Roe 's claims of negative impact on her education - this process has undoubtedly been stressful for the both of us. It has also negatively impacted my education during the same time that Jane has claimed. After Jane 's initial report with the Medical School in October 2018 and her conduct with the student body thereafter, I struggled and also failed the first Gastrointestinal and Nutrition exam. I initially asked for a formal delay of the exam (Originally planned for November 16th) through Dr. Emily Walvoord. I ended up taking the exam on November 20, 2018 - which I failed. I believe this is relevant to the overall report and would like to request that both Jane 's and my student records be included to show this negative impact. If the records need to be redacted to maintain student privacy, I completely understand.

I look forward to hearing from you.

Thank you.

John Doe
M.S.
Indiana University School of Medicine

CONFIDENTIAL

IU_0001371