**EXHIBIT 1061**

| | |
|---|---|
| **From:** | John Doe |
| **Sent:** | Friday, May 8, 2020 11:44 AM |
| **To:** | jayhess@iu.edu |
| **Subject:** | MBA Program |

Good Morning Dean Hess,

Hope that you and your family are doing well in this pandemic. I write to inform you that after you graciously permitted my return to continue at the medical school and in the MBA program, pursuant to my appeal in early March, I completed the sanction requirements and submitted the necessary documentation to the University accordingly. Additionally, I submitted my timely application for the MBA program. However, I received a notification yesterday from Monica Henry at the Kelley School of Business that my application is subject to further review by the Prior Misconduct Review Committee ("PMRC") before any decision can be rendered. Ms. Henry's email noted that the PMRC will meet in few weeks to further review my application. I am concerned because courses begin in three weeks for the MBA program and if I do not remain on schedule, it will delay my expected graduation date even further and potentially impact the requirement to complete medical education within six years. I am seeking your advice on how to proceed and whether there is anyone you could direct me to in order to ensure expeditious review of my application. I very much am looking forward to continuing my education in the MBA program and at the medical school. Your assistance is greatly appreciated. Should you have any questions, or need any additional information, please feel free to contact me via email or phone at ███████.

Thank you,

John Doe

CONFIDENTIAL                                                                P000132