| | |
|---|---|
| From: | John Doe |
| Sent: | Tuesday, June 2, 2020 10:55 AM |
| To: | jayhess@iu.edu |
| Subject: | MD / MBA Program |

Good Morning Dean Hess

Hope that you are safe and well. Sadly, I write to inform you that the Kelley School of Business denied my admission into the MD/MBA program. This denial completely shocked and surprised me. If you have a few moments to discuss my options and a path forward today before 3:00 pm, I'd really appreciate your guidance and wise insight during this time. I'm available at ▮▮▮▮▮▮

Thank you,

--
John Doe

CONFIDENTIAL

P000327