


Search

Sara Dickey

- Home
- Calendar
- Announcements
- Students
- Student Groups
- Incident Reports
  - Current Reports
  - Archived Reports
  - Draft Reports
  - Legacy Reports
  - Sanctions
  - Provisions
  - Incident Scores
- CARE Network
- Federal Reporting

## Incident Report 00427-2018: Note "Mutual No Contact Order"

Back To List

| Core Information | Summa... 1 | Meetings 0 | Provisi... 0 | Sanctio... 5 | Letters 3 | Appeals 1 | Docum... 14 | **Notes 10** | Event Log | Access Rights |

Edit    Cancel

**MUTUAL NO CONTACT ORDER**

| | |
|---|---|
| Subject | Mutual No Contact Order |
| Body | At the request of the Respondent (without citing specific concerns), I sent Jane Roe a no contact order prohibiting her contacting John Doe. |
| Category | Other |

Edit    Cancel

**Note Info**

| | |
|---|---|
| Created: | February 20, 2019 1:45 pm |
| By: | Gregory Kuester (archived) |
| Modified: | May 13, 2020 4:23 pm |
| By: | Kelly Freiberger |

ADVOCATE

Help Desk: 1-703-373-7035 (Mon-Fri. 9am-8pm EST)
Privacy Policy | Terms of Use

CONFIDENTIAL                    IU_0004