**To:** Kuester, Gregory[gkueste@iu.edu]
**From:** Doe, John [O=IU/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9D0132ECBAD94868ACE13CA121AD1D92JDoe]
**Sent:** Wed 2/20/2019 10:33:01 PM (UTC)
**Subject:** Re: follow-up

**EXHIBIT 2014**

Greg,

Thank you! I know it is not much, but I do feel better about the No Contact Order. Also, thank you for forwarding that information regarding the date of the formal complaint.

During our meeting we made our next scheduled appt for **Tuesday, March 5th at 9:30am**. I look forward to any updates that you may have.

I know that it was a ton of information today and if you have any questions or would like any clarifications, I will be happy to provide you with them. I do have a list of items/texts that were not included in the packet that we spoke about today and you thought would be useful. I will begin to gather this information this weekend.

I will speak to you soon, thanks again.

Sincerely,

John Doe, M.S.


---

**From:** Kuester, Gregory
**Sent:** Wednesday, February 20, 2019 1:42 PM
**To:** Doe, John
**Subject:** follow-up

John,

I wanted to update you. I agreed that your request for a Mutual No Contact Order was reasonable and, as a result, sent that Order to the Complainant after our meeting. It is the same language you received in the letter from me.

I also proposed your alternative resolution proposal (about business school) to my supervisor. It would need to be approved by our office first and, if so, it would also need to be approved by the Complainant. I will let you know of any updates.

You also asked for the date of the complaint. Jane filed her formal complaint in our office on 1/16/19.

Lastly, please verify for me that we agreed to meet on **Tuesday, March 5 at 9:30am**. That's what I wrote down on my calendar but I had Wednesday on my mind.

Thanks for sharing today and I will review the material you provided in the meantime.

Greg

**CONFIDENTIAL**                                                                                                    **IU_1267**

**Gregory Kuester, J.D.**
Investigator for Student Conduct

**Office of Student Conduct**
Indiana University–Purdue University Indianapolis
420 University Blvd, Suite 270
Indianapolis, IN 46202
317-274-4431

conduct.iupui.edu



**CONFIDENTIALITY NOTICE:** This email message, including all attachments, is for the sole use of the intended recipients and may contain confidential and privileged information. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. Please contact the sender by reply email and immediately destroy all copies of the original message including all attachments. Even if you are the intended recipient of this email, the author requests that you not forward it to any other person without the author's prior consent.