**EXHIBIT 2025**

Access Stats for Doe Final Investigation Report - Roe .pdf

**101**
PREVIEWS

**0**
EDITS

**0**
COMMENTS

**1**
DOWNLOADS

- **Last Month**
  - John Doe

    Previewed May 23, 2019 at 4:01 PM
  - James Nussbaum

    Downloaded May 22, 2019 at 2:44 PM via zip-download
  - Indianapolis, IN, USA - IP 76.219.172.27

    Previewed May 19, 2019 at 7:58 PM
  - John Doe

    Previewed May 19, 2019 at 4:57 PM
  - Cheshire, CT, USA - IP 98.179.189.100

    Previewed May 19, 2019 at 4:56 PM
  - John Doe

    Previewed May 16, 2019 at 10:25 PM
  - John Doe

    Previewed May 6, 2019 at 10:29 AM
- **Earlier this Year**
  - New Haven, CT, USA - IP 24.34.119.120

    Previewed April 29, 2019 at 3:54 PM
  - New Haven, CT, USA - IP 24.34.119.120

    Previewed April 29, 2019 at 10:47 AM
  - Indianapolis, IN, USA - IP 76.219.172.27

    Previewed April 28, 2019 at 2:33 PM

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 28, 2019 at 2:31 PM
- Gaileen Kaufman

  Previewed April 28, 2019 at 2:21 PM
  via Box for iPad
- Gaileen Kaufman

  Previewed April 28, 2019 at 1:43 PM
  via Box for iPad
- Indianapolis, IN, USA - IP 172.98.129.84

  Previewed April 27, 2019 at 4:34 PM
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:10 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:10 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:10 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:10 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:09 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 76.219.172.27

Previewed April 26, 2019 at 8:08 PM
via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM

via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed April 26, 2019 at 8:08 PM
  via Box.com Mobile Site

Access Stats for 'Final Appendix - Doe .pdf'

5
PREVIEWS

0
EDITS

0
COMMENTS

2
DOWNLOADS

- Last Month
  - James Nussbaum

    Downloaded May 22, 2019 at 2:44 PM
    via zip-download

  - James Nussbaum

    Downloaded May 22, 2019 at 2:44 PM

  - Indianapolis, IN, USA - IP 76.219.172.27

Previewed May 19, 2019 at 7:58 PM

- John Doe

  Previewed May 17, 2019 at 12:12 AM

- John Doe

  Previewed May 6, 2019 at 11:18 AM

- John Doe

  Previewed May 6, 2019 at 10:02 AM

- Indianapolis, IN, USA - IP 149.162.153.215

  Previewed May 3, 2019 at 3:02 PM

Access Stats for 'Respondent Response to Charges.pdf'

**3**
PREVIEWS

**0**
EDITS

**0**
COMMENTS

**3**
DOWNLOADS

- **Last Month**
  - James Nussbaum

    Downloaded May 22, 2019 at 2:44 PM
    via zip-download

  - James Nussbaum

    Downloaded May 22, 2019 at 8:57 AM
    via zip-download

  - James Nussbaum

    Downloaded May 22, 2019 at 8:54 AM
    via zip-download

- **Earlier this Year**
  - Gaileen Kaufman

    Previewed April 28, 2019 at 4:34 PM
    via Box for iPad

  - Gaileen Kaufman

Previewed April 28, 2019 at 3:03 PM
via Box for iPad

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 26, 2019 at 4:00 PM

Access Stats for Doe Final Investigation Report - Roe .pdf'

1

PREVIEWS

0

EDITS

0

COMMENTS

0

DOWNLOADS

- Last Month
  - Kelly Freiberger

    Previewed May 1, 2019 at 10:42 AM

Access Stats for 'Final Appendix - Roe .pdf'

0

PREVIEWS

0

EDITS

0

COMMENTS

0

DOWNLOADS

CONFIDENTIAL IU_0447

Access Stats for 'Preliminary Investigation Report - Doe .pdf'

**36**
PREVIEWS

**0**
EDITS

**0**
COMMENTS

**0**
DOWNLOADS

- **Earlier this Month**
  - John Doe
    Previewed April 7, 2019 at 11:18 PM
  - John Doe
    Previewed April 7, 2019 at 11:11 PM
  - John Doe
    Previewed April 5, 2019 at 6:37 PM
  - New Haven, CT, USA - IP 24.34.119.120
    Previewed April 5, 2019 at 11:07 AM
  - New Haven, CT, USA - IP 24.34.119.120
    Previewed April 4, 2019 at 10:16 AM
  - New Haven, CT, USA - IP 24.34.119.120
    Previewed April 4, 2019 at 9:07 AM
  - Gaileen Kaufman
    Previewed April 3, 2019 at 3:39 PM
    via Box for iPad
  - Gaileen Kaufman
    Previewed April 3, 2019 at 3:24 PM
    via Box for iPad
  - Gaileen Kaufman
    Previewed April 3, 2019 at 2:43 PM
    via Box for iPad
  - Gaileen Kaufman
    Previewed April 3, 2019 at 2:30 PM

via Box for iPad

- Gaileen Kaufman

  Previewed April 3, 2019 at 2:06 PM
  via Box for iPad

- Gaileen Kaufman

  Previewed April 3, 2019 at 2:02 PM
  via Box for iPad

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 3, 2019 at 1:57 PM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 3, 2019 at 1:50 PM

- John Doe

  Previewed April 2, 2019 at 9:13 PM

- Stamford, CT, USA - IP 24.188.192.91

  Previewed April 2, 2019 at 5:16 PM

- John Doe

  Previewed April 2, 2019 at 1:13 PM

- John Doe

  Previewed April 2, 2019 at 10:50 AM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 2, 2019 at 9:14 AM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 2, 2019 at 9:05 AM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 2, 2019 at 8:43 AM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 1, 2019 at 2:25 PM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 1, 2019 at 2:24 PM

- New Haven, CT, USA - IP 24.34.119.120

  Previewed April 1, 2019 at 2:23 PM

- **Last Month**

- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed March 31, 2019 at 4:55 PM
- Indianapolis, IN, USA - IP 76.219.172.27

  Previewed March 31, 2019 at 4:55 PM
- John Doe

  Previewed March 30, 2019 at 4:14 PM
- New Haven, CT, USA - IP 24.34.119.120

  Previewed March 29, 2019 at 8:59 AM
- Indianapolis, IN, USA - IP 172.98.129.84

  Previewed March 29, 2019 at 7:47 AM
- John Doe

  Previewed March 28, 2019 at 11:40 PM
- John Doe

  Previewed March 28, 2019 at 10:31 PM
- John Doe

  Previewed March 28, 2019 at 10:23 PM
- John Doe

  Previewed March 28, 2019 at 9:48 PM
- John Doe

  Previewed March 28, 2019 at 9:37 PM
- John Doe

  Previewed March 28, 2019 at 6:58 PM
- Indianapolis, IN, USA - IP 149.162.146.28

  Previewed March 28, 2019 at 6:55 PM

Access Stats for 'Preliminary Appendix - Doe .pdf'

**633**
PREVIEWS

**0**
EDITS

**0**
COMMENTS

**0**
DOWNLOADS

- **Earlier this Month**
  - John Doe

    Previewed April 7, 2019 at 11:19 PM
  - John Doe

    Previewed April 7, 2019 at 11:17 PM
  - Gaileen Kaufman

    Previewed April 3, 2019 at 2:43 PM
    via Box for iPad
  - Gaileen Kaufman

    Previewed April 3, 2019 at 2:07 PM
    via Box for iPad
  - Gaileen Kaufman

    Previewed April 3, 2019 at 2:07 PM
    via Box for iPad
  - Gaileen Kaufman

    Previewed April 3, 2019 at 2:06 PM
    via Box for iPad
  - John Doe

    Previewed April 2, 2019 at 10:51 AM
  - New Haven, CT, USA - IP 24.34.119.120

    Previewed April 1, 2019 at 2:26 PM
- **Last Month**
  - John Doe

    Previewed March 29, 2019 at 12:12 PM
  - Indianapolis, IN, USA - IP 71.129.154.85

    Previewed March 29, 2019 at 9:42 AM
    via Box.com Mobile Site
  - Indianapolis, IN, USA - IP 71.129.154.85

    Previewed March 29, 2019 at 9:42 AM
    via Box.com Mobile Site
  - Indianapolis, IN, USA - IP 71.129.154.85

Previewed March 29, 2019 at 9:42 AM
via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:42 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM

via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:41 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:40 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:40 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- New Haven, CT, USA - IP 24.34.119.120

  Previewed March 29, 2019 at 9:39 AM
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:39 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:38 AM

via Box.com Mobile Site

- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:38 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:38 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:38 AM
  via Box.com Mobile Site
- Indianapolis, IN, USA - IP 71.129.154.85

  Previewed March 29, 2019 at 9:38 AM
  via Box.com Mobile Site

Access Stats for 'Preliminary Investigation Report Roe .pdf'

**0**

PREVIEWS

**0**

EDITS

**0**

COMMENTS

**0**

DOWNLOADS

**No Recent Activity**

This file had no activity in the past year. Export to see activity from over a year ago.

Access Stats for 'Preliminary Appendix - Roe .pdf'

**134**

PREVIEWS

**0**

EDITS

**0**

COMMENTS

**0**
DOWNLOADS

- **Earlier this Month**
  - Indianapolis, IN, USA - IP 45.29.91.6

    Previewed April 8, 2019 at 11:52 PM
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM
    via Box.com Mobile Site
  - Elmwood Park, IL, USA - IP 107.77.206.165

    Previewed April 8, 2019 at 9:01 PM

via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 9:01 PM
  via Box.com Mobile Site

- Jane Roe

  Previewed April 8, 2019 at 8:53 PM

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:50 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:50 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

Previewed April 8, 2019 at 8:50 PM
via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:49 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM

via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:48 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site
- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site
- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site
- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site
- Elmwood Park, IL, USA - IP 107.77.206.165

  Previewed April 8, 2019 at 8:47 PM
  via Box.com Mobile Site

CONFIDENTIAL

IU_0461