**EXHIBIT 2035**

1

2

3

4

5

6

7

8

9

10

11

12

13    John Doe              Hearing

14    May 20, 2019

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

JU_0885

Page 2

1          KELLY FREIBERGER:  Starting the audio

2    recording.  It is 9:43 a.m.

3          WENDE FERGUSON:  Great.  Good morning,

4    everyone.  This is the meeting of the

5    administrative panel to hear the case of John     -

6    - and I want to make sure I'm pronouncing your

7    last name right, can you say it for me?

8          John Doe                 Doe

9          WENDE FERGUSON:  Doe

10         John Doe                 Doe

11         WENDE FERGUSON:  Doe              Okay.  It

12   is Monday, May 20th, 2019, at 9:43 a.m.  My name

13   is Wende Ferguson, Senior Associate Director for

14   Student Affairs in the IU McKinney School of Law.

15   I am serving as a chairperson for this hearing.

16         As a matter of guiding the hearing I'll

17   be reading from a script at different points

18   today.  Please note that today's proceedings are

19   audio recorded.  This audio recording is the

20   sole, verbatim record of the hearing and is the

21   property of the university.

22         In addition, we ask that all phones are

23   turned off in the hearing today.  So we ask that

24   both the respondent and complainant please pull

25   out your cell phones to show an advisor that

1   phones are turned completely off.

2         Thank you.   Thank you.   Thank you.

3   Would all in attendance not serving as an advisor

4   please introduce themselves for the record?

5   We'll start with the panel members.

6         ROBERT YOST:   Robert Yost, School of

7   Science.

8         JOSE MAGALLON:   Jose Magallon, Housing

9   and Residence Life Student Affairs.

10        WENDE FERGUSON:   Okay.   And then we'll

11   go to John       respondent.

12        John Doe

13        WENDE FERGUSON:   Thank you, and

14   complainant Jane   ?

15        Jane Doe

16        WENDE FERGUSON:   Thank you, and then

17   we'll also go to the investigator.

18        GREG KUESTER:   Greg Kuester.

19        WENDE FERGUSON:   Great.   I welcome you

20   to the hearing and appreciate your time today.

21   Each participating student is afforded the right

22   under the Indiana University sexual misconduct

23   policy to have one advisor or support person

24   present during this meeting.   Would each -- would

25   the advisor please introduce themselves for the

1    record.

2              BRADLEY KEFFER:   My name is Bradley

3    Keffer from the law firm of Keffer Hirschauer.

4              WENDE FERGUSON:  Okay, thank you.   I

5    welcome you to the hearing and appreciate your

6    time today.  Please understand that your role in

7    this process is limited.  You are permitted to

8    advise and support your advisee by communicating

9    with them in a manner that is not disruptive to

10   the proceedings.  This may include writing notes

11   and/or whispering to your advisee.

12             You will not be permitted to directly

13   address other participants in today's

14   proceedings.  Failure to adhere to these

15   expectations explained here will be considered

16   cause for immediate removal of an advisor from

17   the hearing room.

18             We also have with us a representative

19   of the office of student conduct serving as a

20   coordinator for this hearing.  Would the

21   coordinator please introduce themselves?

22             KELLY FREIBERGER:  Hi everyone, my name

23   is Kelly Freiberger.  I am a coordinator and

24   hearing officer in the Office of Student Conduct

25   and I will be coordinating the hearing today.

1          WENDE FERGUSON:  I welcome you to the
2    hearing and appreciate your time today.  The role
3    of the hearing coordinator is to aide me as a
4    chairperson of this hearing, including helping to
5    determine what information is admissible under
6    IUPUI sexual misconduct proceedings --
7    procedures, asking questions of involved parties
8    if necessary, and assisting with logistical or
9    administrative needs today.
10          The coordinator will also be available
11    for consultation to the panel during
12    deliberation.  They will not have a vote in the
13    outcome of this hearing.
14          This is an educational hearing and is
15    not comparable to a trial.  The role of the panel
16    is not to be confused with the roles of either
17    judge or jury.  This hearing is an informal
18    proceeding, it is not bound by legal rules of
19    evidence.
20          The purpose of this hearing is for the
21    panel to determine whether violations of the IU
22    sexual misconduct policy and the Code of Student
23    Rights, Responsibilities, and Conduct, have taken
24    place in the manner described in the
25    investigation report and institute a sanction if

1   necessary.

2           To make this determination, the panel

3   will review the investigation report created by

4   Greg Kuester, the information presented by

5   John      and Jane     and other relevant information

6   provided today.

7           It is my role as chair of the panel to

8   conduct a fair hearing, including determining

9   what evidence is admissible.  If needed, I will

10  call upon the hearing coordinator for

11  consultation or guidance.

12          Upon the conclusion of the hearing, the

13  panel will move to close deliberations and will

14  make a decision regarding the outcome of the

15  case.  You will later be informed of the outcome

16  of the hearing in writing.

17          We will begin the hearing with an

18  opportunity for John      to respond to the charges

19  placed by Greg in this case.  John      you will be

20  asked to indicate whether you are responsible or

21  not responsible for each alleged violation.

22          We will then move to introductory

23  remarks from Jane     and John      This is an

24  opportunity to introduce yourselves and your

25  position.  It is not the time to present your

Page 7

1    whole case.  These remarks should briefly explain

2    your purpose for being present at the hearing

3    today.

4            Jane   will then have the opportunity to

5    present any and all information she feels might

6    be relevant to this particular case and charge,

7    and response to the investigation report.  Jane

8    you also have the option to state that all

9    information can be found in the investigation

10   report and decline to say anything further.

11           The panel and John   will have the

12   opportunity to ask Jane   questions.  Neither

13   John   nor Jane   will ask each other questions

14   directly.  Rather, you will each be asked to

15   write questions down and pass them to me.

16           I will then ask the questions out loud,

17   provided they are relevant and appropriate to the

18   case at hand.  John   if you need a break to

19   write questions, please let me know.  Jane   you

20   are not required to answer questions from the

21   panel or respondent.  But I do need to hear out

22   loud that you do not wish to answer a question.

23           When answering questions, please keep

24   in mind that we are audio recorded so we will

25   need a verbal response and not just a head shake

Page 8

1   or a nod.  John    will then have the opportunity

2   to present any and all information he feels might

3   be relevant to this particular case and charge,

4   and response to the investigation report.

5          John    you also have the option to

6   state that all information can be found in the

7   investigation report and decline to say anything

8   further.  The panel and Jane   will have the

9   opportunity to ask John    questions, questions

10  from the complainant to the respondent will be

11  handed to -- the same way as questions from the

12  respondent to the complainant.

13         They will be submitted in writing to me

14  and then I will ask all questions relevant and

15  appropriate to the case at hand.  Jane    if you

16  need a break to write questions, please let me

17  know.  John    you are not required to answer

18  questions from the panel or complainant.

19         But I do need to hear out loud that you

20  do not wish to answer a question.  When answering

21  questions, please keep in mind that we are being

22  audio recorded so we will need a verbal response

23  and not just a head shake or a nod.

24         After Jane   and John    have had the

25  opportunity to present information and answer

Page 9

1   questions from the panel and each other, we will

2   call in those witnesses that the panel has

3   identified for further questioning.  These

4   witnesses were identified by the panel in a

5   prehearing meeting.

6           After the panel has had the opportunity

7   to review the investigation report, the panel,

8   Jane    and John    each have the opportunity to

9   ask these witnesses questions.  Once each

10  available witness has been questioned, the panel,

11  Jane    and John    will have the opportunity to

12  ask questions of Greg regarding his investigation

13  report and the information shared in the hearing

14  today.

15          Once all information has been presented

16  and all answers -- all questions answered, Jane

17  and John    will each have the opportunity to make

18  a brief summary remark.  This is not the

19  opportunity to restate your full case.

20          Rather, these remarks should briefly

21  summarize the points you wish the panel to

22  consider in response to the investigation report

23  and the information shared here today.

24          As a final administrative note -- if at

25  any point today anyone needs a break, please let

Page 10

1    me know.  We will stop the audio recording and

2    take a break if anyone needs one.  The university

3    expects that all information presented here today

4    is true and correct.

5            Please be advised that if anyone

6    willfully provides false information, he or she

7    may be subject to disciplinary action as

8    prescribed under the university disciplinary

9    procedures.

10           All participants should be aware that

11   proceedings are considered confidential under

12   applicable university policies and federal and/or

13   state statute.  The panel will be considered in

14   charges placed by the university regarding the

15   alleged behavior of John

16           I'm going to read each charge

17   individually from the Code of Student Rights,

18   Responsibilities, and Conduct and/or the IU

19   sexual misconduct policy.  John      please

20   indicate after each charge whether you are

21   responsible or not responsible for the alleged

22   violation.

23           KELLY FREIBERGER:  So the charges that

24   we're considering before you move on are on page

25   32 of the final investigation report.  The text

Page 11

1    for each one is written out, that's why I'm

2    referencing that page.  So Wende, go ahead.

3            WENDE FERGUSON:  So we'll start with A.

4            KELLY FREIBERGER:  Which is Part 2

5    H20E.

6            WENDE FERGUSON:  Section E.

7            KELLY FREIBERGER:  Are you responsible

8    or not responsible?

9            John Doe                Not responsible.

10           KELLY FREIBERGER:  Okay.

11           WENDE FERGUSON:  And then B, part 2,

12   section H21C.  Are you responsible or not

13   responsible?

14           John Doe                Not responsible.

15           KELLY FREIBERGER:  And the last one

16   actually goes on to page 33.

17           WENDE FERGUSON:  Which is C, the IU

18   sexual misconduct policy UA-03, dating violence.

19   Responsible or not responsible?

20           John Doe                Not responsible.

21           WENDE FERGUSON:  Thank you.  At this

22   time each party may make brief introductory

23   remarks.  This is not the opportunity to present

24   your full case.  Rather, these remarks should

25   introduce yourself in full and state your purpose

1   for being present at this hearing today.  Okay.

2   And we will start with Jane    complainant.

3         Jane Doe          I don't wish to say

4   anything at this time.

5         WENDE FERGUSON:  Okay, thank you.  And

6   John

7         John Doe          I'm here to defend

8   against the false allegations that have brought

9   to the office by Jane Doe

10        WENDE FERGUSON:  Thank you.  We will

11   now move the portion of the hearing -- move to

12   the portion of the hearing where each party will

13   have the opportunity to present their full case

14   in response to the investigation report.

15        After each individual has had the

16   opportunity to present their information, the

17   panel will be allowed to ask questions of the

18   individual, followed by the opportunity for other

19   parties to ask questions one at a time.  The

20   panel will now hear from Jane

21        Jane Doe          I listed everything

22   in the report document.

23        WENDE FERGUSON:  Thank you.  Now we'll

24   have questions from the panel.

25        JOSE MAGALLON:  Jane    in your report

Page 13

1    you mention about falling in the garage -- or the

2    laundry room, excuse me.  And then you went for a

3    scan.  Could you give me an idea about the range

4    of motion that you had in your neck at that time?

5          Jane Doe            I went straight back.

6    And that's what I remember.  Yeah.

7          JOSE MAGALLON:  Could you turn your

8    head to the left and right?

9          Jane Doe            Wait, what?

10         JOSE MAGALLON:  When you went for your

11   CT scan could you turn your head to the left and

12   the right?

13         Jane Doe            Not completely, just

14   hurt to move it at all.  Any which way.

15         JOSE MAGALLON:  Jane    so in the report

16   there was some information about the timeline

17   when you fell.  And my understanding is there was

18   a dog inside the house.  Did you fall before the

19   dog was retrieved or after?  Remember?

20         Jane Doe            I fell and then he

21   got the dog.

22         WENDE FERGUSON:  I'm sorry, can you

23   repeat that one more time?

24         Jane Doe            Yeah.  I fell and

25   then that's when he got the dog.

```
1              JOSE MAGALLON:  Then after you fell and
2     the dog was retrieved from inside the house do
3     you remember if you stood up at that point to
4     lock the door or what happened immediately after
5     that, after you fell?
6              Jane Doe          I was down on the
7     ground for a while.  And eventually I got up.  By
8     the time I got up he was gone.  Yeah.
9              JOSE MAGALLON:  And then right before
10    you fell, was the door -- not the actual garage
11    door that faces the outside but the one that's
12    inside the garage that leads you into the house,
13    before John    came in, did you -- was that door
14    locked or was that door shut?
15             Jane Doe          I had locked it and
16    then he was -- kept banging on it and so then I
17    opened it.
18             JOSE MAGALLON:  I don't have further
19    questions.
20             ROBERT YOST:  So Jane    you -- just for
21    clarification.  So the door that we're talking
22    about going into the laundry room, you unlocked
23    it to allow John    to come back in?  Or can you
24    just help me fill in that part about this door
25    locking?
```

Page 15

1        Jane Doe                Which -- so he had

2   been hitting and banging on the door because it

3   was locked because I locked it right after he

4   left and then he kept banging so I finally opened

5   it.

6            And then that's when he came in and I

7   was standing in front of the laundry door and

8   that door was just shut, it was like a regular

9   door, just shut. And that's when he came through

10  and shoved me through it. And yeah.

11           ROBERT YOST: So not to make you repeat

12  things, but --

13       Jane Doe                Yeah.

14           ROBERT YOST: -- so when you fell over,

15  was that when John    was coming back in or when

16  John    was going back out?

17       Jane Doe                Yeah, he -- I opened

18  the door and that's when he came through, shoved

19  me, and then went to get -- I'm -- he went to get

20  the dog. Or something, yeah. Because I remember

21  hearing him like, leaving but I couldn't get up

22  at that point.

23           ROBERT YOST: So you were already down

24  when he was leaving, when John    was leaving?

25           JOSE MAGALLON: Ask a clarifying

Page 16

1    question.  And then the damage to that wooden

2    door frame --

3              Jane Doe              Yeah.

4              JOSE MAGALLON:  Do you remember the

5    timeline in terms of what caused that damage to

6    the frame?

7              Jane Doe              It was when he pushed

8    me through the door.  Because the door was shut

9    and I just remember like, on my back and -- yeah,

10   I didn't -- like it was -- when I got up and

11   everything I saw the door being cracked and

12   obviously that's bad.

13             JOSE MAGALLON:  Thank you.

14             WENDE FERGUSON:  Any other questions

15   from the panel?

16             ROBERT YOST:  Just one.  Continuing

17   with the doors for clarity's sake.  What is your

18   recollection about the garage door, how it ended

19   up being partway open?  Did you see any of that?

20             Jane Doe              He was -- he just

21   banged and kicked at it.  I could just hear him

22   banging at it and -- yeah.

23             ROBERT YOST:  This is the overhead door

24   you're talking about, that's the one I'm -- yeah.

25             Jane Doe              The one that comes

Page 17

1    up, yeah.

2            ROBERT YOST:  Okay, thank you.  No

3    further questions.

4            JOSE MAGALLON:  No further questions.

5            WENDE FERGUSON:  Okay.  Now we will

6    move to questions from John    and these have to

7    be submitted in writing.

8            Jane Doe           Yes.

9            John Doe                There's questions on

10   the front for Jane   and the questions on the back

11   for the witness.

12           WENDE FERGUSON:  So what we'll need --

13           John Doe              Want me to translate

14   it into this?

15           WENDE FERGUSON:  Yes.

16           John Doe              I'm going to need a

17   moment.

18           WENDE FERGUSON:  Yep, so then what

19   we'll do is we'll take about a five minute --

20           John Doe              That should be --

21   I'll do this as neatly as possible.

22           WENDE FERGUSON:  And if it's not neat

23   I'll ask for clarification to make sure it's

24   right.  Take a five minute break.

25           KELLY FREIBERGER:  Okay.  So it is

```
 1   10:01, we're going to take a brief break.  We'll
 2   escort you all to the offices that you were in
 3   earlier.  So I'm going to pause the recording at
 4   this time.
 5              (Break)
 6              KELLY FREIBERGER:  So we're starting
 7   the recording again.  It is 10:58.
 8              WENDE FERGUSON:  All right.  We are at
 9   the portion of the hearing where the -- we will
10   have questions from John    that were submitted to
11   the chair to Jane    the complainant.  And so I
12   will start with question number one from the
13   respondent to complainant Jane         John
14   asks have you had any verbal or physical contact
15   with John    since you told him via email to never
16   contact you again?
17              Jane Doe         No.
18              WENDE FERGUSON:  No, okay.  And then
19   did you report any conduct that you are alleging
20   in this report to any local law enforcement?
21              Jane Doe         No.
22              WENDE FERGUSON:  And we want to make
23   sure that you're loud enough that the recording
24   can hear you.  Okay.  How long after the event at
25   your father's house did you see John    in person?
```

Page 19

```
1              Jane Doe           I think it was a few
2   days.
3            WENDE FERGUSON:  A few days?
4              Jane Doe            Mm hmm.
5            WENDE FERGUSON:  And did you let --
6              Jane Doe            I'm sorry, I just
7   remember.  He had came over that morning to pick
8   up his phone and whatever else he left when he
9   left then.
10           WENDE FERGUSON:  Okay.  Did you let
11  John    meet your daughter after the incident at
12  your father's house?
13             Jane Doe           Yes.
14           WENDE FERGUSON:  Yes.  And then there's
15  a -- is that --
16             John Doe           (indiscernible).
17           WENDE FERGUSON:  Okay.  Did you let
18  your daughter stay at John     house after the
19  alleged event and how long after the event -- if
20  so, how long after the event did that occur?
21             Jane Doe           Yes, and I'm not sure
22  how long it was.
23           WENDE FERGUSON:  Okay.  Do you recall
24  deleting pictures of John    and John's   dog from
25  your Instagram account the night and/or early
```

Page 20

1    morning of the alleged incident at your father's?

2         Jane Doe              Yes.  I don't know

3    when it was, but.  They're not on there.

4         WENDE FERGUSON:  Okay.  Did you go to

5    the hospital or summon an ambulance the night of

6    the alleged incident at your father's house?

7         Jane Doe              Yes.

8         WENDE FERGUSON:  You did, okay.  Why

9    did you not disclose the hospital report

10   including the ER notes to the investigator to be

11   included as a part of the report?

12        Jane Doe              I just felt like all

13   this kind of took so much out of me I didn't want

14   to go through anymore to track down records and

15   all that.  I just wanted to do my part because I

16   feel like this will help other women, it's less

17   about me at this point.  I just want him to get

18   help again.  Yeah.  I don't want to battle, I

19   just...

20        WENDE FERGUSON:  Thank you.  And then

21   the last question is did you have another place

22   to stay besides staying at John        throughout

23   your relationship.

24        Jane Doe              Yeah.

25        WENDE FERGUSON:  Yes, okay.  Any other

Page 21

1    questions?  At this time we'll move to hearing --

2    the panel will hear from John      and this is your

3    presentation of information.

4              John Doe              Good morning.  This

5    process has been very stressful for me and I have

6    prepared a statement that I would like to make

7    and I may need to read parts of it because I am

8    nervous.  If you told me one year ago that my

9    entire relationship would be the centerpiece of

10   an institutional investigation I would have not

11   believed you.

12             But today we are here to review,

13   compare, and analyze the intimate details and

14   events that occurred in a private relationship

15   that lasted from October 2017 to October 2018.

16             During that time, Ms. Doe      and I

17   engaged in a consensual, loving, tempestuous, and

18   not particularly healthy relationship while

19   completing our first two years of the most

20   formidable schooling that we have ever

21   experienced.

22             Despite the consistent stress and the

23   demanding schedule, Jane   and I made plans to

24   pick out rings to get married, name our children,

25   and open up a medical practice all in the name of

Page 22

1    what we thought was love.  This was all very new

2    to me.

3            I had never been engaged, never had a

4    child, I never truly dove into the realm of

5    solidifying a future with someone.  But I felt at

6    the time that my life was finally starting to

7    come together.

8            When I was accepted to medical school I

9    was elated.  I have prior degrees but getting my

10   MD has always been my dream.  In July of 2017 I

11   left Florida with everything I had and became a

12   Hoosier.

13           During the first few weeks I was

14   inundated with a new city and a group of students

15   who were mostly fresh out of undergraduate

16   studies.  It wasn't long before I noticed that

17   there were not too many students who had taken a

18   nontraditional route to medical school and were

19   on the older half of 30.

20           But when I met Ms. **Doe**

21   everything started to make sense.  It felt almost

22   like a dream.  I was studying to be a physician

23   and now I had met someone who seemed beautiful,

24   brilliant, and adventurous.

25           Within just one month, **Jane**   had moved

Page 23

1    into my apartment and we were spending

2    Thanksgiving in Nashville together.  Within two

3    months, Jane   came to Florida to meet my family

4    and celebrate Christmas and New Year.

5          Soon thereafter, our relationship got

6    more intense.  There was discussion of being soul

7    mates and building a family together.  To jump

8    start our family, we added a dog and a cat and

9    then organized a trip through Italy and Greece

10   during the summer of 2018.

11          The relationship was fast moving and at

12   times it was intimidating.  With the added stress

13   of medical school it was difficult to assess that

14   Jane   and I's attraction to one another was in

15   fact mistaken for compatibility.

16          By September and October of 2018 it was

17   clear to me that I would need assistance in

18   assessing this relationship and guidance on how

19   to set boundaries in a relationship that seemed

20   to be subject to her whims.

21          I took advantage of services at the

22   school of medicine and began speaking with a

23   therapist.  It was immensely helpful.  And during

24   my conversations with the therapist I learned

25   that Jane   and I's relationship was not only

Page 24

1    unhealthy but it had components to it that were

2    both toxic and immature.

3              Around October 19th, 2018, working with

4    my therapist, we devised a conversation and a

5    plan to help end the relationship.  And I did end

6    it with Jane   shortly thereafter.  Less than one

7    week later, the allegations that have brought us

8    here today were reported to the Dean of Students

9    at the medical school.

10             This has been an experience.  I have

11   dated a number of women before I came to medical

12   school but I have never dated anyone like Jane

13   I've also had -- never had any issues in any

14   prior relationships where I was accused of

15   mistreating a girlfriend or had any conduct that

16   can be interpreted as aggressive or abusive.

17             I know this process does not permit

18   character witnesses, but I would provide the

19   panel, and I have provided the investigator, with

20   names of previous girlfriends who can confirm my

21   claim.

22             After having the benefit of looking

23   back over our relationship, I can acknowledge

24   that the relationship was stressful and took

25   place during a stressful time.  The pressure of

Page 25

1   medical school, the novelty of cohabitating and

2   caring for animals together, the stress of an

3   abortion, along with our stubborn personalities

4   would cause conflicts and arguments.

5          Often fueled by alcohol, most of our

6   disagreements grew from perceived slights and a

7   focus on self-devotion rather than self-

8   sacrifice.  In defense of myself and often my

9   family, I felt the need to hold a candle to some

10  of the more unappealing qualities of Jane's

11  personality.

12         Although I'm not proud of what the --

13  some of my comments, they were ways of defending

14  myself against equally harsh words and rhetoric

15  from Jane    I want to be clear about one thing -

16  - other than the accident in Jane's   father's

17  house, I never hit, pushed, or touched Jane

18  aggressively or with any intent to hurt her, and

19  I never hurt her.

20         There was no physical violence on my

21  part directed at Jane    At times she drank

22  excessively, we both did sometimes.  But there

23  were -- and there were a couple occasions where

24  she hit me.  And one time she threw a flowerpot

25  at me.  But I never did hit her back or was in

Page 26

1    any way physically violent with her.

2         This process has been extremely

3    stressful and difficult.  Becoming a doctor is my

4    dream.  I have worked for years toward this

5    dream.  But these proceedings and Jane's

6    allegations have been so upsetting at times I

7    have been unable to focus.

8         Not only was I removed from campus in

9    January of 2019, three months after her initial

10   report and six months after her last allegation,

11   but I was forced to delay my boards.

12        However, I am not the only one who has

13   struggled with this process.  My entire family

14   has been a part of this since the beginning.  The

15   only two people who understand this relationship,

16   the only two people who lived through it, were

17   Jane   and I.

18        I have theories for why these

19   allegations may have been made, but they are only

20   theories.  I believe that Jane   is very hurt

21   because this relationship ended on the hopes of

22   it once lasting forever.

23        I believe Jane   finds it much easier to

24   exist and avoids embarrassment without me in her

25   environment.  And I feel that this process has

Page 27

1    given her the distance from me that she wants out

2    of hurt. And possibly to avoid the memories of

3    our failed relationship and all the  personal --

4    personally significant events that were part of

5    it.

6            We did coexist for many months. After

7    these allegations were made we have not

8    interacted in any way since her birthday on

9    October 25th, 2018, before I was even informed of

10   these allegations.

11           Jane  and I continued to study and go

12   to class without any contact and we continued to

13   coexist without any issues despite her spreading

14   gossip and talking openly about this matter

15   around the class.

16           I have never -- I had never responded

17   and I have never made any attempt to retaliate

18   because, though the students had preconceived

19   notions of who I was based on the gossip, the

20   opinions of the deans and administrators of IUSM

21   and this panel are more important.

22           I came here to Indiana with experience

23   in business and entrepreneurship and had plans of

24   obtaining a dual MBA/MD degree. My plans have

25   not changed. Aside from a traffic ticket I have

Page 28

1    never been in trouble with the law.  I have never

2    been arrested or accused of anything of this

3    sort.

4            I am the ███████████ for the class

5    of ████ and an active member of my student

6    community.  I have been 100 percent compliant

7    with this process and have adhered to each and

8    every recommendation the school has made.

9            Despite existing in classes with Jane

10   for months after our breakup and after she had

11   made her initial report, when asked by the

12   school, I studied independently and away from my

13   cohort so that the no contact order could be

14   maintained while this matter was pending.

15           I was told I had to uproot and leave my

16   apartment in downtown Indianapolis and study in

17   West Lafayette at an IUSM regional campus.  And

18   I, of course, complied and studied there without

19   issue.

20           Since January I have become a home

21   learner, prohibited from attending and utilizing

22   the resources of this campus, and I have it all -

23   - and I have done it all respectful of the school

24   and this process.

25           This is medical school and it is

Page 29

1    supposed to be the culmination of my academic

2    career.  While I know I have violated no

3    university policy nor abused Jane    I have taken

4    this process very seriously.

5            From taking a lie detector test to

6    providing embarrassingly personal details about

7    my personal life, I have fully cooperated with

8    this investigation.  I have handed over STD

9    testing information to verify my version of

10   events and even provided correspondence from my

11   therapist as part of this investigation.

12           I intend to continue that cooperation

13   today and to answer any question that this panel

14   might have in the hope that you will see that I

15   have not engaged in any misconduct.  I believe

16   you have been provided all the materials, and I

17   know there is a lot of information.

18           I won't go through all the details but

19   I'd like to point your attention to page 31 of

20   the final report.  I agree with the undisputed

21   facts found by the investigator.  I understand

22   that this hearing boils down to deciding whose

23   version of the five disputed facts you believe.

24           So on page 31 there's two nights.  June

25   8 -- June 2018, the argument in Italy.  Whether

1    or not I was physical with Jane   resulting in a
2    bruise to her face -- I was not physical with her
3    and there was no bruise. I provided photographs
4    to support these facts. Whether Jane   struck me
5    during this argument -- she did strike me two
6    times and she admitted to pushing me.

7           Whether Jane   threw a flowerpot at me
8    during this argument. As she calmed down and I
9    was getting into the bed next to hers, she threw
10   a flowerpot that was on her nightstand and I
11   provided a picture of this flowerpot in the
12   appendix -- that can be found in the appendix, at
13   my head, and when my back was facing her, and the
14   flowerpot broke into pieces as it hit the wall.

15          The other night that's in question,
16   disputed facts, July 2018, the argument at
17   Jane    father's house. Whether I intentionally
18   struck the garage door with intent to damage it.
19   I did not intentionally damage the garage as I
20   tried to make it under the closing door.

21          I had the garage code and I could have
22   used it to open the garage, but instead I thought
23   I had enough clearance to make it under.  The
24   inside door was locked and closed so there was no
25   way Jane   could have seen what happened. Nor if

1    you look at the picture of the door that Jane

2    has provided are there dents consistent with

3    being punched or kicked.

4            Whether -- the other question is

5    whether I intentionally struck Jane  causing her

6    to fall backwards.  It was accidental contact and

7    I never intended to make contact with her to

8    cause her to lose her balance.

9            That night there was drinking involved,

10   and Jane   the woman I had been discussing

11   marriage with, told me for the first time that

12   she had a close relationship with her child.  I

13   was frustrated that she had not told me before

14   and we both said some unkind things.

15           When she asked me to leave, I walked

16   out and only remembered that I had left my dog

17   inside after I was on the driveway.  That was

18   when I tried to make it under the closing garage

19   door.  Jane   unlocked the door, I got my dog, and

20   I had no leash.

21           Jane   wanted me to hurry up and I

22   wanted to leave so I had to pick him up.  At the

23   time he weighed around 50 pounds.  And as I was

24   walking out with a squirming dog in a small space

25   trying to get out the door, we bumped into each

Page 32

1    other.

2              This investigation has come to a point

3    where the panel must make a decision based on the

4    credibility of Jane    and me.  As of recent, the

5    university accidentally provided me with access

6    to unredacted material that revealed the serious

7    false accusation that I had not been made aware

8    of at the time it was made.

9              KELLY FREIBERGER:  Excuse me -- I will

10   say that that information is redacted and the

11   panel has not seen that information.

12             John Doe              I'd still like to go

13   forward.

14             KELLY FREIBERGER:  That's your

15   decision.

16             John Doe              So again, as of

17   recent, the university accidentally provided me

18   with access to unredacted material that revealed

19   a serious false accusation that I had not been

20   made aware of at the time it was made.

21             Jane    told the investigator back in

22   January that I had brought my gun to school in my

23   backpack on multiple occasions.  I have my gun

24   license and have always followed the law with my

25   gun and in accordance with the utmost safety

Page 33

1    precautions.

2             I was never given a chance to respond

3    to this allegation but I would like to make a

4    statement right now that I never brought my gun

5    to school and never would.  I am appalled that

6    Jane   has made this allegation and that the

7    university has never given me a chance to

8    respond.  This is such a serious, false

9    allegation, especially in the light --

10            WENDE FERGUSON:  So John    -- I want to

11   make sure that -- and I want to give you the

12   opportunity to make your statement, but I want to

13   make sure that this statement is relevant to the

14   case.

15            John Doe              It is.

16            WENDE FERGUSON:  And the case is those

17   before -- we went over in the statement, we

18   talked about the charges that were given to you.

19   And in none of those charges were we talking

20   about what you're talking about in your statement

21   at the time.

22            And what you're talking about, the

23   panel has no recollection of that and so all --

24   what you're bringing in your statement is all new

25   information, and we do not -- if you want to

Page 34

1    bring new information up to the panel, there is a

2    way that you can go about doing that.  And that's

3    not through the statement.

4          John Doe                    Over the weekend my

5    advisor sent some information over to general

6    counsel at IU with this information that I'm

7    about to bring forward, due to the realization

8    that new evidence had been held from me and I

9    wanted to make sure that I got everything in.

10   And Sarah Dickey was also forwarded this as well.

11         KELLY FREIBERGER:  So that information

12   was not shared with the panel.

13         John Doe                 Okay.

14         KELLY FREIBERGER:  So I just want to

15   make sure you're aware of that.

16         WENDE FERGUSON:  And so that's why I'm

17   telling you, you're presenting new information to

18   the panel and so I as I was saying before,

19   there's a way that you can or cannot present new

20   information to us.  That is not through this

21   statement.  And so if you want to bring new

22   information to the panel -- is that something

23   that you want to do?

24         John Doe                 Yes.

25         WENDE FERGUSON:  Okay.  So then we have

Page 35

1   to have a conversation about -- the coordinator

2   and I, about whether that information -- and the

3   panel members -- whether that information should

4   be brought to the attention of the panel. So --

5           KELLY FREIBERGER: Should we take a

6   break?

7           WENDE FERGUSON: Yeah, let's take

8   another break.

9           KELLY FREIBERGER: So it is 11:16, we

10  are going to take another break. If you could

11  mark where you were in your statement so you

12  don't lose where you were and we'll escort you to

13  the appropriate places, okay. Greg, could you

14  take --

15          GREG KUESTER: Yep.

16          KELLY FREIBERGER: Okay, I'm going to

17  stop the recording. It's 11:16.

18          (Break)

19          KELLY FREIBERGER: All right, yes,

20  thank you. I am starting the audio recording, it

21  is 12:42.

22          WENDE FERGUSON: So during our break

23  there were a few things that we want to note back

24  on our return. One being the status of the

25  complainant. So during the break, the

Page 36

1    complainant did leave and that was around 20

2    minutes ago.  And so do you want to speak about

3    the status of what you all did to contact?

4          KELLY FREIBERGER:  Yes.  So I've

5    checked a couple times to see if the complainant

6    had returned to the office that she was

7    utilizing.  She has not.  I did call her and --

8    did not pick up so I left a voicemail and let her

9    know that we were ready to proceed with the

10   hearing and that we would appreciate her

11   continued participation.

12         But I have not heard back from her.  So

13   if she returns, I do have my phone where I'm

14   still communicating with our front office staff,

15   and so if she does return then I will be notified

16   so that we can pause and bring her into the room.

17         WENDE FERGUSON:  Okay.  Then the other

18   piece of information for the recording and for

19   the panel members was about the new information

20   that was presented by the respondent during his

21   statement.

22         And so over the break we had

23   conversations about the new information and it

24   was decided that the respondent will continue

25   with the statement in regard to the redacted

1    information, but no further new information will
2    be brought up during this case.  Okay.
3              John Doe              Okay.
4              WENDE FERGUSON:  And so now we will
5    continue with the presentation of information
6    from John
7              John Doe              Okay.  I want to
8    take a moment and just apologize to everyone for
9    delaying this.  This is something that's very
10   important to me, I'm here defending what I
11   consider my entire career, my entire life that
12   I've worked for.
13             So if I come off frustrated, sometimes
14   I'm going to be.  But I want to make sure it's
15   clear that I apologize for that and I meant no
16   reason to delay this at all.  I'm going to
17   continue reading until what we just talked about,
18   I will not bring up any new information.
19             KELLY FREIBERGER:  Thank you.
20             John Doe              I will continue with
21   I think what was the last sentence that I had
22   made about the accusation of the firearm.  I am
23   appalled that Jane   has made this allegation and
24   that the university has never given me a chance
25   to respond.

1          This is such a serious false allegation

2    especially in light of the nationwide problem we

3    are experiencing with shootings in schools.  This

4    had made me realize that Jane   is intent on doing

5    real damage to me.  I am very concerned that this

6    false allegation has colored the way in which the

7    school has responded during this process.

8          In response to this recent allegation

9    to protect myself, my advisor contacted general

10   counsel at IU and provided them with the list of

11   information that I will not mention in this

12   hearing but I thought would be relevant and

13   considered by the panel.

14         It was never my intention to bring this

15   information forward because it is very personal

16   and I learned it through an intimate relationship

17   with Jane    But with this recent development I

18   find it extremely important to give evidence of

19   information that undermines Jane's   credibility

20   because of the serious charges she is making and

21   the very serious consequences that could flow

22   from these proceedings.

23         I'm sorry for -- I'm just going to skip

24   over this material that we talked about

25   (indiscernible).  I don't feel good bringing up

Page 39

1    these issues, but I understand that this is a

2    confidential proceeding and expect that this will

3    be handled -- this information will be handled

4    with the utmost confidence.

5            I do not want to hurt Jane   but I also

6    need to protect myself.  I am very willing to

7    answer any questions and provide any more

8    information that could be -- that could help you

9    make a decision.  Thank you.

10           WENDE FERGUSON:  Thank you, John

11   Now we'll move to questions from the panel to

12   John

13           JOSE MAGALLON:  John    I know you've

14   provided some information during some of your

15   meetings.  And so I just had similar questions to

16   what I had of Jane    On page 10 of the final

17   investigation report you mention that you walked

18   back through the door, it had been locked so you

19   knocked on the door and then it wasn't after your

20   -- you had retrieved the dog that the co--

21   collision happened between you and Jane

22           When we asked Jane    a similar question

23   as how did like -- the collision happened as you

24   were walking through the door to retrieve the

25   dog.  Could you help me understand the

1    discrepancy there?

2          John Doe                I'm not sure what

3    Jane's    remembrance is, that's -- whatever she's

4    told the panel is I guess how she remembers it.

5    But what happened was I had picked up my dog and

6    to exit the house I had Nero, who's a 50 pound

7    puppy -- or he's a dog, in my arms and we were

8    walking.  And I was walking back in a small area.

9    Jane    was in front of the laundry room and we

10   knocked into each other.

11          JOSE MAGALLON:  And so to clarify, the

12   bumping happened only after you retrieved the

13   dog.

14          John Doe                After I retrieved

15   the dog.

16          JOSE MAGALLON:  Not when you were

17   walking back in.

18          John Doe                No (indiscernible).

19          JOSE MAGALLON:  Okay.  And then you

20   mentioned a couple times in different parts of

21   the report, so on page 10, you know, as you were

22   discussing you mentioned that you did not see her

23   fall.  And then on page 92 of the appendix at the

24   very bottom, last paragraph -- as I was passing

25   Jane    in the hallway leading towards the garage

Page 41

1  we collided.  Jane   fell back towards the door to

2  the laundry room which was directly behind her.

3          And then on page 157 during your

4  meeting with the investigator, towards the very

5  bottom of the notes, it says John   saw Jane

6  stumbling backwards but did not see her fall

7  down.  Could you help me understand the different

8  statements on -- do you remember seeing her fall?

9          John Doe            No.  When I say fall

10  backwards, after we had collided what happened

11  was I saw her stumble or fall back but I never

12  saw her fall and hit the ground, I never saw what

13  -- she do what claimed happened in that laundry

14  room.  What happened was we collided and that was

15  her stumble or fall backwards but I never saw her

16  actually leave the ground and fall.

17          JOSE MAGALLON:  Sure.  And then you

18  mention going back then after you took the dog

19  back out to the car and then you returned back to

20  -- you mentioned to check up on Jane

21          John Doe            Yeah.

22          JOSE MAGALLON:  Could you maybe share

23  what you were going back to check up on her?

24          John Doe            Well, I knew she had

25  stumbled backwards and I felt like I had left

Page 42

1    that house in kind of like a way that I didn't

2    want to leave, I didn't want to have that kind of

3    -- I guess -- I don't know.

4            So I went back to go check up on her

5    and the door was locked.  I assume that the door

6    was locked because she locked it.  And I assumed

7    that she was okay and that's when I left.

8            JOSE MAGALLON:  And then my last

9    question, in terms of the damage, I think you

10   have pictures somewhere to that door frame.  Do

11   you have any information that you can share with

12   us recalling what might have happened to that

13   frame?  On page 12.

14           John Doe              She stumbled

15   backwards towards the door and I don't remember

16   exactly -- you're talking about the garage door

17   or the door frame?

18           JOSE MAGALLON:  The wooden door frame.

19           John Doe              Yeah, I'm not sure

20   about this, how that happened.  But Jane    fell

21   backwards towards the door.  I don't remember

22   seeing her hit the door, so I'm guessing maybe

23   that was from that, but I don't know.

24           JOSE MAGALLON:  Okay.  No further

25   questions.

Page 43

```
 1          ROBERT YOST:  John   what was your logic
 2    behind offering to pay for the damages to the
 3    property?
 4          John Doe              She was my
 5    girlfriend.  Jane   and I had spent a lot of time
 6    together, she had lived at my place, she had used
 7    my car.  I had helped her financially for the
 8    whole year we were together.
 9          I knew her father and her have sort of
10    a contentious relationship and what I did, you
11    know, was help pay for as much as I could
12    whenever I could.  But because I'm also a student
13    I was limited.
14          But Jane    you know, never paid for
15    electric or anything at the house and I never
16    asked for it because I never thought it was -- I
17    believed that I should have taken care of the
18    bills and that's what I did.  I also felt bad
19    that she had been injured during all this.
20          ROBERT YOST:  So to kind of follow up
21    on my colleague's questions.  There does seem to
22    be another, what I'm perceiving to be another --
23    a disagreement in the information we have in the
24    packet.  In one case you supposedly fell and hurt
25    your thigh, in another case you supposedly ran
```

Page 44

1    into the garage door.  Which of those is true?

2             John Doe              I was running back

3    towards the garage and I collided with the garage

4    door and I fell down.  I went to go sneak under -

5    - and if you can think of a limbo, and I struck

6    my right thigh, and if I had -- go back in time I

7    would show you that the bruise aligned from the

8    garage door on my leg.

9             ROBERT YOST:  That must have been quite

10   a collision.

11            John Doe              It was.  I assumed

12   that I had enough clearance and enough time to

13   get under the garage.  I had the garage code,

14   there was no reason for me to damage the garage

15   door.

16            ROBERT YOST:  So if you're as concerned

17   about Jane   as you would want us to take away

18   from this, why weren't you a little bit more

19   concerned as to what happened to her when she

20   fell back in that room, or potentially fell back

21   in that room?

22            John Doe              I was concerned.

23            ROBERT YOST:  Did you follow up with

24   her at all about it, you went back?

25            John Doe              My phone was left at

Page 45

1    her house that night.  I went back when the door

2    was locked and open.  I didn't see her fall, I

3    didn't see her hit the ground or anything like

4    that.  I knocked into her, we knocked into each

5    other, I left, and when I came back the door was

6    locked.

7            My phone was at her house so I had no

8    way of contacting her at all until the next day

9    using an iPad.  Using a totally different

10   resource.  I had to return to her house and

11   that's when I saw her the next day to get my cell

12   phone and my belongings that were there.  So

13   Jane   had reached out to me but I couldn't

14   respond because I didn't have my phone.

15           ROBERT YOST:  How hard would you say

16   you ran into her?

17           John Doe                I don't remember.

18   It was holding my dog while walking out.  I don't

19   know how hard, how to judge that.

20           ROBERT YOST:  Well, to knock someone

21   off balance that usually takes more than just

22   carrying a 50 pound dog.

23           John Doe                That means I was

24   over 200 pounds and we were both drinking so

25   there was -- the two of us also having an

Page 46

1   argument, we just walked into each other, I

2   walked into her, we were just -- collided at the

3   same time and she fell backwards.  There was no

4   intention for that to happen.  She lost her

5   balance and fell back, that's all I saw.

6           ROBERT YOST:  So you did see her fall

7   back.

8           John Doe           I saw her stumble

9   backwards, I did not see her fall and hit the

10  ground.  So I know it's a difference between

11  falling backwards and then falling down.  I saw

12  her fall back or stumble backwards but I never

13  saw her fall and hit the ground.

14          ROBERT YOST:  I'm a little puzzled

15  though why, whether you're carrying a dog or not,

16  given the circumstances you quote unquote bumped

17  into somebody, that you wouldn't have paused to

18  at least check on them.

19          John Doe           My dog was unleashed

20  and he was squirming, he was -- in July he would

21  have been six months old, he was still a puppy

22  and I had no leash on him and I was carrying him

23  and he was squirming and we collided.  I didn't

24  think that Jane   had any sort of damage to the

25  point where that would require any kind of -- I

Page 47

1    just didn't think that it would -- didn't think

2    the collision was like that.

3            ROBERT YOST:  Okay.

4            WENDE FERGUSON:  So I'm going to follow

5    up on the series of questions about the stumbling

6    too, because -- and when you were talking about

7    your dog.  So in your statement to us you're

8    talking about, you know, your care for Jane

9    But then in the statement here, you mention you

10   didn't stop immediately after the collision

11   because you didn't want your unleashed dog to get

12   loose.

13            So I just want to understand -- yeah, I

14   want to understand your steps.  Because in the

15   statement it seems like you were more concerned

16   about the dog getting loose than Jane   falling.

17   So why did -- again, why didn't you look back or

18   check on her to see if she was okay?

19            John Doe              I walked out and

20   left with Nero in my arms, I put him in the car

21   and came back to check.  There was no -- I

22   understand your questions and I can see how this

23   would be difficult.

24            But I was concerned about her.  I loved

25   her.  If that hasn't come off clearly, then I

Page 48

1    haven't spoken clearly enough.  I was worried

2    about her and I didn't -- never would I ever want

3    to be the person who caused her any kind of

4    uncomfort -- dis-- I went back to check up on

5    her, I was worried about her.

6           I left.  We had a disagreement about

7    something I thought was one of the most important

8    things in the relationship.  I had not known she

9    had a daughter.  I was leaving the house because

10   she asked me to.

11          And when I left, just because I left in

12   an argument does not mean I don't care about her.

13   I'm not sure where that -- I don't understand

14   your logic and you're trying to test the words

15   but I'm not --

16          WENDE FERGUSON:  No, I'm not -- just to

17   clarify.  I'm not trying to test your words or

18   your level of care.  I'm just reading what the

19   statement -- your statement that you said about

20   the dog.

21          John Doe             It wasn't that I was

22   more concerned about my dog.  I do love my dog.

23   Of course I was more concerned about Jane    But

24   I made that -- I tried to, you know, check up and

25   she had locked the door or the door was locked.

Page 49

1          WENDE FERGUSON:  Mm hmm.  And then also

2    another follow up question about the garage door.

3    So you mentioned that you had the code multiple

4    times.  So why put your thigh, leg, whatever,

5    underneath instead of using the code for the

6    garage?

7          John Doe            Because I really

8    thought that I had -- I don't know, the ability

9    to get underneath that garage door before it

10   closed.  There was -- it's -- the garage door,

11   I'm not sure if the picture's provided -- it's a

12   double length garage door.  It's a heavy garage

13   door.

14          JOSE MAGALLON:  Page 18.

15          John Doe            There you go.  To

16   knock that off the track by punching it or

17   kicking it would be I think a significant amount

18   of power.  I ran into that door almost full speed

19   as I was trying to get underneath it, and I made

20   contact with my right thigh, hit the ground and

21   then went underneath it.

22          There was no kicking and punching and

23   the door was locked, and for anyone to have any

24   other story about that -- Jane   was not

25   available, she wasn't able to see what was going

Page 50

1   on because that door was closed and she even

2   admitted it was locked.

3           KELLY FREIBERGER:  I apologize for the

4   interruption.  Tina at our front desk has texted

5   me and said she's here.  I don't know if she's

6   referring to the witness or the complainant, so

7   I'm going to pause briefly just to go out and

8   check, okay.  So it is 12:58.

9           (Break)

10          KELLY FREIBERGER:  I apologize for the

11  brief interruption, it is 12:59, and it was the

12  witness who returned.  So you can continue.

13          WENDE FERGUSON:  And just to clarify,

14  because you stated something different here than

15  what was in the investigation report so I want to

16  make sure we have the most accurate information.

17  Was it you or you and your mother that paid for

18  the damages -- or not the damages, the damage and

19  the medical bills?

20          John Doe                 It was me.  I

21  borrowed money from my family and I had paid for

22  it.  I mean eventually it came out of my pocket.

23  I didn't have that kind of money up front.  Most

24  of my money is -- I mean it's locked up in

25  investments and what I did was sell some stock

Page 51

1   that I had from when I had worked before I came

2   to school to pay for that.

3           WENDE FERGUSON:  Okay.  And just so --

4   you do realize that on page 10 you stated that it

5   was you and your mother that offered to pay.

6           John Doe          My mother paid it

7   and then I reimbursed her.

8           WENDE FERGUSON:  And why wasn't that

9   information provided to the investigator?

10          John Doe          I guess because it

11  sounded to me like my mother and I paid for it

12  because that's what happened, I mean like, the

13  sequence of it.

14          JOSE MAGALLON:  Page we on?

15          WENDE FERGUSON:  Page 10 of the final.

16          JOSE MAGALLON:  Which paragraph?

17          WENDE FERGUSON:  That is paragraph one,

18  two, three, four, five, six.  Six.

19          John Doe          And for the record,

20  I never paid for the damages.  I was never

21  contacted about any of the damages.  Jane   nor

22  her father ever reached out to me to pay for any

23  damages.  Jane   was more concerned about the

24  medical bills.  So I never paid for the garage.

25  Was never asked to.  But I provided that I would,

Page 52

1    I said that I would over the door.

2          WENDE FERGUSON:  Okay.  Any other

3    questions from the panel?

4          ROBERT YOST:  So just -- so John        it

5    seems like as I'm processing all this, it seems

6    like this whole thing is over the fact that you

7    just found out that she had a daughter?

8          John Doe              I can definitely

9    elaborate on that.  I hope that I can show you

10   that -- how much that meant.  Jane   and I had

11   spent the entire summer in Italy together and

12   Greece, and with my family at home.  We had spoke

13   about weddings, planning trips, and starting a

14   family.

15          Jane   had told me that her daughter --

16   which I knew she had only because of other people

17   in school who had spoke about it, but when I

18   asked Jane   about it she told me that it was a

19   mistake that she had been trying to get away from

20   her entire last 10 years of her life.

21          And I understood that, that was not a

22   problem.  It wasn't a problem that she had a

23   daughter either, because when I met Alexis a week

24   later I loved her, I had her over my house, we

25   spent the rest of the summer together.  So the

Page 53

1    argument wasn't over that.

2         It was over the fact that she had lied

3    to me and she told me that the daughter was

4    nowhere in her life.  And that I was going to be

5    a father.  I -- that was something to me that I

6    think should have been discussed in the

7    relationship, that she had a daughter who she had

8    a relationship with and it wasn't a mistake.

9         I don't understand why she would try to

10   hide that.  But this was a really important

11   argument.  And in fact, a week later I ended up

12   meeting her daughter.  So some sense of the

13   argument made sense to us and we decided to take

14   things to the next level.  Wasn't the daughter

15   that was the problem, not at all.

16         ROBERT YOST:  No further questions.

17         WENDE FERGUSON:  Okay.  All right.  The

18   panel will now hear from those -- I'm sorry.  The

19   panel will now hear questions from Jane    to

20   John

21         KELLY FREIBERGER:  Right, so I did just

22   run out there but I am going to go out and check

23   and make sure she's not arrived again just to be

24   sure because this would be her next opportunity

25   to be heard.  So I am going to go check quickly

Page 54

1    and see if she has arrived.  It is 1:02.

2              (Break)

3              KELLY FREIBERGER:  All right, I am

4    starting the recording again, it is 1:03 and

5    Jane   has not returned.

6              WENDE FERGUSON:  All right, so, during

7    this time we would typically have questions from

8    Jane   to John    but due to her absence there

9    will be no questions.  But we will go back to, at

10   the request of the panel, for questions from the

11   panel to John

12             ROBERT YOST:  I apologize, Madame

13   Chair, I just had one follow-up question.

14   John     just for the record, the page 31 material

15   facts not in dispute, you agree that those facts

16   are not in dispute?

17             John Doe               Yes.

18             ROBERT YOST:  Okay, thank you.

19             WENDE FERGUSON:  The panel will now

20   hear from those witnesses who are identified for

21   further questioning in a pre-hearing meeting.

22             KELLY FREIBERGER:  All right, so that

23   would be Betty Boe        she is out in our waiting

24   area, so I'm going to pause the recording and go

25   retrieve her.

Page 55

```
 1            (Break)
 2            KELLY FREIBERGER:  All right.  Starting
 3    the recording again, it's 1:05 p.m., and I have
 4    Betty Boe          with me as the witness that the
 5    panel has called.  I'm going to ask that you
 6    state your name for the audio recording.
 7                 Betty Boe          Yes, Betty Boe
 8    Betty
 9            KELLY FREIBERGER:  Thank you.  And for
10    everyone to know before Wende takes over with the
11    honesty statement, the information that Betty   has
12    in front of her is from her meeting with Greg,
13    and so it is page 166 in the appendix.
14            WENDE FERGUSON:  Okay, Betty   I'm going
15    to read to you the statement of honesty, and so
16    we just ask that you agree to these terms.  The
17    University expects that all information presented
18    here today is true and correct, please be advised
19    that if anyone willfully provides false
20    information he or she may be subject to
21    disciplinary action as prescribed under the
22    University Disciplinary procedures.  All
23    participants should be aware that proceedings are
24    considered confidential under applicable
25    University polices and federal and/or state
```

Page 56

1    statute.

2              Betty Boe              Okay.

3              WENDE FERGUSON:  Okay.  Okay, so now

4    during this portion of the hearing we'll have

5    questions from the panel to the witness.

6              JOSE MAGALLON:  Betty    in your meeting

7    with the investigator, you mentioned that after

8    you had noticed the bruises, you had a

9    conversation with Jane    and you mentioned, and I

10   quote, that, let's see, which bullet.  There it

11   is.  "That was almost a cry for help."  Could you

12   maybe walk us through what that was -- that

13   encounter was like and why you thought it was a

14   cry for help?

15             Betty Boe              Sure.  So, we were on

16   this boating trip, it was a class boating trip,

17   and it was kind of coincidental that Jane    and I

18   had ended up on the boat, just the two of us,

19   everybody was out in the water, and I -- for no

20   reason in particular, just that everybody was

21   there and she and I were sitting on the boat, and

22   she was in a bikini, so everything was very

23   obviously seen.

24             I just -- I think when someone has

25   those bruises on her arms and her back, I think

1    wearing something that revealing is, to me,
2    obviously she knows people can see them.  So, I
3    don't know.  I mean, she didn't say anything
4    about them, but to me I think someone who wears
5    something that revealing in a -- to that public
6    of an event, that social of an event with 30
7    people around that could have seen or asked, it
8    just seemed like there was, you know, she left it
9    available for somebody to ask questions, I think.
10           JOSE MAGALLON:  And then you mentioned
11   you all were alone for like 15 minutes, and so
12   you had this conversation, could you walk us
13   through?  I know it's been a while, but what you
14   remember from the -- specifically the encounter
15   that happened at Jane's    father's house.  Do you
16   recall any specific details of how that happened?
17           Betty Boe          Oh, no I don't have
18   very many details about that.
19           JOSE MAGALLON:  Okay.  Do you recall
20   what she -- what she did share, outside of what
21   might not be in the notes?
22           Betty Boe          Honestly there's
23   nothing more than what was in the notes.  I told
24   Greg everything that we talked about, just that,
25   I mean it's -- I didn't really give him any

Page 58

1    details, and Jane    and I aren't that close, so I

2    never really followed up details about that, so.

3           JOSE MAGALLON:  All right, thank you.

4           Betty Boe          Mm hmm.

5           ROBERT YOST:  Betty       is it possible

6    for you to describe the bruises that you saw?

7           Betty Boe          Again, this is since

8    last July.

9           ROBERT YOST:  Sure.

10          Betty Boe          I will say I noticed

11   though, there were two kind of on the back of her

12   arms, it -- I don't remember exactly what they

13   looked like, but I remember that they were both -

14   - on both sides, as if she had grabbed --

15   somebody had grabbed her or she had been pushed

16   against something and used her arms to brace

17   herself.  I just noticed that those were odd to

18   me, that they didn't seem like, you know, that

19   would happen if you just accidentally fell or

20   bumped your elbow into something.  And then I

21   noticed one on the lower back, also.  I don't --

22   I mean, I don't have -- I don't remember too much

23   about it, but I just remember those three.

24          ROBERT YOST:  The -- if you can recall,

25   the ones on the elbow.

Page 59

```
 1          Betty Boe           Mm hmm.

 2          ROBERT YOST:  Did they -- were they

 3  like, finger mark kind of bruises or --

 4          Betty Boe           I couldn't tell you.

 5          ROBERT YOST:  -- do you remember?

 6          Betty Boe           I couldn't tell you,

 7  I'm sorry.

 8          ROBERT YOST:  No, that's fine.  That's

 9  fine.  That's all I have.

10          WENDE FERGUSON:  Okay.

11          JOSE MAGALLON:  Can I?

12          WENDE FERGUSON:  Yes.

13          JOSE MAGALLON:  Do you -- so, as you

14  were interacting with Jane   that day, do you

15  remember anything else in terms of physical

16  things that might have been odd?

17          Betty Boe           No, I don't think so.

18  I don't recall anything other than those --

19  noticing the bruises on her elbow and then when I

20  -- I mean it's here, but when I asked her about

21  it she just said he's not a good person.  That he

22  had done that to her.

23          JOSE MAGALLON:  Thank you.

24          Betty Boe           Mmm.

25          WENDE FERGUSON:  Any other questions
```

Page 60

1    from the panel?  All right.  I think so -- at

2    this point we'll move to questions from John    to

3    the witness, and John       you are able to ask her

4    directly the questions.

5            John Doe              Okay.  Did you ever

6    speak with Jane    about this Title IX matter

7    before your interview with the investigator in

8    this case?

9            Betty Boe             No.

10           John Doe              Did you ever speak

11   with Ms. Doe       and -- about this Title IX

12   matter before your appearance at this hearing

13   today?

14           Betty Boe             No.

15           John Doe              Have you ever

16   personally witnessed any physical interactions

17   between me and Ms. Doe       ?

18           Betty Boe             No.

19           John Doe              Do you per -- did

20   you ever personally witness any of the events

21   that Ms. Doe       is alleging occurred in this

22   matter?

23           Betty Boe             No.

24           John Doe              What is your

25   understanding of when Jane    and I ended our

Page 61

1    relationship?

2            Betty Boe            The only thing she

3    discussed was when she came to the boating trip

4    by herself, and I had just said oh, I thought you

5    were going to come with John  and she said no, we

6    broke up.  And left it at that.  I don't know

7    much more than that.

8            John Doe            All right.  Did

9    Jane  ever inform you that her and I continued to

10   date and discussed marriage into October?

11           Betty Boe            No.

12           John Doe            Did Jane  claim that

13   I restricted her wardrobe during a trip to Italy?

14           Betty Boe            Yes.

15           John Doe            What did she say?

16   What restrictions did she say I placed on her?

17           Betty Boe            She had mentioned that

18   there was a short dress that she was wearing or

19   was going to wear and that you didn't want her to

20   wear that.

21           John Doe            Ms. Doe      told

22   you that she received bruises when I allegedly

23   pushed her down a laundry chute?

24           Betty Boe            I -- like I -- I'm

25   going to mention to him, I don't remember exactly

Page 62

1    what she said about the bruises on her arms, but

2    that you had been involved.

3            John Doe              Okay, but just to

4    follow up, you did mention that Jane   told you

5    that I pushed her down a laundry chute and she

6    used her elbows to brace herself?

7            Betty Boe              That's what I remember

8    her saying about it.

9            ROBERT YOST:   May I just -- the notes

10   don't say that.  They say pushed her into a

11   laundry chute.

12           Betty Boe              Yeah, she -- yeah.

13           ROBERT YOST:   Not down that laundry

14   chute.

15           John Doe              Okay, into a laundry

16   chute.

17           Betty Boe              Yeah, and she had used

18   her elbows and that's what was -- that's why she

19   had them on both sides.

20           John Doe              Okay.  Have you ever

21   spoken to me about what had happened that night?

22           Betty Boe              No.

23           John Doe              And when -- so last

24   question.  When you were out on the boats with

25   Ms. Doe      did she engage in physical

Page 63

1   activity?  Did she swim?

2           Betty Boe          I don't remember if she

3   got in or not.

4           John Doe              Okay.

5           Betty Boe          I only spoke with her

6   on the boat.  I don't really remember if she got

7   in or not.

8           John Doe              Okay.  So that's all

9   I have.

10          ROBERT YOST:  Okay.

11          John Doe              Thank you.

12          Betty Boe          Mm hmm.

13          WENDE FERGUSON:  At this time we would

14  have questions from Jane    the complainant, but

15  we will not be having --

16          KELLY FREIBERGER:  Right, Jane    has

17  still not returned.

18          WENDE FERGUSON:  Okay.

19          KELLY FREIBERGER:  So, we will move

20  forward.

21          WENDE FERGUSON:  Okay, so panel at this

22  time I'm going to ask if we should retain the

23  witness.

24          ROBERT YOST:  I don't see any reason

25  to.

Page 64

1           JOSE MAGALLON:  No.

2           WENDE FERGUSON:  Okay, no.  Thank you

3   so much.

4           KELLY FREIBERGER:  All right, I'm going

5   to pause recording and escort her out, it is

6   1:14.

7           (Break)

8           KELLY FREIBERGER:  All right, it is

9   1:15PM, we are back.

10          WENDE FERGUSON:  Okay, so now would be

11   the opportunity for the panel to have the

12   opportunity to ask questions of Greg, the

13   investigator, so we'll open it up for questions

14   from the panel.  I do have a question, Greg.  Why

15   on -- sorry.  On the charges, specifically the

16   materials facts in dispute, can you explain to us

17   your rationale for including items that were in

18   dispute specifically about the complainant?

19          GREG KUESTER:  I'm not sure I

20   understand the question.

21          WENDE FERGUSON:  So, right.  So, this

22   case is specifically about the respondent.

23          GREG KUESTER:  Mm hmm.

24          WENDE FERGUSON:  But in the charges, in

25   the facts disputed there were -- there was

Page 65

1    information about what was in dispute

2    specifically about the complainant's story.  So,

3    why --

4              GREG KUESTER:  Could you give me an

5    example?

6              WENDE FERGUSON:  So, where the

7    complainant attacked respondent by striking his

8    left shoulder with her left arm, where the

9    complainant threw a flower vase towards

10   respondent as he laid in bed, and this is on page

11   32 at the top.  And so, just want to understand

12   why those two were significant in --

13             GREG KUESTER:  When a party says

14   something happened on one night, and then a

15   separate party comes in and says, no, that's not

16   what happened at all, it was completely

17   different, you know, what the first party says is

18   relevant for obvious reasons, those are the

19   allegations.  But the second party has a right to

20   say, you know, their side of the story.  And I

21   think when somebody says, such as John  in this

22   case, he said no, not -- that didn't happen, but

23   instead she assaulted me that night, that's a

24   very specific allegation.  And I think it's an

25   opportunity for him and both parties to put their

Page 66

1    stories together and allow the fact finder to

2    determine exactly what happened that night.

3            WENDE FERGUSON:  All right.

4            GREG KUESTER:  And I think that's an

5    important piece.

6            John Doe              May I have a moment

7    to respond?

8            WENDE FERGUSON:  No.

9            GREG KUESTER:  Did that answer your

10   question?

11           WENDE FERGUSON:  That does.

12           GREG KUESTER:  Okay.

13           WENDE FERGUSON:  Thank you.

14           GREG KUESTER:  Was there anything else

15   in there that -- with regard to the complainant

16   that why I put that in there?

17           WENDE FERGUSON:  Nope, those were the

18   two I had.

19           GREG KUESTER:  Okay.

20           JOSE MAGALLON:  I forget if this is a

21   part later on in the -- so please feel free to

22   stop me if it's a question that comes up later

23   on.

24           WENDE FERGUSON:  Okay.

25           GREG KUESTER:  Let me just interrupt

Page 67

1    one more time.  One additional fact that makes

2    it, I think relevant here, is Jane  did say on

3    multiple times that she had very vague memory of

4    that night.

5            WENDE FERGUSON:  Okay.

6            GREG KUESTER:  So, when somebody says

7    hey, I have a vague memory but also I'm going to

8    make an allegation, I think anything that anybody

9    else in that room, and in this case it was only

10   John  has to say, I think is relevant.

11           WENDE FERGUSON:  All right.

12           GREG KUESTER:  Yeah.

13           JOSE MAGALLON:  Greg, was there any

14   information shared today with regard to this

15   specific incident in the -- between the garage

16   and the inside of the house that was different

17   than when you're initially met with Jane   or

18   John

19           GREG KUESTER:  With respect to John

20   his story has been consistent.  But what he said

21   today was what he told me.  Jane   I'm trying to

22   think.  I'm trying to remember what she said

23   today, she hasn't said much.  I don't think there

24   was any inconsistencies with -- the way that John

25   described it was what he told me.

Page 68

1           JOSE MAGALLON:  Okay.

2           GREG KUESTER:  And if I can -- is this

3    my opportunity to ad lib a little bit?

4           WENDE FERGUSON:  So, no.  No.

5           GREG KUESTER:  All right.

6           WENDE FERGUSON:  So, a follow-up

7    question to that.

8           GREG KUESTER:  Yeah.

9           WENDE FERGUSON:  Were there any other

10   things besides just the garage situation that was

11   different -- that was stated today that was

12   different then the -- when you spoke with the

13   respondent or complainant?

14          GREG KUESTER:  No.  I haven't seen

15   anything different.  In fact, when it -- when I

16   met with Jane   she told me that she was struck

17   on the way in when John  was coming in, and when I

18   met with John        said that contact happened on

19   the way out.

20          WENDE FERGUSON:  Got it.

21          GREG KUESTER:  So, those were both

22   consistent.

23          ROBERT YOST:  So Greg, since it was

24   mentioned, did she -- Jane   say anything about

25   this laundry chute thing to you?  Do you remember

Page 69

1    anything about how she -- did she describe

2    anything about the --

3            GREG KUESTER:  So, yeah, I can answer

4    that question.  Jane  said it was -- she fell in

5    the laundry room.

6            ROBERT YOST:  The laundry room.

7            GREG KUESTER:  The word chute only

8    comes from Betty's   testimony, and keep in mind, I

9    interviewed Betty  sometime in the neighborhood of

10   February of '19 about an incident that she had

11   heard about secondhand in the summer of '18, and

12   she used the word chute, and I've done these

13   investigations a long time, and I can tell you

14   that my mind immediately said that that was just

15   a mistake in words for her.  She's remembering

16   eight-month-old testimony from somebody she heard

17   -- she -- and I suspect that Jane  described the

18   laundry room and for some reason in those eight

19   months, she used the word chute.  That would be

20   my opinion on it -- where the chute came from.

21           ROBERT YOST:  Mm hmm.  Did Jane  say

22   anything about the bruising that was in

23   Betty's       statement?  Did she mention anything

24   about bruising to you?

25           GREG KUESTER:  Did Jane  say that?

Page 70

1              ROBERT YOST:  Yeah.

2              GREG KUESTER:  Yeah, Jane   shared

3    information about bruising, and she provided the

4    pictures of the bruising that are in that

5    (indiscernible).

6              ROBERT YOST:  I'm trying to find that

7    page.  Oh, there it is.  Page 24.

8              GREG KUESTER:  Yeah.

9              ROBERT YOST:  I'm sorry, thank you, I

10   did forget that was in there.

11             GREG KUESTER:  And there's one

12   additional picture in the appendix as well.  I

13   don't know if it's helpful, used to it though,

14   with the most helpful, and these are also -- I

15   was able to timestamps off of those to show they

16   were taken on two different days.

17             WENDE FERGUSON:  What page?

18             GREG KUESTER:  The appendix one is in

19   page 11, on the report it's page 24.  And to

20   follow-up on your question about the bruising,

21   Jane   -- I remember Betty   said something about

22   the bruising on the arms, and I don't believe

23   Jane   ever mentioned bruising on the arms and I

24   was not provided pictures of bruising on the

25   arms.

Page 71

1            ROBERT YOST:  That's what I was trying

2    to determine.  This is just a close-up of the

3    back, it's not the elbow.

4            GREG KUESTER:  This -- I believe this

5    is her lower right back.

6            ROBERT YOST:  Lower right back.  Okay.

7    Yeah, when I look at that now I can see the

8    consistency there, yeah.

9            GREG KUESTER:  Mm hmm.

10            ROBERT YOST:  Thank you.

11            WENDE FERGUSON:  Any other questions

12    from the panel?

13            ROBERT YOST:  Yeah.

14            WENDE FERGUSON:  Okay.  So now will be

15    the opportunity for Jane   to ask questions of

16    Greg.

17            KELLY FREIBERGER:  Yes, and it is 1:23.

18    I have still not received word of Jane's    return,

19    so we can move forward.

20            WENDE FERGUSON:  So, we will move

21    forward to questions from John   to Greg.  And

22    you're able to ask these directly to him.

23            John Doe            Did you ask Jane

24    for her complete medical records, including

25    records that reflected what she told the doctor?

Page 72

1          GREG KUESTER:  Yes, I asked for --
2    yeah, complete medical records, yes.
3          John Doe              And what was the
4    response?
5          GREG KUESTER:  I believe it was an
6    email request and I did not receive an email back
7    from her.
8          John Doe              Did she say why
9    complete medical records were not provided?
10          GREG KUESTER:  Yes and no.  So, I asked
11    for her complete medical records, let me clarify
12    the first question.  I think I asked for them
13    twice.  I asked for them in my initial meeting
14    with her, 'cause I felt they would be relevant,
15    and in that meeting, she agreed to provide them.
16    I received an email back, and I can check the
17    date if you'd like me to, but I received an email
18    back from her, I want to say a few days later
19    saying that those were in ▊▊▊▊▊, she didn't
20    feel like going to ▊▊▊▊▊, it would take her
21    a long time with the traffic.
22          And I believe I made a follow-up
23    request afterwards, saying hey, you know, I think
24    I might have written back and said hey, well next
25    time you go up, maybe you can get them.  She has

Page 73

1    family in ████████.  And I think I made a

2    follow-up request later on, maybe a month later,

3    saying hey, have you had the opportunity, and I

4    did not receive a response.

5              John Doe          Did you ever inquire

6    if either Jane   or I suffered from any mental

7    health issues, and if either of us were on

8    medications during the events?

9              GREG KUESTER:  I do not ask that, no.

10             John Doe          Would you

11   characterize this as a delayed report?

12             GREG KUESTER:  I don't know what that

13   means.

14             John Doe          It's not immediate,

15   so would you say that this was -- report was

16   given after -- some time after the actual

17   allegation was made, or that the alleg -- the

18   date of the actual allegations?

19             GREG KUESTER:  Well, I think that

20   speaks for itself.

21             John Doe          Mm hmm.

22             GREG KUESTER:  I mean I don't know if

23   that's any information I have privy.  I mean,

24   there were allegations that took place over the

25   course of 2018 and the reporting, it was first

Page 74

1    reported to the School of Medicine I believe in

2    October of '18, and it was reported to our office

3    through them, and then I think our office first

4    got in touch with Jane  prior to me working here,

5    so I can't comment on that, and then I got in

6    touch with Jane  and that date is in here, I

7    think it was in November.

8              So, to characterize as delayed or not

9    would not be for me to say.  The dates speak for

10   themselves.

11             John Doe          Did you ever take

12   any steps to speak with Jane's   father?

13             GREG KUESTER:  Yes.

14             John Doe             And what were the

15   results?

16             GREG KUESTER:  I asked to speak with

17   her father initially in the -- in my first

18   interview with her, and at that time the

19   investigation was early on and they -- wasn't

20   sure if he was a necessary witness, but I

21   identified him as somebody that might be helpful.

22             She indicated to me that she was

23   reluctant, and I remember him -- her saying

24   something to the effect of, he might just take

25   John    side.  And I didn't know what that meant,

Page 75

1    and I think -- I'm trying to remember what she

2    said.  It was -- I got the sense, and this is

3    just my opinion, Jane  didn't directly say this,

4    but I got the sense that he may have been in a

5    relationship similar to what you and her were in,

6    and that for that reason that he might have taken

7    the male side is what she put.

8           John Doe              Okay.

9           GREG KUESTER:  So, I made a -- so, that

10   was the first request.  I made a second request

11   again, in an email, and I said, I'd like to speak

12   with your father, and that -- I was -- I didn't

13   get a response to that email.

14          John Doe              Okay.  Were you

15   aware that Jane  was seen outside my apartment

16   after this investigation had begun?

17          GREG KUESTER:  You provided a

18   photograph of her in a car outside of the -- a

19   window that you said was your apartment, yes.

20          John Doe              Why did you not tell

21   me about the gun accusation when you interviewed

22   me?

23          GREG KUESTER:  So, the gun accusation

24   is not something that the University elected to

25   investigate.

1          John Doe                    Mm hmm.

2          GREG KUESTER:  And when we don't elect

3    to investigate something, then that information

4    is redacted from the report.

5          John Doe                 If it needed to be

6    redacted, then why was it included in the report?

7          GREG KUESTER:  You mean why was it

8    included in the appendix the second time around?

9          John Doe                    Yeah, like why was

10   it -- if it needed to be not in -- redacted to

11   the point where no one can see it --

12         GREG KUESTER:  Uh huh.

13         John Doe                    Why include it in

14   the report at all?

15         GREG KUESTER:  Okay, as opposed -- you

16   mean, why did I -- so, that's a University policy

17   here, is that we -- IU, and I worked it for other

18   colleges, so I can just say not every school does

19   this, but we put everything into the report.

20   Into the appendix.  And part of that information

21   is the -- my notes from everybody I interview.

22   And when I interview people, I oftentimes,

23   especially in early stage in the investigation, I

24   get information and I inquire about things that I

25   don't know if they're relevant yet.

Page 77

1          John Doe                    Mm hmm.

2          GREG KUESTER:  And that was not one

3    that was like that, that was one she just

4    volunteered.

5          John Doe                    Mm hmm.

6          GREG KUESTER:  And again, I don't know

7    if it's relevant at that point, I put everything

8    down.  I don't make a determination in the moment

9    of -- as whether it's relevant or not.  So, the

10   process here is to put that in the end, and then

11   we take things out that are not relevant or

12   prejudicial, confidential.

13         John Doe                    And one more

14   question regarding that.

15         GREG KUESTER:  Yeah.

16         John Doe                    Do you think I

17   should have had an opportunity to respond to that

18   allegation?

19         GREG KUESTER:  No.  If the U -- it's

20   not uncommon for colleges and universities to

21   hear about something and choose not to

22   investigate it, and the responding party would

23   not have known about it.

24         John Doe                    Are you aware of any

25   instance where I communicated with Jane   after we

Page 78

1    broke up?  After we stopped talking in October?

2          GREG KUESTER:  I don't like that

3    question, because I've read through all the text

4    messages that's provided, and there's not a clear

5    breakup time.  Would you agree with that?

6          John Doe              For the most part,

7    yes.  There was a conversation about it.

8          GREG KUESTER:  But I agree to what

9    Jane  said earlier, and that is if she agrees

10   then yeah, I mean, but I don't -- I think that

11   the breakup time is in dispute, there.

12         John Doe              Okay.  There were --

13   it's not about saying who broke up with who, it's

14   more about saying, it's sort of -- we almost said

15   the conversation happened, and then basically

16   that signaled the end of the relationship.  Like

17   we decided not -- right, 'cause we had the

18   conversation on a Friday, and then on Sunday,

19   that was the last time we ever spoke.

20         GREG KUESTER:  Mm hmm.

21         John Doe              So, that was just

22   the --

23         GREG KUESTER:  Yeah

24         John Doe              Okay.  Did you ask

25   Jane  if she was willing to take a lie detector

Page 79

1    test like I did?

2           GREG KUESTER:  No.

3           John Doe          Did you get to speak

4    with -- okay, we already answered that question.

5    Earlier, Jane   told the panel that she went to

6    the hospital that night, is that what she told

7    you?

8           GREG KUESTER:  She told me she went the

9    following day, but I don't know if she's

10   referring to -- because the incident I think the

11   encounter at your -- her father's house happened

12   after midnight.

13          John Doe          Mm hmm.

14          GREG KUESTER:  So, I don't know -- I

15   didn't pick up on what she said, no.

16          John Doe          I think the question

17   that was asked might have been ambulance that

18   night and she responded that yes, she went in an

19   ambulance after the -- after it happened.

20          GREG KUESTER:  That's -- I don't

21   remember her saying that.

22          WENDE FERGUSON:  I don't remember her

23   saying that, either.

24          ROBERT YOST:  I don't remember that,

25   either.  I thought the question was ambulance

Page 80

1   would go to the hospital.

2            KELLY FREIBERGER:  Right, I think that

3   it was ambiguous as to which of those two.

4            John Doe           Okay.

5            KELLY FREIBERGER:  It was did you

6   either go to the hospital or summon an ambulance.

7            John Doe           Okay.

8            KELLY FREIBERGER:  Yeah.

9            John Doe                Did you ever --

10  Greg, did you ever find out if any repairs were

11  attempted to the garage or if it was moved prior

12  to the photo being taken?

13           GREG KUESTER:  Did I ever find out what

14  now?

15           John Doe                Did you ever -- my

16  question if that garage door had been moved or

17  tried to be fixed by her dad, for instance,

18  before the picture of it was taken?  Because it

19  was taken the next day.

20           GREG KUESTER:  Right.

21           John Doe                Did you ever ask her

22  if it had been moved or tried to be fixed by her

23  dad?

24           GREG KUESTER:  I don't remember if I

25  asked her that.

Page 81

```
 1              John Doe              Okay.  Could the

 2  bruise that we see, the bruise that she offered

 3  pictures of, be the result of say a doorknob if

 4  she had fallen back into the door?  Just the

 5  general -- the position of it.

 6              GREG KUESTER:  I'm in no better

 7  position to answer that then anybody else.

 8              John Doe              Okay.  And lastly,

 9  would you say that I have treated you with

10  respect throughout this process?

11              GREG KUESTER:  Yes.

12              John Doe              Okay.  That's all

13  the question I have for Greg, thank you.

14              WENDE FERGUSON:  All right.  So, now

15  we're going to move into summary statements.  Any

16  other questions?

17              ROBERT YOST:  No, not a question, but

18  just again for the record, because the gun thing

19  has come up again.

20              WENDE FERGUSON:  Mm hmm.

21              ROBERT YOST:  So, I think it's

22  important for us to reiterate that that

23  information was redacted in the information the

24  panel received and we had no knowledge of it

25  prior to it being heard today.
```

Page 82

1      WENDE FERGUSON:  Correct.  So, the
2  panel had no knowledge of the redacted
3  information, and that -- the information that was
4  presented here today from the respondent is
5  considered new information, which was allowed by
6  the Chair.  Okay.  With that, we're moving into
7  summary statements.  At this time, each party may
8  make brief summary remarks.  This is not the
9  opportunity to restate your full case, rather
10  these remarks should briefly summarize the points
11  you wish the panels to consider in response to
12  the investigation report and the information
13  shared here today.  And so, we'll start with you,
14  John

15      John Doe          Okay, I did prepare
16  a much shorter version of the opening that kind
17  of goes through points that I'd like to read.  I
18  appreciate the time everyone has taken to review
19  this information.  There's a lot of information
20  for you to review and digest.  There are five
21  disputed facts that bring us here today.  To be
22  clear, never in the relationship did I ever raise
23  my hand to her or never did I intend to or cause
24  her emotional or physical harm.

25      The facts in dispute originated from

1    two separate dates, June 2018, I did not hit

2    Jane   or do anything to her that resulted in a

3    bruise to her face.  Jane   did hit me during this

4    argument twice, and she admitted to pushing me as

5    well.  Jane   did throw a flowerpot at me during

6    this argument.  July 2018, the other undisputed -

7    - the other disputed facts include I did not

8    intentionally damage the garage door.  I had

9    forgotten about my dog and tried to make it under

10   the closing door, and I did not intentionally

11   cause Jane   physical harm when I was carrying my

12   50 pound puppy, squirming dog and trying to get

13   out of the house.

14          There were no witnesses to each of

15   these events, and this has become a question of

16   credibility and a he said/she said dilemma where

17   this panel must determine if there is enough

18   evidence to support that I am more likely than

19   not responsible for the allegations in violation

20   of the sexual misconduct policy.  It is my hope

21   that everything that has been provided thus far

22   will be taken into context and consideration when

23   evaluating these allegations.

24          When this began, I never saw this

25   process ending up here, and I never had any

Page 84

1    intentions of revealing private matters or

2    personal information.  I have done my best to

3    place myself in the shoes of those who are

4    assigned to listen to the details of this

5    investigation and hearing, and I believe that I

6    needed to bring up personal matters to assist you

7    in credibility to determination.  For the record,

8    I was not given a chance to provide these points.

9            The information I have provided showed

10   Jane   had other motives for filing this complaint

11   and has issues that negatively impact her

12   credibility.  Viewing the events that Jane   had

13   brought forward in the context of our overall

14   relationship provide a strong support against

15   Jane's   version of events and offer light into

16   the reality of the ups and downs that plagued our

17   partnership, to which we both contributed.

18           For instance, on November 12th, I

19   punched the wall away and out of Jane's   sight

20   and afterwards drove her home.  Throughout the

21   next week, Jane   and I planned a trip to

22   Nashville for Thanksgiving, and the night before

23   we left Indianapolis, Jane   got in her boxing

24   stance and punched that same wall, laughing and

25   enjoying herself, telling me she wanted to know

Page 85

1   what it felt like.  The picture of this wall is

2   in the appendix and you can see both Jane   and my

3   marking on the wall.

4            The morning after, December 18th, 2017

5   after our argument regarding the dangers of

6   seeing her ex-boyfriend on the street, we made a

7   romantic breakfast together in bed and one week

8   later, Jane   flew down to Florida to meet my

9   family and spend the holidays together.  The next

10  day after Jane   and I broke up in May of 2018,

11  she admitted to using another gentleman to make

12  me jealous and get back at me, but we both

13  decided that our relationship was worth a second

14  chance.

15           Two weeks later, Jane   flew to New York

16  to spend the summer with my family and travel to

17  Europe to explore Italy and Greece.  After our

18  argument in Milan, Italy in June of 2018 after

19  she hit me and threw a flowerpot at my head, we

20  continued our trip without any quarrels, and one

21  week later while on rooftop on the Amalfi Coast

22  of Italy, Jane   proposed to me with a makeshift

23  ring and a promise that the rest of our lives

24  would be more than perfect.

25           Two days after an argument when we

Page 86

1    collided when -- with one another in July of 2018

2    at her father's house, Jane   asked me to go look

3    at two-bedroom apartments together with both her

4    father and father's girlfriend's encouragement.

5    Less than one week later, Jane   invited me to a

6    local park in ███████████ where I met her

7    daughter, Alexis, for the first time.  Alexis,

8    Jane   and I spent the rest of the summer

9    together spending multiple nights at each other's

10   apartments.

11          I've cooperated with every request and

12   recommendation made by both IUPUI and Indiana

13   University's School of Medicine.  Jane's

14   allegations were very general and broad and

15   difficult to defend against, but I did my best to

16   show you these allegations are false.  I have

17   provided specific dates and context for each and

18   every incident.  I have provided evidence of

19   Jane's   erratic behavior and roller coaster of

20   emotions.  I have provided pictures surrounding

21   some allegations.  I have provided you with a

22   letter from my therapist that I began to see

23   before these allegations were made, and for which

24   I plan to continue with to help learn and grow

25   from this experience.

1          I have provided a digital voice stress
2    analysis, better known as a lie detector, to help
3    support the general allegations.  I have provided
4    an alcohol and anger evaluation that dis --
5    demonstrates no issues with alcohol or anger.  I
6    have provided details of a suspicious timeline
7    that includes the end of a relationship and the
8    beginning of an investigation.  I have provided
9    text messages and audio, which is not being
10   submitted, or being heard today, it -- detailing
11   Jane's    intense discriminatory jealousy of
12   another female medical student, as well as my
13   dog.

14          I have provided text messages that
15   reveal Jane's    disapproval that she and I had to
16   be in the same environment and classes together
17   after our breakup, showing she was hurt by the
18   breakup.  I have provided evidence of Jane's
19   behavior after each and every one of these
20   events, indicating that she was never afraid or
21   fearful for her safety, and her own actions,
22   physical and verbal, make that clear that she was
23   not afraid of me.

24          I have also provided information that
25   Jane    had her own apartment to go to if she ever

Page 88

1    felt like she needed to get away during any point

2    in the relationship.  There is sufficient

3    evidence to establish that Jane  and I were

4    involved in an unhealthy and complicated

5    relationship.  And that we both acted poorly at

6    times, but I hope you decide there is

7    insufficient evidence to establish that I am

8    responsible for the allegations.  I hope that it

9    is clear that I am not, and will never be, any

10   kind of safety threat or problem for Jane      I

11   have not contacted her since October 25th.

12          After her first complaint, I never

13   reached out to her, because I have realized that

14   everything that has come out of this relationship

15   is unhealthy.  No contact order or not, I made

16   the choice to move on, and I want nothing further

17   to do with this issue.  We existed with no

18   problems during the three months after our

19   breakup as classmates with no interactions and no

20   conversations, and no reaction from me to any of

21   the gossip that she spread about me.

22          This is a painful memory for the both

23   of us, and this pro -- entire process has made a

24   serious impact on my life.  It has been a

25   tremendous learning experience, working with a

Page 89

1    therapist and with continuing therapy, I am

2    confident that I will never have a relationship

3    like this again, because I know it was unhealthy

4    and I have examined the root causes and have

5    gained the knowledge and tools to understand how

6    this -- to avoid a relationship like this in the

7    future.

8              I hope that this panel does not find me

9    responsible based on everything I have provided.

10   I am willing to participate in any training that

11   you believe will help me become a better

12   professional, and a strategy to navigate through

13   medical school with Jane  where we both can focus

14   on medical school.  I'm happy to provide more

15   information if the panel deems it appropriate.

16   And for the record, I was not permitted to ask

17   questions outside of my allotted time.

18             WENDE FERGUSON:  I'm sorry, I want to

19   get clarification.  So, you talked about -- the

20   last portion about questions.

21             John Doe            Mm hmm.

22             WENDE FERGUSON:  So, I want to make

23   sure that we're on the same page --

24             John Doe             I asked before if I

25   can respond to Greg, and he had said -- and I --

1   you had said -- I had asked if this was the

2   correct time to ask a question.

3          WENDE FERGUSON:  Mm hmm.

4          John Doe              And you said no,

5   it's not.

6          WENDE FERGUSON:  Right, during that

7   portion of questions, because that was the

8   panel's opportunity to ask questions.  But then

9   we moved into your opportunity to ask questions,

10  and that was your portion of the time to ask any

11  and all questions that you had.

12         John Doe              I'm sorry, I didn't

13  -- okay.

14         WENDE FERGUSON:  And so, I want to make

15  sure, because what you just stated was a

16  procedural issue that you're stating, and so, as

17  a Chair and the person who's doing the procedure,

18  I want to make sure you're not stating that I'm

19  not giving you the opportunity to ask questions.

20         John Doe              I'm sorry, I had no

21  idea about the procedure and how it worked.

22         WENDE FERGUSON:  Mm hmm.

23         John Doe              Misunderstanding, I

24  apologize.

25         WENDE FERGUSON:  So, can you restate

1    that for the record of what --

2         John Doe              For the record, I

3    claimed that I was not available to ask -- not --

4    did not have the ability to ask certain questions

5    during a time, but it was only during that time

6    specific that I was not able to ask questions.

7         WENDE FERGUSON:  Okay, thank you.  So,

8    now we'll move into summary statements from

9    Jane

10        KELLY FREIBERGER:  Jane   still has not

11   returned.  I've not received word from Tina.  I

12   do feel it's necessary to take a brief pause just

13   to verify that, and make sure she truly has not

14   returned before we move onto the conclusion.

15        WENDE FERGUSON:  Okay.

16        KELLY FREIBERGER:  So, it is 1:42, I'm

17   just going to pause the recording real fast.

18        (Break)

19        KELLY FREIBERGER:  All right.  So, I've

20   returned, it's 1:44.  I did go ahead and call

21   Jane   again, she has not returned and she did not

22   answer the phone.  I left another message, but we

23   can go on.

24        WENDE FERGUSON:  So, at this point

25   we'll move to the conclusion.  This concludes the

Page 92

1    fact-finding portion of this hearing.  The panel

2    will now move into the closed deliberations where

3    we will review the information presented in the

4    hearing and we will consider each charge under

5    the code of student rights, responsibilities, and

6    conduct and the IU sexual misconduct policy.  The

7    panel will then render a decision based on the

8    preponderance of the information presented here

9    today.

10         If a preponderance exists that John

11   did in fact violate the code and/or the policy in

12   the manner described in the investigation report,

13   then a finding will made as such.  The panel may

14   also consider any previous violations of the code

15   and/or policy by John   when considering the

16   sanctions to be assigned.  The panel will assign

17   appropriate sanctions after consideration of all

18   these factors, and at this time I'll ask the

19   coordinator to explain the process to review the

20   notice of outcome of hearing.

21         KELLY FREIBERGER:  Yes, so as today

22   we're going to move to closed deliberations.

23   Once a decision is made I will be helping to

24   craft that outcome letter.  It will be sent to

25   both you and to the complainant via email to your

Page 93

1    IU email account.  And we're hopeful to get that

2    out as soon as possible, but it may not be

3    tonight.  So, I just want to make sure that we

4    kind of manage expectations with that.  We're

5    going to get it to you as soon as we can.  Okay?

6              John Doe              Okay.

7              KELLY FREIBERGER:  Yeah, I think that's

8    --

9              WENDE FERGUSON:  Okay.

10             KELLY FREIBERGER:  Yeah.

11             WENDE FERGUSON:  John    and Jane    are

12   reminded that the outcome of today's hearing may

13   be appealed directly to Dr. Jason Spratt, Dean of

14   Students.  You each will have five calendar days

15   from the date of the outcome letter to submit a

16   written appeal.  The Office of Student Conduct

17   will be able to provide you additional

18   information on the process of appeal.  If you

19   have questions, I encourage you to contact the

20   Office of Student Conduct.  I thank you for your

21   participation and all present parties, excluding

22   members of the panel, you all are free to go.

23             JOSE MAGALLON:  Thank you.

24             KELLY FREIBERGER:  All right.  So, it

25   is 1:47 and I am stopping the recording.

Page 94

1                    C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certify that the

4       foregoing transcript is a true and accurate

5       record of the proceedings.

6

7

8       *Sonya M. Ledanski Hyde*

9       _____

10

11      Veritext Legal Solutions

12      330 Old Country Road

13      Suite 300

14      Mineola, NY 11501

15

16      Date: October 20, 2020

17

18

19

20

21

22

23

24

25

[03 - allow]                                                           Page 1

**0**

**03** 11:18

**1**

**10** 39:16 40:21
  51:4,15 52:20
**100** 28:6
**10:01** 18:1
**10:58** 18:7
**11** 70:19
**11501** 94:14
**11:16** 35:9,17
**12** 42:13
**12151** 94:8
**12:42** 35:21
**12:58** 50:8
**12:59** 50:11
**12th** 84:18
**15** 57:11
**157** 41:3
**166** 55:13
**18** 49:14
**18th** 85:4
**19th** 24:3
**1:02** 54:1
**1:03** 54:4
**1:05** 55:3
**1:14** 64:6
**1:15pm** 64:9
**1:23** 71:17
**1:42** 91:16
**1:44** 91:20
**1:47** 93:25

**2**

**2** 11:4,11
**20** 1:14 36:1 94:16
**200** 45:24
**2017** 21:15 22:10
  85:4
**2018** 21:15 23:10
  23:16 24:3 27:9

29:25 30:16 73:25
  83:1,6 85:10,18
  86:1
**2019** 1:14 2:12
  26:9
**2020** 94:16
**2021** 28:5
**20th** 2:12
**24** 70:7,19
**25th** 27:9 88:11

**3**

**30** 22:19 57:6
**300** 94:13
**31** 29:19,24 54:14
**32** 10:25 65:11
**33** 11:16
**330** 94:12

**5**

**50** 31:23 40:6
  45:22 83:12

**8**

**8** 29:25

**9**

**92** 40:23
**9:43** 2:2,12

**a**

**a.m.** 2:2,12
**ability** 49:8 91:4
**able** 49:25 60:3
  70:15 71:22 91:6
  93:17
**abortion** 25:3
**absence** 54:8
**abused** 29:3
**abusive** 24:16
**academic** 29:1
**accepted** 22:8
**access** 32:5,18

**accident** 25:16
**accidental** 31:6
**accidentally** 32:5
  32:17 58:19
**account** 19:25
  93:1
**accurate** 50:16
  94:4
**accusation** 32:7,19
  37:22 75:21,23
**accused** 24:14
  28:2
**acknowledge**
  24:23
**acted** 88:5
**action** 10:7 55:21
**actions** 87:21
**active** 28:5
**activity** 63:1
**actual** 14:10 73:16
  73:18
**ad** 68:3
**added** 23:8,12
**addition** 2:22
**additional** 67:1
  70:12 93:17
**address** 4:13
**adhere** 4:14
**adhered** 28:7
**administrative** 2:5
  5:9 9:24
**administrators**
  27:20
**admissible** 5:5 6:9
**admitted** 30:6
  50:2 83:4 85:11
**advantage** 23:21
**adventurous**
  22:24
**advise** 4:8

**advised** 10:5 55:18
**advisee** 4:8,11
**advisor** 2:25 3:3
  3:23,25 4:16 34:5
  38:9
**affairs** 2:14 3:9
**afforded** 3:21
**afraid** 87:20,23
**aggressive** 24:16
**aggressively** 25:18
**ago** 21:8 36:2
**agree** 29:20 54:15
  55:16 78:5,8
**agreed** 72:15
**agrees** 78:9
**ahead** 11:2 91:20
**aide** 5:3
**alcohol** 25:5 87:4
  87:5
**alexis** 52:23 86:7,7
**aligned** 44:7
**alleg** 73:17
**allegation** 26:10
  33:3,6,9 37:23
  38:1,6,8 65:24
  67:8 73:17 77:18
**allegations** 12:8
  24:7 26:6,19 27:7
  27:10 65:19 73:18
  73:24 83:19,23
  86:14,16,21,23
  87:3 88:8
**alleged** 6:21 10:15
  10:21 19:19 20:1
  20:6
**allegedly** 61:22
**alleging** 18:19
  60:21
**allotted** 89:17
**allow** 14:23 66:1

CONFIDENTIAL    www.veritext.com    800-554-3376
IU_0979

[allowed - boards]                                                      Page 2

**allowed** 12:17
82:5
**amalfi** 85:21
**ambiguous** 80:3
**ambulance** 20:5
79:17,19,25 80:6
**amount** 49:17
**analysis** 87:2
**analyze** 21:13
**anger** 87:4,5
**animals** 25:2
**answer** 7:20,22
8:17,20,25 29:13
39:7 66:9 69:3
81:7 91:22
**answered** 9:16
79:4
**answering** 7:23
8:20
**answers** 9:16
**anybody** 67:8 81:7
**anymore** 20:14
**apartment** 23:1
28:16 75:15,19
87:25
**apartments** 86:3
86:10
**apologize** 37:8,15
50:3,10 54:12
90:24
**appalled** 33:5
37:23
**appeal** 93:16,18
**appealed** 93:13
**appearance** 60:12
**appendix** 30:12,12
40:23 55:13 70:12
70:18 76:8,20
85:2
**applicable** 10:12
55:24

**appreciate** 3:20
4:5 5:2 36:10
82:18
**appropriate** 7:17
8:15 35:13 89:15
92:17
**area** 40:8 54:24
**aren't** 58:1
**argument** 29:25
30:5,8,16 46:1
48:12 53:1,11,13
83:4,6 85:5,18,25
**arguments** 25:4
**arm** 65:8
**arms** 40:7 47:20
56:25 58:12,16
62:1 70:22,23,25
**arrested** 28:2
**arrived** 53:23 54:1
**aside** 27:25
**asked** 6:20 7:14
28:11 31:15 39:22
43:16 48:10 51:25
52:18 57:7 59:20
72:1,10,12,13
74:16 79:17 80:25
86:2 89:24 90:1
**asking** 5:7
**asks** 18:14
**assaulted** 65:23
**assess** 23:13
**assessing** 23:18
**assign** 92:16
**assigned** 84:4
92:16
**assist** 84:6
**assistance** 23:17
**assisting** 5:8
**associate** 2:13
**assume** 42:5

**assumed** 42:6
44:11
**attacked** 65:7
**attempt** 27:17
**attempted** 80:11
**attendance** 3:3
**attending** 28:21
**attention** 29:19
35:4
**attraction** 23:14
**audio** 2:1,19,19
7:24 8:22 10:1
35:20 55:6 87:9
**available** 5:10
9:10 49:25 57:9
91:3
**avoid** 27:2 89:6
**avoids** 26:24
**aware** 10:10 32:7
32:20 34:15 55:23
75:15 77:24

**b**

**b** 11:11
**back** 13:5 14:23
15:15,16 16:9
17:10 24:23 25:25
30:13 32:21 35:23
36:12 39:18 40:8
40:17 41:1,11,18
41:19,19,23 42:4
44:2,6,20,20,24
45:1,5 46:5,7,12
47:17,21 48:4
54:9 56:25 58:11
58:21 64:9 71:3,5
71:6 72:6,16,18,24
81:4 85:12
**backpack** 32:23
**backwards** 31:6
41:6,10,15,25
42:15,21 46:3,9,11

46:12
**bad** 16:12 43:18
**balance** 31:8
45:21 46:5
**banged** 16:21
**banging** 14:16
15:2,4 16:22
**based** 27:19 32:3
89:9 92:7
**basically** 78:15
**battle** 20:18
**beautiful** 22:23
**becoming** 26:3
**bed** 30:9 65:10
85:7
**bedroom** 86:3
**began** 23:22 83:24
86:22
**beginning** 26:14
87:8
**begun** 75:16
**behavior** 10:15
86:19 87:19
**believe** 26:20,23
29:15,23 70:22
71:4 72:5,22 74:1
84:5 89:11
**believed** 21:11
43:17
**belongings** 45:12
**benefit** 24:22
**best** 84:2 86:15
**better** 81:6 87:2
89:11
**bikini** 56:22
**bills** 43:18 50:19
51:24
**birthday** 27:8
**bit** 44:18 68:3
**boards** 26:11

[boat - colleges]                                                                                              Page 3

boat 56:18,21 63:6
boating 56:16,16
  61:3
boats 62:24
boils 29:22
borrowed 50:21
bottom 40:24 41:5
bound 5:18
boundaries 23:19
boxing 84:23
boyfriend 85:6
brace 58:16 62:6
bradley 4:2,2
break 7:18 8:16
  9:25 10:2 17:24
  18:1,5 35:6,8,10
  35:18,22,25 36:22
  50:9 54:2 55:1
  64:7 91:18
breakfast 85:7
breakup 28:10
  78:5,11 87:17,18
  88:19
brief 9:18 11:22
  18:1 50:11 82:8
  91:12
briefly 7:1 9:20
  50:7 82:10
brilliant 22:24
bring 34:1,7,21
  36:16 37:18 38:14
  82:21 84:6
bringing 33:24
  38:25
broad 86:14
broke 30:14 61:6
  78:1,13 85:10
brought 12:8 24:7
  32:22 33:4 35:4
  37:2 84:13

bruise 30:2,3 44:7
  81:2,2 83:3
bruises 56:8,25
  58:6 59:3,19
  61:22 62:1
bruising 69:22,24
  70:3,4,20,22,23,24
building 23:7
bullet 56:10
bumped 31:25
  46:16 58:20
bumping 40:12
business 27:23

c

c 11:17 94:1,1
calendar 93:14
call 6:10 9:2 36:7
  91:20
called 55:5
calmed 30:8
campus 26:8
  28:17,22
candle 25:9
can't 74:5
car 41:19 43:7
  47:20 75:18
care 43:17 47:8
  48:12,18
career 29:2 37:11
caring 25:2
carrying 45:22
  46:15,22 83:11
case 2:5 6:15,19
  7:1,6,18 8:3,15
  9:19 11:24 12:13
  33:14,16 37:2
  43:24,25 60:8
  64:22 65:22 67:9
  82:9
cat 23:8

cause 4:16 25:4
  31:8 72:14 78:17
  82:23 83:11
caused 16:5 48:3
causes 89:4
causing 31:5
celebrate 23:4
cell 2:25 45:11
centerpiece 21:9
certain 91:4
certify 94:3
chair 6:7 18:11
  54:13 82:6 90:17
chairperson 2:15
  5:4
chance 33:2,7
  37:24 84:8 85:14
changed 27:25
character 24:18
characterize 73:11
  74:8
charge 7:6 8:3
  10:16,20 92:4
charges 6:18
  10:14,23 33:18,19
  38:20 64:15,24
check 41:20,23
  42:4 46:18 47:18
  47:21 48:4,24
  50:8 53:22,25
  72:16
checked 36:5
child 22:4 31:12
children 21:24
choice 88:16
choose 77:21
christmas 23:4
chute 61:23 62:5
  62:11,14,16 68:25
  69:7,12,19,20

circumstances
  46:16
city 22:14
claim 24:21 61:12
claimed 41:13
  91:3
clarification 14:21
  17:23 89:19
clarify 40:11
  48:17 50:13 72:11
clarifying 15:25
clarity's 16:17
class 27:12,15 28:4
  28:4 56:16
classes 28:9 87:16
classmates 88:19
clear 23:17 25:15
  37:15 78:4 82:22
  87:22 88:9
clearance 30:23
  44:12
clearly 47:25 48:1
close 6:13 31:12
  58:1 71:2
closed 30:24 49:10
  50:1 92:2,22
closing 30:20
  31:18 83:10
coast 85:21
coaster 86:19
code 5:22 10:17
  30:21 44:13 49:3
  49:5 92:5,11,14
coexist 27:6,13
cohabitating 25:1
cohort 28:13
coincidental 56:17
colleague's 43:21
colleges 76:18
  77:20

Connor Reporting
A Veritext Company

[collided - decided]                                             Page 4

**collided** 41:1,10
41:14 44:3 46:2
46:23 86:1
**collision** 39:21,23
44:10 47:2,10
**colored** 38:6
**come** 14:23 22:7
32:2 37:13 47:25
61:5 81:19 88:14
**comes** 16:25 65:15
66:22 69:8
**coming** 15:15
68:17
**comment** 74:5
**comments** 25:13
**communicated**
77:25
**communicating**
4:8 36:14
**community** 28:6
**comparable** 5:15
**compare** 21:13
**compatibility**
23:15
**complainant** 2:24
3:14 8:10,12,18
12:2 18:11,13
35:25 36:1,5 50:6
63:14 64:18 65:7
65:9 66:15 68:13
92:25
**complainant's**
65:2
**complaint** 84:10
88:12
**complete** 71:24
72:2,9,11
**completely** 3:1
13:13 65:16
**completing** 21:19

**compliant** 28:6
**complicated** 88:4
**complied** 28:18
**components** 24:1
**concerned** 38:5
44:16,19,22 47:15
47:24 48:22,23
51:23
**concludes** 91:25
**conclusion** 6:12
91:14,25
**conduct** 4:19,24
5:23 6:8 10:18
18:19 24:15 92:6
93:16,20
**confidence** 39:4
**confident** 89:2
**confidential** 10:11
39:2 55:24 77:12
**confirm** 24:20
**conflicts** 25:4
**confused** 5:16
**consensual** 21:17
**consequences**
38:21
**consider** 9:22
37:11 82:11 92:4
92:14
**consideration**
83:22 92:17
**considered** 4:15
10:11,13 38:13
55:24 82:5
**considering** 10:24
92:15
**consistency** 71:8
**consistent** 21:22
31:2 67:20 68:22
**consultation** 5:11
6:11

**contact** 18:14,16
27:12 28:13 31:6
31:7 36:3 49:20
68:18 88:15 93:19
**contacted** 38:9
51:21 88:11
**contacting** 45:8
**contentious** 43:10
**context** 83:22
84:13 86:17
**continue** 29:12
36:24 37:5,17,20
50:12 86:24
**continued** 27:11
27:12 36:11 61:9
85:20
**continuing** 16:16
89:1
**contributed** 84:17
**conversation** 24:4
35:1 56:9 57:12
78:7,15,18
**conversations**
23:24 36:23 88:20
**cooperated** 29:7
86:11
**cooperation** 29:12
**coordinating** 4:25
**coordinator** 4:20
4:21,23 5:3,10
6:10 35:1 92:19
**correct** 10:4 55:18
82:1 90:2
**correspondence**
29:10
**couldn't** 15:21
45:13 59:4,6
**counsel** 34:6 38:10
**country** 94:12
**couple** 25:23 36:5
40:20

**course** 28:18
48:23 73:25
**cracked** 16:11
**craft** 92:24
**created** 6:3
**credibility** 32:4
38:19 83:16 84:7
84:12
**cry** 56:11,14
**ct** 13:11
**culmination** 29:1

**d**

**dad** 80:17,23
**damage** 16:1,5
30:18,19 38:5
42:9 44:14 46:24
50:18 83:8
**damages** 43:2
50:18,18 51:20,21
51:23
**dangers** 85:5
**date** 61:10 72:17
73:18 74:6 93:15
94:16
**dated** 24:11,12
**dates** 74:9 83:1
86:17
**dating** 11:18
**daughter** 19:11,18
48:9 52:7,15,23
53:3,7,12,14 86:7
**day** 45:8,11 59:14
79:9 80:19 85:10
**days** 19:2,3 70:16
72:18 85:25 93:14
**dean** 24:8 93:13
**deans** 27:20
**december** 85:4
**decide** 88:6
**decided** 36:24
53:13 78:17 85:13

[deciding - either]                                                                                          Page 5

**deciding** 29:22
**decision** 6:14 32:3
  32:15 39:9 92:7
  92:23
**decline** 7:10 8:7
**deems** 89:15
**defend** 12:7 86:15
**defending** 25:13
  37:10
**defense** 25:8
**definitely** 52:8
**degree** 27:24
**degrees** 22:9
**delay** 26:11 37:16
**delayed** 73:11
  74:8
**delaying** 37:9
**deleting** 19:24
**deliberation** 5:12
**deliberations** 6:13
  92:2,22
**demanding** 21:23
**demonstrates** 87:5
**dents** 31:2
**describe** 58:6 69:1
**described** 5:24
  67:25 69:17 92:12
**desk** 50:4
**despite** 21:22
  27:13 28:9
**detailing** 87:10
**details** 21:13 29:6
  29:18 57:16,18
  58:1,2 84:4 87:6
**detector** 29:5
  78:25 87:2
**determination** 6:2
  77:8 84:7
**determine** 5:5,21
  66:2 71:2 83:17

**determining** 6:8
**development**
  38:17
**devised** 24:4
**devotion** 25:7
**dickey** 34:10
**didn't** 16:10 20:13
  42:1,2 45:2,3,14
  46:23 47:1,1,10,11
  47:17 48:2 50:23
  57:3,25 58:18
  61:19 65:22 72:19
  74:25 75:3,12
  79:15 90:12
**difference** 46:10
**different** 2:17
  40:20 41:7 45:9
  50:14 65:17 67:16
  68:11,12,15 70:16
**difficult** 23:13
  26:3 47:23 86:15
**digest** 82:20
**digital** 87:1
**dilemma** 83:16
**directed** 25:21
**directly** 4:12 7:14
  41:2 60:4 71:22
  75:3 93:13
**director** 2:13
**dis** 48:4 87:4
**disagreement**
  43:23 48:6
**disagreements**
  25:6
**disapproval** 87:15
**disciplinary** 10:7
  10:8 55:21,22
**disclose** 20:9
**discrepancy** 40:1
**discriminatory**
  87:11

**discussed** 53:6
  61:3,10
**discussing** 31:10
  40:22
**discussion** 23:6
**dispute** 54:15,16
  64:16,18 65:1
  78:11 82:25
**disputed** 29:23
  30:16 64:25 82:21
  83:7
**disruptive** 4:9
**distance** 27:1
**doctor** 26:3 71:25
**document** 12:22
**dog** 13:18,19,21
  13:25 14:2 15:20
  19:24 23:8 31:16
  31:19,24 39:20,25
  40:5,7,13,15 41:18
  45:18,22 46:15,19
  47:7,11,16 48:20
  48:22,22 83:9,12
  87:13
**doing** 34:2 38:4
  90:17
**don't** 12:3 14:18
  20:18 35:12 38:25
  42:15,21 45:17
  48:12,13 53:9
  57:3,17 58:12,21
  58:22,22 59:17,18
  61:6,25 62:10
  63:2,6,24 67:23
  70:13,22 73:12,22
  76:2,25 77:6,8
  78:2,10 79:9,14,20
  79:22,24 80:24
**door** 14:4,10,11,13
  14:14,21,24 15:2,7
  15:8,9,18 16:2,8,8

  16:11,18,23 30:18
  30:20,24 31:1,19
  31:19,25 39:18,19
  39:24 41:1 42:5,5
  42:10,15,16,17,18
  42:21,22 44:1,4,8
  44:15 45:1,5
  48:25,25 49:2,9,10
  49:12,13,18,23
  50:1 52:1 80:16
  81:4 83:8,10
**doorknob** 81:3
**doors** 16:17
**double** 49:12
**dove** 22:4
**downs** 84:16
**downtown** 28:16
**dr** 93:13
**drank** 25:21
**dream** 22:10,22
  26:4,5
**dress** 61:18
**drinking** 31:9
  45:24
**driveway** 31:17
**drove** 84:20
**dual** 27:24
**due** 34:7 54:8

                e

**e** 11:6 94:1
**earlier** 18:3 78:9
  79:5
**early** 19:25 74:19
  76:23
**easier** 26:23
**educational** 5:14
**effect** 74:24
**eight** 69:16,18
**either** 5:16 52:23
  73:6,7 79:23,25
  80:6

[elaborate - false]                                                          Page 6

| | | | |
|---|---|---|---|
| elaborate 52:9 | 52:18 53:19 54:5 | entrepreneurship | exists 92:10 |
| elated 22:9 | 54:8 56:9,17 58:1 | 27:23 | exit 40:6 |
| elbow 58:20,25 | 59:14 60:6,25 | environment | expect 39:2 |
| 59:19 71:3 | 61:9,12 62:4 | 26:25 87:16 | expectations 4:15 |
| elbows 62:6,18 | 63:14,16 67:2,17 | equally 25:14 | 93:4 |
| elect 76:2 | 67:21 68:16,24 | er 20:10 | expects 10:3 55:17 |
| elected 75:24 | 69:4,17,21,25 70:2 | erratic 86:19 | experience 24:10 |
| electric 43:15 | 70:21,23 71:15,23 | escort 18:2 35:12 | 27:22 86:25 88:25 |
| email 18:15 72:6,6 | 73:6 74:4,6 75:3 | 64:5 | experienced 21:21 |
| 72:16,17 75:11,13 | 75:15 77:25 78:9 | especially 33:9 | experiencing 38:3 |
| 92:25 93:1 | 78:25 79:5 83:2,3 | 38:2 76:23 | explain 7:1 64:16 |
| embarrassingly | 83:5,11 84:10,12 | establish 88:3,7 | 92:19 |
| 29:6 | 84:21,23 85:2,8,10 | europe 85:17 | explained 4:15 |
| embarrassment | 85:15,22 86:2,5,8 | evaluating 83:23 | explore 85:17 |
| 26:24 | 87:25 88:3,10 | evaluation 87:4 | extremely 26:2 |
| Jane 3:14,15,15 | 89:13 91:9,10,21 | event 18:24 19:19 | 38:18 |
| 6:5,23 7:4,7,12,13 | 93:11 | 19:19,20 57:6,6 | f |
| 7:19 8:8,15,24 9:8 | Jane's 25:10,16 | events 21:14 27:4 | |
| 9:11,16 12:2,3,9 | 26:5 30:17 38:19 | 29:10 60:20 73:8 | f 94:1 |
| 12:20,21,25 13:5,9 | 40:3 57:15 71:18 | 83:15 84:12,15 | face 30:2 83:3 |
| 13:13,15,20,24 | 74:12 84:15,19 | 87:20 | faces 14:11 |
| 14:6,15,20 15:1,13 | 86:13,19 87:11,15 | eventually 14:7 | facing 30:13 |
| 15:17 16:3,7,20,25 | 87:18 | 50:22 | fact 23:15 52:6 |
| 17:8,10 18:11,13 | emotional 82:24 | everybody 56:19 | 53:2,11 66:1 67:1 |
| 18:13,17,21 19:1,4 | emotions 86:20 | 56:20 76:21 | 68:15 92:1,11 |
| 19:6,13,21 20:2,7 | encounter 56:13 | evidence 5:19 6:9 | factors 92:18 |
| 20:12,24 21:23 | 57:14 79:11 | 34:8 38:18 83:18 | facts 29:21,23 30:4 |
| 22:25 23:3,14,25 | encourage 93:19 | 86:18 87:18 88:3 | 30:16 54:15,15 |
| 24:6,12 25:15,17 | encouragement | 88:7 | 64:16,25 82:21,25 |
| 25:21 26:17,20,23 | 86:4 | ex 85:6 | 83:7 |
| 27:11 28:9 29:3 | ended 16:18 26:21 | exactly 42:16 | failed 27:3 |
| 30:1,4,7,25 31:1,5 | 53:11 56:18 60:25 | 58:12 61:25 66:2 | failure 4:14 |
| 31:10,19,21 32:4 | enforcement | examined 89:4 | fair 6:8 |
| 32:21 33:6 37:23 | 18:20 | example 65:5 | fall 13:18 31:6 |
| 38:4,17 39:5,16,21 | engage 62:25 | excessively 25:22 | 40:23 41:6,8,9,11 |
| 39:22 40:9,25 | engaged 21:17 | excluding 93:21 | 41:12,15,16 45:2 |
| 41:1,5,20 42:20 | 22:3 29:15 | excuse 13:2 32:9 | 46:6,9,12,13 |
| 43:5,14 44:17 | enjoying 84:25 | exist 26:24 | fallen 81:4 |
| 45:13 46:24 47:8 | entire 21:9 26:13 | existed 88:17 | falling 13:1 46:11 |
| 47:16 48:23 49:24 | 37:11,11 52:11,20 | existing 28:9 | 46:11 47:16 |
| 51:21,23 52:10,15 | 88:23 | | false 10:6 12:8 |
| | | | 32:7,19 33:8 38:1 |

[false - give]                                                                                    Page 7

38:6 55:19 86:16
**family** 23:3,7,8
  25:9 26:13 50:21
  52:12,14 73:1
  85:9,16
**far** 83:21
**fast** 23:11 91:17
**father** 43:9 51:22
  53:5 74:12,17
  75:12 86:4
**father's** 18:25
  19:12 20:1,6
  25:16 30:17 57:15
  79:11 86:2,4
**fearful** 87:21
**february** 69:10
**federal** 10:12
  55:25
**feel** 20:16 26:25
  38:25 66:21 72:20
  91:12
**feels** 7:5 8:2
**fell** 13:17,20,24
  14:1,5,10 15:14
  41:1 42:20 43:24
  44:4,20,20 46:3,5
  58:19 69:4
**felt** 20:12 22:5,21
  25:9 41:25 43:18
  72:14 85:1 88:1
**female** 87:12
**ferguson** 2:3,9,11
  2:13 3:10,13,16,19
  4:4 5:1 11:3,6,11
  11:17,21 12:5,10
  12:23 13:22 16:14
  17:5,12,15,18,22
  18:8,18,22 19:3,5
  19:10,14,17,23
  20:4,8,20,25 33:10
  33:16 34:16,25

35:7,22 36:17
37:4 39:10 47:4
48:16 49:1 50:13
51:3,8,15,17 52:2
53:17 54:6,19
55:14 56:3 59:10
59:12,25 63:13,18
63:21 64:2,10,21
64:24 65:6 66:3,8
66:11,13,17,24
67:5,11 68:4,6,9
68:20 70:17 71:11
71:14,20 79:22
81:14,20 82:1
89:18,22 90:3,6,14
90:22,25 91:7,15
91:24 93:9,11
**filing** 84:10
**fill** 14:24
**final** 9:24 10:25
  29:20 39:16 51:15
**finally** 15:4 22:6
**financially** 43:7
**find** 38:18 70:6
  80:10,13 89:8
**finder** 66:1
**finding** 92:1,13
**finds** 26:23
**fine** 59:8,9
**finger** 59:3
**firearm** 37:22
**firm** 4:3
**first** 21:19 22:13
  31:11 65:17 72:12
  73:25 74:3,17
  75:10 86:7 88:12
**five** 17:19,24
  29:23 51:18 82:20
  93:14
**fixed** 80:17,22

**flew** 85:8,15
**florida** 22:11 23:3
  85:8
**flow** 38:21
**flower** 65:9
**flowerpot** 25:24
  30:7,10,11,14 83:5
  85:19
**focus** 25:7 26:7
  89:13
**follow** 43:20 44:23
  47:4 49:2 54:13
  62:4 68:6 70:20
  72:22 73:2
**followed** 12:18
  32:24 58:2
**following** 79:9
**forced** 26:11
**foregoing** 94:4
**forever** 26:22
**forget** 66:20 70:10
**forgotten** 83:9
**formidable** 21:20
**forward** 32:13
  34:7 38:15 63:20
  71:19,21 84:13
**forwarded** 34:10
**found** 7:9 8:6
  29:21 30:12 52:7
**four** 51:18
**frame** 16:2,6
  42:10,13,17,18
**free** 66:21 93:22
**freiberger** 2:1
  4:22,23 10:23
  11:4,7,10,15 17:25
  18:6 32:9,14
  34:11,14 35:5,9,16
  35:19 36:4 37:19
  50:3,10 53:21
  54:3,22 55:2,9

63:16,19 64:4,8
71:17 80:2,5,8
91:10,16,19 92:21
93:7,10,24
**fresh** 22:15
**friday** 78:18
**front** 15:7 17:10
  36:14 40:9 50:4
  50:23 55:12
**frustrated** 31:13
  37:13
**fueled** 25:5
**full** 9:19 11:24,25
  12:13 49:18 82:9
**fully** 29:7
**further** 7:10 8:8
  9:3 14:18 17:3,4
  37:1 42:24 53:16
  54:21 88:16
**future** 22:5 89:7

**g**

**gained** 89:5
**garage** 13:1 14:10
  14:12 16:18 30:18
  30:19,21,22 31:18
  40:25 42:16 44:1
  44:3,3,8,13,13,14
  49:2,6,9,10,12,12
  51:24 67:15 68:10
  80:11,16 83:8
**general** 34:5 38:9
  81:5 86:14 87:3
**gentleman** 85:11
**getting** 22:9 30:9
  47:16
**girlfriend** 24:15
  43:5
**girlfriends** 24:20
**girlfriend's** 86:4
**give** 13:3 33:11
  38:18 57:25 65:4

CONFIDENTIAL    www.veritext.com                                    800-554-3376
IU_0985

[given - hopeful]    Page 8

**given**  27:1 33:2,7
  33:18 37:24 46:16
  73:16 84:8
**giving**  90:19
**go**  3:11,17 11:2
  20:4,14 27:11
  29:18 32:12 34:2
  42:4 44:4,6 49:15
  50:7 53:22,25
  54:9,24 72:25
  80:1,6 86:2 87:25
  91:20,23 93:22
**goes**  11:16 82:17
**going**  10:16 14:22
  15:16 17:16 18:1
  18:3 35:10,16
  37:14,16 38:23
  41:18,23 47:4
  49:25 50:7 53:4
  53:22,25 54:24
  55:5,14 61:5,19,25
  63:22 64:4 67:7
  72:20 81:15 91:17
  92:22 93:5
**good**  2:3 21:4
  38:25 59:21
**gossip**  27:14,19
  88:21
**grabbed**  58:14,15
**great**  2:3 3:19
**greece**  23:9 52:12
  85:17
**greg**  3:18,18 6:4
  6:19 9:12 35:13
  35:15 55:12 57:24
  64:12,14,19,23
  65:4,13 66:4,9,12
  66:14,19,25 67:6
  67:12,13,19 68:2,5
  68:8,14,21,23 69:3
  69:7,25 70:2,8,11

  70:18 71:4,9,16,21
  72:1,5,10 73:9,12
  73:19,22 74:13,16
  75:9,17,23 76:2,7
  76:12,15 77:2,6,15
  77:19 78:2,8,20,23
  79:2,8,14,20 80:10
  80:13,20,24 81:6
  81:11,13 89:25
**grew**  25:6
Boe      54:23 55:4
  55:7,7 56:2,15
  57:17,22 58:4,7,10
  59:1,4,6,17,24
  60:9,14,18,23 61:2
  61:11,14,17,24
  62:7,12,17,22 63:2
  63:5,12
**ground**  14:7 41:12
  41:16 45:3 46:10
  46:13 49:20
**group**  22:14
**grow**  86:24
**guess**  40:4 42:3
  51:10
**guessing**  42:22
**guidance**  6:11
  23:18
**guiding**  2:16
**gun**  32:22,23,25
  33:4 75:21,23
  81:18

**h**

**h20e**  11:5
**h21c**  11:12
**half**  22:19
**hallway**  40:25
**hand**  7:18 8:15
  82:23
**handed**  8:11 29:8

**handled**  39:3,3
**happen**  46:4 58:19
  65:22
**happened**  14:4
  30:25 39:21,23
  40:5,12 41:10,13
  41:14 42:12,20
  44:19 51:12 57:15
  57:16 62:21 65:14
  65:16 66:2 68:18
  78:15 79:11,19
**happy**  89:14
**hard**  45:15,19
**harm**  82:24 83:11
**harsh**  25:14
**hasn't**  47:25 67:23
**haven't**  48:1 68:14
**head**  7:25 8:23
  13:8,11 30:13
  85:19
**health**  73:7
**healthy**  21:18
**hear**  2:5 7:21 8:19
  12:20 16:21 18:24
  21:2 53:18,19
  54:20 77:21
**heard**  36:12 53:25
  69:11,16 81:25
  87:10
**hearing**  1:13 2:15
  2:16,20,23 3:20
  4:5,17,20,24,25
  5:2,3,4,13,14,17
  5:20 6:8,10,12,16
  6:17 7:2 9:13 12:1
  12:11,12 15:21
  18:9 21:1 29:22
  36:10 38:12 54:21
  56:4 60:12 84:5
  92:1,4,20 93:12

**heavy**  49:12
**held**  34:8
**help**  14:24 20:16
  20:18 24:5 39:8
  39:25 41:7 43:11
  56:11,14 86:24
  87:2 89:11
**helped**  43:7
**helpful**  23:23
  70:13,14 74:21
**helping**  5:4 92:23
**hey**  67:7 72:23,24
  73:3
**he's**  40:7 59:21
**hi**  4:22
**hide**  53:10
**hirschauer**  4:3
**hit**  25:17,24,25
  30:14 41:12 42:22
  45:3 46:9,13
  49:20 83:1,3
  85:19
**hitting**  15:2
**hmm**  19:4 49:1
  58:4 59:1 63:12
  64:23 69:21 71:9
  73:21 76:1 77:1,5
  78:20 79:13 81:20
  89:21 90:3,22
**hold**  25:9
**holding**  45:18
**holidays**  85:9
**home**  28:20 52:12
  84:20
**honestly**  57:22
**honesty**  55:11,15
**hoosier**  22:12
**hope**  29:14 52:9
  83:20 88:6,8 89:8
**hopeful**  93:1

hopes 26:21
hospital 20:5,9
  79:6 80:1,6
house 13:18 14:2
  14:12 18:25 19:12
  19:18 20:6 25:17
  30:17 40:6 42:1
  43:15 45:1,7,10
  48:9 52:24 57:15
  67:16 79:11 83:13
  86:2
housing 3:8
huh 76:12
hurry 31:21
hurt 13:14 25:18
  25:19 26:20 27:2
  39:5 43:24 87:17
hyde 94:3

            i

idea 13:3 90:21
identified 9:3,4
  54:20 74:21
immature 24:2
immediate 4:16
  73:14
immediately 14:4
  47:10 69:14
immensely 23:23
impact 84:11
  88:24
important 27:21
  37:10 38:18 48:7
  53:10 66:5 81:22
incident 19:11
  20:1,6 67:15
  69:10 79:10 86:18
include 4:10 76:13
  83:7
included 20:11
  76:6,8

includes 87:7
including 5:4 6:8
  20:10 64:17 71:24
inconsistencies
  67:24
independently
  28:12
indiana 3:22 27:22
  86:12
indianapolis 28:16
  84:23
indicate 6:20
  10:20
indicated 74:22
indicating 87:20
indiscernible
  19:16 38:25 40:18
  70:5
individual 12:15
  12:18
individually 10:17
inform 61:9
informal 5:17
information 5:5
  6:4,5 7:5,9 8:2,6
  8:25 9:13,15,23
  10:3,6 12:16
  13:16 21:3 29:9
  29:17 32:10,11
  33:25 34:1,5,6,11
  34:17,20,22 35:2,3
  36:18,19,23 37:1,1
  37:5,18 38:11,15
  38:19 39:3,8,14
  42:11 43:23 50:16
  51:9 55:11,17,20
  65:1 67:14 70:3
  73:23 76:3,20,24
  81:23,23 82:3,3,5
  82:12,19,19 84:2,9
  87:24 89:15 92:3

92:8 93:18
informed 6:15
  27:9
initial 26:9 28:11
  72:13
initially 67:17
  74:17
injured 43:19
inquire 73:5 76:24
inside 13:18 14:2
  14:12 30:24 31:17
  67:16
instagram 19:25
instance 77:25
  80:17 84:18
institute 5:25
institutional 21:10
insufficient 88:7
intend 29:12 82:23
intended 31:7
intense 23:6 87:11
intent 25:18 30:18
  38:4
intention 38:14
  46:4
intentionally
  30:17,19 31:5
  83:8,10
intentions 84:1
interacted 27:8
interacting 59:14
interactions 60:16
  88:19
interpreted 24:16
interrupt 66:25
interruption 50:4
  50:11
interview 60:7
  74:18 76:21,22
interviewed 69:9
  75:21

intimate 21:13
  38:16
intimidating 23:12
introduce 3:4,25
  4:21 6:24 11:25
introductory 6:22
  11:22
inundated 22:14
investigate 75:25
  76:3 77:22
investigation 5:25
  6:3 7:7,9 8:4,7 9:7
  9:12,22 10:25
  12:14 21:10 29:8
  29:11 32:2 39:17
  50:15 74:19 75:16
  76:23 82:12 84:5
  87:8 92:12
investigations
  69:13
investigator 3:17
  20:10 24:19 29:21
  32:21 41:4 51:9
  56:7 60:7 64:13
investments 50:25
invited 86:5
involved 5:7 31:9
  62:2 88:4
ipad 45:9
issue 28:19 88:17
  90:16
issues 24:13 27:13
  39:1 73:7 84:11
  87:5
italy 23:9 29:25
  52:11 61:13 85:17
  85:18,22
items 64:17
it's 17:22,23 20:16
  35:17 37:14 46:10
  49:10,11,12 50:24

55:3 57:13,25
59:20 65:24 66:22
70:13,19 71:3
73:14 77:7,9,19
78:13,13,14 81:21
90:5 91:12,20
**iu** 2:14 5:21 10:18
11:17 34:6 38:10
76:17 92:6 93:1
**iupui** 5:6 86:12
**iusm** 27:20 28:17
**ix** 60:6,11
**i'd** 29:19 32:12
75:11 82:17
**i'll** 2:16 17:21,23
92:18
**i'm** 2:6 10:16 11:1
12:7 13:22 15:19
16:24 17:16 18:3
19:6,21 25:12
34:6,16 35:16
36:13 37:10,14,16
38:23,23 40:2
42:19,22 43:12,22
46:14 47:4 48:13
48:15,16,17,18
49:11 50:7 52:5
53:18 54:24 55:5
55:14 59:7 61:24
63:22 64:4,19
67:7,21,22 70:6,9
75:1 81:6 89:14
89:18 90:12,18,20
91:16
**i's** 23:14,25
**i've** 24:13 36:4
37:12 69:12 78:3
86:11 91:11,19

**j**

**january** 26:9
28:20 32:22
**jason** 93:13
**jealous** 85:12
**jealousy** 87:11
**jose** 3:8,8 12:25
13:7,10,15 14:1,9
14:18 15:25 16:4
16:13 17:4 39:13
40:11,16,19 41:17
41:22 42:8,18,24
49:14 51:14,16
56:6 57:10,19
58:3 59:11,13,23
64:1 66:20 67:13
68:1 93:23
**judge** 5:17 45:19
**july** 22:10 30:16
46:20 58:8 83:6
86:1
**jump** 23:7
**june** 29:24,25 83:1
85:18
**jury** 5:17

**k**

Betty 55:7
58:5
Betty's 69:23
Betty 54:23 55:4,7
55:8,11,14 56:2,6
56:15 57:17,22
58:4,7,10 59:1,4,6
59:17,24 60:9,14
60:18,23 61:2,11
61:14,17,24 62:7
62:12,17,22 63:2,5
63:12 69:9 70:21
Betty's 69:8

**keep** 7:23 8:21
69:8
**keffer** 4:2,3,3
**kelly** 2:1 4:22,23
10:23 11:4,7,10,15
17:25 18:6 32:9
32:14 34:11,14
35:5,9,16,19 36:4
37:19 50:3,10
53:21 54:3,22
55:2,9 63:16,19
64:4,8 71:17 80:2
80:5,8 91:10,16,19
92:21 93:7,10,24
**kept** 14:16 15:4
**kicked** 16:21 31:3
**kicking** 49:17,22
**kind** 20:13 42:1,2
43:20 46:25 48:3
50:23 56:17 58:11
59:3 82:16 88:10
93:4
**knew** 41:24 43:9
52:16
**knock** 45:20 49:16
**knocked** 39:19
40:10 45:4,4
**know** 7:19 8:17
10:1 20:2 24:17
29:2,17 36:9
39:13 40:21 42:3
42:23 43:11,14
45:19 46:10 47:8
48:24 49:8 50:5
55:10 57:3,8,13
58:18 61:6 65:17
65:20 70:13 72:23
73:12,22 74:25
76:25 77:6 79:9
79:14 84:25 89:3

**knowledge** 81:24
82:2 89:5
**known** 48:8 77:23
87:2
**knows** 57:2
**kuester** 3:18,18
6:4 35:15 64:19
64:23 65:4,13
66:4,9,12,14,19,25
67:6,12,19 68:2,5
68:8,14,21 69:3,7
69:25 70:2,8,11,18
71:4,9 72:1,5,10
73:9,12,19,22
74:13,16 75:9,17
75:23 76:2,7,12,15
77:2,6,15,19 78:2
78:8,20,23 79:2,8
79:14,20 80:13,20
80:24 81:6,11

**l**

**lafayette** 28:17
**laid** 65:10
**lasted** 21:15
**lasting** 26:22
**lastly** 81:8
**laughing** 84:24
**laundry** 13:2
14:22 15:7 40:9
41:2,13 61:23
62:5,11,13,15
68:25 69:5,6,18
**law** 2:14 4:3 18:20
28:1 32:24
**leading** 40:25
**leads** 14:12
**learn** 86:24
**learned** 23:24
38:16
**learner** 28:21

Case 1:20-cv-02006-JRS-MJD   Document 81-15   Filed 11/10/20   Page 105 of 115
PageID #: 3672

[learning - memories]                                      Page 11

learning  88:25
leash  31:20 46:22
leave  28:15 31:15
  31:22 36:1 41:16
  42:2
leaving  15:21,24
  15:24 48:9
ledanski  94:3
left  13:8,11 15:4
  19:8,9 22:11
  31:16 36:8 41:25
  42:7 44:25 45:5
  47:20 48:6,11,11
  57:8 61:6 65:8,8
  84:23 91:22
leg  44:8 49:4
legal  5:18 94:11
length  49:12
letter  86:22 92:24
  93:15
let's  35:7 56:10
level  48:18 53:14
lib  68:3
license  32:24
lie  29:5 78:25 87:2
lied  53:2
life  3:9 22:6 29:7
  37:11 52:20 53:4
  88:24
light  33:9 38:2
  84:15
limbo  44:5
limited  4:7 43:13
list  38:10
listed  12:21
listen  84:4
little  44:18 46:14
  68:3
lived  26:16 43:6
lives  85:23

local  18:20 86:6
lock  14:4
locked  14:14,15
  15:3,3 30:24
  39:18 42:5,6,6
  45:2,6 48:25,25
  49:23 50:2,24
locking  14:25
logic  43:1 48:14
logistical  5:8
long  18:24 19:19
  19:20,22 22:16
  69:13 72:21
look  31:1 47:17
  71:7 86:2
looked  58:13
looking  24:22
loose  47:12,16
lose  31:8 35:12
lost  46:4
lot  29:17 43:5
  82:19
loud  7:16,22 8:19
  18:23
love  22:1 48:22
loved  47:24 52:24
loving  21:17
lower  58:21 71:5,6

**m**

madame  54:12
magallon  3:8,8
  12:25 13:7,10,15
  14:1,9,18 15:25
  16:4,13 17:4
  39:13 40:11,16,19
  41:17,22 42:8,18
  42:24 49:14 51:14
  51:16 56:6 57:10
  57:19 58:3 59:11
  59:13,23 64:1
  66:20 67:13 68:1

93:23
maintained  28:14
makeshift  85:22
making  38:20
male  75:7
manage  93:4
manner  4:9 5:24
  92:12
mark  35:11 59:3
marking  85:3
marriage  31:11
  61:10
married  21:24
Doe          1:13
  2:8,8,9,9,10,10,11
  3:12,12 11:9,14,20
  12:7 17:9,13,16,20
  19:16 21:4 32:12
  32:16 33:15 34:4
  34:13,24 37:3,7,20
  40:2,14,18 41:9,21
  41:24 42:14,19
  43:4 44:2,11,22,25
  45:17,23 46:8,19
  47:19 48:21 49:7
  49:15 50:20 51:6
  51:10,19 52:8
  54:17 60:5,10,15
  60:19,24 61:8,12
  61:15,21 62:3,15
  62:20,23 63:4,8,11
  66:6 71:23 72:3,8
  73:5,10,14,21
  74:11,14 75:8,14
  75:20 76:1,5,9,13
  77:1,5,13,16,24
  78:6,12,21,24 79:3
  79:13,16 80:4,7,9
  80:15,21 81:1,8,12
  82:15 89:21,24
  90:4,12,20,23 91:2

93:6
material  32:6,18
  38:24 54:14
materials  29:16
  64:16
mates  23:7
matter  2:16 27:14
  28:14 60:6,12,22
matters  84:1,6
mba  27:24
mckinney  2:14
md  22:10 27:24
mean  48:12 50:22
  50:24 51:12 57:3
  57:25 58:22 59:20
  73:22,23 76:7,16
  78:10
means  45:23 73:13
meant  37:15 52:10
  74:25
medical  21:25
  22:8,18 23:13
  24:9,11 25:1
  28:25 50:19 51:24
  71:24 72:2,9,11
  87:12 89:13,14
medications  73:8
medicine  23:22
  74:1 86:13
meet  19:11 23:3
  85:8
meeting  2:4 3:24
  9:5 41:4 53:12
  54:21 55:12 56:6
  72:13,15
meetings  39:15
member  28:5
members  3:5 35:3
  36:19 93:22
memories  27:2

[memory - occasions]                                                    Page 12

memory  67:3,7
  88:22
mental  73:6
mention  13:1
  38:11 39:17 41:18
  47:9 61:25 62:4
  69:23
mentioned  40:20
  40:22 41:20 49:3
  56:7,9 57:10
  61:17 68:24 70:23
message  91:22
messages  78:4
  87:9,14
met  22:20,23
  52:23 67:17 68:16
  68:18 86:6
midnight  79:12
milan  85:18
mind  7:24 8:21
  69:8,14
mineola  94:14
minute  17:19,24
minutes  36:2
  57:11
misconduct  3:22
  5:6,22 10:19
  11:18 29:15 83:20
  92:6
mistake  52:19
  53:8 69:15
mistaken  23:15
mistreating  24:15
misunderstanding
  90:23
mm  19:4 49:1 58:4
  59:1 63:12 64:23
  69:21 71:9 73:21
  76:1 77:1,5 78:20
  79:13 81:20 89:21
  90:3,22

mmm  59:24
moment  17:17
  37:8 66:6 77:8
monday  2:12
money  50:21,23
  50:24
month  22:25
  69:16 73:2
months  23:3 26:9
  26:10 27:6 28:10
  46:21 69:19 88:18
morning  2:3 19:7
  20:1 21:4 85:4
mother  50:17 51:5
  51:6,11
motion  13:4
motives  84:10
move  6:13,22
  10:24 12:11,11
  13:14 17:6 21:1
  39:11 60:2 63:19
  71:19,20 81:15
  88:16 91:8,14,25
  92:2,22
moved  22:25
  80:11,16,22 90:9
moving  23:11 82:6
multiple  32:23
  49:3 67:3 86:9

**n**

n  94:1
name  2:7,12 4:2
  4:22 21:24,25
  55:6
names  24:20
nashville  23:2
  84:22
nationwide  38:2
navigate  89:12
neat  17:22

neatly  17:21
necessary  5:8 6:1
  74:20 91:12
neck  13:4
need  7:18,21,25
  8:16,19,22 17:12
  17:16 21:7 23:17
  25:9 39:6
needed  6:9 76:5,10
  84:6 88:1
needs  5:9 9:25
  10:2
negatively  84:11
neighborhood
  69:9
neither  7:12
nero  40:6 47:20
nervous  21:8
never  18:15 22:3,3
  22:4 24:12,13
  25:17,19,25 27:16
  27:16,17 28:1,1
  31:7 33:2,4,5,7
  37:24 38:14 41:11
  41:12,15 43:14,15
  43:16 46:12 48:2
  51:20,20,24,25
  58:2 82:22,23
  83:24,25 87:20
  88:9,12 89:2
new  22:1,14 23:4
  33:24 34:1,8,17,19
  34:21 36:19,23
  37:1,18 82:5
  85:15
Doe          3:15,15
  12:3,9,21 13:5,9
  13:13,20,24 14:6
  14:15 15:1,13,17
  16:3,7,20,25 17:8
  18:17,21 19:1,4,6

19:13,21 20:2,7,12
  20:24 21:16 22:20
  60:11,17,21 61:21
  62:25
night  19:25 20:5
  30:15 31:9 45:1
  62:21 65:14,23
  66:2 67:4 79:6,18
  84:22
nights  29:24 86:9
nightstand  30:10
nod  8:1,23
nontraditional
  22:18
nope  66:17
note  2:18 9:24
  35:23
notes  4:10 20:10
  41:5 57:21,23
  62:9 76:21
notice  92:20
noticed  22:16 56:8
  58:10,17,21
noticing  59:19
notified  36:15
notions  27:19
novelty  25:1
november  74:7
  84:18
number  18:12
  24:11
ny  94:14

**o**

o  94:1
obtaining  27:24
obvious  65:18
obviously  16:12
  56:23 57:2
occasions  25:23
  32:23

occur 19:20
occurred 21:14
  60:21
october 21:15,15
  23:16 24:3 27:9
  61:10 74:2 78:1
  88:11 94:16
odd 58:17 59:16
offer 84:15
offered 51:5 81:2
offering 43:2
office 4:19,24 12:9
  36:6,14 74:2,3
  93:16,20
officer 4:24
offices 18:2
oftentimes 76:22
oh 57:17 61:4 70:7
okay 2:11 3:10 4:4
  11:10 12:1,5 17:2
  17:5,25 18:18,24
  19:10,17,23 20:4,8
  20:25 34:13,25
  35:13,16 36:17
  37:2,3,7 40:19
  42:7,24 47:3,18
  50:8 51:3 52:2
  53:17 54:18 55:14
  56:2,3,3 57:19
  59:10 60:5 62:3
  62:15,20 63:4,8,10
  63:18,21 64:2,10
  66:12,19,24 67:5
  68:1 71:6,14 75:8
  75:14 76:15 78:12
  78:24 79:4 80:4,7
  81:1,8,12 82:6,15
  90:13 91:7,15
  93:5,6,9
old 46:21 69:16
  94:12

older 22:19
once 9:9,15 26:22
  92:23
ones 58:25
open 16:19 21:25
  30:22 45:2 64:13
opened 14:17 15:4
  15:17
opening 82:16
openly 27:14
opinion 69:20 75:3
opinions 27:20
opportunity 6:18
  6:24 7:4,12 8:1,9
  8:25 9:6,8,11,17
  9:19 11:23 12:13
  12:16,18 33:12
  53:24 64:11,12
  65:25 68:3 71:15
  73:3 77:17 82:9
  90:8,9,19
opposed 76:15
option 7:8 8:5
order 28:13 88:15
organized 23:9
originated 82:25
other's 86:9
outcome 5:13 6:14
  6:15 92:20,24
  93:12,15
outside 14:11
  57:20 75:15,18
  89:17
overall 84:13
overhead 16:23

**p**

p.m. 55:3
packet 43:24
page 10:24 11:2,16
  29:19,24 39:16
  40:21,23 41:3

42:13 49:14 51:4
  51:14,15 54:14
  55:13 65:10 70:7
  70:7,17,19,19
  89:23
paid 43:14 50:17
  50:21 51:6,11,20
  51:24
painful 88:22
panel 2:5 3:5 5:11
  5:15,21 6:2,7,13
  7:11,21 8:8,18 9:1
  9:2,4,6,7,10,21
  10:13 12:17,20,24
  16:15 21:2 24:19
  27:21 29:13 32:3
  32:11 33:23 34:1
  34:12,18,22 35:3,4
  36:19 38:13 39:11
  40:4 52:3 53:18
  53:19 54:10,11,19
  55:5 56:5 60:1
  63:21 64:11,14
  71:12 79:5 81:24
  82:2 83:17 89:8
  89:15 92:1,7,13,16
  93:22
panels 82:11
panel's 90:8
paragraph 40:24
  51:16,17
park 86:6
part 11:4,11 14:24
  20:11,15 25:21
  26:14 27:4 29:11
  66:21 76:20 78:6
participants 4:13
  10:10 55:23
participate 89:10
participating 3:21

participation
  36:11 93:21
particular 7:6 8:3
  56:20
particularly 21:18
parties 5:7 12:19
  65:25 93:21
partnership 84:17
parts 21:7 40:20
partway 16:19
party 11:22 12:12
  65:13,15,17,19
  77:22 82:7
pass 7:15
passing 40:24
pause 18:3 36:16
  50:7 54:24 64:5
  91:12,17
paused 46:17
pay 43:2,11 51:2,5
  51:22
pending 28:14
people 26:15,16
  52:16 57:2,7
  76:22
perceived 25:6
perceiving 43:22
percent 28:6
perfect 85:24
permit 24:17
permitted 4:7,12
  89:16
person 3:23 18:25
  48:3 59:21 90:17
personal 27:3 29:6
  29:7 38:15 84:2,6
personalities 25:3
personality 25:11
personally 27:4
  60:16,20

John 43:1 61:5
65:21 67:10,18,19
67:24 68:17,18,18
John 1:13 2:5,8
2:10 3:11,12,12
6:5,18,19,23 7:11
7:13,18 8:1,5,9,17
8:24 9:8,11,17
10:15,19 11:9,14
11:20 12:6,7
14:13,23 15:15,16
15:24 17:6,9,13,16
17:20 18:10,13,15
18:25 19:11,16,24
21:2,4 32:12,16
33:10,15 34:4,13
34:24 37:3,6,7,20
39:10,12,13 40:2
40:14,18 41:5,9,21
41:24 42:14,19
43:4 44:2,11,22,25
45:17,23 46:8,19
47:19 48:21 49:7
49:15 50:20 51:6
51:10,19 52:4,8
53:20 54:8,11,14
54:17 60:2,3,5,10
60:15,19,24 61:8
61:12,15,21 62:3
62:15,20,23 63:4,8
63:11 66:6 71:21
71:23 72:3,8 73:5
73:10,14,21 74:11
74:14 75:8,14,20
76:1,5,9,13 77:1,5
77:13,16,24 78:6
78:12,21,24 79:3
79:13,16 80:4,7,9
80:15,21 81:1,8,12
82:14,15 89:21,24
90:4,12,20,23 91:2

92:10,15 93:6,11
John 19:18,24
20:22
John 74:25
phone 19:8 36:13
44:25 45:7,12,14
91:22
phones 2:22,25 3:1
photo 80:12
photograph 75:18
photographs 30:3
physical 18:14
25:20 30:1,2
59:15 60:16 62:25
82:24 83:11 87:22
physically 26:1
physician 22:22
pick 19:7 21:24
31:22 36:8 79:15
picked 40:5
picture 30:11 31:1
70:12 80:18 85:1
pictures 19:24
42:10 70:4,24
81:3 86:20
picture's 49:11
piece 36:18 66:5
pieces 30:14
place 5:24 20:21
24:25 43:6 73:24
84:3
placed 6:19 10:14
61:16
places 35:13
plagued 84:16
plan 24:5 86:24
planned 84:21
planning 52:13
plans 21:23 27:23
27:24

please 2:18,24 3:4
3:25 4:6,21 7:19
7:23 8:16,21 9:25
10:5,19 55:18
66:21
pocket 50:22
point 9:25 14:3
15:22 20:17 29:19
32:2 46:25 60:2
76:11 77:7 88:1
91:24
points 2:17 9:21
82:10,17 84:8
polices 55:25
policies 10:12
policy 3:23 5:22
10:19 11:18 29:3
76:16 83:20 92:6
92:11,15
poorly 88:5
portion 12:11,12
18:9 56:4 89:20
90:7,10 92:1
position 6:25 81:5
81:7
possible 17:21
58:5 93:2
possibly 27:2
potentially 44:20
pound 40:6 45:22
83:12
pounds 31:23
45:24
power 49:18
practice 21:25
pre 54:21
precautions 33:1
preconceived
27:18
prehearing 9:5

prejudicial 77:12
prepare 82:15
prepared 21:6
preponderance
92:8,10
prescribed 10:8
55:21
present 3:24 6:25
7:2,5 8:2,25 11:23
12:1,13,16 34:19
93:21
presentation 21:3
37:5
presented 6:4 9:15
10:3 36:20 55:17
82:4 92:3,8
presenting 34:17
pressure 24:25
previous 24:20
92:14
prior 22:9 24:14
74:4 80:11 81:25
private 21:14 84:1
privy 73:23
pro 88:23
problem 38:2
52:22,22 53:15
88:10
problems 88:18
procedural 90:16
procedure 90:17
90:21
procedures 5:7
10:9 55:22
proceed 36:9
proceeding 5:18
39:2
proceedings 2:18
4:10,14 5:6 10:11
26:5 38:22 55:23
94:5

Connor Reporting
A Veritext Company
www.veritext.com
CONFIDENTIAL
800-554-3376
IU_0992

**process** 4:7 21:5
24:17 26:2,13,25
28:7,24 29:4 38:7
77:10 81:10 83:25
88:23 92:19 93:18
**processing** 52:5
**professional** 89:12
**prohibited** 28:21
**promise** 85:23
**pronouncing** 2:6
**property** 2:21
43:3
**proposed** 85:22
**protect** 38:9 39:6
**proud** 25:12
**provide** 24:18
39:7 72:15 84:8
84:14 89:14 93:17
**provided** 6:6 7:17
24:19 29:10,16
30:3,11 31:2 32:5
32:17 38:10 39:14
49:11 51:9,25
70:3,24 72:9
75:17 78:4 83:21
84:9 86:17,18,20
86:21 87:1,3,6,8
87:14,18,24 89:9
**provides** 10:6
55:19
**providing** 29:6
**public** 57:5
**pull** 2:24
**punched** 31:3
84:19,24
**punching** 49:16,22
**puppy** 40:7 46:21
83:12
**purpose** 5:20 7:2
11:25

**pushed** 16:7 25:17
58:15 61:23 62:5
62:10
**pushing** 30:6 83:4
**put** 47:20 49:4
65:25 66:16 75:7
76:19 77:7,10
**puzzled** 46:14

**q**

**qualities** 25:10
**quarrels** 85:20
**question** 7:22 8:20
16:1 18:12 20:21
29:13 30:15 31:4
39:22 42:9 49:2
54:13 62:24 64:14
64:20 66:10,22
68:7 69:4 70:20
72:12 77:14 78:3
79:4,16,25 80:16
81:13,17 83:15
90:2
**questioned** 9:10
**questioning** 9:3
54:21
**questions** 5:7 7:12
7:13,15,16,19,20
7:23 8:9,9,11,14
8:16,18,21 9:1,9
9:12,16 12:17,19
12:24 14:19 16:14
17:3,4,6,9,10
18:10 21:1 39:7
39:11,15 42:25
43:21 47:5,22
52:3 53:16,19
54:7,9,10 56:5
57:9 59:25 60:2,4
63:14 64:12,13
71:11,15,21 81:16
89:17,20 90:7,8,9

90:11,19 91:4,6
93:19
**quickly** 53:25
**quite** 44:9
**quote** 46:16 56:10

**r**

**r** 94:1
**raise** 82:22
**ran** 43:25 45:16
49:18
**range** 13:3
**rationale** 64:17
**reached** 45:13
51:22 88:13
**reaction** 88:20
**read** 10:16 21:7
55:15 78:3 82:17
**reading** 2:17
37:17 48:18
**ready** 36:9
**real** 38:5 91:17
**reality** 84:16
**realization** 34:7
**realize** 38:4 51:4
**realized** 88:13
**really** 49:7 53:10
57:25 58:2 63:6
**realm** 22:4
**reason** 37:16
44:14 56:20 63:24
69:18 75:6
**reasons** 65:18
**recall** 19:23 57:16
57:19 58:24 59:18
**recalling** 42:12
**receive** 72:6 73:4
**received** 61:22
71:18 72:16,17
81:24 91:11
**recollection** 16:18
33:23

**recommendation**
28:8 86:12
**record** 2:20 3:4
4:1 51:19 54:14
81:18 84:7 89:16
91:1,2 94:5
**recorded** 2:19
7:24 8:22
**recording** 2:2,19
10:1 18:3,7,23
35:17,20 36:18
54:4,24 55:3,6
64:5 91:17 93:25
**records** 20:14
71:24,25 72:2,9,11
**redacted** 32:10
36:25 76:4,6,10
81:23 82:2
**referencing** 11:2
**referring** 50:6
79:10
**reflected** 71:25
**regard** 36:25
66:15 67:14
**regarding** 6:14
9:12 10:14 77:14
85:5
**regional** 28:17
**regular** 15:8
**reimbursed** 51:7
**reiterate** 81:22
**relationship** 20:23
21:9,14,18 23:5,11
23:18,19,25 24:5
24:23,24 26:15,21
27:3 31:12 38:16
43:10 48:8 53:7,8
61:1 75:5 78:16
82:22 84:14 85:13
87:7 88:2,5,14
89:2,6

**relationships**
 24:14
**relevant** 6:5 7:6,17
 8:3,14 33:13
 38:12 65:18 67:2
 67:10 72:14 76:25
 77:7,9,11
**reluctant** 74:23
**remark** 9:18
**remarks** 6:23 7:1
 9:20 11:23,24
 82:8,10
**remember** 13:6,19
 14:3 15:20 16:4,9
 19:7 41:8 42:15
 42:21 45:17 57:14
 58:12,13,22,23
 59:5,15 61:25
 62:7 63:2,6 67:22
 68:25 70:21 74:23
 75:1 79:21,22,24
 80:24
**remembered**
 31:16
**remembering**
 69:15
**remembers** 40:4
**remembrance**
 40:3
**reminded** 93:12
**removal** 4:16
**removed** 26:8
**render** 92:7
**repairs** 80:10
**repeat** 13:23 15:11
**report** 5:25 6:3 7:7
 7:10 8:4,7 9:7,13
 9:22 10:25 12:14
 12:22,25 13:15
 18:19,20 20:9,11
 26:10 28:11 29:20

 39:17 40:21 50:15
 70:19 73:11,15
 76:4,6,14,19 82:12
 92:12
**reported** 24:8 74:1
 74:2
**reporting** 73:25
**representative**
 4:18
**request** 54:10 72:6
 72:23 73:2 75:10
 75:10 86:11
**require** 46:25
**required** 7:20 8:17
**residence** 3:9
**resource** 45:10
**resources** 28:22
**respect** 67:19
 81:10
**respectful** 28:23
**respond** 6:18 33:2
 33:8 37:25 45:14
 66:7 77:17 89:25
**responded** 27:16
 38:7 79:18
**respondent** 2:24
 3:11 7:21 8:10,12
 18:13 36:20,24
 64:22 65:7,10
 68:13 82:4
**responding** 77:22
**response** 7:7,25
 8:4,22 9:22 12:14
 38:8 72:4 73:4
 75:13 82:11
**responsibilities**
 5:23 10:18 92:5
**responsible** 6:20
 6:21 10:21,21
 11:7,8,9,12,13,14
 11:19,20 83:19

**rest** 52:25 85:23
 86:8
**restate** 9:19 82:9
 90:25
**restricted** 61:13
**restrictions** 61:16
**result** 81:3
**resulted** 83:2
**resulting** 30:1
**results** 74:15
**retain** 63:22
**retaliate** 27:17
**retrieve** 39:24
 54:25
**retrieved** 13:19
 14:2 39:20 40:12
 40:14
**return** 35:24
 36:15 45:10 71:18
**returned** 36:6
 41:19 50:12 54:5
 63:17 91:11,14,20
 91:21
**returns** 36:13
**reveal** 87:15
**revealed** 32:6,18
**revealing** 57:1,5
 84:1
**review** 6:3 9:7
 21:12 82:18,20
 92:3,19
**rhetoric** 25:14
**right** 2:7 3:21 13:8
 13:12 14:9 15:3
 17:24 18:8 33:4
 35:19 44:6 49:20
 53:17,21 54:3,6,22
 55:2 58:3 60:1
 61:8 63:16 64:4,8
 64:21 65:19 66:3

 67:11 68:5 71:5,6
 78:17 80:2,20
 81:14 90:6 91:19
 93:24
**rights** 5:23 10:17
 92:5
**ring** 85:23
**rings** 21:24
**road** 94:12
**robert** 3:6,6 14:20
 15:11,14,23 16:16
 16:23 17:2 43:1
 43:20 44:9,16,23
 45:15,20 46:6,14
 47:3 52:4 53:16
 54:12,18 58:5,9,24
 59:2,5,8 62:9,13
 63:10,24 68:23
 69:6,21 70:1,6,9
 71:1,6,10,13 79:24
 81:17,21
**role** 4:6 5:2,15 6:7
**roles** 5:16
**roller** 86:19
**romantic** 85:7
**rooftop** 85:21
**room** 4:17 13:2
 14:22 36:16 40:9
 41:2,14 44:20,21
 67:9 69:5,6,18
**root** 89:4
**route** 22:18
**rules** 5:18
**run** 53:22
**running** 44:2

**s**

**sacrifice** 25:8
**safety** 32:25 87:21
 88:10
**sake** 16:17

[sanction - statement]                                      Page 17

sanction  5:25
sanctions  92:16,17
sarah  34:10
saw  16:11 41:5,11
  41:12,12,15 45:11
  46:5,8,11,13 58:6
  83:24
saying  34:18 62:8
  72:19,23 73:3
  74:23 78:13,14
  79:21,23
says  41:5 65:13,15
  65:17,21 67:6
scan  13:3,11
schedule  21:23
school  2:14 3:6
  22:8,18 23:13,22
  24:9,12 25:1 28:8
  28:12,23,25 32:22
  33:5 38:7 51:2
  52:17 74:1 76:18
  86:13 89:13,14
schooling  21:20
schools  38:3
science  3:7
script  2:17
second  65:19
  75:10 76:8 85:13
secondhand  69:11
section  11:6,12
see  16:19 18:25
  29:14 36:5 40:22
  41:6 45:2,3 46:6,9
  47:18,22 49:25
  54:1 56:10 57:2
  63:24 71:7 76:11
  81:2 85:2 86:22
seeing  41:8 42:22
  85:6
seen  30:25 32:11
  56:23 57:7 68:14

75:15
self  25:7,7
sell  50:25
senior  2:13
sense  22:21 53:12
  53:13 75:2,4
sent  34:5 92:24
sentence  37:21
separate  65:15
  83:1
september  23:16
sequence  51:13
series  47:5
serious  32:6,19
  33:8 38:1,20,21
  88:24
seriously  29:4
services  23:21
serving  2:15 3:3
  4:19
set  23:19
sexual  3:22 5:6,22
  10:19 11:18 83:20
  92:6
shake  7:25 8:23
share  41:22 42:11
  57:20
shared  9:13,23
  34:12 67:14 70:2
  82:13
she's  40:3 50:5,5
  53:23 69:15 79:9
shoes  84:3
shootings  38:3
short  61:18
shorter  82:16
shortly  24:6
shoulder  65:8
shoved  15:10,18
show  2:25 44:7
  52:9 70:15 86:16

showed  84:9
showing  87:17
shut  14:14 15:8,9
  16:8
side  65:20 74:25
  75:7
sides  58:14 62:19
sight  84:19
signaled  78:16
signature  94:8
significant  27:4
  49:17 65:12
similar  39:15,22
  75:5
sitting  56:21
situation  68:10
six  26:10 46:21
  51:18,18
skip  38:23
slights  25:6
small  31:24 40:8
sneak  44:4
social  57:6
sole  2:20
solidifying  22:5
solutions  94:11
somebody  46:17
  57:9 58:15 65:21
  67:6 69:16 74:21
sonya  94:3
soon  23:5 93:2,5
sorry  13:22 19:6
  38:23 53:18 59:7
  64:15 70:9 89:18
  90:12,20
sort  28:3 43:9
  46:24 78:14
soul  23:6
sounded  51:11
space  31:24

speak  36:2 60:6,10
  74:9,12,16 75:11
  79:3
speaking  23:22
speaks  73:20
specific  57:16
  65:24 67:15 86:17
  91:6
specifically  57:14
  64:15,18,22 65:2
speed  49:18
spend  85:9,16
spending  23:1
  86:9
spent  43:5 52:11
  52:25 86:8
spoke  52:12,17
  63:5 68:12 78:19
spoken  48:1 62:21
spratt  93:13
spread  88:21
spreading  27:13
squirming  31:24
  46:20,23 83:12
staff  36:14
stage  76:23
stance  84:24
standing  15:7
start  3:5 11:3 12:2
  18:12 23:8 82:13
started  22:21
starting  2:1 18:6
  22:6 35:20 52:13
  54:4 55:2
state  7:8 8:6 10:13
  11:25 55:6,25
stated  50:14 51:4
  68:11 90:15
statement  21:6
  33:4,12,13,17,20
  33:24 34:3,21

35:11 36:21,25
47:7,9,15 48:19,19
55:11,15 69:23
**statements** 41:8
81:15 82:7 91:8
**stating** 90:16,18
**status** 35:24 36:3
**statute** 10:13 56:1
**stay** 19:18 20:22
**staying** 20:22
**std** 29:8
**steps** 47:14 74:12
**stock** 50:25
**stood** 14:3
**stop** 10:1 35:17
47:10 66:22
**stopped** 78:1
**stopping** 93:25
**stories** 66:1
**story** 49:24 65:2
65:20 67:20
**straight** 13:5
**strategy** 89:12
**street** 85:6
**stress** 21:22 23:12
25:2 87:1
**stressful** 21:5
24:24,25 26:3
**strike** 30:5
**striking** 65:7
**strong** 84:14
**struck** 30:4,18
31:5 44:5 68:16
**struggled** 26:13
**stubborn** 25:3
**student** 2:14 3:9
3:21 4:19,24 5:22
10:17 28:5 43:12
87:12 92:5 93:16
93:20

**students** 22:14,17
24:8 27:18 93:14
**studied** 28:12,18
**studies** 22:16
**study** 27:11 28:16
**studying** 22:22
**stumble** 41:11,15
46:8,12
**stumbled** 41:25
42:14
**stumbling** 41:6
47:5
**subject** 10:7 23:20
55:20
**submit** 93:15
**submitted** 8:13
17:7 18:10 87:10
**suffered** 73:6
**sufficient** 88:2
**suite** 94:13
**summarize** 9:21
82:10
**summary** 9:18
81:15 82:7,8 91:8
**summer** 23:10
52:11,25 69:11
85:16 86:8
**summon** 20:5 80:6
**sunday** 78:18
**support** 3:23 4:8
30:4 83:18 84:14
87:3
**supposed** 29:1
**supposedly** 43:24
43:25
**sure** 2:6 17:23
18:23 19:21 33:11
33:13 34:9,15
37:14 40:2 41:17
42:19 48:13 49:11
50:16 53:23,24

56:15 58:9 64:19
74:20 89:23 90:15
90:18 91:13 93:3
**surrounding**
86:20
**suspect** 69:17
**suspicious** 87:6
**swim** 63:1

**t**

**t** 94:1,1
**take** 10:2 17:19,24
18:1 35:5,7,10,14
37:8 44:17 53:13
72:20 74:11,24
77:11 78:25 91:12
**taken** 5:23 22:17
29:3 43:17 70:16
75:6 80:12,18,19
82:18 83:22
**takes** 45:21 55:10
**talked** 33:18 37:17
38:24 57:24 89:19
**talking** 14:21
16:24 27:14 33:19
33:20,22 42:16
47:6,8 78:1
**tell** 59:4,6 69:13
75:20
**telling** 34:17 84:25
**tempestuous**
21:17
**terms** 16:5 42:9
55:16 59:15
**test** 29:5 48:14,17
79:1
**testimony** 69:8,16
**testing** 29:9
**text** 10:25 78:3
87:9,14
**texted** 50:4

**thank** 3:2,2,2,13
3:16 4:4 11:21
12:5,10,23 16:13
17:2 20:20 35:20
37:19 39:9,10
54:18 55:9 58:3
59:23 63:11 64:2
66:13 70:9 71:10
81:13 91:7 93:20
93:23
**thanksgiving** 23:2
84:22
**that's** 11:1 13:6,25
14:11 15:6,9,18
16:12,24 30:15
32:14 34:2,16
37:9 40:3 42:7
43:18 45:11 46:5
51:12 59:8,8,9
62:7,18,18 63:8
65:15,23 66:4
71:1 73:23 76:16
78:4 79:20 81:12
93:7
**theories** 26:18,20
**therapist** 23:23,24
24:4 29:11 86:22
89:1
**therapy** 89:1
**there's** 17:9 19:14
29:24 34:19 57:22
70:11 78:4 82:19
**they're** 20:3 76:25
**thigh** 43:25 44:6
49:4,20
**thing** 25:15 52:6
61:2 68:25 81:18
**things** 15:12 31:14
35:23 48:8 53:14
59:16 68:10 76:24
77:11

**think** 19:1 37:21
42:9 44:5 46:24
47:1,1 49:17 53:6
56:24,25 57:4,9
59:17 60:1 65:21
65:24 66:4 67:2,8
67:10,22,23 72:12
72:23 73:1,19
74:3,7 75:1 77:16
78:10 79:10,16
80:2 81:21 93:7
**thought** 22:1
30:22 38:12 43:16
48:7 49:8 56:13
61:4 79:25
**threat** 88:10
**three** 26:9 51:18
58:23 88:18
**threw** 25:24 30:7
30:9 65:9 85:19
**throw** 83:5
**ticket** 27:25
**time** 3:20 4:6 5:2
6:25 11:22 12:4
12:19 13:4,23
14:8 18:4 21:1,16
22:6 24:25 25:24
31:11,23 32:8,20
33:21 43:5 44:6
44:12 46:3 54:7
63:13,22 67:1
69:13 72:21,25
73:16 74:18 76:8
78:5,11,19 82:7,18
86:7 89:17 90:2
90:10 91:5,5
92:18
**timeline** 13:16
16:5 87:6
**times** 23:12 25:21
26:6 30:6 36:5

40:20 49:4 67:3
88:6
**timestamps** 70:15
**tina** 50:4 91:11
**title** 60:6,11
**today** 2:18,23 3:20
4:6,25 5:2,9 6:6
7:3 9:14,23,25
10:3 12:1 21:12
24:8 29:13 55:18
60:13 67:14,21,23
68:11 81:25 82:4
82:13,21 87:10
92:9,21
**today's** 2:18 4:13
93:12
**told** 18:15 21:8
28:15 31:11,13
32:21 40:4 52:15
52:18 53:3 57:23
61:21 62:4 67:21
67:25 68:16 71:25
79:5,6,8
**tonight** 93:3
**tools** 89:5
**top** 65:11
**totally** 45:9
**touch** 74:4,6
**touched** 25:17
**toxic** 24:2
**track** 20:14 49:16
**traffic** 27:25 72:21
**training** 89:10
**transcript** 94:4
**translate** 17:13
**travel** 85:16
███████ 28:4
**treated** 81:9
**tremendous** 88:25
**trial** 5:15

**tried** 30:20 31:18
48:24 80:17,22
83:9
**trip** 23:9 56:16,16
61:3,13 84:21
85:20
**trips** 52:13
**trouble** 28:1
**true** 10:4 44:1
55:18 94:4
**truly** 22:4 91:13
**try** 53:9
**trying** 31:25 48:14
48:17 49:19 52:19
67:21,22 70:6
71:1 75:1 83:12
**turn** 13:7,11
**turned** 2:23 3:1
**twice** 72:13 83:4
**two** 21:19 23:2
26:15,16 29:24
30:5 45:25 51:18
56:18 58:11 65:12
66:18 70:16 80:3
83:1 85:15,25
86:3
**typically** 54:7

**u**

**u** 77:19
**ua** 11:18
**uh** 76:12
**unable** 26:7
**unappealing** 25:10
**uncomfort** 48:4
**uncommon** 77:20
**undergraduate**
22:15
**undermines** 38:19
**underneath** 49:5,9
49:19,21

**understand** 4:6
26:15 29:21 39:1
39:25 41:7 47:13
47:14,22 48:13
53:9 64:20 65:11
89:5
**understanding**
13:17 60:25
**understood** 52:21
**undisputed** 29:20
83:6
**unhealthy** 24:1
88:4,15 89:3
**universities** 77:20
**university** 2:21
3:22 10:2,8,12,14
29:3 32:5,17 33:7
37:24 55:17,22,25
75:24 76:16
**university's** 86:13
**unkind** 31:14
**unleashed** 46:19
47:11
**unlocked** 14:22
31:19
**unquote** 46:16
**unredacted** 32:6
32:18
**uproot** 28:15
**ups** 84:16
**upsetting** 26:6
**usually** 45:21
**utilizing** 28:21
36:7
**utmost** 32:25 39:4

**v**

**vague** 67:3,7
**vase** 65:9
**verbal** 7:25 8:22
18:14 87:22

**verbatim** 2:20
**verify** 29:9 91:13
**veritext** 94:11
**version** 29:9,23
  82:16 84:15
**viewing** 84:12
**violate** 92:11
**violated** 29:2
**violation** 6:21
  10:22 83:19
**violations** 5:21
  92:14
**violence** 11:18
  25:20
**violent** 26:1
**voice** 87:1
**voicemail** 36:8
**volunteered** 77:4
**vote** 5:12

**w**

**wait** 13:9
**waiting** 54:23
**walk** 56:12 57:12
**walked** 31:15
  39:17 46:1,2
  47:19
**walking** 31:24
  39:24 40:8,8,17
  45:18
**wall** 30:14 84:19
  84:24 85:1,3
**want** 2:6 17:13
  18:22 20:13,17,18
  25:15 33:10,11,12
  33:25 34:14,21,23
  35:23 36:2 37:7
  37:14 39:5 42:2,2
  44:17 47:11,13,14
  48:2 50:15 61:19
  65:11 72:18 88:16
  89:18,22 90:14,18

93:3
**wanted** 20:15
  31:21,22 34:9
  84:25
**wants** 27:1
**wardrobe** 61:13
**wasn't** 22:16
  39:19 48:21 49:25
  51:8 52:22 53:1,8
  53:14 74:19
**water** 56:19
**way** 8:11 13:14
  26:1 27:8 30:25
  34:2,19 38:6 42:1
  45:8 67:24 68:17
  68:19
**ways** 25:13
**wear** 61:19,20
**wearing** 57:1
  61:18
**wears** 57:4
**weddings** 52:13
**week** 24:7 52:23
  53:11 84:21 85:7
  85:21 86:5
**weekend** 34:4
**weeks** 22:13 85:15
**weighed** 31:23
**welcome** 3:19 4:5
  5:1
**wende** 2:3,9,11,13
  3:10,13,16,19 4:4
  5:1 11:2,3,6,11,17
  11:21 12:5,10,23
  13:22 16:14 17:5
  17:12,15,18,22
  18:8,18,22 19:3,5
  19:10,14,17,23
  20:4,8,20,25 33:10
  33:16 34:16,25
  35:7,22 36:17

37:4 39:10 47:4
  48:16 49:1 50:13
  51:3,8,15,17 52:2
  53:17 54:6,19
  55:10,14 56:3
  59:10,12,25 63:13
  63:18,21 64:2,10
  64:21,24 65:6
  66:3,8,11,13,17,24
  67:5,11 68:4,6,9
  68:20 70:17 71:11
  71:14,20 79:22
  81:14,20 82:1
  89:18,22 90:3,6,14
  90:22,25 91:7,15
  91:24 93:9,11
**went** 13:2,5,10
  15:19,19 33:17
  42:4 44:4,24 45:1
  48:4 49:21 79:5,8
  79:18
**weren't** 44:18
**west** 28:17
**we'll** 3:5,10,17
  11:3 12:23 17:12
  17:19,19 18:1
  21:1 35:12 39:11
  56:4 60:2 64:13
  82:13 91:8,25
**we're** 10:24 14:21
  18:1,6 81:15 82:6
  89:23 92:22 93:1
  93:4
**whims** 23:20
**whispering** 4:11
**who's** 40:6 90:17
**willfully** 10:6
  55:19
**willing** 39:6 78:25
  89:10

**window** 75:19
**wish** 7:22 8:20
  9:21 12:3 82:11
**witness** 9:10 17:11
  50:6,12 55:4 56:5
  60:3,20 63:23
  74:20
**witnessed** 60:16
**witnesses** 9:2,4,9
  24:18 54:20 83:14
**woman** 31:10
**women** 20:16
  24:11
**won't** 29:18
**wooden** 16:1
  42:18
**word** 69:7,12,19
  71:18 91:11
**words** 25:14 48:14
  48:17 69:15
**worked** 26:4 37:12
  51:1 76:17 90:21
**working** 24:3 74:4
  88:25
**worried** 48:1,5
**worth** 85:13
**wouldn't** 46:17
**write** 7:15,19 8:16
**writing** 4:10 6:16
  8:13 17:7
**written** 11:1 72:24
  93:16

**y**

**yeah** 13:6,24 14:8
  15:10,13,17,20
  16:3,9,22,24 17:1
  20:18,24 35:7
  41:21 42:19 47:13
  62:12,12,17 67:12
  68:8 69:3 70:1,2,8
  71:7,8,13 72:2

[yeah - '19]

76:9 77:15 78:10
78:23 80:8 93:7
93:10
**year**  21:8 23:4
 43:8
**years**  21:19 26:4
 52:20
**yep**  17:18 35:15
**york**  85:15
**yost**  3:6,6 14:20
 15:11,14,23 16:16
 16:23 17:2 43:1
 43:20 44:9,16,23
 45:15,20 46:6,14
 47:3 52:4 53:16
 54:12,18 58:5,9,24
 59:2,5,8 62:9,13
 63:10,24 68:23
 69:6,21 70:1,6,9
 71:1,6,10,13 79:24
 81:17,21
**you'd**  72:17
**you're**  16:24
 18:23 33:20,22,24
 34:15,17 42:16
 44:16 46:15 47:7
 48:14 67:17 71:22
 90:16,18
**you've**  39:13

**z**

██████  72:19,20
 73:1 86:6

**,**

**'18**  69:11 74:2
**'19**  69:10

Connor Reporting
A Veritext Company