EXHIBIT 2034

Date: 5/20/2019

Coordinator: ~~Sara Dickey~~ Kelly Freiberger

| Listed Charge | Responsible | Not Responsible |
|---|---|---|
| Part II: H.20(e) | 3 | 0 |
| Part II: H.21(c) | ~~2~~ 1 | ~~1~~ 2 |
| UA-03: Dating Violence | 3 | 0 |

| Listed Charge | Rationale for Finding (Note how the information was weighted and support the finding, using the preponderance standard) |
|---|---|
| Part II: H.20(e) | see attached sheet |
| Part II: H.21(c) | |
| UA-03: Dating Violence | |

| Sanction Type | Vote | Notes |
|---|---|---|
| Reprimand | 0 | |
| Probation | 0 | |
| Suspension | 3 | 1 year |
| Expulsion | 0 | |

7

CONFIDENTIAL

IU_0472

| Educational Outcomes |
|---|
| see sheet |

| Sanction | Rationale for Sanction |
|---|---|
| | (Note how the information was weighted and support the sanction) |
| | |
| | |
| | |

Commission Members

Chair: <u>Wende' Ferguson</u>   *Wende Egn* (signature)

Member: <u>Robert Yost</u>   (signature)

Member: <u>Jose Magallon</u>   *Jose Magallon* (signature)

8

CONFIDENTIAL                                                                                   IU_0473

Office of Student Conduct – IUPUI
Sexual Misconduct Hearing Deliberation Worksheet

Date: 5/20/19
Hearing Panel Chair: Wende' Ferguson
Hearing Panel Member: Robert Yost
Hearing Panel Member: Jose Magallon

**Listed Charge(s):**
The Code of Student Rights, Responsibilities, and Conduct:

Part II, H 20 Physical abuse of any person, including the following:
   e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03.
Part II, H 21 Verbal abuse of another person, including the following:
   c. Verbal abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03.

**Indiana University Sexual Misconduct Policy, UA-03:**

**Sexual misconduct:** includes sexual harassment, sexual assault, other forms of sexual violence, dating violence, domestic violence, sexual exploitation and stalking. For purposes of this policy, sex or gender based discrimination is considered sexual misconduct.

**Dating violence:** violence or the threat of violence committed by any person who is or has been in a relationship of a romantic or intimate nature. The existence of such a relationship will be determined based on a consideration of the length of the relationship, the type of relationship, and the frequency of interactions between the persons involved in the relationship.

**Review specific allegations and relevant policy definitions contained in Final Investigation Report**

**Rationale:**

What information did the panel consider to determine whether or not dating violence occurred as alleged?
- The material facts not in dispute + R agreed they were not in dispute
- Photo of bruise on C's back is not disputed and timestamp corresponds w/alleged incident at the C's father's house.
- It would take more force than a "bump" or "collision" to damage the doorframe in the way pictured (p.19) + p.20 of report
- Messages to R's mom from C + timestamps of those messages also correspond.
- R did not dispute breaking the lock to enter bathroom in his apartment during argument
- Verbal exchange and "swatting" of cup at Brother's not disputed by R w/ C (p.156 in App.)

What information did the panel find to be most credible regarding whether or not dating violence occurred as alleged?
R did not dispute many of the pieces of information that the panel weighed most heavily (above).

<u>Office of Student Conduct – IUPUI</u>
**Sexual Misconduct Hearing Deliberation Worksheet**

_____

_____

_____

_____

Finding for (CHARGE):   (**RESPONSIBLE**)   NO FINDING
                          H20 (e)

Additional rationale/credibility determination/weighing of evidence: (verbal)

- During an argument, John made "unkind" comments about Jane's appearance (pg. 157 in App.). Jane noted this was a "common practice with John." (p. 152 in App.) John described their relationship as "toxic" and ~~Emily, as~~ (in the hearing, pg. 155 in App.) "Erratic."
- The bathroom argument abt Jane's ex where John broke the knob to enter
- John did not dispute going over to Jane's table and telling ~~another~~ the man that Jane was using him. @ Brother's

**Sanction (if applicable):**

Standing Sanction: __1 yr Suspension__

Educational Outcomes: _____

Mental Health Assessment - Interpersonal Relationships

Integrity Seminar completion followed by review ~~of~~ American Medical Association Code of Medical Ethics in relation to intimate relationships with a follow-up conversation with Johnny Bryor, AVC DOSA + NCO

Rationale for sanction:
- To separate John from Jane's yr in medical school.
- John described his relationship w/ Jane as different from his other relationships. The intent of the educational outcomes is to address how this relationship was different and to give John the skills to prevent this in the future.