# Indiana University 2019-2020
IUPUI

Doe, John
Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

## BIOGRAPHIC INFORMATION

### PROFILE

| | | | |
|---|---|---|---|
| Title: | — | Materials Under Another Name: | No |
| First Name: | John | Alternate First Name: | — |
| Middle Name: | | Alternate Middle Name: | — |
| Last Name: | Doe | Alternate Last Name: | — |
| Suffix: | — | Preferred First Name: | — |
| Gender or Sex: | MALE | Preferred Middle Name: | — |

**EXHIBIT 2048**

### BIRTH INFORMATION

| | |
|---|---|
| Date of Birth: | ■ |
| City: | ■ |
| County: | ■ |
| State: | ■ |
| Country: | United States |

### CONTACT INFORMATION

| | | | |
|---|---|---|---|
| Address Type: | Current | Address Type: | Permanent |
| Address: | ■ | Address: | ■ |
| County: | Marion County | County: | |
| Country: | United States | Country: | United States |
| Valid Until Date: | | | |
| Phone: | ■   Type: Mobile | | |
| Email: | John Doe    gmail.com   Type: Home | | |

### CITIZENSHIP STATUS AND RESIDENCY INFORMATION

#### CITIZENSHIP STATUS

| | | | |
|---|---|---|---|
| Citizenship Status: | U.S. Citizen | State of Residence: | ■ |
| Country of Citizenship: | United States | County of Residence: | ■ |
| Other Citizenship: | — | Length of Residence: | 3-5 years |
| Length of stay in US: | — | | |

### RACE/ETHNICITY

| | |
|---|---|
| Do you consider yourself to be of Hispanic/Latino origin? | American Indian or Alaska Native — |
| Answer: | Asian — |
| | Black or African American — |
| | Native Hawaiian or other Pacific Islander — |
| | White — |

### OTHER INFORMATION

| | |
|---|---|
| Native Language: | English |

**CONFIDENTIAL**

1

IU_0513

Generated: 2020-05-04 09:46AM

# Indiana University 2019-2020
IUPUI

Doe, John  
Applicant ID 6765726024

Application Status Complete  
Kelley Evening MBA

## ACADEMIC HISTORY

### COLLEGES ATTENDED

**College 1** [redacted]

| | |
|---|---|
| Start Date: [redacted] | Still Current: No |
| End Date: [redacted] | Primary: No |
| State: [redacted] | Regionally Accredited: Yes |
| | Accredited By: Middle States Commission on Higher Education |

| Major | 2nd Major/Minor | Status | Degree Verified | Degree Name | Degree Date |
|---|---|---|---|---|---|
| No Degree Defined | | | | | |

**College 2** [redacted]

| | |
|---|---|
| Start Date: [redacted] | Still Current: No |
| End Date: [redacted] | Primary: No |
| State: [redacted] | Regionally Accredited: Yes |
| | Accredited By: Middle States Commission on Higher Education |

| Major | 2nd Major/Minor | Status | Degree Verified | Degree Name | Degree Date |
|---|---|---|---|---|---|
| No Degree Defined | | | | | |

**College 3** [redacted]

| | |
|---|---|
| Start Date: [redacted] | Still Current: No |
| End Date: [redacted] | Primary: No |
| State: [redacted] | Regionally Accredited: Yes |
| | Accredited By: Middle States Commission on Higher Education |

| Major | 2nd Major/Minor | Status | Degree Verified | Degree Name | Degree Date |
|---|---|---|---|---|---|
| Biology | Psychology / — | Degree Awarded | No | Bachelor of Science | 05-2012 |

**College 4** [redacted]

| | |
|---|---|
| Start Date: [redacted] | Still Current: No |
| End Date: [redacted] | Primary: No |
| State: [redacted] | Regionally Accredited: Yes |
| | Accredited By: North Central Association of Colleges and Schools, The Higher Learning Commission |

| Major | 2nd Major/Minor | Status | Degree Verified | Degree Name | Degree Date |
|---|---|---|---|---|---|
| Physiology | — / — | Degree Awarded | No | Master of Science | 05-2015 |

### TRANSCRIPTS

| College Name | Received | Required |
|---|---|---|
| [redacted] | No | Yes |
| [redacted] | No | Yes |
| [redacted] | No | Yes |
| [redacted] | No | Yes |

**CONFIDENTIAL**

2

IU_0514

Generated: 2020-05-04 09:46AM

# Indiana University 2019-2020
IUPUI

Doe, John
Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

## ACADEMIC HISTORY CONTINUED

### GPA BY TRANSCRIPT

| School | School Type | Term Type | Transcript Type | Credit Hours | GPA | Quality Points |
|---|---|---|---|---|---|---|
| ███ | Undergraduate | Semester | Unofficial | 48.0 | 2.56 | 122.88 |
| ███ | Undergraduate | Semester | Unofficial | 106.0 | 3.75 | 397.50 |
| ███ | Undergraduate | Semester | Unofficial | 22.0 | 2.71 | 59.62 |
| ███ | Graduate | Semester | Unofficial | 36.0 | 3.45 | 124.20 |

# Indiana University 2019-2020

IUPUI

Doe John
Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

## SUPPORTING INFORMATION

### DOCUMENTS

| Document Requested | Uploaded | File Name | Uploaded Date |
|---|---|---|---|
| Behavior Disclosure | Yes | Behavior Disclosure | 04-25-2020 |

In March 2020, after a 17-months' long investigation and adjudication process, Dean Jay Hess of Indiana University School of Medicine granted my appeal and overturned the erroneous findings of an IUPUI Hearing Panel and the subsequent action taken by IUSM. This appeal fully authorizes my return to IUSM without limits or restrictions. I filed this appeal in response to a May 2019 Hearing Panel where I was erroneously found responsible for violation of IUPUI's Sexual Misconduct Policy Part II, H 20: Physical abuse of any person, including the following: e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03. The allegations were initiated by an ex-girlfriend with whom I had a tumultuous relationship. I was issued a one-year suspension, which would have expired on May 15, 2020. At no time were any outside law enforcement officials involved nor were there any witnesses to the alleged behavior. I have never been arrested, nor have I ever been accused of any crime in my entire life.

Throughout the investigation, I provided an enormous amount of evidence and information to support my innocence and to place the complainant's credibility into serious question. Unfortunately, this critical information was not given appropriate consideration by IUPUI's Investigative Team and, when combined with numerous procedural errors in violation of the University's own policies and fundamental fairness, I was erroneously found responsible for a policy violation. Following this finding by IUPUI and after eight months of additional meetings with Indiana University School of Medicine, my appeal was finally granted by Dean Jay Hess of IUSM and the findings set aside. This experience of being falsely accused, and wrongly found responsible, before finally receiving the correct outcome affected every aspect of my life, and dramatically and traumatically impacted the lives of my family and friends. I intend to be completely transparent regarding what I have been through and in order to do that, it is necessary to describe the details of my case to fully understand this situation. I also acknowledge that I have learned a number of valuable lessons from this and the outcome has provided me with newfound gratitude and an appreciation for life.

In October 2018, I sought the assistance of an IUSM-appointed therapist to help sift through the complexities of an unhealthy and tumultuous partnership with the goal of planning a strategy to appropriately and delicately end the relationship. There was concern by my therapist that breaking off the relationship could result in unpredictable behavior, but it was an act of self-preservation. I eventually ended the one-year relationship with my partner and fellow classmate. Less than one week later, this ex-partner made a report to an Associate Dean at Indiana University School of Medicine that triggered a subsequent investigation by IUPUI. This ex-partner falsely alleged that I had been violent and abusive throughout our relationship, with the most attention being paid to one night in July 2018. The allegations made by my ex-partner are untrue and I vehemently deny that I was ever violent or abusive towards her or anyone else. A formal investigation by the University did not start until January 2019. Throughout the investigation I submitted numerous documents that supported my innocence and revealed a biased inquiry. This included the results of a Lie Detector Test conducted by a Former Chief of Police, an Alcohol and Anger Evaluation conducted by a Social Worker, a letter from an IUSM-appointed psychologist, multiple IUSM student witnesses, past dating partners, photographs, my ex-partner's marriage proposal, wedding plans, erratic and hateful text messages, emails, my ex-partner's relationship with a University Professor during the investigation, photographs of my ex-partner stalking me

during the investigation, evidence of my ex-partner's history of mental illness, my ex-partner's history of false allegations from other relationships, audio recordings, my ex-partner's desire to live in the same apartment, as well as accounts of my ex-partner emotionally and physically abusing me throughout our one-year relationship.

During the investigation, my ex-partner admitted to physically assaulting me on at least one occasion. I provided context, dates, and times all while preparing for my Medical School Board Exam. One week after my boards and leading up to my official hearing, I collected as much additional information as possible and forwarded it to the University to ensure they had a clear understanding of my defense. Upon entering the Hearing, I was not permitted to complete my Opening Statement that contained crucial evidence which seriously placed the credibility of my ex-partner into question. My defense was thwarted and I was heavily ridiculed, silenced, and embarrassed by the hearing panel. Evidence online was later discovered that revealed that the Chairwoman of the panel and the Director of Student Conduct, both of whom attended the panel and were in charge of allowing evidence, were biased against males and were self-described social justice warriors. Three days later, I was found responsible for a violation of IUPUI's Sexual Misconduct Policy Part II, H 20: Physical abuse of any person, including the following: e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03. I was subsequently suspended for one year and not permitted to continue on with IUSM Class of 2021. Since I chose not to file a report against my ex-partner, the school chose not to pursue charges against her even though she admitted to assaulting me.

This erroneous and unsupported finding was passed on to the Medical School. General Counsel for the medical school and an Assistant Dean informed me that I would not be able to provide a defense or retry my case and that the Student Promotions Committee was to vote solely on the finding of responsibility from the investigation by IUPUI. This was a violation of the guidelines set forth by the Liaison Committee on Medical Education. The committee voted to dismiss me from medical school, a decision that I attempted to overturn with the introduction of new information that was highly relevant to my case. My reconsideration and my initial appeal were both denied. My final stance with the Medical School took place with Dean Jay Hess. At this stage in the process, it is extremely unusual for the Medical School Dean to overturn a previous decision and grant the student's appeal to return to complete their education. Dean Hess, who carefully reviewed over 300 pages in documentation, granted my appeal and has permitted me to return to Medical School without restriction.

> Commented [TD1]: Maybe expand a bit more on this, given how unprecedented such an action is.

The past two years of my life have been tremendously difficult but I have learned valuable lessons. I never would have thought that the details of my personal and intimate relationship would ever become so public. I went from being a Class Officer and a reputable leader in the student body who worked diligently for his classmates, to being outcasted, ignored, and diminished. I understand and I take responsibility for not always being the best boyfriend and partner. I admit that I am not infallible but I do take great pride in learning from my mistakes. I never placed a hand on my ex-partner with any attempt to hurt her and I never had any malice towards her during any point in the relationship or thereafter. The incident that was described during July 2018 was an accident, something that she acknowledged in text messages provided to the investigator. A flourishing relationship followed for months after, including building a strong bond with her daughter. But it soon became apparent that I needed space and time. I lost myself throughout the

relationship and I allowed boundaries to wither and I placed the priorities of someone else far ahead of mine. Being in an intimate relationship means you must have clear boundaries and you should never tolerate disrespect, emotional or physical abuse, manipulation, dishonesty, inculpability, or infidelity. I know this because my mother and father provided me with an incredible childhood, a fantastic learning environment, and two courageous and loving role models. Not only do their individual accomplishments serve as examples of what is possible with perseverance but their love for one another serves as a phenomenal example of how mutual trust and communication can foster an incredibly beautiful partnership. Their continued guidance, support, and advice have set the parenting bar unbelievably high and I hope to one day be as good of a partner and parent as they have been.

This one-year suspension, as unfair and unjust as it may be, has brought an immense amount of gratitude and light into my life. I understand the University took an approach to solve a complex issue with good intentions but I wholeheartedly disagree with the process and the outcome. I am tremendously grateful for Dean Hess's leadership and his sincere acknowledgement of my defense. I nearly had everything I have ever worked for taken from me and I am now more committed than ever to being a major asset to this institution and my future community. I continue to work on myself each and every day and the only interests I have are bettering myself, growing with my loved ones, and contributing to the positive growth and influence of my career and my community.

I grant permission for the Kelley School of Business to further inquire into the details of my case. I also encourage you to reach out to me with any additional questions.

Thank you.

John Doe

**CONFIDENTIAL**                                                                                                                    IU_0519

# Indiana University 2019-2020

IUPUI

Doe John
Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

## CUSTOM QUESTIONS

### INDIANA RESIDENCY

\* 1. Do you expect to qualify for Indiana Residency for Tuition Purposes?

   Answer: No, I do not qualify for Indiana residency for tuition purposes.

### MILITARY STATUS

\* 1. Indicate your anticipated United States Military status at the time you enroll:

   Answer: Not a member of the military

### PARENTAL INFORMATION

\* 1. Are you a first-generation college student (a student whose legal custodian(s) did not complete a college bachelor s degree)?

   Answer: No

### TRANSCRIPT ACKNOWLEDGEMENT

\* 1. Transcripts:

   Answer: I affirm that I have read and understood the statement above.

### APPLICATION FEES

\* 1. Refund Policy:

   Answer: I affirm that I have read and understood the statement above.

### AUTHORIZED CONTACT

\* 1. Would you like to name a person authorized to contact us on your behalf about your application? Information will be released only to you and the person you list.

   Answer: No

### BEHAVIOR

\* 1. Have you been subject to formal disciplinary action (including for example, but not limited to, suspension or expulsion) for academic or non-academic reasons at any post-secondary institution, college, or university?

   Answer: Yes

\* 2. Have you ever been charged with or convicted of a crime (or a foreign legal equivalent) that has not been expunged by a court?

   Answer: No

Indiana University 2019-2020
IUPUI

Case 1:20-cv-02006-JRS-MG   Document 82-10   Filed 11/10/20   Page 9 of 17 PageID #: 3748

Doe John   Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

## CUSTOM QUESTIONS CONTINUED

### BEHAVIOR

\* 3. Do you have any currently pending criminal charges (or a foreign legal equivalent) against you?

   Answer: No

\* 4. Have you engaged in any behavior that caused injury to any person(s) or property (including, for example, but not limited to, vandalism or behavior that led to a restraining order against you) which resulted in some form of discipline or intervention?

   Answer: No

\* 5. Please provide an explanation and attach any relevant documentation in the Documents section of the application.

   Answer: I acknowledge that I am required to upload documentation to support my responses to the Behavior Conduct questions, and that this document will be uploaded in the Document section of the application.

### CITIZENSHIP STATUS

\* 1. Select a citizenship status

   Answer: U.S. Citizen

Indiana University 2019-2020 — Doe, John — Applicant ID 6765726024 — Application Status Complete
IUPUI — Kelley Evening MBA

## DESIGNATIONS

### KELLEY EVENING MBA

| | | | |
|---|---|---|---|
| Organization: | IUPUI | Delivery: | On Campus |
| School: | Kelley School of Business at IUPUI | Submitted Date: | 04-25-2020 |
| Degree: | Master s | Completed Date: | 04-25-2020 |
| Start Term: | Fall 2020 | Verified Date: | — |
| Campus: | — | Application Status: | Complete |
| | | Academic Update Status: | — |
| | | Last Updated: | 04-25-2020 |

### SUPPLEMENTAL QUESTIONS

#### TRANSCRIPTS

1. If you have not already done so, please upload unofficial transcripts for all colleges/universities attended (community college, undergraduate, graduate, etc.) to the Academic History section.  If admitted, you must submit official transcripts directly to our office. We will contact you with further instructions.  In addition, if your transcripts are in a language other than English, please email a translated copy to the Evening MBA program office at mbaindy@iupui.edu. You may choose any official translation service.

   Answer:

#### GMAT/GRE

1. Most applicants must take either the GMAT or the GRE. Please take whichever test you feel is in your best interest. (Not sure which test is best for you? Here is a comparison.) Taking the test later? Enter your testing date in the Standardized Tests tab of the Academic History section. If you plan to take the test but have not yet registered, please enter your approximate anticipated test date. Already taken the test? Enter your component scores in the Standardized Tests tab of the Academic History section If you ve already taken the test and have an unofficial score report, please upload a copy to the Documents tab of the Program Materials section. Request that an official score report be sent to us: Request GMAT score reports here. Please select the following location code: Indiana University-Purdue University at Indianapolis-MBA, Kelley Part Time (school code GKS-8M-27).  Request GRE score reports here. Please select the following institution code: Indiana University Purdue University Indianapolis 1325. Then, please email us at mbaindy@iupui.edu to notify us that you ve sent us an official GRE score.

   Answer:

#### SALARY

1. Please enter your current annual salary. We collect this information in order to help demonstrate the return on investment (ROI) of the degree.

   Answer: 0

#### ENGLISH PROFICIENCY (INTERNATIONAL APPLICANTS ONLY)

1. International applicants only: if you do not hold a degree from a U.S. college or university, you must provide proof of English proficiency by submitting official TOEFL or IELTS scores: Enter your scores in the Standardized Tests tab of the Academic History section. Upload your unofficial score report in the "Documents" tab of this section.  If admitted, you must submit official score reports. We will contact you with further instructions. If you need to demonstrate proficiency and have not taken either the TOEFL or the IELTS within the last two years, please ask the Evening MBA program office about taking the IUPUI English for Academic Purposes (EAP) test first. You can reach us at mbaindy@iupui.edu or (317) 274-4895.

   Answer:

### ADDITIONAL QUESTIONS

1. Name of Current Employer

   Answer: no employer

2. Are you applying for a dual degree?

   Answer: Yes

3. Which dual degree are you applying for? (select one response from this list)

   Answer: MD/MBA

## DESIGNATIONS CONTINUED

### KELLEY EVENING MBA

### REFERENCES

**Recommender One**  Type: Indiana University Graduate CAS-TYPE-h75w

| | | | |
|---|---|---|---|
| Occupation: | — | Waiver of Evaluation: | Yes |
| Professional Title: | — | Permission to Contact: | Yes |
| Organization: | — | School Permission to Contact: | Yes |
| Email: | m3ksb@iupui.edu | | |
| Telephone: | — | | |
| Request Date: | 04-25-2020 | | |
| Response Due Date: | 04-27-2020 | | |
| Status: | Requested | | |
| Date Completed: | — | | |

**Becky Jean**  Type: Indiana University Graduate CAS-TYPE-h75w

| | | | |
|---|---|---|---|
| Occupation: | — | Waiver of Evaluation: | Yes |
| Professional Title: | — | Permission to Contact: | Yes |
| Organization: | — | School Permission to Contact: | Yes |
| Email: | bschloma@iu.edu | | |
| Telephone: | +13172748603 | | |
| Request Date: | 04-25-2020 | | |
| Response Due Date: | 04-27-2020 | | |
| Status: | Requested | | |
| Date Completed: | — | | |

### DOCUMENTS

| Document Requested | Uploaded | File Name | Uploaded Date |
|---|---|---|---|
| CV/Resume | Yes | CV/Resume | 04-25-2020 |
| Personal Statement | Yes | Personal Statement | 04-25-2020 |

# John Doe

John Doe ███ gmail.com
DOB: ███

### Education:
Graduate:
███

Undergraduate:
███

High School:
███

### Awards & Honors:
███

CONFIDENTIAL    IU_0524

**Research Experience:**



Doe　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IU_0525

██████████████████████ Doe ████████████████

████████ Doe ██████████████████████

Doe ████████████████████████████████████

Doe ██████████████████████

Doe ██████████████████████

██████████████████ ████

██████████████ ████

████████████ ██

██████████ ████

████████████████████████████

████████████████ ██

██████████████ ██

████ ████

████████████ ██

██████████ ████

████████████ ████

████ ████



Doe  Page 4

**CONFIDENTIAL**  IU_0527

My journey to Medical School has been anything but traditional and I am extremely grateful for the opportunities and experiences that I have gained throughout my academic and professional career. I have always been passionate about Medicine and my acceptance to Indiana University School of Medicine in 2017 was the culmination of hard work and perseverance. I chose to complete my Medical Education at IU for a number of reasons but I was most captivated by the availability of the MD/MBA dual-degree that would provide a fantastic medical education in conjunction with an MBA from the highly-respected Kelley School of Business. My interest in business grew out of a number of professional experiences and personal discoveries. Combining a Medical Degree with a Master of Business Administration will help satiate my intellectual curiosity as well as provide me with the tools and knowledge to help accomplish my goals as a future leader in healthcare.

In undergrad, I excelled both academically and professionally completing a research apprenticeship, an internship, and award-winning presentations at regional and national conferences. After graduating with my B.S. in 2012, I began working as a Clinical Research Assistant. I was quickly promoted to Site Supervisor for an NIH-funded study and within 2 years I was responsible for research studies in three different departments. Concurrently, I volunteered at a Suicide and Crisis Hotline which helped highlight my strengths in communication, team-work, and my ability to remain competent and calm under pressure. I discovered that my professional experiences uncovered specific strengths that academia had not and I began journaling and researching several business ideas. With the help of a mentor, I jumped into the world of entrepreneurship and founded a healthcare promotions and marketing company. Unfortunately, I chose to abandon the venture after gaining acceptance to a Master's program at the ▇▇▇▇▇▇▇▇▇▇▇. In life, as in business, we must make difficult choices.

After graduate school, I moved to Florida and began teaching with a private tutoring company but I was unsatisfied due to the lack of communication and guidance from corporate. I decided to take them on as competition but do things better. I quickly grew my business from two students to twenty-five and then forty. This was accomplished through the most valuable medium; word of mouth. This experience further sharpened my focus on business.

My interests led me to take on a leadership role during the first two years of Medical School where I represented my class as ▇▇▇▇▇▇ and negotiated, collected, and ▇▇▇▇▇▇▇▇▇▇▇▇ for board prep material and school-sponsored apparel. I believe that successful leaders are constantly learning, open to criticism, and excel in conflict resolution and communication. I believe I emulate these qualities. My competitive nature mixed with my desire to better both myself and my community makes me believe that I am an excellent fit for a future leader in healthcare. Supplementing an MD with an advanced knowledge in economics, accounting, and business strategy will help identify and overcome the challenges and complexities of the current healthcare system. As of now, the medical education system in America does not include any formal education in business and I believe knowledge in these subjects are fundamental for those interested in Healthcare Administration. In the future, I would like to own and operate healthcare clinics assisting in opioid-free pain relief as well as help develop methods to reduce the costs of healthcare across more isolated regions of America. I believe the MBA degree will provide the readiness I need to accomplish this. I am ecstatic to be offered this opportunity and I promise to be an asset to both the IU Kelley School of Business and my future community.

Indiana University 2019-2020
IUPUI

Case 1:20-cv-02006-JRS-MG   Document 82-10   Filed 11/10/20   Page 17 of 17 PageID #: 3756

Doe, John
Applicant ID 6765726024

Application Status Complete
Kelley Evening MBA

**RELEASE STATEMENT**

General Affirmation:
Release Statement Answer:    I affirm that I have read and understood the statement above.