**REDACTED**

**From:** Hess, Jay L
**Sent:** Wednesday, June 10, 2020 9:59 AM
**To:** Weldy, Eric Augustus <eweldy@iupui.edu>; Carow, Kenneth A. <kcarow@iupui.edu>; Bradshaw, Boyd A <bobradsh@iupui.edu>
**Cc:** Hess, Jay L <jayhess@iu.edu>
**Subject:** Student Matter

I write to provide my perspective on statements made by or on behalf of John Doe in support of his application to the IU Kelley School of Business. I submit this so that it can be considered, as appropriate, by those involved in considering Mr. Doe's appeal of the Prior Misconduct Review Committee's determination that he will not be admitted to Kelley. In providing this perspective I have reviewed the following: 1) my letter to Mr. Doe dated March 27, 2020, related to my decision on the conduct matter that was referred to the IU School of Medicine following the IUPUI campus Title IX determination; 2) Mr. Doe's prior misconduct disclosure in support of his request to be admitted to the Kelley School of Business; 3) Mr. Doe's response letter to the Prior Misconduct Review Committee; and 4) the letter dated June 2, 2020, from Mr. Doe's attorneys to me and an number of other university representatives. If you have any questions concerning this email, please contact me directly.

Having reviewed the materials that I refer to in the preceding paragraph it is my conclusion that the statements in Mr. Doe's application to Kelley do not accurately represent the discussion I had with Mr. Doe nor my letter to Mr. Doe dated March 27,2020.

Thank you,

Jay L. Hess, MD, PhD, MHSA
Executive Vice President for University Clinical Affairs
Dean of the School of Medicine
Walter J. Daly Professor
Indiana University