

| | |
|---|---|
| **From:** | Henry, Monica L |
| **To:** | Hess, Jay L |
| **Cc:** | Nussbaum, James; Scodro, Joseph Matthew |
| **Subject:** | IUPUI Application - John Doe |
| **Date:** | Monday, June 1, 2020 9:49:01 AM |
| **Attachments:** | Pages from 6765726024 John Doe - Full Application PDF Apr 25, 2020 at 7_23 PM.pdf 5.21.20 Response to .pdf |

Dean Hess,

When reviewing John Doe's prior misconduct disclosure as part of his application to the Evening MBA program at the Kelley School of Business, we noticed inconsistencies between his disclosure and your letter granting his appeal on March 27, 2020. We asked for him to explain the discrepancies, and his response is attached to this email. We have also attached the original disclosure.

Because the Prior Misconduct Review Committee has serious concerns that Mr. John Doe withheld pertinent information and gave false or incomplete information during this process, we would like to bring this matter to your attention in case you determine that additional action is necessary regarding his enrollment at the School of Medicine.

**Monica Henry**
Associate Director, IUPUI Graduate Office
Pronouns: she/her/hers
University Graduate School ~ IUPUI Graduate Office
University Library, Room 1170
755 W. Michigan Street
Indianapolis, IN 46202
317-278-2071
mlhenry@iupui.edu
graduate.iupui.edu

*The IUPUI Graduate Office staff is working remotely due to COVID-19 precautions until further notice. We apologize for the inconvenience. Please contact me by phone, email, or consider setting up a Zoom appointment.*

In March 2020, after a 17-months' long investigation and adjudication process, Dean Jay Hess of Indiana University School of Medicine granted my appeal and overturned the erroneous findings of an IUPUI Hearing Panel and the subsequent action taken by IUSM. This appeal fully authorizes my return to IUSM without limits or restrictions. I filed this appeal in response to a May 2019 Hearing Panel where I was erroneously found responsible for violation of IUPUI's Sexual Misconduct Policy Part II, H 20: Physical abuse of any person, including the following: e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03. The allegations were initiated by an ex-girlfriend with whom I had a tumultuous relationship. I was issued a one-year suspension, which would have expired on May 15, 2020. At no time were any outside law enforcement officials involved nor were there any witnesses to the alleged behavior. I have never been arrested, nor have I ever been accused of any crime in my entire life.

Throughout the investigation, I provided an enormous amount of evidence and information to support my innocence and to place the complainant's credibility into serious question. Unfortunately, this critical information was not given appropriate consideration by IUPUI's Investigative Team and, when combined with numerous procedural errors in violation of the University's own policies and fundamental fairness, I was erroneously found responsible for a policy violation. Following this finding by IUPUI and after eight months of additional meetings with Indiana University School of Medicine, my appeal was finally granted by Dean Jay Hess of IUSM and the findings set aside. This experience of being falsely accused, and wrongly found responsible, before finally receiving the correct outcome affected every aspect of my life, and dramatically and traumatically impacted the lives of my family and friends. I intend to be completely transparent regarding what I have been through and in order to do that, it is necessary to describe the details of my case to fully understand this situation. I also acknowledge that I have learned a number of valuable lessons from this and the outcome has provided me with newfound gratitude and an appreciation for life.

In October 2018, I sought the assistance of an IUSM-appointed therapist to help sift through the complexities of an unhealthy and tumultuous partnership with the goal of planning a strategy to appropriately and delicately end the relationship. There was concern by my therapist that breaking off the relationship could result in unpredictable behavior, but it was an act of self-preservation. I eventually ended the one-year relationship with my partner and fellow classmate. Less than one week later, this ex-partner made a report to an Associate Dean at Indiana University School of Medicine that triggered a subsequent investigation by IUPUI. This ex-partner falsely alleged that I had been violent and abusive throughout our relationship, with the most attention being paid to one night in July 2018. The allegations made by my ex-partner are untrue and I vehemently deny that I was ever violent or abusive towards her or anyone else. A formal investigation by the University did not start until January 2019. Throughout the investigation I submitted numerous documents that supported my innocence and revealed a biased inquiry. This included the results of a Lie Detector Test conducted by a Former Chief of Police, an Alcohol and Anger Evaluation conducted by a Social Worker, a letter from an IUSM-appointed psychologist, multiple IUSM student witnesses, past dating partners, photographs, my ex-partner's marriage proposal, wedding plans, erratic and hateful text messages, emails, my ex-partner's relationship with a University Professor during the investigation, photographs of my ex-partner stalking me

during the investigation, evidence of my ex-partner's history of mental illness, my ex-partner's history of false allegations from other relationships, audio recordings, my ex-partner's desire to live in the same apartment, as well as accounts of my ex-partner emotionally and physically abusing me throughout our one-year relationship.

During the investigation, my ex-partner admitted to physically assaulting me on at least one occasion. I provided context, dates, and times all while preparing for my Medical School Board Exam. One week after my boards and leading up to my official hearing, I collected as much additional information as possible and forwarded it to the University to ensure they had a clear understanding of my defense. Upon entering the Hearing, I was not permitted to complete my Opening Statement that contained crucial evidence which seriously placed the credibility of my ex-partner into question. My defense was thwarted and I was heavily ridiculed, silenced, and embarrassed by the hearing panel. Evidence online was later discovered that revealed that the Chairwoman of the panel and the Director of Student Conduct, both of whom attended the panel and were in charge of allowing evidence, were biased against males and were self-described social justice warriors. Three days later, I was found responsible for a violation of IUPUI's Sexual Misconduct Policy Part II, H 20: Physical abuse of any person, including the following: e. Physical abuse that constitutes dating or domestic violence as defined in the Sexual Misconduct Policy, UA-03. I was subsequently suspended for one year and not permitted to continue on with IUSM Class of 2021. Since I chose not to file a report against my ex-partner, the school chose not to pursue charges against her even though she admitted to assaulting me.

This erroneous and unsupported finding was passed on to the Medical School. General Counsel for the medical school and an Assistant Dean informed me that I would not be able to provide a defense or retry my case and that the Student Promotions Committee was to vote solely on the finding of responsibility from the investigation by IUPUI. This was a violation of the guidelines set forth by the Liaison Committee on Medical Education. The committee voted to dismiss me from medical school, a decision that I attempted to overturn with the introduction of new information that was highly relevant to my case. My reconsideration and my initial appeal were both denied. My final stance with the Medical School took place with Dean Jay Hess. At this stage in the process, it is extremely unusual for the Medical School Dean to overturn a previous decision and grant the student's appeal to return to complete their education. Dean Hess, who carefully reviewed over 300 pages in documentation, granted my appeal and has permitted me to return to Medical School without restriction.

> Commented [TD1]: Maybe expand a bit more on this, given how unprecedented such an action is.

The past two years of my life have been tremendously difficult but I have learned valuable lessons. I never would have thought that the details of my personal and intimate relationship would ever become so public. I went from being a Class Officer and a reputable leader in the student body who worked diligently for his classmates, to being outcasted, ignored, and diminished. I understand and I take responsibility for not always being the best boyfriend and partner. I admit that I am not infallible but I do take great pride in learning from my mistakes. I never placed a hand on my ex-partner with any attempt to hurt her and I never had any malice towards her during any point in the relationship or thereafter. The incident that was described during July 2018 was an accident, something that she acknowledged in text messages provided to the investigator. A flourishing relationship followed for months after, including building a strong bond with her daughter. But it soon became apparent that I needed space and time. I lost myself throughout the

relationship and I allowed boundaries to wither and I placed the priorities of someone else far ahead of mine. Being in an intimate relationship means you must have clear boundaries and you should never tolerate disrespect, emotional or physical abuse, manipulation, dishonesty, inculpability, or infidelity. I know this because my mother and father provided me with an incredible childhood, a fantastic learning environment, and two courageous and loving role models. Not only do their individual accomplishments serve as examples of what is possible with perseverance but their love for one another serves as a phenomenal example of how mutual trust and communication can foster an incredibly beautiful partnership. Their continued guidance, support, and advice have set the parenting bar unbelievably high and I hope to one day be as good of a partner and parent as they have been.

      This one-year suspension, as unfair and unjust as it may be, has brought an immense amount of gratitude and light into my life. I understand the University took an approach to solve a complex issue with good intentions but I wholeheartedly disagree with the process and the outcome. I am tremendously grateful for Dean Hess's leadership and his sincere acknowledgement of my defense. I nearly had everything I have ever worked for taken from me and I am now more committed than ever to being a major asset to this institution and my future community. I continue to work on myself each and every day and the only interests I have are bettering myself, growing with my loved ones, and contributing to the positive growth and influence of my career and my community.

      I grant permission for the Kelley School of Business to further inquire into the details of my case. I also encourage you to reach out to me with any additional questions.

Thank you.

John Doe

**CONFIDENTIAL**                                                                                                                                                                                                                                                                                                                                                                                            IU_0536

I would like to thank the Prior Misconduct Review Committee for further review of my application and your additional questions. I am happy to provide you with further clarification to help resolve any perceived inconsistencies, and fully encourage a discussion with Dean Jay Hess concerning the matter. After a 17-months' long process, it is extremely difficult to provide you with a *comprehensive* overview, in only a few pages, of both the IUPUI investigation and the subsequent IUSM procedure. My behavioral disclosure that I provided as part of my MBA application included the overarching details from the IUPUI investigation, the IUSM procedure, and my final meeting with Dean Hess. I assure you there was no attempt to provide any misleading information concerning the appeal decision or the conditions required prior to my returning to school and I apologize for any misunderstanding arising from my prior communication. I am extremely grateful for the opportunity to be considered for a position within the MBA program, and attempt to provide some further clarity below.

Following the IUPUI investigation and my appearance before the IUSM Student Promotions Committee, which resulted in a finding of responsibility for a violation of IUPUI's Sexual Misconduct Policy, I filed an appeal for consideration by Dean Hess. During my interview with Dean Hess on March 4, 2020, I was informed that he was going to reverse the decision made by the SPC on October 28, 2019. This decision was followed up by a letter dated March 27, 2020 which confirmed our discussion, stating "Based on my review of your appeal, I will alert the School's Student Promotions Committee that I am granting your appeal." To ensure that he made an accurate evaluation of the circumstances and my character, he placed prerequisites on my return. These included compliance with the sanctions outlined in the IUPUI Office of Student Conduct letter dated May 23, 2019, in addition to the following conditions prior to return to the IU School of Medicine: (i) one additional year of administrative leave, with eligibility to return to the medical school in April 2021, thus joining the class of 2023; (ii) auditing my Transitions 2 course to ensure I am ready to return to clinical training; (iii) seeking guidance from Dr. Brad Allen about which campus is best suited for my training; (iv) continuing with my behavioral counseling and signing a release that such information can be shared with the Dean's Office, if requested, as well as a clearance from my mental health provider that I am able to pursue my medical education and am not experiencing any conditions that would adversely affect my ability to do so; and (v) understanding that any subsequent violations of academic or personal codes of conduct may jeopardize my ability to return to the medical school in May 2021. Once those prerequisites are complete, my understanding is that upon my return to the medical school, I will not be further limited or restricted as a medical student. This is what I intended to convey in stating: "This appeal fully authorizes my return to IUSM without limits or restrictions." At this time, I have completed all required sanctions listed in the May 23, 2019 decision letter, and my one-year suspension has been fulfilled. Completion of the sanctions were confirmed in an email from IUPUI's Student Conduct Coordinator, Kelly Freiberger, on May 14, 2020. A copy of this confirmation is attached hereto for reference. I am also in the process of completing the remaining conditions, which will be met prior to my return to IUSM, and look forward to continuing my medical school education.

As required by Dean Hess, I will continue to seek therapy to ensure continued personal growth. I am more than willing to provide more details to the Graduate School, and intend to be as transparent as possible about the prior investigation, the findings, and the appeal decision.

As such, I would welcome a further discussion by phone if that would be helpful to provide any further clarification, or respond to any further questions.

Thank you!

Sincerely,


John Doe

**CONFIDENTIAL** IU_0538