# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) Civ. No. 1:20-cv-02006-JRS-MJD |
| | ) |
| THE TRUSTEES OF INDIANA | ) |
| UNIVERSITY, *et al.* | ) |
| | ) |
| *Defendants.* | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXCUSE ATTENDANCE OF INDIVIDUAL DEFENDANTS AT THE SETTLEMENT CONFERENCE

Defendants the Trustees of Indiana University, Indiana University Purdue University – Indianapolis, Indiana University School of Medicine, and the Kelley School of Business at Indiana University (collectively the "University"), Dean Jay Hess, Associate Dean Bradley Allen, and Title IX Investigator Gregory Kuester, by counsel, respectfully submit this Motion to excuse the attendance of the Defendants Hess, Allen, and Kuester from the Settlement Conference, and in support state the following:

1. The Settlement Conference in this matter is scheduled for Thursday, April 29, 2021 at 9:00 a.m. (Dkt. 46)

2. The Court has ordered that "[u]nless excused by order of the Court, clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel.

   This requires the presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity." (*Id.*)

3. The University will have Associate General Counsel James Nussbaum and School of Medicine Faculty Affairs Counsel Claire McRoberts attend as representatives of the University.

4. Ms. McRoberts and Mr. Nussbaum have authority to negotiate and sign a settlement agreement in this case. All litigation at the University is delegated to the Office of the Vice President and General Counsel which is the only University office with settlement authority. Vice President and General Counsel for the University, Jacqueline Simmons, has delegated her authority to Mr. Nussbaum and Ms. McRoberts to negotiate and sign a settlement agreement at the Settlement Conference on the University's behalf.

5. Mr. Nussbaum and Ms. McRoberts have appeared as the sole University representatives in settlement conferences before this Court in other matters, and they are familiar with the facts and background of this matter.

6. Individual Defendants Dean Hess, Associate Dean Bradley, and Title IX Investigator Kuester ("Individual Defendants") are sued in their official and individual capacities.

7. In Defendants' Partial Motion to Dismiss, each of the Individual Defendants have requested that claims against them in their individual capacities be dismissed on

grounds of qualified immunity. (Dkt. 28.) Additionally, Associate Dean Allen and Title IX Investigator Kuester have requested that they be dismissed altogether from the lawsuit as they are improper defendants in their official capacities for granting injunctive relief. (*Id.*) Mr. Kuester, in particular, is no longer employed by the University and is not capable of providing any of the injunctive relief Doe requests. The Partial Motion to Dismiss is currently pending before this Court.

8. Furthermore, the University has the authority to effectuate any injunctive relief agreed upon by the parties in a settlement agreement and Individual Defendants are not necessary to approve or disapprove such provisions.

9. The interests of all three Individual Defendants are aligned with the University and any monetary terms of the Settlement would be paid by the University.

10. Therefore, the Individual Defendants have authorized the University's representatives to negotiate a settlement agreement and sign on their behalf.

11. Individual Defendants respectfully request that the Court excuse them from attending the Settlement Conference.

12. The undersigned contacted counsel for the Plaintiff about this motion and counsel does not object.

13. This Motion is made in good faith and not for purposes of undue delay, and no party will be prejudiced if the Court grants this Motion.

WHEREFORE, the Defendant, by counsel, respectfully requests that this Court grant Defendants' Motion, excusing Defendants Dean Jay Hess, Associate Dean Allen, and Title IX Investigator Kuester from attending the settlement conference and grant all other proper relief.

Respectfully submitted,

*/s/ Alice M. Morical*
Alice M. Morical (#18418-49)
Wayne C. Turner (#2289-49)
Jan P. Mensz (#33798-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400
amorical@hooverhullturnerturner.com
wturner@hooverhullturnerturner.com
jmensz@hooverhullturner.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's Electronic Notification system, this 23rd day of April, 2021.

*/s/ Alice M. Morical*
Alice M. Morical