UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-02006-JRS-MJD |
| ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Excuse Personal Attendance. [Dkt. 104.] The motion requests leave for Associate General Counsel James Nussbaum and School of Medicine Faculty Affairs Counsel Claire McRoberts to represent Defendants Hess, Allen, and Kuester at the April 29, 2021 settlement conference. That motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants Hess, Allen, and Kuester are excused from attending the settlement conference, so long as the following conditions are satisfied: (1) Defendants Hess, Allen, and Kuester must be represented at the settlement conference by an individual, other than their counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 46 at 1-2 & n.1; Dkt. 113]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendants Hess, Allen, and Kuester, which individual may be their counsel of record; and (3) Defendants Hess, Allen, and Kuester must be available by telephone during the course of the settlement conference in the event their participation in the conference is

deemed necessary by the Magistrate Judge.

    SO ORDERED.

Dated: 28 APR 2021

    Mark J. Dinsmore
    United States Magistrate Judge
    Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.