IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 1:20-cv-02006-JRS-MJD |
| | ) | |
| The Trustees of Indiana University, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties, having filed their Joint Motion to Continue Final Pretrial Conference and Trial Dates, and this Court, having been duly advised, finds that good cause exists and **GRANTS** the parties' Motion.

**IT IS HEREBY ORDERED** that the Court (1) vacates the December 16, 2021 final pretrial conference; and (2) vacates the January 3, 2022 trial date; and (3) continues the final pretrial conference and trial dates to the following dates:

a. Final Pretrial Conference: May 26, 2022 at 9:00 a.m. (EDT).

b. Trial Date: June 13, 2022 at 9:00 a.m. (EDT).

The final pretrial conference and jury trial will be held in Room 307, 46 E. Ohio Street, Indianapolis, IN.

Date: 10/31/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.