**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) Civ. No. 1:20-cv-02006-JRS-MJD |
| | ) |
| **The Trustees of Indiana University,** *et al.* | ) |
| | ) |
| *Defendants*. | ) |

**<u>DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S DAMAGES EXPERTS OR LIMIT</u>**
**<u>CERTAIN OPINIONS</u>**

Defendants, by counsel, respectfully request that the Court exclude or limit Plaintiff from

offering opinions from Paul Cadorette and Dr. Suzanne Miller, whether offered live or by report,

at trial.  As explained in detail in the Brief filed in support of this Motion, Mr. Cadorette and Dr.

Miller's opinions fail to comply with Federal Rules of Evidence 702 and 703, rendering their

opinions unreliable and unhelpful to the factfinder.  In support of this Motion and its Brief in

support, Defendants attach the following exhibits:

- Exhibit A – Expert Report of Paul Cadorette

- Exhibit B – Excerpts of Paul Cadorette Deposition Transcript

- Exhibit C - Cadorette Deposition Exhibit 536 – Communication from Cadorette to

  Doe

- Exhibit D – Excerpts of John Doe Deposition Transcript

- Exhibit E – Cadorette Deposition Exhibit 539 - PayScale.com, Average Entry-

  Level Anesthesiologist Salary

- Exhibit F – Cadorette Deposition Exhibit 540 – PayScale.com, Average Family

  Physician/Doctor Salary

- Exhibit G – Cadorette Deposition Exhibit 541 – PayScale.com, Master of Science (MS), Molecular, Cellular & Integrative Physiology Degree Base Salary

- Exhibit H- Expert Report of Suzanne M. Miller

- Exhibit I – Excerpts of Suzanne Miller Deposition Transcript

WHEREFORE, Defendants respectfully request that the Court exclude or limit Plaintiff from offering opinions from Paul Cadorette and Dr. Suzanne Miller, whether offered live or by report, at trial, and all other necessary and just relief.

Respectfully submitted,

/s/ Alice M. Morical
Alice M. Morical (#18418-49)
Wayne C. Turner (#2289-49)
Jan P. Mensz (#33798-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46244-0989
Telephone: (317) 822-4400

amorical@hooverhullturnerturner.com
wturner@hooverhullturnerturner.com
jmensz@hooverhullturner.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's Electronic Notification system, this 1st day of November, 2021.

/s/ Alice M. Morical
Alice M. Morical