# EXHIBIT A



**United States District Court, Southern District of Indiana, Indianapolis Division**

John Doe,

         Plaintiff

vs.

The Trustees of Indiana University, et al
         Defendant

Case No. 1:20-CV-020006-JRS-MJD

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF

July 9, 2021

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities. ©2018 Baker Tilly US, LLP

**EXHIBIT 535**



Baker Tilly US, LLP
4601 DTC Blvd., Ste. 810
Denver, CO  80237
T: +1 (720) 889-4856
bakertilly.com

## Table of Contents

I. List of Exhibits and Schedules ............................................................................... 2

II. Introduction ............................................................................................................ 3

III. Qualifications ......................................................................................................... 3

IV. Compensation and Information Considered ........................................................ 4

V. Background ............................................................................................................. 4

VI. Summary of Opinion ............................................................................................. 5

VII. Detailed Statement of Opinions ......................................................................... 6

IX. Exhibits .................................................................................................................. 9

X. Summary and Signature ........................................................................................ 9

## I. List of Exhibits and Schedules

| Exhibit 1 | Calculation Schedules |
| --- | --- |
| Exhibit 2 | CV of Paul L. Cadorette, CPA/CFF |
| Exhibit 3 | Testimony Experience – Paul L. Cadorette, CPA/CFF |
| Exhibit 4 | Index of Documents Received and Considered |

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities. ©2018 Baker Tilly US, LLP

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF
CONFIDENTIAL
July 9, 2021
Page 3



## II. Introduction

Baker Tilly US, LLP ("Baker Tilly") was retained by the law firm of Nesenoff & Miltenberg, LLP("N&M") in the matter of John Doe versus the Trustees of Indiana University, et al pending in United States District Court, Southern Indiana, Indianapolis Division under Case No. 1:20-CV-020006-JRS-MDJ (the "Matter"). N&M has designated me, Paul L. Cadorette, CPA/CFF, to provide financial expert services in this Matter. For my opinions in this matter, I have analyzed the economic damages resulting from the dismissal of John Doe from the Indiana University School of Medicine ("IUSM").

## III. Qualifications

I am a Managing Director with Baker Tilly, which provides financial forensic services, business valuation services, and fraud investigation services to the insurance, legal, corporate, and public sector markets.

I have a Bachelor of Science degree in Business from California State University at Northridge. Additionally, I have earned the following certifications: CPA (Certified Public Accountant) and CFF (Certified in Financial Forensics). Staff that have also worked on this matter have a CFA (Certified Financial Analyst) designation.

I have conducted damages analyses in thousands of matters over the last 37 years including lost profits calculations, breach of contract damages, lost earnings, and partnership disputes, among others. I have been retained as an expert in numerous cases and have testified in trial and in deposition.

My curriculum vitae is attached as Exhibit 2 and my testimony experience is attached as Exhibit 3.

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF
CONFIDENTIAL
July 9, 2021
Page 4



## IV. Compensation and Information Considered

For my work in this matter and the work of my colleagues, Baker Tilly is being compensated at standard hourly rates. My rate is $370 per hour for analysis and testimony. Professional staff at Baker Tilly assisted me with this assignment and have worked at my direction and under my supervision. Fees incurred by Baker Tilly in relation to this matter are not contingent on the conclusions I reach or the ultimate outcome of the matter.

My opinions in this matter are based on an independent assessment of information available to me as of the date of this report. I have no obligation to update my analysis for subsequent information, but reserve the right to consider and update my analysis for information that might become available after the date of this report. Exhibit 4 of this report is a list of information I considered in performing my work.

## V. Background

The factual assumptions I considered in formulating my opinion, were taken from the information provided. I offer no opinion as to the legal elements of these assumptions.

Mr. Doe had graduated from State University of New York at Plattsburgh in the Spring of 2012 with a degree in Psychology and Biology and a Grade Point Average ("GPA") of 3.75. He then obtained a Master's of Science in Molecular Biology and Integrative Physiology from the University of Michigan in 2015. He enrolled in IUSM in the Fall of 2017 and completed two-years of the medical program. Mr. Doe's goal was to be an anesthesiologist.

John Doe was suspended for one year in May 2019 and then was dismissed from IUSM in June 2020 for reasons that are the subject of this litigation. I offer no opinion as to the legal elements of these actions.



We were tasked with calculating the economic damages of Mr. Doe assuming the suspension and dismissal from IUSM were in error. Our loss calculations are based on Mr. Doe's expressed career path as an anesthesiologist. We also made a projection assuming he would have become a general medical practitioner. We compared those projections to similar projections assuming that he would be reinstated to IUSM, or a similar medical school, four years after his suspension. We also made a comparison assuming he would not be reinstated and obtain a job in the math and science fields.

## VI. Summary of Opinion

I have developed the following opinion:

1.  **If Mr. Doe were to be reinstated in medical school four-years after his suspension, he would lose $741,479 in lifetime earnings as an anesthesiologist, discounted to present value.**

2.  **If Mr. Doe were to be reinstated in medical school four-years after his suspension, he would lose $378,939 in lifetime earnings as a general practitioner, discounted to present value.**

3.  **If Mr. Doe is not reinstated to medical school, fails to become an anesthesiologist and pursues a job based on his existing degrees, he would lose $3,713,969 in lifetime earnings, discounted to present value.**

4.  **If Mr. Doe is not reinstated to medical school, fails to become a general practitioner and pursues a job based on his existing degrees, he would lose $1,092.279 in lifetime earnings, discounted to present value**

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF
CONFIDENTIAL
July 9, 2021
Page 6



## VII. Detailed Statement of Opinions

1.      **If Mr. Doe were to be reinstated in medical school four-years after his suspension he would lose $741,479 in lifetime earnings as an anesthesiologist, discounted to present value.**

Mr. Doe expressed his desire to become an anesthesiologist.  Schedule 2 is our projection of his lifetime earnings in this field. We projected that he would have graduated from IUSM in May 2021.  We then projected he would spend four-years in residency and earn approximately $50,000 per year. After the completion of his residency, he would obtain a position as an anesthesiologist. According to payscale.com, the starting salary for an anesthesiologist is $257,000. This amount is increased each year by the average inflation rate (CPI Index).  Payroll benefits of 12% are added and malpractice insurance premiums are deducted. The amounts are then discounted to present value using a blend of US Government investment vehicle rates.

The present value of lifetime earnings as an anesthesiologist, assuming he was not suspended or dismissed totals $5,958,588.

Schedule 3 is a similar loss calculation except it delays his earnings by four years.  The present value of lifetime earnings, assuming a four-year delay, totals $5,137,109, discounted to present value. The difference in projected amounts totals $821,479.

Mr. Doe is currently starting a supplemental business but has had no income.  We assume that he would earn $40,000 per year for the remaining two years before reinstatement.  Deducting $80,000 in projected actual income results in lost earnings totaling $741,479.

2.      **If Mr. Doe were to be reinstated in medical school four-years after his suspension, he would lose $378,939 in lifetime earnings as a general practitioner, discounted to**

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF
CONFIDENTIAL
July 9, 2021
Page 7



**present value.**

Mr. Doe expressed his desire to become an anesthesiologist. We also made a calculation assuming he would become a general medical practitioner. Schedule 2A is our projection of his lifetime earnings in this field. We projected that he would have graduated from IUSM in May 2021. We then projected he would spend four-years in residency and earn approximately $50,000 per year. After the completion of his residency, he would obtain a position as a general medical practitioner. According to payscale.com, the starting salary for an anesthesiologist is $147,000. This amount is increased each year by the average inflation rate (CPI Index). Payroll benefits of 12% are added and malpractice insurance premiums are deducted. The amounts are then discounted to present value using a blend of US Government investment vehicle rates.

The present value of lifetime earnings as a general practitioner, assuming he was not suspended or dismissed totals $3,336,898.

Schedule 3A is a similar loss calculation except it delays his earnings by four years. The present value of lifetime earnings, assuming a four-year delay, totals $2,877,959, discounted to present value. The difference in projected amounts totals $458,939.

Mr. Doe is currently starting a supplemental business but has had no income. We assume that he would earn $40,000 per year for the remaining two years before reinstatement. Deducting $80,000 in projected actual income results in lost earnings totaling $378,939.

3.      **If Mr. Doe is not reinstated to medical school, fails to become an anesthesiologist and pursues a job based on his existing degrees, he would lose $3,713,969 in lifetime earnings, discounted to present value.**

The first part of the calculation assumes Mr. Doe would have been suspended or dismissed from IUSM, become an anesthesiologist and earned $5,958,588 in lifetime



earnings, discounted to present value, as shown on Schedule 2. The offset to projected lifetime earnings assumes he will be unable to resume his studies at any medical school and obtain a job based on his current degrees.

As shown on Schedule 4, we assumed Mr. Doe would obtain a job in 2022 that has an annual salary of $73,992 from statista.com. We projected lifetime earnings based on this position totaling $2,069,619, discounted to present value.

The difference in lifetime projected earnings totals $3,888,969. We then deducted the two-years of medical school tuition and costs at approximately $175,000, resulting in an economic loss totaling $3,713,969.

4.      **If Mr. Doe is not reinstated to medical school, fails to become an general practitioner and pursues a job based on his existing degrees, he would lose $1,092,279 in lifetime earnings, discounted to present value**

The first part of the calculation assumes Mr. Doe would have been suspended or dismissed from IUSM, become a general medical practitioner and earned $3,336,898 in lifetime earnings, discounted to present value, as shown on Schedule 2A. The offset to projected lifetime earnings assumes he will be unable to resume his studies at any medical school and obtain a job based on his current degrees.

As shown on Schedule 4, we assumed Mr. Doe would obtain a job in 2023 that has an annual salary of $73,992 from statista.com. We projected lifetime earnings based on this position totaling $2,069,619, discounted to present value.

The difference in lifetime projected earnings totals $1,267,279. We then deducted the two-years of medical school tuition and costs at approximately $175,000, resulting in an economic loss totaling $1,092,279.

EXPERT REPORT OF PAUL L. CADORETTE, CPA/CFF
CONFIDENTIAL
July 9, 2021
Page 9



## IX. Exhibits

I may use this report (or portions of it), its exhibits, documents and information provided or referenced in this report, and/or other documents provided by counsel in support of my testimony.

## X. Summary and Signature

This report reflects my opinion and analyses as of July 9, 2021. I reserve the right to amend and supplement these opinions based on the production of new evidence or additional reports of the experts submitted in this matter.

Sincerely,

*Paul L. Cadorette*

_____

By Paul L. Cadorette, CPA/CFF

Exhibit 1 – Calculation Schedules
See Attached

Exhibit 2 – CV of Paul L. Cadorette, CPA, CFF
See Attached

Exhibit 3 - Testimony Experience – Paul L. Cadorette, CPA, CFF
See Attached

Exhibit 4 – Index of Documents Received and Considered
See Attached



**Exhibit 1**

*John Doe v Trustees of IU*    **The accompanying text is an integral part of this report**    

## SUMMARY OF CALCULATION OF ECONOMIC DAMAGES                SCHEDULE 1

| Description | Ref Sch | Projected | Less: Post Dismissal | Subtotal | Less: Saved Costs/Earnings | Loss |
|---|---|---|---|---|---|---|
| ***4-Year Delay*** | | | | | (A) | |
| Anesthesiologist | 2,3 | $  5,958,588 | $  5,137,109 | $  821,479 | $  80,000 | $  741,479 |
| General Medicine | 2A,3A | 3,336,898 | 2,877,959 | 458,939 | 80,000 | 378,939 |
| | | | | | | |
| ***Non-Medical School*** | | | | | (B) | |
| Anesthesiologist | 2,4 | 5,958,588 | 2,069,619 | 3,888,969 | 175,000 | 3,713,969 |
| General Medicine | 2A,4 | 3,336,898 | 2,069,619 | 1,267,279 | 175,000 | 1,092,279 |

***Notes:***
(A) Estimated earnings of $40,000 for two years
(B) Estmated cost of two-years of medical school.

*John Doe v Trustees of IU*          ***The accompanying text is an integral part of this report***          

CALCULATION OF TOTAL EARNINGS AT PRESENT VALUE - ANESTHESIOLOGIST                                        SCHEDULE 2

| Beginning Date | Ending Date | Age | | | Portion of Year | Gross Annual Income and Growth | Prorated for Partial Years Potential Lost Income | Add: Benefits Before PV | Less: Malpractice Insurance | Adjusted Lost Wages & Benefits | Present Value | Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Schedule A* | | 102.55% | 15.00% | 102.55% | 3.93% |
| 7/6/1989 = Date of Birth | | | | | | 102.55% | | *Schedule 5* | *Schedule 6* | *Schedule 6* | | |
| 5/23/2019 = Date of Dismissal | | | 29.88 | | | | | | | | 3.93% | |
| WLS (B) = | | 32.34 | | | 62.22 | | | | | *Schedule 6* | | |
| 5/24/2019 | 12/31/2019 | 29.88 | to | 30.49 | 61% | $ - | $ - | | $ - | $ - | $ - | - |
| 1/1/2020 | 12/31/2020 | 30.49 | to | 31.49 | 100% | - | - | | | - | - | - |
| 1/1/2021 | 6/1/2021 | 31.49 | to | 31.90 | 42% | - | - | | | - | - | - |
| 6/2/2021 | 12/31/2021 | 31.91 | to | 32.49 | 58% | 50,000 | 29,000 | 4,350 | | 33,350 | 33,350 | 33,350 |
| 1/1/2022 | 12/31/2022 | 32.49 | to | 33.49 | 100% | 51,275 | 51,275 | 7,691 | | 58,966 | 58,736 | 90,085 |
| 1/1/2023 | 12/31/2023 | 33.49 | to | 34.49 | 100% | 52,583 | 52,583 | 7,887 | | 60,470 | 55,983 | 146,069 |
| 1/1/2024 | 12/31/2024 | 34.49 | to | 35.49 | 100% | 53,924 | 53,924 | 8,089 | | 62,013 | 55,261 | 201,310 |
| 1/1/2025 | 6/1/2025 | 35.49 | to | 35.90 | 42% | 55,299 | 23,226 | 3,484 | | 26,710 | 23,411 | 224,721 |
| 6/2/2025 | 12/31/2025 | 35.91 | to | 36.49 | 58% | 279,496 | 162,108 | 24,316 | 20,000 | 166,424 | 144,972 | 369,693 |
| 1/1/2026 | 12/31/2026 | 36.49 | to | 37.49 | 100% | 286,623 | 286,623 | 42,993 | 20,000 | 309,106 | 264,919 | 624,612 |
| 1/1/2027 | 12/31/2027 | 37.49 | to | 38.49 | 100% | 293,932 | 293,932 | 44,090 | 21,833 | 316,089 | 251,535 | 876,147 |
| 1/1/2028 | 12/31/2028 | 38.49 | to | 39.49 | 100% | 301,427 | 301,427 | 45,214 | 21,569 | 325,072 | 248,195 | 1,124,342 |
| 1/1/2029 | 12/31/2029 | 39.49 | to | 40.49 | 100% | 309,113 | 309,113 | 46,367 | 22,119 | 333,361 | 244,899 | 1,369,241 |
| 1/1/2030 | 12/31/2030 | 40.49 | to | 41.49 | 100% | 316,995 | 316,995 | 47,549 | 22,683 | 341,861 | 241,047 | 1,610,288 |
| 1/1/2031 | 12/31/2031 | 41.49 | to | 42.49 | 100% | 325,078 | 325,078 | 48,762 | 23,261 | 350,579 | 238,439 | 1,849,327 |
| 1/1/2032 | 12/31/2032 | 42.49 | to | 43.49 | 100% | 333,367 | 333,367 | 50,005 | 23,854 | 359,518 | 235,272 | 2,084,599 |
| 1/1/2033 | 12/31/2033 | 43.49 | to | 44.49 | 100% | 341,868 | 341,868 | 51,280 | 24,462 | 368,686 | 232,148 | 2,316,747 |
| 1/1/2034 | 12/31/2034 | 44.49 | to | 45.49 | 100% | 350,586 | 350,586 | 52,588 | 25,086 | 378,088 | 229,066 | 2,545,813 |
| 1/1/2035 | 12/31/2035 | 45.49 | to | 46.49 | 100% | 359,526 | 359,526 | 53,929 | 25,726 | 387,729 | 226,024 | 2,771,837 |
| 1/1/2036 | 12/31/2036 | 46.49 | to | 47.49 | 100% | 368,694 | 368,694 | 55,304 | 26,382 | 397,616 | 223,023 | 2,994,860 |
| 1/1/2037 | 12/31/2037 | 47.49 | to | 48.49 | 100% | 378,096 | 378,096 | 56,714 | 27,055 | 407,755 | 220,062 | 3,214,922 |
| 1/1/2038 | 12/31/2038 | 48.49 | to | 49.49 | 100% | 387,737 | 387,737 | 58,161 | 27,745 | 418,153 | 217,140 | 3,432,062 |
| 1/1/2039 | 12/31/2039 | 49.49 | to | 50.49 | 100% | 397,624 | 397,624 | 59,644 | 28,452 | 428,816 | 214,257 | 3,646,319 |
| 1/1/2040 | 12/31/2040 | 50.49 | to | 51.49 | 100% | 407,763 | 407,763 | 61,164 | 29,178 | 439,749 | 211,411 | 3,857,730 |
| 1/1/2041 | 12/31/2041 | 51.49 | to | 52.49 | 100% | 418,161 | 418,161 | 62,724 | 29,922 | 450,963 | 208,604 | 4,066,334 |
| 1/1/2042 | 12/31/2042 | 52.49 | to | 53.49 | 100% | 428,824 | 428,824 | 64,324 | 30,685 | 462,463 | 205,834 | 4,272,168 |
| 1/1/2043 | 12/31/2043 | 53.49 | to | 54.49 | 100% | 439,759 | 439,759 | 65,964 | 31,467 | 474,256 | 203,101 | 4,475,269 |
| 1/1/2044 | 12/31/2044 | 54.49 | to | 55.49 | 100% | 450,973 | 450,973 | 67,646 | 32,269 | 486,350 | 200,405 | 4,675,674 |
| 1/1/2045 | 12/31/2045 | 55.49 | to | 56.49 | 100% | 462,473 | 462,473 | 69,371 | 33,092 | 498,752 | 197,744 | 4,873,418 |
| 1/1/2046 | 12/31/2046 | 56.49 | to | 57.49 | 100% | 474,266 | 474,266 | 71,140 | 33,936 | 511,470 | 195,118 | 5,068,536 |
| 1/1/2047 | 12/31/2047 | 57.49 | to | 58.49 | 100% | 486,360 | 486,360 | 72,954 | 34,801 | 524,513 | 192,527 | 5,261,063 |
| 1/1/2048 | 12/31/2048 | 58.49 | to | 59.49 | 100% | 498,762 | 498,762 | 74,814 | 35,688 | 537,888 | 189,971 | 5,451,034 |
| 1/1/2049 | 12/31/2049 | 59.49 | to | 60.49 | 100% | 511,480 | 511,480 | 76,722 | 36,598 | 551,604 | 187,448 | 5,638,482 |
| 1/1/2050 | 12/31/2050 | 60.49 | to | 61.49 | 100% | 524,523 | 524,523 | 78,678 | 37,531 | 565,670 | 184,959 | 5,823,441 |
| 1/1/2051 | 9/30/2051 | 61.49 | to | 62.23 | 75% | 537,898 | 403,424 | 60,514 | 38,498 | 425,450 | 135,147 | 5,958,588 |
| **TOTAL** | | 32.35 | | | 32.36 | $ 10,934,485 | $ 10,629,550 | $ 1,594,432 | $ 763,592 | $ 11,460,390 | $ 5,958,588 | |
| | | | | | | | | | | | *To Schedule 3* | |

NOTES:
(A) - Annual income has been calculated using wages for residency and then a starting anesthesiologist.
(B) - Worklife expectancy extrapolated based on The Markov Process Model of Labor Force Activity.

*John Doe v Trustees of IU*      ***The accompanying text is an integral part of this report***       bakertilly

CALCULATION OF TOTAL EARNINGS AT PRESENT VALUE - MEDICAL DOCTOR                                          SCHEDULE 2A

| Beginning Date | Ending Date | Age | Portion of Year | Gross Annual Income and Growth (Schedule 6) 102.55% | Prorated for Partial Years Potential Lost Income | Add: Benefits Before PV (Schedule 6) 15.00% | Less: Malpractice Insurance (Schedule 6) 102.55% | Adjusted Lost Wages & Benefits | Present Value (Schedule 6) 3.875% | Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/1989 = Date of Birth | | | | | | | | | | |
| 5/23/2019 = Date of Dismissal | | 29.88 | | | | | | | | |
| WLE (B) = | 32.14 | 62.22 | | | | | | | | |
| 5/24/2019 | 12/31/2019 | 29.88 to 30.49 | 61% | $ - | $ - | | | $ - | $ - | |
| 1/1/2020 | 12/31/2020 | 30.49 to 31.49 | 100% | - | - | | | - | - | |
| 1/1/2021 | 6/1/2021 | 31.49 to 31.00 | 42% | - | - | | | - | - | |
| 6/2/2021 | 12/31/2021 | 31.91 to 32.49 | 58% | 58,000 | 29,000 | 4,350 | | 33,350 | 33,350 | 33,350 |
| 1/1/2022 | 12/31/2022 | 32.49 to 33.49 | 100% | 51,275 | 51,275 | 7,691 | | 58,966 | 56,736 | 90,086 |
| 1/1/2023 | 12/31/2023 | 33.49 to 34.49 | 100% | 52,583 | 52,583 | 7,887 | | 60,470 | 55,083 | 146,069 |
| 1/1/2024 | 12/31/2024 | 34.49 to 35.49 | 100% | 53,924 | 53,924 | 8,089 | | 62,013 | 55,241 | 201,310 |
| 1/1/2025 | 6/1/2025 | 35.49 to 35.80 | 42% | 55,299 | 23,226 | 3,484 | | 26,710 | 23,411 | 224,721 |
| 6/2/2025 | 12/31/2025 | 35.91 to 36.49 | 58% | 159,868 | 92,723 | 13,908 | 20,000 | 86,631 | 75,464 | 276,774 |
| 1/1/2026 | 12/31/2026 | 36.49 to 37.49 | 100% | 163,945 | 163,945 | 24,592 | 20,510 | 168,027 | 168,572 | 415,346 |
| 1/1/2027 | 12/31/2027 | 37.49 to 38.49 | 100% | 168,126 | 168,126 | 25,219 | 21,033 | 172,312 | 136,732 | 552,078 |
| 1/1/2028 | 12/31/2028 | 38.49 to 39.49 | 100% | 172,413 | 172,413 | 25,862 | 21,569 | 176,706 | 134,916 | 686,994 |
| 1/1/2029 | 12/31/2029 | 39.49 to 40.49 | 100% | 176,810 | 176,810 | 26,522 | 22,119 | 181,213 | 133,126 | 820,120 |
| 1/1/2030 | 12/31/2030 | 40.49 to 41.49 | 100% | 181,319 | 181,319 | 27,198 | 22,683 | 185,834 | 131,358 | 951,478 |
| 1/1/2031 | 12/31/2031 | 41.49 to 42.49 | 100% | 185,943 | 185,943 | 27,891 | 23,261 | 190,573 | 129,614 | 1,081,092 |
| 1/1/2032 | 12/31/2032 | 42.49 to 43.49 | 100% | 190,685 | 190,685 | 28,603 | 23,854 | 195,434 | 127,894 | 1,208,986 |
| 1/1/2033 | 12/31/2033 | 43.49 to 44.49 | 100% | 195,547 | 195,547 | 29,332 | 24,462 | 200,417 | 126,195 | 1,335,181 |
| 1/1/2034 | 12/31/2034 | 44.49 to 45.49 | 100% | 200,533 | 200,533 | 30,080 | 25,086 | 205,527 | 124,519 | 1,459,700 |
| 1/1/2035 | 12/31/2035 | 45.49 to 46.49 | 100% | 205,647 | 205,647 | 30,847 | 25,726 | 210,768 | 122,866 | 1,582,566 |
| 1/1/2036 | 12/31/2036 | 46.49 to 47.49 | 100% | 210,891 | 210,891 | 31,634 | 26,382 | 216,143 | 121,235 | 1,703,801 |
| 1/1/2037 | 12/31/2037 | 47.49 to 48.49 | 100% | 216,269 | 216,269 | 32,440 | 27,055 | 221,654 | 119,625 | 1,823,426 |
| 1/1/2038 | 12/31/2038 | 48.49 to 49.49 | 100% | 221,784 | 221,784 | 33,268 | 27,745 | 227,307 | 118,037 | 1,941,463 |
| 1/1/2039 | 12/31/2039 | 49.49 to 50.49 | 100% | 227,439 | 227,439 | 34,116 | 28,452 | 233,103 | 116,469 | 2,057,932 |
| 1/1/2040 | 12/31/2040 | 50.49 to 51.49 | 100% | 233,239 | 233,239 | 34,986 | 29,178 | 239,047 | 114,923 | 2,172,855 |
| 1/1/2041 | 12/31/2041 | 51.49 to 52.49 | 100% | 239,187 | 239,187 | 35,878 | 29,922 | 245,143 | 113,397 | 2,286,252 |
| 1/1/2042 | 12/31/2042 | 52.49 to 53.49 | 100% | 245,286 | 245,286 | 36,793 | 30,685 | 251,394 | 111,891 | 2,398,143 |
| 1/1/2043 | 12/31/2043 | 53.49 to 54.49 | 100% | 251,541 | 251,541 | 37,731 | 31,467 | 257,805 | 110,406 | 2,508,549 |
| 1/1/2044 | 12/31/2044 | 54.49 to 55.49 | 100% | 257,955 | 257,955 | 38,693 | 32,269 | 264,379 | 108,940 | 2,617,489 |
| 1/1/2045 | 12/31/2045 | 55.49 to 56.49 | 100% | 264,533 | 264,533 | 39,680 | 33,032 | 271,121 | 107,483 | 2,724,982 |
| 1/1/2046 | 12/31/2046 | 56.49 to 57.49 | 100% | 271,279 | 271,279 | 40,692 | 33,836 | 278,035 | 106,066 | 2,831,048 |
| 1/1/2047 | 12/31/2047 | 57.49 to 58.49 | 100% | 278,197 | 278,197 | 41,730 | 34,601 | 285,126 | 104,658 | 2,935,706 |
| 1/1/2048 | 12/31/2048 | 58.49 to 59.49 | 100% | 285,291 | 285,291 | 42,794 | 35,688 | 292,397 | 103,269 | 3,038,975 |
| 1/1/2049 | 12/31/2049 | 59.49 to 60.49 | 100% | 292,566 | 292,566 | 43,885 | 36,598 | 299,853 | 101,897 | 3,140,872 |
| 1/1/2050 | 12/31/2050 | 60.49 to 61.49 | 100% | 300,026 | 300,026 | 45,004 | 37,531 | 307,499 | 100,544 | 3,241,416 |
| 1/1/2051 | 9/30/2051 | 61.49 to 62.23 | 75% | 307,677 | 230,758 | 34,614 | 38,488 | 226,884 | 72,071 | 3,313,487 |
| TOTAL | | 32.35 | | $ 6,367,077 | $ 6,169,940 | $ 925,493 | $ 763,592 | $ 6,331,841 | $ 3,336,898 | |

NOTES:
(A) - Annual income has been calculated using wages for residency and then starting medical doctor.
(B) - Worklife expectancy extrapolated based on The Markov Process Model of Labor Force Activity.

*John Doe v Trustees of IU*     **The accompanying text is an integral part of this report**      bakertilly

CALCULATION OF TOTAL EARNINGS AT PRESENT VALUE - ANESTHESIOLOGIST - 4 YEAR DELAY                                   SCHEDULE 3

| Beginning Date | Ending Date | Age | | Portion of Year | Gross Annual Income and Growth (Schedule 5) | Prorated for Partial Years Potential Lost Income | Add: Benefits Before PV (Schedule 7) | Less: Malpractice Insurance (Schedule 6) | Adjusted Lost Wages & Benefits | Present Value (Schedule 8) | Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 102.55% | | 15.00% | 102.55% | | 3.93% | |
| 7/6/1989 = Date of Birth | | | | | | | | | | | |
| 5/23/2019 = Date of Dismissal | | 29.88 | | | | | | | | | |
| WLE (B) = | | 32.34 | | 62.22 | | | | | | | |
| 5/24/2019 | 12/31/2019 | 29.89 to | 30.49 | 61% | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1/1/2020 | 12/31/2020 | 30.49 to | 31.49 | 100% | - | - | - | - | - | - | - |
| 1/1/2021 | 6/1/2021 | 31.49 to | 31.90 | 42% | - | - | - | - | - | - | - |
| 6/2/2021 | 12/31/2021 | 31.91 to | 32.49 | 58% | - | - | - | - | - | - | - |
| 1/1/2022 | 12/31/2022 | 32.49 to | 33.49 | 100% | - | - | - | - | - | - | - |
| 1/1/2023 | 12/31/2023 | 33.49 to | 34.49 | 100% | - | - | - | - | - | - | - |
| 1/1/2024 | 12/31/2024 | 34.49 to | 35.49 | 100% | - | - | - | - | - | - | - |
| 1/1/2025 | 6/1/2025 | 35.49 to | 35.90 | 42% | - | - | - | - | - | - | - |
| 6/2/2025 | 12/31/2025 | 35.91 to | 36.49 | 58% | 54,377 | 31,539 | 4,731 | | 36,270 | 31,087 | 31,087 |
| 1/1/2026 | 12/31/2026 | 36.49 to | 37.49 | 100% | 55,764 | 55,764 | 8,365 | | 64,129 | 52,887 | 83,974 |
| 1/1/2027 | 12/31/2027 | 37.49 to | 38.49 | 100% | 57,186 | 57,186 | 8,578 | | 65,764 | 52,185 | 136,159 |
| 1/1/2028 | 12/31/2028 | 38.49 to | 39.49 | 100% | 58,644 | 58,644 | 8,797 | | 67,441 | 51,492 | 187,651 |
| 1/1/2029 | 12/31/2029 | 39.49 to | 39.90 | 42% | 60,139 | 25,258 | 3,789 | 22,119 | 29,047 | 21,821 | 209,472 |
| 6/2/2029 | 12/31/2029 | 39.91 to | 40.49 | 58% | 303,962 | 176,298 | 26,445 | 22,683 | 180,624 | 134,859 | 344,331 |
| 1/1/2030 | 12/31/2030 | 40.49 to | 41.49 | 100% | 311,713 | 311,713 | 46,757 | 22,683 | 335,787 | 237,353 | 581,684 |
| 1/1/2031 | 12/31/2031 | 41.49 to | 42.49 | 100% | 319,662 | 319,662 | 47,949 | 23,261 | 344,350 | 234,202 | 815,886 |
| 1/1/2032 | 12/31/2032 | 42.49 to | 43.49 | 100% | 327,813 | 327,813 | 49,172 | 23,854 | 353,131 | 231,092 | 1,046,978 |
| 1/1/2033 | 12/31/2033 | 43.49 to | 44.49 | 100% | 336,172 | 336,172 | 50,426 | 24,462 | 362,136 | 228,024 | 1,275,002 |
| 1/1/2034 | 12/31/2034 | 44.49 to | 45.49 | 100% | 344,744 | 344,744 | 51,712 | 25,086 | 371,370 | 224,986 | 1,499,988 |
| 1/1/2035 | 12/31/2035 | 45.49 to | 46.49 | 100% | 353,535 | 353,535 | 53,030 | 25,726 | 380,839 | 222,008 | 1,722,006 |
| 1/1/2036 | 12/31/2036 | 46.49 to | 47.49 | 100% | 362,550 | 362,550 | 54,383 | 26,382 | 390,551 | 219,060 | 1,941,066 |
| 1/1/2037 | 12/31/2037 | 47.49 to | 48.49 | 100% | 371,795 | 371,795 | 55,769 | 27,055 | 400,509 | 216,151 | 2,157,217 |
| 1/1/2038 | 12/31/2038 | 48.49 to | 49.49 | 100% | 381,276 | 381,276 | 57,191 | 27,745 | 410,722 | 213,281 | 2,370,499 |
| 1/1/2039 | 12/31/2039 | 49.49 to | 50.49 | 100% | 390,999 | 390,999 | 58,650 | 28,452 | 421,197 | 210,450 | 2,580,948 |
| 1/1/2040 | 12/31/2040 | 50.49 to | 51.49 | 100% | 400,969 | 400,969 | 60,145 | 29,178 | 431,935 | 207,655 | 2,788,603 |
| 1/1/2041 | 12/31/2041 | 51.49 to | 52.49 | 100% | 411,194 | 411,194 | 61,679 | 29,922 | 442,951 | 204,898 | 2,993,501 |
| 1/1/2042 | 12/31/2042 | 52.49 to | 53.49 | 100% | 421,679 | 421,679 | 63,252 | 30,685 | 454,246 | 202,177 | 3,195,678 |
| 1/1/2043 | 12/31/2043 | 53.49 to | 54.49 | 100% | 432,432 | 432,432 | 64,865 | 31,467 | 465,830 | 199,493 | 3,395,171 |
| 1/1/2044 | 12/31/2044 | 54.49 to | 55.49 | 100% | 443,459 | 443,459 | 66,519 | 32,269 | 477,709 | 196,844 | 3,592,015 |
| 1/1/2045 | 12/31/2045 | 55.49 to | 56.49 | 100% | 454,767 | 454,767 | 68,215 | 33,092 | 489,890 | 194,230 | 3,786,245 |
| 1/1/2046 | 12/31/2046 | 56.49 to | 57.49 | 100% | 466,364 | 466,364 | 69,955 | 33,936 | 502,383 | 191,651 | 3,977,896 |
| 1/1/2047 | 12/31/2047 | 57.49 to | 58.49 | 100% | 478,256 | 478,256 | 71,738 | 34,801 | 515,193 | 189,105 | 4,167,002 |
| 1/1/2048 | 12/31/2048 | 58.49 to | 59.49 | 100% | 490,452 | 490,452 | 73,568 | 35,688 | 528,332 | 186,596 | 4,353,598 |
| 1/1/2049 | 12/31/2049 | 59.49 to | 60.49 | 100% | 502,959 | 502,959 | 75,444 | 36,596 | 541,805 | 184,118 | 4,537,716 |
| 1/1/2050 | 12/31/2050 | 60.49 to | 61.49 | 100% | 515,784 | 515,784 | 77,368 | 37,531 | 555,621 | 181,674 | 4,719,390 |
| 1/1/2051 | 9/30/2051 | 61.49 to | 62.22 | 75% | 528,936 | 396,702 | 59,505 | 38,488 | 417,719 | 417,719 | 5,137,109 |
| TOTAL | | | | 31.61 | $ 9,637,582 | $ 9,319,065 | $ 1,397,997 | $ 680,460 | $ 10,037,482 | $ 5,137,109 | |

To Schedule 1

**NOTES:**
(A) - Annual income has been calculated using wages for residency and then a starting anesthesiologist
(B) - Worklife expectancy extrapolated based on The Markov Process Model of Labor Force Activity.

*John Doe v Trustees of IU*     **The accompanying text is an integral part of this report**      bakertilly

CALCULATION OF TOTAL EARNINGS AT PRESENT VALUE - ANESTHESIOLOGIST - 4 YEAR DELAY     SCHEDULE 3A

| Beginning Date | Ending Date | Age | | | Portion of Year | Gross Annual Income and Growth | Prorated for Partial Years Potential Lost Income | Add: Benefits Before PV | Less: Malpractice Insurance | Adjusted Lost Wages & Benefits | Present Value | Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Schedule B* | | *Schedule E* | *Schedule G* | | *Schedule C* | |
| 7/6/1989 = Date of Birth | | | | | | 102.55% | | 15.00% | 102.55% | | 3.51% | |
| 5/23/2019 = Date of Dismissal | | 29.88 | | | | | | | | | | |
| WLE (B) = | | 32.34 | to | 62.22 | | | | | | | | |
| | | | | | | | | | | | | |
| 5/24/2019 | 12/31/2019 | 29.88 | to | 30.49 | 61% | $ | $ - | | $ | $ - | $ - | $ - |
| 1/1/2020 | 12/31/2020 | 30.49 | to | 31.49 | 100% | | - | | | - | - | - |
| 1/1/2021 | 6/1/2021 | 31.49 | to | 31.90 | 42% | | - | | | - | - | - |
| 6/2/2021 | 12/31/2021 | 31.91 | to | 32.49 | 58% | | - | | | - | - | - |
| 1/1/2022 | 12/31/2022 | 32.49 | to | 33.49 | 100% | | - | | | - | - | - |
| 1/1/2023 | 12/31/2023 | 33.49 | to | 34.49 | 100% | | - | | | - | - | - |
| 1/1/2024 | 12/31/2024 | 34.49 | to | 35.49 | 100% | | - | | | - | - | - |
| 1/1/2025 | 6/1/2025 | 35.49 | to | 35.90 | 42% | | - | | | - | - | - |
| 6/2/2025 | 12/31/2025 | 35.91 | to | 36.49 | 58% | 54,377 | 31,539 | 4,731 | | 36,270 | 31,087 | 31,087 |
| 1/1/2026 | 12/31/2026 | 36.49 | to | 37.49 | 100% | 55,764 | 55,764 | 8,365 | | 64,129 | 52,887 | 83,974 |
| 1/1/2027 | 12/31/2027 | 37.49 | to | 38.49 | 100% | 57,186 | 57,186 | 8,578 | | 65,764 | 52,185 | 136,159 |
| 1/1/2028 | 12/31/2028 | 38.49 | to | 39.49 | 100% | 58,644 | 58,644 | 8,797 | | 67,441 | 51,492 | 187,651 |
| 1/1/2029 | 6/1/2029 | 39.49 | to | 39.90 | 42% | 60,139 | 25,258 | 3,789 | | 29,047 | 21,821 | 209,472 |
| 6/2/2029 | 12/31/2029 | 39.91 | to | 40.49 | 58% | 173,862 | 100,840 | 15,126 | 22,119 | 93,847 | 70,069 | 279,541 |
| 1/1/2030 | 12/31/2030 | 40.49 | to | 41.49 | 100% | 178,295 | 178,295 | 26,744 | 22,683 | 182,356 | 128,000 | 408,441 |
| 1/1/2031 | 12/31/2031 | 41.49 | to | 42.49 | 100% | 182,842 | 182,842 | 27,426 | 23,261 | 187,007 | 127,189 | 535,630 |
| 1/1/2032 | 12/31/2032 | 42.49 | to | 43.49 | 100% | 187,504 | 187,504 | 28,126 | 23,854 | 191,776 | 125,500 | 661,130 |
| 1/1/2033 | 12/31/2033 | 43.49 | to | 44.49 | 100% | 192,285 | 192,285 | 28,843 | 24,462 | 196,666 | 123,834 | 784,964 |
| 1/1/2034 | 12/31/2034 | 44.49 | to | 45.49 | 100% | 197,188 | 197,188 | 29,578 | 25,086 | 201,680 | 122,189 | 907,153 |
| 1/1/2035 | 12/31/2035 | 45.49 | to | 46.49 | 100% | 202,216 | 202,216 | 30,332 | 25,726 | 206,822 | 120,566 | 1,027,719 |
| 1/1/2036 | 12/31/2036 | 46.49 | to | 47.49 | 100% | 207,373 | 207,373 | 31,106 | 26,382 | 212,097 | 118,065 | 1,145,684 |
| 1/1/2037 | 12/31/2037 | 47.49 | to | 48.49 | 100% | 212,661 | 212,661 | 31,899 | 27,055 | 217,505 | 117,385 | 1,264,069 |
| 1/1/2038 | 12/31/2038 | 48.49 | to | 49.49 | 100% | 218,084 | 218,084 | 32,713 | 27,745 | 223,052 | 115,827 | 1,379,896 |
| 1/1/2039 | 12/31/2039 | 49.49 | to | 50.49 | 100% | 223,645 | 223,645 | 33,547 | 28,452 | 228,740 | 114,289 | 1,494,185 |
| 1/1/2040 | 12/31/2040 | 50.49 | to | 51.49 | 100% | 229,348 | 229,348 | 34,402 | 29,178 | 234,572 | 112,771 | 1,606,956 |
| 1/1/2041 | 12/31/2041 | 51.49 | to | 52.49 | 100% | 235,196 | 235,196 | 35,279 | 29,922 | 240,553 | 111,274 | 1,718,230 |
| 1/1/2042 | 12/31/2042 | 52.49 | to | 53.49 | 100% | 241,193 | 241,193 | 36,179 | 30,685 | 246,687 | 109,796 | 1,828,026 |
| 1/1/2043 | 12/31/2043 | 53.49 | to | 54.49 | 100% | 247,343 | 247,343 | 37,101 | 31,467 | 252,977 | 108,338 | 1,936,364 |
| 1/1/2044 | 12/31/2044 | 54.49 | to | 55.49 | 100% | 253,650 | 253,650 | 38,048 | 32,269 | 259,429 | 106,900 | 2,043,264 |
| 1/1/2045 | 12/31/2045 | 55.49 | to | 56.49 | 100% | 260,118 | 260,118 | 39,018 | 33,092 | 266,044 | 105,480 | 2,148,744 |
| 1/1/2046 | 12/31/2046 | 56.49 | to | 57.49 | 100% | 266,751 | 266,751 | 40,013 | 33,936 | 272,828 | 104,080 | 2,252,824 |
| 1/1/2047 | 12/31/2047 | 57.49 | to | 58.49 | 100% | 273,553 | 273,553 | 41,033 | 34,801 | 279,785 | 102,698 | 2,355,522 |
| 1/1/2048 | 12/31/2048 | 58.49 | to | 59.49 | 100% | 280,529 | 280,529 | 42,079 | 35,688 | 286,920 | 101,334 | 2,456,856 |
| 1/1/2049 | 12/31/2049 | 59.49 | to | 60.49 | 100% | 287,682 | 287,682 | 43,152 | 36,598 | 294,236 | 99,988 | 2,556,844 |
| 1/1/2050 | 12/31/2050 | 60.49 | to | 61.49 | 100% | 295,016 | 295,016 | 44,253 | 37,531 | 301,740 | 98,661 | 2,655,505 |
| 1/1/2051 | 9/30/2051 | 61.49 | to | 62.23 | 75% | 302,541 | 226,906 | 34,036 | 38,488 | 222,454 | 222,454 | 2,877,959 |
| | | | | | | | | | | | | |
| TOTAL | | | | | 31.61 | $ 5,634,887 | $ 5,426,611 | $ 814,293 | $ 680,480 | $ 5,582,424 | $ 2,877,959 | |
| | | | | | | | | | | | *To Schedule 1* | |

NOTES:
(A) - Annual income has been calculated using wages for residency and then a starting General Medical Practitioner.
(B) - Worklife expectancy extrapolated based on The Markov Process Model of Labor Force Activity.

*John Doe v Trustees of IU*        ***The accompanying text is an integral part of this report***         bakertilly

CALCULATION OF TOTAL EARNINGS AT PRESENT VALUE - NON-MEDICAL                                        SCHEDULE 4

| Beginning Date | Ending Date | Age | | | Portion of Year | Gross Annual Income and Growth | Prorated for Partial Years Potential Lost Income | Add: Benefits Before PV | Less: Malpractice Insurance | Adjusted Lost Wages & Benefits | Present Value | Cumulative Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Schedule 6 | | Schedule 5 | Schedule 5 | | Schedule 5 | |
| | | | | | | 102.55% | | 15.00% | 102.55% | | 3.93% | |
| 7/6/1980 = Date of Birth | | | | | | | | | | | | |
| 5/23/2019 = Date of Dismissal | | 29.88 | | | | | | | | | | |
| WLE (B) = | | 32.31 | to | 62.32 | | | | | | | | |
| 5/24/2019 | 12/31/2019 | 29.88 | to | 30.49 | 61% | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1/1/2020 | 12/31/2020 | 30.49 | to | 31.49 | 100% | - | - | - | | - | - | - |
| 1/1/2021 | 6/1/2021 | 31.49 | to | 31.90 | 42% | - | - | - | | - | - | - |
| 6/2/2021 | 12/31/2021 | 31.91 | to | 32.49 | 58% | - | - | - | | - | - | - |
| 1/1/2022 | 12/31/2022 | 32.49 | to | 33.49 | 100% | 73,992 | 73,992 | 11,099 | | 85,091 | 81,873 | 81,873 |
| 1/1/2023 | 12/31/2023 | 33.49 | to | 34.49 | 100% | 75,879 | 75,879 | 11,382 | | 87,261 | 80,786 | 162,659 |
| 1/1/2024 | 12/31/2024 | 34.49 | to | 35.49 | 100% | 77,814 | 77,814 | 11,672 | | 89,486 | 79,714 | 242,373 |
| 1/1/2025 | 6/1/2025 | 35.49 | to | 35.90 | 42% | 78,798 | 33,515 | 5,027 | | 38,542 | 33,782 | 276,155 |
| 6/2/2025 | 12/31/2025 | 35.91 | to | 36.49 | 58% | 81,833 | 47,463 | 7,119 | | 54,582 | 47,546 | 323,701 |
| 1/1/2026 | 12/31/2026 | 36.49 | to | 37.49 | 100% | 83,920 | 83,920 | 12,588 | | 96,508 | 79,590 | 403,291 |
| 1/1/2027 | 12/31/2027 | 37.49 | to | 38.49 | 100% | 86,060 | 86,060 | 12,909 | | 98,969 | 78,533 | 481,824 |
| 1/1/2028 | 12/31/2028 | 38.49 | to | 39.49 | 100% | 88,255 | 88,255 | 13,238 | | 101,493 | 77,491 | 559,315 |
| 1/1/2029 | 12/31/2029 | 39.49 | to | 40.49 | 100% | 90,506 | 90,506 | 13,576 | | 104,082 | 76,462 | 635,777 |
| 1/1/2030 | 12/31/2030 | 40.49 | to | 41.49 | 100% | 92,814 | 92,814 | 13,922 | | 106,736 | 75,447 | 711,224 |
| 1/1/2031 | 12/31/2031 | 41.49 | to | 42.49 | 100% | 95,181 | 95,181 | 14,277 | | 109,458 | 74,445 | 785,669 |
| 1/1/2032 | 12/31/2032 | 42.49 | to | 43.49 | 100% | 97,608 | 97,608 | 14,641 | | 112,249 | 73,457 | 859,126 |
| 1/1/2033 | 12/31/2033 | 43.49 | to | 44.49 | 100% | 100,097 | 100,097 | 15,015 | | 115,112 | 72,482 | 931,608 |
| 1/1/2034 | 12/31/2034 | 44.49 | to | 45.49 | 100% | 102,649 | 102,649 | 15,397 | | 118,046 | 71,519 | 1,003,127 |
| 1/1/2035 | 12/31/2035 | 45.49 | to | 46.49 | 100% | 105,267 | 105,267 | 15,790 | | 121,057 | 70,569 | 1,073,696 |
| 1/1/2036 | 12/31/2036 | 46.49 | to | 47.49 | 100% | 107,951 | 107,951 | 16,193 | | 124,144 | 69,632 | 1,143,328 |
| 1/1/2037 | 12/31/2037 | 47.49 | to | 48.49 | 100% | 110,704 | 110,704 | 16,606 | | 127,310 | 68,708 | 1,212,036 |
| 1/1/2038 | 12/31/2038 | 48.49 | to | 49.49 | 100% | 113,527 | 113,527 | 17,029 | | 130,556 | 67,796 | 1,279,832 |
| 1/1/2039 | 12/31/2039 | 49.49 | to | 50.49 | 100% | 116,422 | 116,422 | 17,463 | | 133,885 | 66,895 | 1,346,727 |
| 1/1/2040 | 12/31/2040 | 50.49 | to | 51.49 | 100% | 119,391 | 119,391 | 17,909 | | 137,300 | 66,007 | 1,412,734 |
| 1/1/2041 | 12/31/2041 | 51.49 | to | 52.49 | 100% | 122,435 | 122,435 | 18,365 | | 140,800 | 65,130 | 1,477,864 |
| 1/1/2042 | 12/31/2042 | 52.49 | to | 53.49 | 100% | 125,557 | 125,557 | 18,834 | | 144,391 | 64,266 | 1,542,130 |
| 1/1/2043 | 12/31/2043 | 53.49 | to | 54.49 | 100% | 128,759 | 128,759 | 19,314 | | 148,073 | 63,413 | 1,605,543 |
| 1/1/2044 | 12/31/2044 | 54.49 | to | 55.49 | 100% | 132,042 | 132,042 | 19,806 | | 151,848 | 62,570 | 1,668,113 |
| 1/1/2045 | 12/31/2045 | 55.49 | to | 56.49 | 100% | 135,409 | 135,409 | 20,311 | | 155,720 | 61,739 | 1,729,852 |
| 1/1/2046 | 12/31/2046 | 56.49 | to | 57.49 | 100% | 138,862 | 138,862 | 20,829 | | 159,691 | 60,920 | 1,790,772 |
| 1/1/2047 | 12/31/2047 | 57.49 | to | 58.49 | 100% | 142,403 | 142,403 | 21,360 | | 163,763 | 60,111 | 1,850,883 |
| 1/1/2048 | 12/31/2048 | 58.49 | to | 59.49 | 100% | 146,034 | 146,034 | 21,905 | | 167,939 | 59,313 | 1,910,196 |
| 1/1/2049 | 12/31/2049 | 59.49 | to | 60.49 | 100% | 149,758 | 149,758 | 22,464 | | 172,222 | 58,525 | 1,968,721 |
| 1/1/2050 | 12/31/2050 | 60.49 | to | 61.49 | 100% | 153,577 | 153,577 | 23,037 | | 176,614 | 57,748 | 2,026,469 |
| 1/1/2051 | 9/30/2051 | 61.49 | to | 62.23 | 75% | 157,493 | 118,120 | 17,718 | | 135,838 | 43,150 | 2,069,619 |
| | TOTAL | 32.36 | | | | $ 3,431,597 | $ 3,311,971 | $ 496,795 | $ - | $ 3,808,766 | $ 2,069,619 | |
| | | | | | | | | | | | *To Schedule 1* | |

NOTES:
(A) - Annual income has been calculated using wages for someone with a graduate degree in math or science.
(B) - Worklife expectancy extrapolated based on *The Markov Process Model of Labor Force Activity.*

*John Doe v Trustees of IU*    **The accompanying text is an integral part of this report**    

## SUMMARY OF EMPLOYEE BENEFITS    SCHEDULE 5

*Source: Bureau of Labor Statistics Employer Costs for Employee Compensation*

| Description | | Cost Per Hour | Percentage |
|---|---|---|---|
| | | **Civilian Workers** | |
| Wages and Salaries | $ | 24.91 | |
| Paid Leave | | 2.62 | |
| Supplemental Pay | | 1.01 | |
| Total Gross Wages | $ | 28.54 | 100.00% |
| **Benefits:** | | | |
| *Insurance:* | | | |
| Life | | 0.05 | 0.18% |
| Health | | 3.00 | 10.51% |
| Short-term Disability | | 0.06 | 0.21% |
| Long-term Disability | | 0.04 | 0.14% |
| *Retirement and Savings:* | | | |
| Defined Benefit | | 1.22 | 4.27% |
| Defined Contribution | | 0.73 | 2.56% |
| *Legally Required Benefits:* | | | |
| Social Security | | 1.62 | 5.68% |
| Medicare | | 0.41 | 1.44% |
| Federal Unemployment Insurance | | 0.03 | 0.11% |
| State Unemployment Insurance | | 0.14 | 0.49% |
| Workers' Compensation | | 0.46 | 1.61% |
| Total Benefits | $ | 7.76 | 27.20% |

**NOTES:**
(A) - These are not considered lost benefits because future payments are not guaranteed.
(B) - These are not considered because they are not needed if they are not working.

*John Doe v Trustees of IU*       **The accompanying text is an integral part of this report**       

SUMMARY OF RATES                                                                                                       SCHEDULE 6

*Sources: Bureau of Labor Statistics (Consumer Price Index) and Federal Reserve Board (Treasury Securities)*

| Year | Inflation Rates | | Treasury Bills | | Treasury Constant Maturities | | | | | Blended Interest Rate (3mo - 10yr) | Net Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CPI Index | Inflation | 3-Month | 6-Month | 1-Year | 3-Year | 5-Year | 7-Year | 10-Year | | |
| 1986 | 109.6 | 1.86% | 5.97% | 6.02% | 6.45% | 7.06% | 7.30% | 7.54% | 7.67% | 6.86% | 5.00% |
| 1987 | 113.6 | 3.65% | 5.78% | 6.03% | 6.77% | 7.68% | 7.94% | 8.23% | 8.39% | 7.26% | 3.61% |
| 1988 | 118.3 | 4.14% | 6.67% | 6.91% | 7.65% | 8.26% | 8.48% | 8.71% | 8.85% | 7.93% | 3.79% |
| 1989 | 124.0 | 4.82% | 8.11% | 8.03% | 8.53% | 8.55% | 8.50% | 8.52% | 8.49% | 8.39% | 3.57% |
| 1990 | 130.7 | 5.49% | 7.50% | 7.46% | 7.89% | 8.26% | 8.37% | 8.52% | 8.55% | 8.08% | 2.68% |
| 1991 | 136.2 | 4.21% | 5.38% | 5.44% | 5.86% | 6.82% | 7.37% | 7.68% | 7.86% | 6.63% | 2.42% |
| 1992 | 140.3 | 3.01% | 3.43% | 3.54% | 3.89% | 5.30% | 6.19% | 6.63% | 7.01% | 5.14% | 2.13% |
| 1993 | 144.5 | 2.99% | 3.00% | 3.12% | 3.43% | 4.44% | 5.14% | 5.54% | 5.87% | 4.36% | 1.37% |
| 1994 | 148.2 | 2.56% | 4.25% | 4.64% | 5.32% | 6.27% | 6.69% | 6.91% | 7.09% | 5.88% | 3.32% |
| 1995 | 152.4 | 2.83% | 5.49% | 5.56% | 5.94% | 6.25% | 6.38% | 6.50% | 6.57% | 6.10% | 3.27% |
| 1996 | 156.9 | 2.95% | 5.01% | 5.08% | 5.52% | 5.99% | 6.18% | 6.34% | 6.44% | 5.79% | 2.84% |
| 1997 | 160.5 | 2.29% | 5.06% | 5.18% | 5.63% | 6.10% | 6.22% | 6.33% | 6.35% | 5.84% | 3.55% |
| 1998 | 163.0 | 1.56% | 4.78% | 4.83% | 5.05% | 5.14% | 5.15% | 5.28% | 5.26% | 5.07% | 3.51% |
| 1999 | 166.6 | 2.21% | 4.64% | 4.75% | 5.08% | 5.49% | 5.55% | 5.79% | 5.65% | 5.28% | 3.07% |
| 2000 | 172.2 | 3.36% | 5.82% | 5.90% | 6.11% | 6.22% | 6.16% | 6.20% | 6.03% | 6.06% | 2.70% |
| 2001 | 177.1 | 2.85% | 3.40% | 3.34% | 3.49% | 4.09% | 4.56% | 4.88% | 5.02% | 4.11% | 1.25% |
| 2002 | 179.9 | 1.58% | 1.61% | 1.68% | 2.00% | 3.10% | 3.82% | 4.30% | 4.61% | 3.02% | 1.44% |
| 2003 | 184.0 | 2.28% | 1.01% | 1.05% | 1.24% | 2.10% | 2.97% | 3.52% | 4.01% | 2.27% | -0.01% |
| 2004 | 188.9 | 2.66% | 1.37% | 1.58% | 1.89% | 2.78% | 3.43% | 3.87% | 4.27% | 2.74% | 0.08% |
| 2005 | 195.3 | 3.39% | 3.15% | 3.39% | 3.62% | 3.93% | 4.05% | 4.15% | 4.29% | 3.80% | 0.41% |
| 2006 | 201.6 | 3.23% | 4.73% | 4.81% | 4.94% | 4.77% | 4.75% | 4.76% | 4.80% | 4.79% | 1.56% |
| 2007 | 207.3 | 2.83% | 4.36% | 4.44% | 4.53% | 4.35% | 4.43% | 4.51% | 4.63% | 4.46% | 1.63% |
| 2008 | 215.3 | 3.80% | 1.37% | 1.62% | 1.83% | 2.24% | 2.80% | 3.17% | 3.66% | 2.38% | -1.48% |
| 2009 | 214.5 | -0.37% | 0.15% | 0.28% | 0.47% | 1.43% | 2.20% | 2.82% | 3.26% | 1.52% | 1.89% |
| 2010 | 218.1 | 1.68% | 0.14% | 0.20% | 0.32% | 1.11% | 1.93% | 2.62% | 3.22% | 1.36% | -0.32% |
| 2011 | 225.0 | 3.16% | 0.05% | 0.10% | 0.18% | 0.75% | 1.52% | 2.16% | 2.78% | 1.08% | -2.08% |
| 2012 | 229.6 | 2.04% | 0.09% | 0.13% | 0.17% | 0.38% | 0.76% | 1.22% | 1.80% | 0.65% | -1.39% |
| 2013 | 233.0 | 1.48% | 0.06% | 0.09% | 0.13% | 0.54% | 1.17% | 1.74% | 2.35% | 0.87% | -0.61% |
| 2014 | 236.7 | 1.60% | 0.03% | 0.06% | 0.12% | 0.90% | 1.64% | 2.14% | 2.54% | 1.06% | -0.54% |
| 2015 | 237.0 | 0.11% | 0.05% | 0.17% | 0.32% | 1.02% | 1.53% | 1.89% | 2.14% | 1.02% | 0.91% |
| 2016 | 240.0 | 1.27% | 0.32% | 0.46% | 0.61% | 1.00% | 1.33% | 1.63% | 1.84% | 1.03% | -0.24% |
| 2017 | 245.1 | 2.13% | 0.95% | 1.07% | 1.20% | 1.58% | 1.91% | 2.16% | 2.33% | 1.60% | -0.53% |
| 2018 | 251.1 | 2.44% | 1.97% | 2.14% | 2.33% | 2.63% | 2.75% | 2.85% | 2.91% | 2.51% | 0.07% |
| 2019 | 255.7 | 1.81% | 2.11% | 2.11% | 2.05% | 1.94% | 1.95% | 2.05% | 2.14% | 2.05% | 0.24% |
| 2020 | 258.8 | 1.23% | 0.36% | 0.37% | 0.37% | 0.42% | 0.53% | 0.72% | 0.89% | 0.52% | -0.71% |
| Average - 35 yrs | | 2.55% | | | | | | | | 3.93% | -1.380% |
| | | to Schedules 2-4 | | | | | | | | to Schedules 2-4 | |



**Exhibit 2**



# Paul Cadorette, CPA, CFF

Paul Cadorette is a Managing Director in the Global Forensics consulting practice at Baker Tilly.



For 30 years, Paul Cadorette has been solving accounting puzzles, working with insurance professionals and attorneys to provide objective, reliable quantifications of economic damages. Recognized for his steady hand and sage judgment, Paul has worked on a variety of loss scenarios, including:

- Property loss
- Business interruption
- Third party losses
- Litigation Support
- Subrogation

**Baker Tilly Virchow Krause, LLP**
**Managing Director, Global Forensics**
7887 E Belleview Avenue, Suite 1200
Denver, CO 80111
United States

**T** +1 (303) 721 8898
**D** +1 (720) 889 4849
**M** +1 (303) 522 6820
paul.cadorette@bakertilly.com
bakertilly.com

**Education**
Bachelor of Science in Business Administration & Accounting, California State University at Northridge Institution (Los Angeles, CA)

Paul focuses on investigative accounting to analyze and measure complex damages, delivering thorough expert reports and experienced testimony when needed. His experience spans many industries, giving him an understanding of the needs specific to each type of claim and industry segment. Experience ensures he knows what to ask, when to ask it, and where to look if information can't readily be found, which enables Paul to anticipate and mitigate issues and obstacles that often arise in claim or case resolution.

**Specific experience**

- Providing forensic accounting analysis and valuation of an oil and gas company in fraud and bankruptcy proceedings. During a comprehensive financial analysis of the company's records, we found the CEO had been loaning company funds to his other companies, as well as recording revenue for projects that were never completed. At the completion of our analysis, it was determined the CEO had misused company funds and left it strapped for cash, forcing it into high interest loan arrangements. Ultimately, the analysis revealed the CEO owed the company US $1.7 million.
- Assisting in the valuation of a complex accounting of property, business interruption and extra expense claims totaling more than US $15 million when a fuel farm fire at an international airport destroyed three million gallons of jet fuel and nearly crippled a major carrier's fleet of planes when fuel was unavailable on one of the busiest travel weekends of the year.
- Quantifying property and business interruption losses for a major mining facility when an ore crusher broke down. The business interruption costs were offset by alternative extraction processes until the machinery could be repaired.

Baker Tilly Virchow Krause, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



Paul Cadorette, page 2

–   Following Hurricane Ike, a hospital facility was severely damaged resulting in one campus being closed. The firm was engaged to quantify the losses from the closures, including lost earning and extra expense. The claim eventually went to litigation.
–   Quantifying the losses in a personal injury case, we evaluated the financial implications in case. The claimant asserted cognitive issues following the accident resulting in lost earnings. Our evaluation found that actual earnings after the accident were higher than before the incident.


**Court experience**

Paul has delivered deposition and trial testimony in numerous cases in County, US District and Federal Courts.


**Industry involvement**

–   American Institute of Certified Public Accountants
–   Colorado Society of Certified Public Accountants
–   National Association of Certified Fraud Examiners


**Thought leadership**

Paul has developed and presented seminars on various loss measurement topics. Paul also assists the International Association of Defense Counsel's annual Trial Academy as a damages expert witness. His recent publications include:

–   "Cross Examining the Financial Expert: Strategies to Strengthen Your Case," private law firm seminar, September 2013
–   "Brewery Losses: The Basics of Business Income Losses," private industry seminar, June 2013
–   "Current Trends in Business Income Claims," private insurance seminar, 2012
–   "Hostile la Vista," Claims Management, January 2011


**Continuing professional education and credentials**

–   Certified Public Accountant
–   Certified in Financial Forensics



**Exhibit 3**



Paul L. Cadorette, CPA/CFF
*Expert Witness Testimony*

| Case Name | Case Number | Client | Deposition | Trial | Court |
|---|---|---|---|---|---|
| **2015** | | | | | |
| Electrology Laboratory v. Larry Paul Kunze | 11-CV-01907 | Plaintiff | | * | US District Court, District of Colorado |
| Brenda Strand v State Farm Insurance Company | 2013-CV-031419 | Defendant | | * | District Court, County of El Paso |
| Rocky Mountain Forest Products v Denver Transit Partners | 14-CV-030382 | Defendant | | * | District Court, County of Denver |
| Barraza v UPS | 14-CV-02823 | Plaintiff | * | | US District Court, District of Colorado |
| Smile Maker LLC, et al v Tin Grins, P.C., et al | 01-15-0003-1455 | Plaintiff | * | | American Arbitration Association |
| Arguilar v AAA | 2014CV030884 | | * | | District Court, Pueblo County, Colorado |
| **2016** | | | | | |
| Thomas Bader v College Pharmacy, et al | 2013 CV 030452 | Defendant | * | | District Court, County of El Paso |
| Anne Taylor v Sequoia Golf Blackstone, LLC, et al | 2016 CV 030193 | Plaintiff | * | | District Court, County of Arapahoe |
| Jimmy Pacheco v Colorado Petroleum Products Co. et al | 2015 CV 31852 | Defendant | * | | District Court, County of Denver |
| **2017** | | | | | |
| West Hallam, LLC v Aspen Constructors, Inc. | JAG 2014-1667A | Defendant | | * | Arbitration Hearing |
| Jimmy Pacheco v Colorado Petroleum Products Co. et al | 2015 CV 31852 | Defendant | | * | District Court, County of Denver |
| Taylor v Sequoia Golf Blackstone LLC & Thompson | 2016CV30777 | Plaintiff | | * | District Court, County of Arapahoe |
| Powers Construction, et al v Karmaceuticals, LLC, et al | 2016CV31429 | Plaintiff/Third Party Defendant | * | | District Court, County of Denver |
| **2018** | | | | | |
| Sandra Saati v American Family Insurance | 17-CV-01958-KMT | Defendant | * | | US District Court, District of Colorado |
| Fraser Crossing, et al v Intrawest | JAG No. 2017-0633A | Defendant | * | | Judicial Arbiter Group |
| Colorado Cannabis Associates, et al, v Joseph V. Gagliano, P.E., et al | 2017CV33315 | Plaintiff | * | | District Court, Pueblo County |
| Brian Warembourg v Excel Electric, Inc. | 2017CV30891 | Defendant | | * | District Court, County of Boulder |
| Tyler Branson, et al v Rocky Mountain Rod, Inc. | 103582 | Defendant | | * | District Court, State of Wyoming, County of Natrona |
| Michele Ricci, et al v Lamros Glanos, et al | 2017CV30551 | Defendant | | * | District Court, County of Boulder |
| **2019** | | | | | |
| Estate of Cody Rhea v Arapahoe House, Inc and Arapahoe House Foundation | 2016CV30258 | Defendant | | * | District Court, County of Adams |
| Sharon Ostberg v State Farm Mutual Automobile Insurance Company | 2018CV01741 | Defendant | * | | US District Court, District of Colorado |
| Lori Large v Centennial v. Centennial Commerical Properties | 2017CV030232 | Defendant | | * | US District Court, County of La Plata |
| **2020** | | | | | |
| Robert A. Nathan, M.D. v Asthma & Allergy Associates, P.C. | Jag No. 2019-1371A | Defendant | | * | Arbitration Hearing |
| **2021** | | | | | |
| Midas International LLC v VieRican LLC | AAA Case No. 01-20-0000-4296 | Plaintiff | | * | Arbitration Hearing |



**Exhibit 4**

*John Doe v Trustees of IU*          **The accompanying text is an integral part of this report**          

## Doucuments Reviewed

2016-2017 AMCAS Application
Dkt 8 - Amended Complaint
Email from Mr. Doe
E-file Brief - Amended Motion for TRO
IUSM Transcript
SUNY transcript
Umich Transcript
payscal.com
statista.com
Other Google research
Markov Model for Worklife estimate