# EXHIBIT H

**An assessment of institutional action's impact on the likelihood
John Doe will become a practicing physician in the United States**

By

Suzanne M. Miller, MD, FACEP
Medical and Residency Admissions Expert
CEO of MDadmit, LLC
Practicing Physician

Prepared for

Tara Davis
Nesenoff & Miltenberg
New York, NY

July 2021

I reserve the right to further amend this report based on obtaining additional information.

EXHIBIT
553

**Education and Professional Summary for Dr. Suzanne M. Miller**

Dr. Suzanne M. Miller was raised near Washington, DC and studied history and science at Harvard College while completing pre-med coursework. She graduated with honors as a Phi Beta Kappa member and Rhodes Scholarship national finalist and earned the prestigious Harvard Student-Athlete of the Year Award. While attending Harvard Medical School, she began admissions consulting as a Harvard pre-medical tutor and then co-chair of the Eliot House Pre-Medical Committee. After receiving her MD, she completed residency at Stanford University in emergency medicine and became a board-certified emergency physician and Fellow of the American College of Emergency Physicians (FACEP).

Dr. Miller continues to work as an emergency physician both nationally and internationally while running MDadmit, a medical admissions consulting service dedicated to assisting health professional school and residency applicants. She is also proud to have launched MDadmit Academy, to lead MDadmit Admissions Bootcamps, and to have authored four best-selling books on medical admissions. Dr. Miller enjoys teaching, traveling, and working in emergency medicine internationally, activities that have allowed her to make footprints on seven continents.

## Education

**Stanford University**                                    2004-2007
Emergency Medicine Internship and Residency               Palo Alto, CA

**Harvard Medical School**                                 2000-2004
Doctorate of Medicine                                      Boston, MA

**Harvard University**                                     1995-1999
Honors BA in History and Science, pre-med track            Cambridge, MA
Phi Beta Kappa, Rhodes and Marshall Scholar Finalist
Varsity Basketball - Co-captain, 3-year starter for 3-time Ivy League Champions

## Medical Admissions Expertise

**Chief Executive Officer**                                2006-present
*MDadmit*                                                  International

- Founder and CEO of consulting service assisting health professional school applicants
- Expertise in medical school, residency, and post-baccalaureate admissions
- Creator of MDadmit Academy and MDadmit Admissions Bootcamps
- Best-selling author of four books:
    - *Nailing the Medical School Interview: A Harvard MD's Comprehensive Preparation Strategy*, MDadmit, 2017.
    - *The Medical School Admissions Guide: A Harvard MD's Week-by-Week Admissions Handbook, 3rd Edition*. MDadmit, 2014.

2

    o   *How to be Pre-Med: A Harvard MD's Medical School Preparation Guide for
Students and Parents.* MDadmit, 2013.
    o   *How to Get Into Medical School with a Low GPA.* MDadmit, 2012.

**Harvard Pre-Medical Tutor & Co-Chair**             2001-2004
*Eliot House Premedical Committee, Harvard University*     Cambridge, MA

- Resident expert advisor to Harvard pre-med students
- Advised over 100 Harvard pre-meds per year
- Co-led 2003-2004 committee

**Medical Expertise**

**Attending Emergency Physician, Assistant Professor**    2007-2012
*INOVA Fairfax Hospital*                      Falls Church, VA

- Specialist physician in Level I trauma center with >100,000 yearly patient volume
- Clinical assistant professor and residency selection committee member, The George Washington University School of Medicine and Health Sciences
- Assistant professor, Virginia Commonwealth University, INOVA Campus
- Ultrasound director

**International Physician, Volunteer, and Disaster Responder**    2004-present

*AmWell Telehealth*                         United States
- Urgent care provider and triage during COVID-19 pandemic
*Royal Prince Alfred Hospital, Ryde Hospital, Sutherland Hospital*    Australia
- Emergency Department Specialist
*Lutheran Medical Center*                  United States
- Locums Attending Emergency Physician
*George Washington University International Emergency Fellowships*    India
- Lectured Emergency Medicine Fellows in Calicut and Kolkata
*Community Coalition for Haiti*             Haiti
- Established outdoor ED for 2010 earthquake victims
*Catholic Near East Welfare Association*         Lebanon
- Provided medical care to Palestinian refugees
*Apollo Hospitals Hyderabad and Chennai*        India
- Instructed students in project used as basis of Indian EMS system
*Centro de Emergencias Maternal Infantil*       Guatemala
- Provided emergency and obstetric care in remote health clinics

**Medical Director**                  2008-2013
*Racing the Planet*                  International

- Lead medical teams for self-supported foot races covering 250km in 7 days

3

- Race locations have included Atacama Desert, Chile; Sahara Desert, Egypt; Gobi Desert, China; Antarctica; and Iceland

**<u>Grants, Awards, & Certifications</u>**

- Br. Bob Arrowsmith '63 Distinguished Alumnus Award, Our Lady of Good Counsel, 2021
- Re-certified by American Board of Emergency Medicine (FACEP), 2018
- Initial board certification by American Board of Emergency Medicine (FACEP), 2008
- Disaster Management and Emergency Preparedness Course, 2012
- Harvard Humanitarian Initiative Humanitarian Studies Course, 2011
- White House Fellows Semifinalist, 2010
- iSTAT grant to research relationship between training and myocardial injury in marathon running, 2007
- David Rockefeller Center for Latin American Studies Research Grant to perform research in Costa Rica, 2001
- Harvard College Student-Athlete of the Year, 1999
- Phi Beta Kappa, 1999
- Rhodes Scholarship Finalist, 1999
- Marshall Scholarship Finalist, 1999
- Co-captain, Harvard Varsity Basketball Team, 1998 – 1999
- Four-year letter winner & three-year starter, Harvard Basketball, 1995 – 1999
- Ivy League Champions, Harvard Basketball, 1996, 1997, &1998
- GTE Academic All-American, 1998 & 1999
- Chrysler Academic Player of the Game, NCAA Tournament game vs. Stanford, 1999

**Documents Reviewed**

**Documents Provided**

    A.  The Plaintiff's Amended Complaint dated July 31, 2020
    B.  Indiana School of Medicine letter to the Plaintiff dated October 29, 2019
    C.  Exhibit 84, Doe vs. The Trustees, Deposition of John Doe, November 2, 2020
    D.  John Doe volume 2, John Doe vs. Trustees of Indiana University, April 8, 2021
    E.  Plaintiff John Doe's Amended Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, November 12, 2020
    F.  Exhibit 1000, Affidavit of Plaintiff John Doe, October 30, 2020
    G.  Affidavit of Donald Martin Reeser, Ed.D, October 29, 2020
    H.  Deposition of Marti Reeser, November 6, 2020

**Research Sources**

1. Meeting with the Plaintiff via video conference on October 28, 2020
2. Association of American Medical Colleges online resources (https://www.aamc.org/)
3. National Resident Matching Program online resources (http://www.nrmp.org/)
4. US News & World Report online resources (https://www.usnews.com/education/best-graduate-schools/top-medical-schools/articles/2015/01/08/navigate-transferring-from-one-medical-school-to-another)
5. NRMP's published data in Results and Data: 2019 Main Residency Match (https://mk0nrmp3oyqui6wqfm.kinstacdn.com/wp-content/uploads/2019/04/NRMP-Results-and-Data-2019_04112019_final.pdf)
6. NRMP's published data in Results and Data: 2020 Main Residency Match (https://www.nrmp.org/main-residency-match-data/)
7. NRMP's published data in Results and Data: 2021 Main Residency Match (https://www.nrmp.org/main-residency-match-data/)
8. AMCAS online resources (https://students-residents.aamc.org/applying-medical-school-amcas/applying-medical-school-amcas)
9. St. George's University online resources (https://www.sgu.edu/academic-programs/school-of-medicine/faq/#toggle-id-2)
10. AMCAS 2020 FACTS: Applicants and Matriculants Data (https://www.aamc.org/data-reports/students-residents/interactive-data/2020-facts-applicants-and-matriculants-data)

## Introduction, Facts Review, and Opinions

### Introduction

The Plaintiff has been irreparably harmed by his suspension and then expulsion from medical school because these actions make becoming a physician in the United States nearly impossible. Transferring medical schools is a very rare event in the US, even when undertaken by medical students who are in good standing. In addition, the chance of success when re-applying to medical school to start over is also very low since nearly all medical schools do not admit medical students with any integrity concerns and most do not allow previous medical students to apply and begin again. Further, transferring to an offshore school is technically possible, but the reputation and quality of such schools that consider the transfer or admission of a student with institutional action on their record is so low that gaining a US residency after graduating from these schools is highly improbable. Thus, the only likely paths the Plaintiff has to becoming a physician in the US are:

- To graduate from Indiana University School of Medicine in good standing and receive the support of IUSM in the residency process. This path leads to the highest chance of becoming a physician the US.
- To expunge the institutional action from the Plaintiff's record so that he can apply to transfer or start over at foreign medical schools that do not require an explanation of institutional action even if it has been expunged from an applicant's record. This path is far less desirable than staying at IUSM given how hard it is to gain a US residency position after graduating from a foreign medical school with a poor reputation.

### Requirements to Become a Physician in the United States

In order to become a licensed, practicing physician in the United States, one must complete a "residency," also known as graduate medical education (GME), in a medical specialty program accredited by the Accreditation Council for Graduate Medical Education (ACGME). Graduating from medical school does not give an individual the right to practice medicine in the US because, in all but extremely rare circumstances, a US-based residency must be completed to gain the right to practice via state medical licenses. Given the stringent practice requirements, the US is known as one of the hardest countries in the world in which to gain permission to practice medicine.

In order for a US-based medical student to obtain a US-based medical residency, he/she must:

- Pass academic requirements of his/her medical school (allopathic or osteopathic) and graduate in good standing.

- Pass the first two steps of the USMLE, often referred to colloquially as "the boards." The third and final USMLE step is required to be passed during residency in order to obtain specialty licensing to practice medicine from the relevant member board of the American Board of Medical Specialties.

6

- Complete the Electronic Residency Application Service (ERAS) application.

- Enter the National Residency Match Program (NRMP) or other relevant residency-matching program and "match" in a residency.

"The match" refers to a program run by the NRMP (known formally as the Main Residency Match), which matches soon-to-be medical school graduates and those who have already graduated from medical school with a specific residency program.

US allopathic/osteopathic and foreign medical students/graduates are eligible for entering the match. NRMP is by far the largest residency matching system in the US, but other programs do exist mostly for subspecialty surgeries and military personnel. This report will focus on the NRMP, which is by far the most common system used by US medical school graduates.

Applicants typically register for the NRMP match in the fall of their final year of medical school at the same time they submit ERAS, the central application for all ACGME-approved residencies. A candidate fills out one application, which ERAS then transmits to each program selected by the candidate. Residency programs then use the ERAS application to determine which applicants will be offered an interview. Candidates who are not offered an interview from a specific program are considered rejected from that program. Some applicants receive no interview invites.

For applicants who are offered and attend interviews, they then submit to the NRMP in January/February a list of the programs they would like to attend in order of preference, known as the "rank list." Residency programs are asked to submit to the NRMP their own list of preferred candidates, also in order of preference, during the same time period. A computer algorithm then matches each applicant with a residency program based on the rank lists of both the applicants and the residency programs. Applicants and residency programs are notified of the match results on an infamous day in March known as "Match Day." Submitting a match list does not guarantee a candidate will be matched with a residency program.

The match process has increased in competitiveness since the late 1990s because the number of US medical schools, and thus residency applicants, has increased significantly, while the number of residency spots, the majority of which are subsidized by Medicare, have not increased concomitantly since Congress stopped an increase in funding in 1997. A recent merger of the allopathic and osteopathic match process has increased residency positions, particularly in family practice and internal medicine, but this has not significantly closed the gap between applicants and positions offered.

Graduating from a US allopathic medical school in good standing clearly has an advantage in the residency match.

In 2019, according to the NRMP's published data in Results and Data: 2019 Main Residency Match (5):

- Seniors at US allopathic medical schools matched at a rate of 93.9%.

7

- Students and graduates from US osteopathic schools matched at a rate of 84.6%.
- US Citizens from international medical schools (IMG) matched at a rate of 59%.

The 2020 residency match results show a similar trend (6):

- Seniors at US allopathic medical schools matched at a rate of 93.7%.
- Students and graduates from US osteopathic schools matched at a rate of 90.7%.
- US Citizens from international medical schools (IMG) matched at a rate of 61.0%.

Even in the unusual pandemic climate of 2020-2021, the 2021 residency match results show the trend continued (7):

- Seniors at US allopathic medical schools matched at a rate of 92.8%.
- Students and graduates from US osteopathic schools matched at a rate of 89.1%.
- US Citizens from international medical schools (IMG) matched at a rate of 59.5%.

### Summary of US Residency Application and Selection Process

Gaining acceptance to a US-based residency program requires a rigorous application process. The ERAS application is most commonly used, as the vast majority of ACGME-approved residencies require it.

ERAS obtains the following information from applicants:
- Demographic data;
- Work authorization and citizen/visa status;
- Biographic information (ethnicity/race);
- Language fluency;
- Military service;
- Hometown(s);
- Post-secondary education (prior undergraduate and medical school education);
- Current/prior medical training;
- Medical licensure (if obtained through previous medical residencies);
- Information on license being suspended/revoked/voluntarily terminated, malpractice claims, misdemeanor convictions, and felony convictions;
- Certifications and memberships in honor societies;
- Medical school awards;
- Other awards/accomplishments;
- Work, volunteer, and research experiences;
- Publications, posters, and chapters;
- Hobbies and interests;
- USMLE scores from steps 1 and 2;
- Medical school transcripts (academic performance);
- Personal statement;
- Letters of recommendations (usually three);

8

- Medical Student Performance Evaluation (MSPE) = "Dean's Letter" from an applicant's medical school.

The ERAS Application includes the following section relevant for institutional action: "Additional Information: Was your medical education/training extended or interrupted? Yes/No." If Yes, 510 characters of explanation are allowed. The Plaintiff will need to fill out this section regardless of the outcome of the legal process, which will decrease his chances of residency admissions because the question of integrity will be raised.

Based on the data in the ERAS application, residency programs invite select applicants for interviews. After the interview, residency program selection committees take into account all of the applicant's data (provided in ERAS + interview) to determine if the applicant will be ranked at all and, if so, exactly where said applicant will be placed on the program's rank list turned into the NRMP.

### The Impact of Institutional Action during Medical School on a Student's Chances of Becoming a Practicing Physician in the United States

Over the last 20 years, I have served as the co-chair of the Eliot House Pre-Medical Committee at Harvard, sat on admissions committees, founded and run MDadmit, a medical admissions consulting service, and written four books on medical admissions. Through these experiences and staying up-to-date with the latest in medical admissions by communicating with fellow advisors and admissions committee members, performing literature reviews, and reviewing fellow experts' publications, I have developed a deep understanding of the medical school and residency admissions process.

In these 20 years of experience, I have learned that any institutional action in medical school dramatically decreases a student's chance of matching into a US residency program, even for students with exceptional academic grades, USMLE scores, work/research/volunteer experiences, personal statements, and letters of recommendation.

Suspension from or expulsion from medical school decreases even a stellar student's chance of becoming a physician in the US to <1% because, unlike in undergraduate institutions, it is nearly impossible to transfer or gain advanced standing (apply to a different medical school in years two, three, or four after already completing year(s) of medical school coursework) to a US medical school even for applicants without questions of integrity/misconduct. This low transfer rate is the result of a very low medical school dropout rate, making few open positions available; the differences in medical school curricula, making it hard for medical schools to be certain a student will be prepared for their specific coursework and clinical rotations upon transferring in; and medical school policies that prohibit transfers altogether.

The AAMC does not make publicly available statistics on medical school transfer rates. I believe this is because transfers are so uncommon and often succeed out of sheer luck, such as a student transferring to join his wife when space was made available at a medical school because a student in the same year took a leave of absence to pursue a fellowship opportunity.

9

The latest medical school transfer data readily available, presented in Table 1, show how few of the over 75,000 medical students in US allopathic medical schools successfully transferred to another US allopathic medical school. In 2013-2014, only approximately 0.1% of US allopathic medical school students transferred (4).

**Table 1. Number of Medical School Transfers 2011-2014**

| Year | Medical School Transfers |
|:---:|:---:|
| 2013-2014 | 98 |
| 2012-2013 | 121 |
| 2011-2012 | 162 |

Further, applying to start over as a first year after being suspended or expelled from medical school is also nearly impossible given US allopathic medical school admissions continue to be extremely competitive with an acceptance rate of 41.9% (10), and many medical schools will not allow a student who has already completed part of medical school to start over. In addition, the US allopathic medical school application, known as AMCAS, states: "You must answer **Yes** to this question if you were ever the recipient of any institutional action by any college or medical school for unacceptable academic performance or conduct violation, even if such action did not interrupt your enrollment or require you to withdraw. You must answer **Yes** even if the action does not appear on or has been deleted or expunged from your official transcripts due to institutional policy or personal petition." The application goes on to say, "If you become the subject of an institutional action after certifying and submitting the AMCAS application, you **must** inform your designated medical school(s) within 10 business days of the date of the occurrence." (8) The AMCAS application allows 1325 characters for explanation of the institutional action. Thus, the Plaintiff will be required to answer the institutional action question on the AMCAS application should he decide to re-apply to US allopathic medical schools and start over even if the suspension and expulsion are expunged from his record.

From personal experience working with students who have received institutional action, I can state with certainty that any institutional action hurts an applicant's chances of gaining admission to a US allopathic medical school, even when considered a minor infraction, such as being present at a party serving alcohol while underage. A charge of relationship misconduct, even if it is expunged from the record, must be included on the AMCAS application and will drastically diminish any applicant's chances of acceptance to any allopathic medical school. Institutional action regarding relationship misconduct is a nearly impossible hurdle to overcome in US medical school admissions.

While US osteopathic medical schools have slightly lower admissions requirements, they are similarly strict in their transfer, advanced standing, start-over policies, and institutional action policies. An applicant with institutional action from a US allopathic medical school, whether applying for the first time or transferring, still has a <1% chance of gaining acceptance to an osteopathic medical school. Further, graduating from an osteopathic medical school decreases the chance of a residency match for students without institutional action compared with US allopathic medical school graduates.

If a student has had institutional action taken against them at a US medical school, most likely, the only possible route to becoming a physician is to attempt admission to an off-shore/foreign medical school. Yet, the majority of Caribbean medical schools still require a student to be "in good standing" from their initial medical school to be considered for transfer. Further, even if a student gained admission to such an off-shore school, started over, and completed the coursework successfully, he/she still must include the interruption of education from a US-based medical school on the US residency application and face the uphill battle of overcoming the stigma of attending medical school off-shore.

By far, the medical school with the best reputation in the Caribbean is St. George's University, whose website states 95% of eligible graduates obtain a US-based residency (9). This is the only medical school to which I suggest my MDadmit clients apply because it is the only school with a reasonable chance of returning to the US for residency. St. George's website also states, "It is rare that the Faculty Student Selection Committee considers advanced standing students for admission to the four-year MD program." Students interested in transferring must complete a transfer request form detailing their status with their current medical school and reasons for the transfer. Thus, a student with institutional action taken against them for relationship integrity issues has a <1% chance of being accepted at likely the only school in the Caribbean with the reputation and success rate required to gain a residency position in the US.

Please note the national match statistics, which show an IMG match rate of 59%-61% over the last three years, do not provide details on the specific medical school or application of each US-citizen IMG applicant. The statistics group together exceptional candidates from world-renowned schools, such as Oxford University, Karolinska Institutet, or National University Singapore, with sub-par applicants from lower-tier foreign medical schools, such as many schools in the Caribbean. Thus, the likelihood of gaining a US residency from a Caribbean medical school is likely much less than 59%, even without a history of institutional action from a US-based medical school on one's record.

Given the extremely low likelihood of transferring to, gaining advanced standing in, or starting over in a US allopathic or osteopathic medical school after a charge of institutional action from medical school, in addition to the challenge of starting over and then attempting to return to the US from a lower-tier foreign school (the only likely option for a US medical student who has been suspended and then expelled), gaining a residency position in the US after receiving institutional action for relationship concerns from medical school is nearly impossible.

Given gaining and successfully completing a US residency is nearly always the only path to becoming a practicing physician in the US, receiving intergrity-based institutional action during medical school decreases a student's chance of becoming a US physician to <1%.

## Conclusion and Opinions

In conclusion, the suspension and then expulsion of the Plaintiff has already created irreparable harm that can never be completely undone. The Plaintiff's only reasonable chance of becoming a physician in the US is to complete medical school at Indiana University School of Medicine,

11

graduate in good standing, and receive the support of IUSM in the residency process. Barring this option, the only way for the Plaintiff to move forward with his medical career is to expunge the institutional action from his record so that he can apply to transfer or to start over at foreign medical schools that do not require an explanation of institutional action even if it has been expunged on their applications. Unfortunately, this option dramatically decreases the Plaintiff's chances of returning to the US for residency, and thus, becoming a practicing physician in the US.


Prepared by

*Suzanne M. Miller*

Suzanne M. Miller, MD, FACEP
Medical and Residency Admissions Expert
CEO of MDadmit, LLC
Practicing Physician



**Suzanne M. Miller, MD, FACEP, FACEM**
Mobile +1 202.738.4353
Skype smiller1142
Smiller1142@gmail.com

## EDUCATION

| | |
|---|---|
| **Stanford University** | 2004-2007 |
| Emergency medicine internship and residency | Palo Alto, CA |
| Led clinical trial studying cardiovascular effects of marathon running | USA |
| International educator | |
| | |
| **Harvard Medical School** | 2000-2004 |
| Doctorate of Medicine (MD) | Boston, MA |
| International clinical and research work in Costa Rica & Guatemala | USA |
| Proctor, tutor, and co-director of Eliot House Pre-Med Committee | |
| | |
| **Harvard University** | 1995-1999 |
| Honors Bachelor of Arts (BA) in History and Science | Cambridge, MA |
| Phi Beta Kappa (www.pbk.org), Rhodes & Marshall Scholar Finalist | USA |
| Co-captain of varsity basketball team, Harvard-Student Athlete of the Year | |

## SPECIAL CERTIFICATIONS

- Australian Institute of Ultrasound courses in BELS and lung, 2019
- Board re-certified by American Board of Emergency Medicine (FACEP), 2008
- Cicada Innovation's Ignition Health Course, New South Wales Medical Device Commercialization Training Program, 2017
- Specialist certified by Australasian College for Emergency Medicine (Fellow, ACEM), 2014
- Board certified by American Board of Emergency Medicine (FACEP), 2008
- Australian Institute of Ultrasound courses in FAST, lung, AAA, vascular access, biliary, early pregnancy, and DVT, 2016
- Disaster Management and Emergency Preparedness Course, 2012
- Harvard Humanitarian Initiative Humanitarian Studies Course, 2011

## CLINICAL PRACTICE HISTORY

| | |
|---|---|
| **Emergency Telehealth Physician** | 2019-2020 |
| *AmWell* | Virginia |
| Provide urgent care via video visits | USA |
| Served throughout COVID-19 pandemic | |
| | |
| **Emergency Department Fellow & Specialist** | 2014, 2017-2019 |
| *Royal Prince Alfred Hospital* | Camperdown, NSW |
| Consultant in emergency department for trauma & tertiary-referral center | Australia |
| Completed 6-month supervised practice as last step for full ACEM qualification, 2014 | |

**Suzanne M. Miller, MD, FACEP, FACEM**

Lead teaching hospital for the University of Sydney
Regular use of Point of Care Ultrasound (PoCUS)
Presented Grand Rounds March 2014
Monthly teaching responsibilities to registrars and SRMOs

| | |
|---|---|
| **Emergency Medicine Staff Specialist/Visiting Medical Officer** | 2015-2019 |
| *Ryde Hospital, Northern Sydney Local Health District (Staff Specialist 2018-2019)* | NSW |
| *Sutherland Hospital, South Eastern Sydney Local Health District (VMO)* | Australia |
| Consultant in emergency department | |
| Supervised and taught CMOs, registrars, residents, and interns | |
| Regular use of Point of Care Ultrasound (PoCUS) | |
| Completed governance review & report for Ryde's APU, 2016 | |

| | |
|---|---|
| **Medical Director for Adventure Race** | 2008-2013 |
| *Racing the Planet* | International |
| Led medical teams for self-supported foot races covering 250km in 7 days | |
| Worked in Chile, Egypt, China, Antarctica, and Iceland | |

| | |
|---|---|
| **Attending Emergency Physician** | 2007-2012 |
| **Assistant Professor in Emergency Medicine** | Falls Church, VA |
| **Ultrasound Director** | USA |
| *INOVA Fairfax Hospital* | |
| Full-time attending in both adult & pediatric EDs (2/3 adult, 1/3 pediatrics) | |
| Level I trauma center, tertiary referral center, STEMI & stroke receiving center | |
| Integral to disaster response of National Capital Region | |
| US News & World Reports recognized as one of America's Best Hospitals | |
| Supervised residents (180 per year) & students (60 per year) | |
| Led ED ultrasound program | |

| | |
|---|---|
| **Clinical Assistant Professor in Emergency Medicine** | 2008-2012 |
| *The George Washington University School of Medicine and Health Sciences* | Washington, DC |
| Taught emergency medicine to residents and students | USA |
| Member, Selection Committee for Emergency Medicine Residency Program | |

| | |
|---|---|
| **Emergency Medicine Resident** | 2004-2007 |
| *Stanford Hospital and Clinics (Level I trauma center, main academic center)* | Palo Alto, CA |
| *Kaiser Permanente Santa Clara Medical Center (Community hospital)* | Santa Clara, CA |
| *San Francisco General Hospital (Level I trauma center, primarily indigent pop)* | San Francisco, CA |
| *Santa Clara Valley Medical Center (Level I trauma center, primarily immigrant pop)* | San Jose, CA |

## TECH, BUSINESS, & LEADERSHIP EXPERIENCE

| | |
|---|---|
| **Chief Medical Officer** | 2019-2021 |
| **Clinical Board Member** | 2021-present |
| *Ventec Life Systems* | Washington, DC |
| Head clinical executive of growth-stage multi-function ventilator manufacturer (VOCSN) | |
| Manage clinical specialist, training, field support, and research operations | |
| Develop and maintain physician and DME relationships | |
| Increased production 80x to meet US Strategic National Stockpile order of 30,000 VOCSN | |

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Founder & Chief Executive Officer** | 2006-present |
| *MDadmit* | International |
| Founder of consulting service assisting health professional school applicants | |
| Author of four books, including two Amazon best sellers | |
| Lead MDadmit Admissions Bootcamps | |

| | |
|---|---|
| **Chief Clinical Officer** | 2018-2019 |
| *Coviu Global* | Sydney, NSW |
| Executive in early-stage telehealth software start-up | Washington, DC |
| Led education creation and evidence review | |
| Wrote two successful grants totaling over $3million AUD | |

| | |
|---|---|
| **Chief Medical Officer** | 2017-2019 |
| **Board of Advisors** | 2019-present |
| *What The Doctor Said* | Sydney, NSW |
| Focus on improving both patient and doctor side of patient discharge process | |
| Provide clinical and commercialization advice | |
| Founder awarded Myer Innovation Fellowship | |

| | |
|---|---|
| **Mentor & Evaluator** | 2017-2019 |
| *CSIRO ON Prime and Accelerate* | Sydney, NSW |
| Mentor for health-related, early-stage start-ups | Australia |
| Evaluated candidates for accelerator programs | |
| Focused on commercializing research/IP | |

| | |
|---|---|
| **Senior Vice President, Chief Medical Officer** | 2012-2013 |
| **Board of Advisors** | 2013-2017 |
| *Eniware Sterile* | Washington, DC |
| Early staff in spin-off company of Noxilizer LLC | USA |
| Developed power-free, portable sterilization for developing world | |
| Liaised with engineers, clinicians, and potential funders | |

| | |
|---|---|
| **Co-Founder & Chief Medical Officer** | 2013-2020 |
| *mHealth Digital* | Sydney, NSW |
| Developed SunVisor, a mobile app targeting sun safety | Australia |
| App automatically tracks, monitors, & notifies user of sun exposure health impact | |
| Utilized during 2018 Commonwealth Games | |

| | |
|---|---|
| **Legal Expert** | 2013-present |
| *Various Attorneys at Law* | National |
| Provide expert services to both plaintiffs and defendants | USA |
| Complete expert reports | |
| Deposition & trial experience | |

| | |
|---|---|
| **Tutor & Co-Chair** | 2001-2004 |
| *Eliot House Premedical Committee* | Cambridge, MA |
| Resident advisor to pre-med students in Harvard residential community | USA |
| Individually responsible for well-being of 30+ students | |
| Assisted with application and interview preparation of all pre-meds | |

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Co-captain of Varsity Basketball Team** | 1998-1999 |
| *Harvard University* | Cambridge, MA |
| Three-year starter for three-time Ivy League Champions | |
| Three-time NCAA tournament representation | |
| Recipient of Harvard Student-Athlete Award | |

## INTERNATIONAL EXPERIENCE

| | |
|---|---|
| **Emergency Medicine Consultant** | 2014-2019 |
| *Royal Prince Alfred Hospital, Ryde Hospital, Sutherland Hospital* | Australia |
| Practiced and taught emergency medicine in Australian academic centers | |
| | |
| **International Educator in India** | Spring 2010 |
| *George Washington University International Emergency Fellowships* | India |
| Lectured Indian Emergency Medicine Fellows in Calicut & Kolkatta | |
| | |
| **Disaster Volunteer post Haiti Earthquake** | January 2010 |
| *Community Coalition for Haiti* | Haiti |
| Established outdoor emergency department to care for earthquake victims | |
| | |
| **Medical Volunteer in Lebanon** | July 2009 |
| *Catholic Near East Welfare Association* | Lebanon |
| Provided medical care to Palestinian refugees in Dbayeh & Bourj al Barajneh | |
| | |
| **International Educator in India** | Fall 2006 |
| *Apollo Hospitals Hyderabad and Chennai* | India |
| Instructed EMT-I students in pilot project now used as basis of Indian EMS system | |
| | |
| **Medical Volunteer in Guatemala** | Spring 2004 |
| *Centro de Emergencias Maternal Infantil* | Guatemala |
| Provided emergency and obstetric care in remote health clinics | |

## RESEARCH & POLICY EXPERIENCE

| | |
|---|---|
| **National Policy Team Volunteer** | 2008-2010 |
| *Hope Street Group* | Washington, DC |
| Provided policy support for Healthcare Bi-Partisan Working Group | USA |
| | |
| **Public Health Committee** | 2006-2007 |
| *Emergency Medicine Resident Association* | National |
| Elected member of national public health committee | USA |
| | |
| **Independent Researcher** | Summer 2001 |
| *Harvard Medical School* | Costa Rica |
| Independently conducted the case-control study, "Health Status and Access to Care of Nicaraguans versus Costa Ricans in San Pablo de Heredia, Costa Rica" | |

Suzanne M. Miller, MD, FACEP, FACEM

| | |
|---|---|
| **Research Assistant** | 1999-2000 |
| *Institute of Medicine* | Washington, DC |
| Performed health policy research and wrote background papers | USA |
| Worked on landmark *To Err is Human: Building a Safer Health System* publication | |

| | |
|---|---|
| **Research Assistant** | Fall 2000 |
| *Harvard Medical School* | Boston, MA |
| Assisted Dr. Mary Jo Good in health policy research | USA |

| | |
|---|---|
| **Research Assistant** | Spring 1998 |
| *Harvard University* | Cambridge, MA |
| Assisted Dr. Susan Ware in *Notable American Women*, Volume 5 research | USA |

## PUBLICATIONS & PRESENTATIONS

### *Publications*

Doyle SK, Rippey JC, Jacques A, Rea AM, Kaiser BN, **Miller SM**, Anstey MH. Effect of personalised, mobile-accessible discharge instructions for patients leaving the emergency department: A randomised controlled trial. *Emerg Med Australas*. 2020 May 7.

**Miller, Suzanne M.** *Nailing the Medical School Interview: A Harvard MD's Comprehensive Preparation Strategy.* MDadmit, 2016. Available at http://www.Amazon.com.

**Miller, Suzanne M.** Five Mistakes to Avoid in Medical School Interviews. The Student Doctor Network. 2016. Available at https://www.stsudentdoctor.net/2016/06/five-mistakes-avoid-medical-school-interviews/

**Miller, Suzanne M.** Nine-article series on USMLE preparation. Noodle.com. 2015-2016. https://www.noodle.com/u/us90729/dr-suzanne-m-miller/articles

**Miller, Suzanne M.** *The Medical School Admissions Guide: A Harvard MD's Week-by-Week Admissions Handbook, 3rd Edition.* MDadmit, 2014. Available at http://www.mdadmit.com, http://www.amazon.com, and http://www.barnesandnoble.com.

**Miller, Suzanne M.** *How to be Pre-Med: A Harvard MD's Medical School Preparation Guide for Students and Parents*, MDadmit, 2013. Available at http://mdadmit.com, http://www.amazon.com, and http://www.barnesandnoble.com.

**Miller, Suzanne M.** Pre-Med and Medical Students Beware. The Student Doctor Network. 2013. Available at https://www.stsudentdoctor.net/2013/06/pre-meds-and-medical-students-beware.

**Miller, Suzanne M.** Practical advice for the parent of a pre-med. KevinMD. 2013. Available at http://www.kevinmd.com/blog/2013/04/practical-advice-parent-premed.html

**Miller, Suzanne M.** *How to Get Into Medical School with a Low GPA.* MDadmit, 2012. Available at http://www.howtobepremed.com.

**Miller, Suzanne M.** How to be a Premed Student. PreMedLife. 2012. Available at www.premedlife.com/feature-articles/the-6-buckets-of-how0to-be-premed-1272/

**Suzanne M. Miller, MD, FACEP, FACEM**

**Miller, Suzanne M.** 7 "Deadly Sins" of Medical School Admission. PreMedLife. 2012. Available at www.premedlife.com/feature-articles/7-deadly-sins-of-medical-school-admissions-1149 /

**Miller, Suzanne M.** A Bump in the Silk Road. *Go Nomad.* 2011. Available at http://www.gonomad.com.

**Miller, Suzanne M.** *The Medical School Admissions Guide: A Harvard MD's Week-by-Week Admissions Handbook.* MDadmit, 2010.

**Miller S**, Ashley E, Schreiber D et al. Myocardial injury is not related to training levels among recreational participants in the Silicon Valley Marathon. SAEM Conference, Washington, DC, 2007.

**Miller S**. Information Powerless. National Public Radio (NPR) Perspective. Aired on KQED October 17, 2005.

Schreiber DH and **Miller SM**. Update of cardiac markers in the Emergency Department. eMedicine Journal (serial online) 2006. Available at http://www.emedicine.com/emerg/topic932.htm.

Peterson JS, **Miller SM**, and Cairns CB. Toxicity, nitrous dioxide. eMedicine Journal (serial online) 2006. Available at http://www.emedicine.com/emerg/topic847.htm.

Chen J, Kamath R, Lam A, Litrovnik B, Leight K, **Miller S**, Sawady J, and Schultz A. How will changes in resident work hours affect medical students? *Current Surgery* 60(3):268-70, May/June 2003.

**Miller, Suzanne**. When sexual development goes awry. *The World and I* 9:148-155, September 2000.

Chalk R, Miller W, **Miller S**, Schofield H. *Calling the Shots: Immunization Finance Policies and Practices* Institute of Medicine, National Academy Press, 2000.

Kohn LT, Corrigan JM, Donaldson MS, McKay T, Pike KC, and **Miller S**. *To Err is Human: Building a Safer Health System* Institute of Medicine, National Academy Press, 1999.

**Miller, SM**. What is a woman?: Sex testing of female athletes in international athletic competition 1968-1996. Honors thesis in History and Science, Harvard University, Cambridge, MA, 1999.

**Miller, Suzanne M**. How the Museum of Comparative Zoology survived the onslaught of Darwinism. *The Undergraduate Journal of Sciences* Harvard University, Cambridge, MA, 1998.

## *Presentations*

| | |
|---|---|
| **A (Kinda) Evidence-Based Review of Obstetric Emergencies** | March 2018 |
| *Peripheral Hospitals Emergency Medicine Conference Evidence Review 2017* | Wollongong, NSW |
| | |
| **Proof + Procedure: Ultrasound-Assisted LPs in Adults and Kids** | March 2017 |
| *Peripheral Hospitals Emergency Medicine Conference Evidence Review 2017* | Wollongong, NSW |
| | |
| **OutflankED** | March 2014 |
| *Royal Prince Alfred Hospital Grand Rounds* | Camperdown, NSW |
| | |
| **The Six Buckets of Medical School Admissions** | Spring 2012 |
| *George Mason University* | Fairfax, VA |
| *Harvard University* | Cambridge, MA |
| *Harvard Extension School* | Cambridge, MA |

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Febrile Seizures** | March 2011 |
| *George Washington University Capstone Course* | Washington, DC |
| | |
| **The Seven Deadly Sins of Medical School Admissions** | Winter-Spring 2011 |
| *University of Maryland* | College Park, MD |
| *George Mason University* | Fairfax, VA |
| *University of Virginia* | Charlottesville, VA |
| *Harvard University* | Cambridge, MA |
| *Boston College* | Boston, MA |
| | |
| **Neurological Emergencies** | April-May 2010 |
| **Genitourinary Emergencies** | Calicut/Kolkata, |
| **Emergency Ultrasound** | India |
| *George Washington University International Emergency Fellowships* | |
| | |
| **Decision Making Under Pressure: Lessons from the ER** | March 2009 |
| *George Washington University Luther Rice Society's Financial Alliance Luncheon* | New York, NY |
| | |
| **Myocardial injury is not related to training levels among recreational participants in the Silicon Valley Marathon, Poster Presentation** | May 2008 |
| *Society of Academic Emergency Medicine Annual Meeting* | Washington, DC |
| | |
| **Itchy, Gooey, Scaly, and Oozy – The Delights of Dermatology** | May 2007 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Do You Believe in Lidocaine?** | March 2007 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |
| | |
| **Tachyarrhythmias** | January 2007 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Vascular Access in Trauma** | November 2006 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |
| | |
| **Arthrocentesis and Reductions** | September 2006 |
| *Apollo Hospital Emergency Medicine Grand Rounds* | Hyderabad, India |
| | |
| **Neurological Emergencies** | September 2006 |
| **Non-Traumatic Abdominal Emergencies** | Hyderabad/Chennai, |
| **Environmental Emergencies** | India |
| **Responding to Terrorist Attacks** | |
| *Stanford Emergency International Advances Pre-Hospital Care Course* | |
| | |
| **CPC March Madness** | May 2006 |
| *SAEM Conference CPC Competition* | San Francisco, CA |
| | |
| **Pressors** | September 2005 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Trauma in Pregnancy** | June 2005 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |

7

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Always on the Differential: Adrenal Insufficiency**<br>*Stanford/Kaiser Emergency Medicine Conference* | March 2005<br>Palo Alto, CA |
| **Ultrasonography in Pediatric Abdominal Emergencies: How Good Is It?**<br>*Stanford/Kaiser Emergency Medicine Conference* | January 2005<br>Palo Alto, CA |
| **Hyperemesis Gravidarum**<br>*Kaiser Santa Clara Department of Obstetrics and Gynecology* | September 2004<br>Santa Clara, CA |
| **Emergency Radiology in Pregnancy**<br>*Beth Israel Deaconess Medical Center Case Presentation Conference* | July 2003<br>Boston, MA |
| **Harvard University Donation Recognition**<br>*Harvard Club* | April 1999<br>Boston, MA |
| **Student-Athlete Perspective**<br>*Silver Anniversary Celebration of Ivy League Women's Championship* | April 1998<br>New York, NY |
| **Conservative Can Equal Environmentalist**<br>*National Earth Day Celebration on The Mall* | April 1995<br>Washington, DC |

## GRANTS AND AWARDS

- Building Partnerships New South Wales Grant to Coviu Global to evaluate market for speech pathology CELF-5 add-on in telehealth video call, 2019
- Cooperative Research Centres Projects (CRC-P) Grant to Coviu Global to develop AI-technology that measures range of motion in a telehealth video call, 2018
- White House Fellows Semifinalist, 2010
- iSTAT grant to research relationship between training and myocardial injury in marathon running, 2007
- David Rockefeller Center for Latin American Studies Research Grant to perform research in Costa Rica, 2001
- Harvard College Student-Athlete of the Year, 1999
- Phi Beta Kappa, 1999
- Rhodes Scholarship Finalist, 1999
- Marshall Scholarship Finalist, 1999
- GTE Academic All-American, 1998 and 1999
- Chrysler Academic Player of the Game, NCAA Tournament game vs. Stanford, 1999
- Lowell House Award, Harvard University, recognizes individuals who made greatest contribution to house life, 1998

## LANGUAGE SKILLS

**English**
Native speaker

**Spanish**
Conversational, able to read and write
Learned through medical research and practice in Costa Rica and Guatemala

Suzanne M. Miller, MD, FACEP, FACEM

## HOBBIES

**Traveling**
Lived and worked in China, Haiti, India, Egypt, Chile, Guatemala, Costa Rica, England, and Australia
Made footprints on all seven continents

**Writing and Public Speaking**
Enjoy writing, editing, and public speaking
Appearances on NPR, ESPN, CNN, NBC affiliates, and Fairfax County Cable

**Tennis**
New to sport

## EXPERT WITNESS CASES

**John Doe v. Brown University**                                    2017-2020
*Index No. 1:15-cv-00144-S-LD*                              USDC Rhode Island
Expert witness for plaintiff
Case brought by pre-med accused of sexual misconduct in college
Provided expert report and deposed

**Urosha Mughal v. Western Express, Inc and Billy Jay Davidson**    2016
*Civil Action No: 12-00825*                                 USDC New Jersey
Expert witness for defendant
Case brought by pre-med injured while in college
Provided expert report

**Dana T. Yeo v. John M. Loser, *et al***                          2015
*No. 114CV260903*                                          California Sup Court
Expert witness for plaintiff
Case brought by pre-med injured while in college
Provided expert report and deposed

**Raheel Malik v. Cooper Tire & Rubber Company**                   2014-2015
*No. 2:10-cv-06371 (WHW-CLW)*                                USDC New Jersey
Expert witness for defendant
Case brought by medical student injured while in medical school
Provided expert report

**Khurram Janjua v. Cooper Tire & Rubber Company**                 2013-2014
*Civil Action No. WMN-12-2652*                               USDC Maryland
Expert witness for defendant
Case brought by medical student injured while in medical school
Provided expert report

Suzanne M. Miller, MD, FACEP, FACEM                                Skype: smiller1142
P: 202-738-4353                                                E: Smiller1142@gmail.com

**Expert Witness Fee Schedule for Suzanne M. Miller, MD, FACEP, FACEM**

**Review of academic and/or medical records and consultation**
$550/hr with a four-hour minimum per newly initiated consult
Thereafter charged at 1/10 of an hour increments based on hourly rate

**Deposition**
$550/hr with a four-hour minimum, $650/hr each additional hour
Thereafter charged at 1/10 of an hour increments based on hourly rate
Plus travel expenses if indicated

**Trial testimony**
$5000/day plus travel expenses if indicated

Mailing and postage fees if indicated

Scope exists, upon negotiation and where feasible, to establish a set fee per deliverable

**Travel & Accommodation**
Door-to-door round trip travel greater than 1 hour will be charged (4-hour minimum for travel plus meeting).

**By Air**

Domestic flights ≤ 3 hours flight time: Economy (Qantas/Singapore Airlines equivalent); Premium Economy (United Airlines equivalent. *i.e.*, highest level/most spacious economy class under Business)

Domestic flights ≥ 3 hours flight time: Premium Economy or Business Class (Qantas equivalent); Business Class (United Airlines equivalent)

International flights of any duration (including domestic legs of): Business Class

**By Train**

Amtrak Acela or equivalent

**By Car**

Miles & gas at IRS-set rate if own car used

Cabs or rental car (intermediate or standard class) included as needed.

**Hotel**

AAA 4+ star accommodation with Internet access included