UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                 **Plaintiff,**<br><br>      v.<br><br>**THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY SCHOOL OF MEDICINE, INDIANA UNIVERSITY PURDUE UNIVERSITY – INDIANAPOLIS, INDIANA UNIVERSITY KELLEY SCHOOL OF BUSINESS, GREGORY KUESTER,** in his official and individual capacity, **BRADLEY ALLEN,** in his official and individual capacity, and **JAY HESS,** in his official and individual capacity,<br><br>                 **Defendants.** | Civ. No. 1:20-CV-02006-JRS-MJD |

**NOTICE OF APPEAL TO THE**
**U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Notice is hereby given that Plaintiff John Doe, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment, March 31, 2022 (ECF No. 155) dismissing the Amended Complaint with prejudice, and the March 31, 2022, Order Granting Defendants' Motion for Summary Judgment (ECF No. 154).

**Dated:**   New York, New York
           April 7, 2022

                                          Respectfully submitted,
                                          *Attorneys for Plaintiff John Doe*

                                          **NESENOFF & MILTENBERG, LLP**

                                          **By:** */s/ Philip A. Byler*
                                          **Philip A. Byler, Esq. (***pro hac vice***)**
                                          Andrew T. Miltenberg, Esq. (*pro hac vice*)
                                          Stuart Bernstein, Esq. (*pro hac vice*)
                                          363 Seventh Avenue, Fifth Floor
                                          New York, New York 10001

**(212) 736-4500**
**pbyler@nmllplaw.com**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**

**Tara J. Davis, Esq. (*pro hac vice*)**
**Regina M. Federico, Esq. (*pro hac vice*)**
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**tdavis@nmllplaw.com**
**rfederico@nmllplaw.com**

**-and-**

**DELK MCNALLY, LLP**
**By: */s/ Michael T. McNally***
**Michael McNally, Esq.**
**IN No. 23676-49**
**211 South Walnut Street**
**Muncie, Indiana 47305**
**(317) 442-4444**
**mcnally@delkmcnally.com**