# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 8, 2022

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1576
>
> Caption:
> JOHN DOE,
>     Plaintiff - Appellant
>
> v.
>
> TRUSTEES OF INDIANA UNIVERSITY, et al.,
>     Defendants - Appellees
>
> ---
>
> District Court No: 1:20-cv-02006-JRS-MJD
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James R. Sweeney
>
> Date NOA filed in District Court: 04/07/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)