

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

+1 202 736 8756
WILLIAM.LEVI@SIDLEY.COM

November 12, 2024

**Via ECF**

Hon. James R. Sweeney II
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street, Room 304
Indianapolis, IN 46204

> Re:    *John Doe v. The Trustees of Indiana University, et al.*, No. 1:20-cv-02006-JRS-MJD

Dear Judge Sweeney:

Pursuant to this Court's order and in compliance with the Seventh Circuit's opinion and mandate, (Dkt. 184; CA7 Dkt. 71 & 72), John Doe elects to disclose his "true name" and "continue with the suit," (CA7 Dkt. 71 at 10). John Doe's true name is Philip Martoccia.

In accordance with the Seventh Circuit's mandate, because "Doe … disclosed to the public" his "true name" and "elect[ed] to continue with the suit," this Court "must decide what remedy is appropriate for Dean Hess's failure to allow Doe an opportunity to present his position before expelling him." (CA7 Dkt. 71 at 10.)

Counsel for the parties have conferred regarding whether a 60-day period may facilitate settlement discussions. The University's counsel has asked us to advise the Court that, at the time of this filing, counsel is still conferring with its client for its position on the issue. If the University does not agree to this 60-day period or the parties do not resolve this matter within that period, the Court should set a briefing schedule on the appropriate remedy.

Respectfully submitted,

/s/ William R. Levi

William R. Levi

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.