IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Phillip Martoccia, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No. 1:20-cv-02006-JRS-MJD |
| | ) | |
| The Trustees of Indiana University, | ) | |
| Indiana University School of Medicine, | ) | |
| Indiana University Purdue University- | ) | |
| Indianapolis, Indiana University Kelley | ) | |
| School of Business, Gregory Kuester, in his | ) | |
| official and individual capacity, Bradley | ) | |
| Allen, in his official and individual capacity, | ) | |
| and Jay Hess, in his official and individual | ) | |
| capacity. | ) | |
| | ) | |
| *Defendants.* | ) | |

## **DEFENDANTS' MOTION FOR CONFERENCE TO ADDRESS DUE PROCESS REMEDY**

Defendants, by counsel, request that a conference be set with the Presiding Judge to discuss the resolution of this matter, and in support state the following:

1.  On March 31, 2022, this Court entered its Order granting Defendants' Motion for Summary Judgment ("Summary Judgment Order"). Dkt. 154.

2.  After an appeal initiated by Plaintiff Phillip Martoccia on April 26, 2024, the Seventh Circuit vacated the Summary Judgment Order on a narrow due process ground. Dkt. 172, p. 10. The Seventh Circuit ordered, "If Doe elects to continue with the suit, his

true name must be disclosed to the public, and the district court must decide what remedy is appropriate . . . If Doe elects not to reveal his name, the complaint must be dismissed." *Id.*

3.   On July 25, 2024, Plaintiff filed his Petition for a writ of certiorari with the United States Supreme Court.

4.   On July 30, 2024, Defendants filed a motion seeking this Court to order Plaintiff to timely comply with the Seventh Circuit's mandate. Dkt. 177.

5.   On October 29, 2024, this Court ordered Plaintiff to disclose his true name on or before November 12, 2024. Dkt. 184.

6.   On November 12, 2024, the United States Supreme Court denied Plaintiff's Petition.

7.   On November 12, 2024, Attorney Cody L. Reaves filed his appearance. Dkt. 185.

8.   Also, on November 12, 2024, Attorney William Levi (who has not appeared before this Court) submitted a letter to Judge Sweeney disclosing Plaintiff's identity as Philip Martoccia and suggesting a 60-day window to pursue settlement discussions. Dkt. 186.

9.   The parties have conferred regarding an appropriate remedy and have been unable to resolve this matter. Defendants do not believe additional time and further delay will result in resolution.

10. Accordingly, Defendants request that a conference be set with the Presiding Judge to discuss the most efficient means to resolve the issue of appropriate remedy.

WHEREFORE, Defendants request that this Court set this matter for a conference with the Presiding Judge, and for all other appropriate relief.

Respectfully submitted,

*/s/ Finis Tatum IV*

Wayne C. Turner
Finis Tatum IV
Scott E. Murray
Janet Lynn Thompson
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204
Telephone: (317) 822-4400
Facsimile: (317) 822-0234

wturner@hooverhullturner.com
ftatum@hooverhullturner.com
smurray@hooverhullturner.com
jthompson@hooverhullturner.com

*Counsel for Defendants*