UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:20-cv-02006-JRS-MJD |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**MINUTE ENTRY FOR JANUARY 30, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of the matter.

The **Clerk is directed** to reopen this matter. The **Clerk is further directed** to amend the case name and caption to show Philip Martoccia as the named Plaintiff in this matter in place of "John Doe."

The parties are ordered to file their statements of position as to what action(s) the Court should take in this case following remand, as required by Local Rule 16-2, by no later than **February 6, 2025**.

SO ORDERED.

Dated: 30 JAN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.