UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILIP MARTOCCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-02006-JRS-MJD |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Motion to Withdraw Appearance. [Dkt. 193.] The Court, being duly advised, hereby **GRANTS** the motion. The appearance of Cody L. Reaves on behalf of Philip Martoccia is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 21 FEB 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.