# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| PHILIP MARTOCCIA )<br>    Plaintiff(s),  )<br>              )<br>  vs.          )  CASE NO. 1:20−cv−02006−JRS−MJD<br>              )<br>THE TRUSTEES OF INDIANA )<br>UNIVERSITY, et al. )<br>    Defendant(s) ) | |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: May 28, 2025              s/   Magistrate Judge Mark J. Dinsmore
                                United States District Court
                                Southern District of Indiana